| EAST BATON ROUGE PARISH<br>Filed Aug 09, 2023 8:35 AM<br>Deputy Clerk of Court<br>E-File Received Aug 08, 2023 5:20 PM | C-735652<br>30 |

# HURRICANE IDA INSURANCE CASE

## STATE OF LOUISIANA

## 19th JUDICIAL DISTRICT COURT

## FOR THE PARISH OF EAST BATON ROUGE

DOCKET NO.:                                            DIVISION:

## CAMDEN LAKE, LLC

### VERSUS

## CERTAIN UNDERWRITERS AT LLOYD'S, LONDON - SYNDICATE 2357, CERTAIN UNDERWRITERS AT LLOYD'S AND OTHER INSURERS SUBSCRIBING TO BINDING AUTHORITY B60451056862201, INTERSTATE FIRE & CASUALTY COMPANY, AND INDEPENDENT SPECIALTY INSURANCE COMPANY

FILED:_____DEPUTY CLERK:_____

### PETITION FOR INSURANCE PROCEEDS, BAD FAITH PENALTIES, ATTORNEYS FEES' AND COSTS, AND CONSEQUENTIAL DAMAGES

### PARTIES

1.

Plaintiff, Camden Lake, LLC ("Camden Lake"), is an active Louisiana limited liability company, with its principal business office and domicile at 100 Conti Street, New Orleans, LA 70130 in Orleans Parish. At all relevant times, Camden Lake owned and was doing business as Camden Lake Apartments ("CLA"), an apartment complex built in 2008 and located at 2525 O'Neal Lane, Baton Rouge, LA 70816. CLA includes 10 three-story apartment buildings with 24 units each, a one-story Clubhouse with its contents, a sign, and perimeter fence.

2.

Defendants, Certain Underwriters at Lloyd's, London - Syndicate 2357 ("Syndicate 2356"), Certain Underwriters at Lloyd's and Other Insurers Subscribing

EXHIBIT 2

to Binding Authority B60451056862201 ("Underwriters and Others"), Interstate Fire & Casualty Company ("Interstate"), and Independent Specialty Insurance Company ("Independent") (all defendants collectively, "Velocity") issued a policy to Camden Lake effective April 30, 2021 to April 30, 2022 with Velocity Account Number 2018-9000879-04, Syndicate 2357 policy number VNB-CN-0000879-04, Underwriters and Others policy number VRN-CN-0000879-04, Interstate policy number VRX-CN-0000879-04, and Independent policy number VUX-CN-0000879-04 ("Policy").  *See* Exhibit A.

3.

Syndicate 2357 and Underwriters and Others are underwriters in London, England**.**  Interstate is an insurance company in Illinois.  Independent is an insurance company in Texas.

4.

Defendants may be served as follows:

**Interstate Fire & Casualty Company**
Allianz Global Risks US Insurance Company
General Counsel's Office
225 West Washington Street
Chicago, IL  60606

**Independent Specialty Insurance Company**
Attn: Terry Ledbetter
1900 L. Don Dodson Drive
Bedford, TX  76021

**Certain Underwriters at Lloyds at London – Syndicate 2357**
Lloyd's America, Inc.
Attention: Legal Department
280 Park Avenue, East Tower, 25th Floor
New York, NY  10017

**Certain Underwriters at Lloyd's and Other Insurers**
**subscribing to Binding Authority UMR B604510568622021**
McDermott, Will & Emery
340 Madison Avenue
New York, NY  10173-1922

*See* Exhibit A at 00060.

5.

Venue is proper in East Baton Rouge Parish as this action is an action on an insurance policy and this parish is where the loss occurred. *See* LA. CODE CIV. PROC. art. 76.

6.

**FACTS**

Camden Lake has suffered and will suffer Property Damage and Business Income/Extra Expense ("BI/EE") losses covered under the Policy due to Hurricane Ida which hit on August 29, 2021 as the CLA buildings, including, but not limited to, their siding, roof systems, windows, interior spaces, perimeter fence, outdoor property, and sign, have been damaged due to the intense Hurricane Ida winds and wind-driven openings created by same.

7.

**A.    Policy Limits Available and Amounts Paid to Date**

The Policy provides Camden Lake with blanket policy limits of $21,912,097 for the buildings and sign; $200,000 for contents; and $3,178,860 for business income coverage due to a single loss or occurrence (such as Hurricane Ida) for total limits of $25,290,957. *See* Exhibit A, 00012; Exhibit B, Statement of Values.

8.

The Policy provides Camden Lake with specific named storm deductibles per building which total $505,817 for all buildings and the sign.

9.

To date, despite more than **$25 million dollars of available limits coverage**, Velocity has paid Camden Lake only **$36,103.28** in two payments regarding Camden Lake's Hurricane Ida-related damages, both of which payments were untimely and underpaid as follows: (1) **$27,386** for the perimeter fence for which $72,614 is still owed as below; and (2) **$8,717.28** for the sign for which $18,638.72 is still owed as indicated below and the insurers have paid nothing in business income losses.

10.

Rather, Camden Lake timely reported its claim to Velocity which was assigned Velocity Claim No. SDA21016480, and Camden Lake has supplied Velocity satisfactory proof of loss entitling it to payment under the Policy for damage to CLA, including, but not limited to, on July 13, 2022 when it presented Velocity 1312 pages in documentary support for a Property Damage claim in the amount of **$8,193,243.39** and an estimated period of restoration of approximately 9.5 months *if* the work were to commence in the 4th quarter of 2022 which has not occurred. *See, e.g.,* Exhibit C, transmission email & Exhibit D, Claim Cost Summary.

11.

Included in that amount, Camden Lake has already spent out-of-pocket in excess of **$83,779.89** (as highlighted on the Claim Cost Summary) which has not been reimbursed by Velocity.

12.

**B. Hurricane Force Winds at Camden Lake as Calculated by Dr. Barry Keim**

Louisiana State Climatologist Dr. Barry Keim has issued a report as to the hurricane-force winds that buffeted Camden during Hurricane Ida.

13.

He estimated the property had "1-minute sustained wind of 50 mph" and "3-second gust of 76 mph." *See* Exhibit E at 3.

14.

He concluded that "the winds experienced at Camden Lake represent very rare wind speeds." *Id.* at 3-4.

15.

**C. Property Damage and Hurricane Repairs to 11 Insured Buildings**

The repairs to the 11 buildings make up more than **$7 million** of the almost $8.2 million claim cost summary.

16.

The estimates of the buildings' hurricane repairs are from Milton J. Womack, Inc. General Contractor, which firm is well respected in Baton Rouge, Louisiana where its headquarters are located.

17.

**1. Siding**

While acknowledging siding damage, Velocity has denied payment for same claiming the damage was not a result of Hurricane Ida.

18.

Velocity argues that siding damage was pre-existing and not-hurricane related.

19.

However, Camden Lake had a third-party inspection done and report issued by EBI Consulting on September 25, 2020 in connection with the property's refinance in December 2020.

20.

As reflected in the expert report of Scairono Martinez Architects ("SMA") principal architect Barry Scairono,[1] that assessment noted that "the siding was in good condition and shouldn't have to be replaced in over 20 years." *See* Exhibit F at 2 (The EBI September 25, 2020 report stated as follows as regards the siding: "The cementitious siding appears to be in good condition."; "[R]eplacement of the cementitious siding is anticipated after the analysis term." The "analysis term" is 20 years.).

21.

Mr. Scairono further opined:

> The distinct pattern of displaced siding planks clearly shows that the damage was caused by a directional horizontal force such as wind, and not form cyclical long-term thermal / moisture rated expansion and contraction. The displaced portions of the planks are not a random pattern as is expected from expansion and contraction. Instead, the pattern exhibits displaced plank ends projecting in the same direction.

---

[1] In *Jaskot v. Doublet*, 293 So.2d 1231, 1237-38 (La. 4 Cir. 2020), the Louisiana Fourth Circuit Court of Appeal affirmed the decision of the lower court which relied on the expert testimony (qualified in architecture and construction estimates) of Mr. Scairono at the trial.

*Id.* at 3.

22.

Mr. Scairono concluded that "the entire existing siding system, all associated trim and the entire weather barrier system be completely removed" from all 11 buildings and "fully replaced." *Id.*

23.

Besides full replacement being needed in Mr. Scairono's expert opinion, Camden Lake could not even do spot repairs on the existing siding.

24.

The siding material used is no longer being manufactured or even available on secondary markets.

25.

The available replacement siding has a texture which is different from what is currently on the building.

26.

Thus, in order to have the same aesthetic and replace the exterior of each building with the "materials of like kind and quality" as required under the policy, the exterior siding on all four walls of each building must match.

27.

Under Louisiana law, Velocity has the duty to pay for Replacement Cost Value ("RCV") to restore an item to its original condition, including paying for an entire item to match, such as siding, fencing, or carpeting, even if only a portion of

the item was "damaged." *See Holloway v. Liberty Mut. Fire Ins. Co.,* 290 So. 2d 791, 793-94 (La. App. 1st Cir. 1974) (per curiam) (holding insurer covered "the cost of the replacement of the carpeting in the ***entire*** bedroom wing of [the insureds'] house" when only the primary bedroom carpeting was damaged by a leaking pipe as the contrast between the old and the new carpeting would be ***readily apparent*** and would have an ***adverse effect***" and that "it was the general practice in Baton Rouge . . . to use ***one kind*** of carpeting ***and color*** in all of the bedrooms") (emphasis added).

28.

## 2. Roofs

Like the siding, the roofs were also inspected less than a year before Hurricane Ida and were found to be in good serviceable condition at that time. (The EBI September 25, 2020 report said the roofs are "in good condition."). In addition, Velocity itself issued an Underwriting Survey Reports indicating visual inspections of the roofs on May 23, 2018 with no notation of any problems. *See* Exhibit M. Similarly, in Velocity's Underwriting Survey Report closed May 24, 2021 (or approximately three months before Hurricane Ida) no problems with the roof were noted. *See* Exhibit N.

29.

Velocity has denied roof replacement indicating that they only needed "spot repairs" and not a roof replacement on any of the 11 insured buildings.

30.

In fact, Camden Lake had initially paid $56,800 on temporary roof repairs with Coleman Roofing which amount Velocity has not reimbursed and then had to do additional repairs to those repairs. *See* Claim Cost Summary, Exhibit D.

31.

That these temporary "spot" repairs are inadequate is confirmed that additional roof repairs are already needed to the repairs previously made in Buildings 2, 7, and 9 to combat leaking areas for which Camden Lake has already paid additional amounts for in excess **$61,600** in temporary roof repairs to date.

32.

Coleman Roofing performed a full inspection of the roofs after Hurricane Ida and concluded as follows:

> All roof slopes at the complex have an abundance of wind damages shingles throughout the field of the roof. The vast majority of all of the roof slopes are missing a significant amount of granules compromising the integrity of the surrounding shingles. All surrounding shingles become damaged when a repair to a single shingle is attempted. . . . [G]iven the storm damage, ***the roofs . . . are in need of a full replacement in order to prevent any further damage to the complex.***

*See* Exhibit G (emphasis added).

33.

Similarly, another principal architect at SMA Ron Martinez opined in his expert report:

> [T]he winds and pressure of Hurricane Ida caused a failure of the asphalt shingle roof system that ***necessitates the replacement of the roof of every building***. . . . [T]he subject property is vulnerable to large loss or catastrophic damage in a future storm if the existing roof system is not replaced.

*See* Exhibit H (emphasis added).

34.

In fact, Camden Lake's property insurers since Hurricane Ida have made Camden Lake include an exclusion for pre-existing damage from their insurance

policies. Camden Lake's damage cannot be sufficient enough so that it is excluded from current coverage, but not sufficient enough that it is not paid under the policy existing at the time of the loss.

35.

**3. <u>Interior Damage</u>**

Camden Lake submits that the photos submitted, the vast majority of which were taken by the insurers' own adjusters demonstrate the interior damage surrounding the windows.

36.

**D. <u>Business Income/Extra Expense</u>**

The Policy provides for Business Interruption/Extra Expenses coverage during the Period of Restoration ("POR") and for another year of Extended Period of Indemnity ("EPOI") after the POR.

37.

At the latest, on January 26, 2023, Camden Lake presented a supported claim to the insurers that the BI/EE and the EPOI will exceed Camden Lake's policy limits and deductible and therefore the full $3,178,860 in policy limits for same is claimed.

38.

For example, when the extensive repair work is done at the complex, with all roofs and siding being replaced, Camden Lake will incur BI/EE losses, including, but not limited to, such items as (1) loss of rents and/or rent concessions; (2) return of rental deposits; (3) expenses relocating tenants; and (4) new costs and expenses

incurred with new leases such as lease commissions, advertising, fixing interiors to re-rent, etc.

39.

Camden Lake also provided voluminous financial documentation to the insurers as requested on March 13, 2023.  *See* Exhibit I.

40.

However, the insurers apparently did not perform their duty of adjusting Camden Lake's claim as it did not even appear to analyze the financial documentation requested because it was not until June 27, 2023 when Camden Lake asked about the status of the insurers' forensic accountant report was Camden Lake asked by the insurers for additional financial information for which it provided some on July 7, 2023.  *See* Exhibit J.  In fact, as of August 7, 2023 (or more than 30 days after Camden Lake provided the late-requested additional financial information), the insurers indicated that their forensic accounting report was still not "published."  *See* Exhibit K.

41.

**E.  The Perimeter Fence**

The Policy also has sub-limits for Outdoor Property of $100,000 which would include the perimeter fence.

42.

On November 2, 2021, Camden Lake sent Velocity a proposal to replace the perimeter fence in the amount of $108,236.18.

43.

The quote provided was from the contractor who installed the original fence and would know its exact length which was 2578 linear feet.

44.

Velocity's calculation of the length of the fence is also in error.  The adjuster used Google Earth to calculate the length of the fence at 2493.18 feet or 84.82 feet less than its actual length.

45.

This miscalculation was due to the adjuster not picking up the articulation of the fence in at least two areas and obviously not taking an actual on-the-ground measurement of the entire fence.

46.

Moreover, Velocity misrepresented the Policy and Louisiana law when it has contended that it was not required to replace the entire perimeter fence so that it will match (as explained above in connection with the siding), but rather it wants to replace only specific portions of the fence on all four sides which would make the fence not match.

47.

As indicated above, the original proposal to replace the fencing is $108,236.18.

48.

Womack offered an additional proposal to repair Outdoor property of $174,446.

49.

Subtracting the $2,000 deductible from either number would indicate the cost to replace the fencing exceeds the Policy limits for outdoor property so Camden Lake is entitled to its full sub-limits of $100,000 for same, but to date, Velocity has tendered only $27,386 for same, meaning Velocity owes Camden Lake an additional **$72,614** for same.

50.

**F.  The Sign**

The Policy provided limits for the sign in the amount of $27,356, and Camden Lake submitted an estimate from Milton J. Womack General Contractor that it would cost $28,641 to repair it.

51.

Subtracting the $547 deductible from that number would indicate the cost to replace the sign exceeds the Policy limits for the sign so Camden Lake is entitled to its full limits of $27,356 for same, but to date, Velocity has tendered only $8,717.28 for same, meaning Velocity owes Camden Lake an additional **$18,638.72** for same.

52.

**G.    Professional Fees**

Camden Lake's has also made submissions for Professional Fees for which a $100,000 sublimit is provided.

53.

Camden Lake has already paid at least **$12,570** in Professional Fees to Keim Consulting for Storm Weather Assessment ($3,000) and to Scairono Martinez Architects for Siding & Roof Investigation & Assessment Services ($9,570) which has not been reimbursed by Velocity. *See* Claim Cost Summary, Exhibit D.

54.

With the claim management that has been and is being performed by Berger Company professionals and potential forensic accountants and other professionals in the future the sub-limit for Professional Fees has been or will be exhausted so another **$87,430**.

55.

**H.    Additional Already Incurred Amounts Not Reimbursed**

Camden Lake has also incurred temporary roof repairs and repairs of those repairs due to the need for a new roof of which Velocity has also not reimbursed Camden Lake for any of the amounts it has actually already expended, other than the late, partial payment toward the sign and fence listed above.   *See* Claim Cost Summary, Exhibit D, supplemented with additional repairs since its creation.

56.

On September 11, 2021 Deft Claims inspected the property for Velocity. More than 30 days later, Velocity sent a letter on December 3, 2021, indicating that Deft had calculated none of the damage to the 10 apartment buildings had exceeded their respective deductibles and that payment would be made only for the damaged sign and for portions of the damaged perimeter fence.

57.

The insurers re-inspected the property on April 5-6, 2023, but to date no additional amounts have been unconditionally tendered to Camden Lake.

58.

Both before and after the Camden Lake's July 13, 2022 submission Velocity has twice denied coverage for the roof repairs indicating that they only needed "spot repairs" and the damage to the siding was not due to Hurricane Ida.

59.

Velocity denies that "the siding sustained damage as a result of Hurricane Ida" and a roof replacement on any of the 11 insured buildings.

60.

On November 11, 2022, Camden Lake requested copies of all the field adjuster/consultant reports on behalf of Velocity.

61.

On November 30, 2022, Camden Lake reiterated its request and noted that Velocity had failed to produce the requested reports within fifteen days as required

under Louisiana law. *See* Exhibit F; *see also* LSA-R.S. 22:1892(A)(5) ("An insurer ***shall*** issue a copy of the insurer's field adjuster report, relative to the insured's property damage claim, to the insured within fifteen days of receiving a request for such from the insured.") (emphasis added).

62.

Moreover, Velocity has been additionally arbitrary and capricious in adjusting Camden Lake's Hurricane Ida claim, including, but not limited to, taking more than four-and-half months to respond to Camden Lake's 1312-page July 13, 2022 submission and then denying all claims contained therein and not tendering any additional funds, even after re-inspection and submission of additional information and supporting documents by Camden Lake.

63.

In addition, any amounts paid by Velocity to Camden Lake were paid late, subjecting Velocity to consequential damages (including, but not limited to, rising costs of construction, lost interest on the money not paid, and retention of claims professionals and experts regarding submission of the claim), statutory penalties, and attorneys' fees and costs regarding same as well as on the more than $8.1 million Velocity has not paid to date. *See, e.g.,* Exhibit L (from Milton J. Womack regarding increased costs of construction).

**Insurers' Bad Faith Attempt to Enforce Policy Provision for Camden to Complete Repairs by a Certain Date after Hurricane Ida to Receive Replacement Cost Value Without Providing Insurance Proceeds to do So**

64.

Velocity's position has been that if Camden fails to complete repairs by an extended date after the two-year anniversary of Hurricane Ida that Camden may be limited to only Actual Cost Value ("ACV") and not Replacement Cost Value ("RCV").

65.

Velocity's interpretation of such a time limit policy provision is in bad faith in these circumstances due to the delay in Camden receiving any meaningful funds from Velocity to make the necessary repairs. Under Louisiana law, "A condition is regarded as fulfilled when it is not fulfilled because of the fault of a party with an interest contrary to the fulfillment." LA. CIV. CODE art. 1772.

66.

Moreover, any inability of Camden to complete the repairs by a certain date after Hurricane Ida is due to factors beyond its control, including, in addition to Velocity failing to give it the funds to do so, supply chain and labor shortage issues, COVID-19 pandemic issues, and the widespread damages in southeastern Louisiana from the intense Hurricane Ida.

67.

Courts have held insurers invoking similar provisions are in bad faith and such provisions are unenforceable as contrary to public policy. *See, e.g., Mason v. Shelter Mutual Ins. Co.*, 209 So.3d 860, 867, 874-75 (La. App. 3 Cir. 2016) (insured was not required to complete repairs within one year to receive RCV and was awarded bad faith penalties and attorneys' fees against the insurer); *Sierra Pac. Power Co. v.*

*Hartford Steam Boiler Inspection & Ins. Co.*, 490 F. App'x 871, 878-79 (9th Cir. 2012) (affirming trial court's findings that it would be "contrary to public policy" to enforce the provision at issue because challenges outside the insured's control made it impossible to comply with the time requirement and the insurers' own conduct in denying coverage "should prevent them from enforcing the two-year limit to recover replacement cost").

### FIRST CAUSE OF ACTION FOR INSURANCE PROCEEDS FOR BUILDING AND CONTENTS PROPERTY DAMAGES AND FOR BUSINESS INCOME AND EXTRA EXPENSE COVERAGE

68.

Camden Lake repeats and alleges the allegations in all preceding paragraphs as though fully set forth herein.

69.

As indicated above, Camden Lake asserts a claim against Velocity for all proceeds due under the Policy and not paid.

### SECOND CAUSE OF ACTION FOR BAD FAITH PENALTIES, ATTORNEYS' FEES AND COSTS AND CONSEQUENTIAL DAMAGES FOR FAILURE TO TIMELY PAY AND FAILURE TO TIMELY PRODUCE FIELD ADJUSTER REPORTS IN VIOLATION OF LOUISIANA LAW

70.

Camden Lake repeats and alleges the allegations in all preceding paragraphs as though fully set forth herein.

71.

At least by July 13, 2022 for its property damage claims and March 13, 2023 for its business income/extra expense claims, Camden Lake submitted satisfactory proof of loss to Velocity for its claims, and Velocity has not paid Camden Lake all

its losses within 30 or 60 days of same, thereby subjecting Velocity to an additional 50% of the amount due and Camden Lake's attorneys' fees and costs as provided by LSA-R.S. § 22:1892 and the consequential damages Camden Lake has sustained due to Velocity's non-payment as well as two times the damages Camden Lake sustained under LSA-RS. § 22:1973.  Such awards are not unlimited exemplary, punitive, or multiple awards, but rather are statutorily prescribed under Louisiana law.

72.

Alternatively, Camden Lake submits this instant lawsuit is satisfactory proof of loss to Velocity of its claims under the Policy and that, if Velocity does not pay Camden Lake all its losses claimed under the Policy within 30 or 60 days of receipt of same, Velocity must pay Camden Lake 50% of the amount paid late due and Camden Lake's attorneys' fees and costs as provided by LSA-R.S. § 22:1892 and the consequential damages Camden Lake has sustained due to Velocity's non-payment as well as two times the damages Camden Lake sustained under LSA-RS. § 22:1973.

73.

Camden Lake submits that even the amounts paid by Velocity were paid late and that Velocity must pay Camden Lake 50% of the amounts paid late and Camden Lake's attorneys' fees and costs as provided by LSA-R.S. § 22:1892 and the consequential damages Camden Lake has sustained due to Velocity's late payment as well as two times the damages Camden Lake sustained under LSA-RS. § 22:1973.

74.

Camden Lake further submits that Velocity violated positive Louisiana law by failing to timely produce its field adjuster reports within fifteen days as requested by Camden Lake, which is additional evidence of Velocity being arbitrary,

capricious, and without probable cause in adjusting Camden Lake's claim, thereby subjecting Velocity to all penalties available under LSA-R.S. 22:1892.

## **DEMAND FOR JURY TRIAL**

75.

Camden Lake requests a trial by jury on all issues so triable.

**WHEREFORE**, Camden Lake respectfully prays, after due proceedings had, that:

(1)    Defendants Velocity be held liable for all losses suffered by Camden Lake due to Hurricane Ida;

(2)    Defendants Velocity be held liable for bad faith penalties under Louisiana law for failure to timely pay Camden Lake both as to the amounts that have been paid and to the amounts that still have not been paid;

(3)    Defendant Velocity be held liable for all amounts due under the Policy, including, but not limited to, for building property damage, contents, sign, fencing, outdoor property, interior damage, roofs, windows, and professional fees, BI/EE related to the period of restoration, together with all consequential damages as a result of the Velocity's arbitrary, capricious, and without probable cause breach and failure to pay within 30 and 60 days of proof of loss and failure to provide field adjuster reports within fifteen days of Camden Lake's request as required under Louisiana law, including attorneys' fees and costs, and all statutory penalties, together with pre-judgment interest from the time payments were due and post-judgment interest; and

(4)    Camden Lake receive any other equitable and general relief as the

nature of this case will allow.

/s/James M. Garner

_____

LEOPOLD Z. SHER, #12014
JAMES M. GARNER, #19589
MARTHA Y. CURTIS, #20446
AMANDA R. SCHENCK, #30706
CURTIS J. CASE, #39413
**SHER GARNER CAHILL**
**RICHTER  KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Suite 2800
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile:  (504) 299-2300
**ATTORNEYS FOR**
**PLAINTIFF CAMDEN LAKE, LLC**

**PLEASE RETURN CITATIONS TO PLAINTIFFS' COUNSEL FOR LONG-ARM SERVICE AS FOLLOWS:**

**Interstate Fire & Casualty Company**
Allianz Global Risks US Insurance Company
General Counsel's Office
225 West Washington Street
Chicago, IL  60606

**Independent Specialty Insurance Company**
Attn: Terry Ledbetter
1900 L. Don Dodson Drive
Bedford, TX  76021

**Certain Underwriters at Lloyds at London – Syndicate 2357**
Lloyd's America, Inc.
Attention: Legal Department
280 Park Avenue, East Tower, 25th Floor
New York, NY  10017

**Certain Underwriters at Lloyd's and Other Insurers subscribing to Binding Authority UMR B604510568622021**
McDermott, Will & Emery
340 Madison Avenue
New York, NY  10173-1922

EAST BATON ROUGE PARISH
Filed Aug 09, 2023 8:35 AM
Deputy Clerk of Court
E-File Received Aug 08, 2023 5:20 PM

C-735652
30

**velocity**
risk underwriters

**NOTICE!**
This Policy Does Not Cover FLOOD LOSS
You can get protection through an authorized company
for the National Flood Insurance Program.
Call us for details – 877-387-8479

Note: Property damages &
loss of business income
caused by wind or hail are
subject to a separate
deductible.

10 Burton Hills Blvd., Ste. 300
Nashville, TN 37215

## GENERAL PROPERTY DECLARATIONS
This Declaration Page is attached to and forms part of the Policy as defined herein.

Account Number:     2018-9000879-04          Previous Account Number:     2018-9000879-03

Inception Date:      April 30, 2021           Expiration Date:
(12:01 A.M. Local time at each insured location.)                          April 30, 2022

Coverage is provided by the following Company(s):          Specific Policy Number

Certain Underwriters at Lloyd's, London - Syndicate 2357          VNB-CN-0000879-04
c/o Nephila Syndicate Management Limited 4th Floor,
Walsingham House, 35 Seething Lane London EC3N 4AHI
United Kingdom

Certain Underwriters at Lloyd's and Other Insurers subscribing to          VRN-CN-0000879-04
Binding Authority B604510568622021
Renaissance Re 18th Floor, 125 Old Broad Street London EC2N
1AR United Kingdom

Interstate Fire & Casualty Company          VRX-CN-0000879-04
33 W. Monroe Street , Chicago, IL 60603

Independent Specialty Insurance Company          VUX-CN-0000879-04
1900 L. Don Dodson Drive , Bedford, TX 76021

Named Insured and Mailing Address:          Camden Lake, LLC
                                            100 Conti Street
                                            New Orleans, LA 70130

Producer Name and Address:          Jason Williams
                                    AmWINS - Atlanta
                                    3630 Peachtree Road NE
                                    Suite 1700
                                    Atlanta, GA 30326

Business or Operations of the Named Insured:     Apartments

The Insurance provided by this policy consists of the following coverage form(s). In return for
payment of the premium and subject to all the terms of this policy, we agree with you to provide the
insurance as stated in this policy.



EXHIBIT
A

Page 1 of 3

VRU-041-0121 General Property Declaration (Syndicated)
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

LAW OFFICES OF

# SHER GARNER CAHILL RICHTER
# KLEIN & HILBERT, L.L.C.

TWENTY-EIGHTH FLOOR
909 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70112-4046
http://www.shergarner.com

LEOPOLD Z. SHER [1]
JAMES M. GARNER [2]
ELWOOD F. CAHILL, JR.
RICHARD P. RICHTER
STEVEN I. KLEIN [1,10]
PETER L. HILBERT, JR.
MARIE A. MOORE [3]
DEBRA J. FISCHMAN
DARNELL BLUDWORTH [2]
MARTHA Y. CURTIS [2]
NEAL J. KLING
JOSHUA S. FORCE [2,4]
JOHN T. BALHOFF, II
ALVIN C. MIESTER, III
CHRISTOPHER T. CHOCHELES
RYAN D. ADAMS
THOMAS J. MADIGAN, II [5]
CHAD P. MORROW
KEVIN M. MCGLONE

JEFFREY D. KESSLER [6]
RYAN O. LUMINAIS [6]
ASHLEY GREMILLION COKER
JONATHAN B. CERISE
AMANDA RUSSO SCHENCK
TRAVIS A. BEATON
KAREN T. HOLZENTHAL
MELISSA ROME HARRIS
JACOB A. AIREY
DAVID A. FREEDMAN
BRANDON W. KEAY
ALEX E. HOTARD
STUART D. KOTTLE [7]
LAURIE A. DEARMAN [2,8]
ELISE W. BENEZECH
CURTIS J. CASE
CLAIRE E. SCHNELL
ALEXIS K. FRIEDMAN-BENTON
VICTORIA E. TERRANOVA

STEPHANIE T. WARTELLE
WADE B. HAMMETT
HANNAH L. BREWTON
GRANT G. BUTLER
BROOKE M. HATHAWAY
ANDREW T. NOELL [9]
LAURA A. LARKS [11,12]

SPECIAL COUNSEL:
KHRISTA M. MCCARDEN [12]

OF COUNSEL:
TIMOTHY B. FRANCIS
DAVID A. MARCELLO
THOMAS P. MCALISTER [2]

[1]  LAW CORPORATION
[2]  MEMBER OF LOUISIANA AND TEXAS BARS
[3]  MEMBER OF LOUISIANA AND ALABAMA BARS
[4]  MEMBER OF LOUISIANA AND CALIFORNIA BARS
[5]  MEMBER OF LOUISIANA AND MISSISSIPPI BARS
[6]  MEMBER OF LOUISIANA AND NEW YORK BARS
[7]  MEMBER OF LOUISIANA AND ARIZONA BARS
[8]  MEMBER OF LOUISIANA AND N. CAROLINA BARS
[9]  MEMBER OF LOUISIANA AND TENNESSEE BARS
[10] BOARD CERTIFIED TAX ATTORNEY LOUISIANA
     BOARD OF LEGAL SPECIALIZATION
[11] MEMBER OF NEW YORK BAR
[12] MEMBER OF CALIFORNIA BAR

ALL OTHERS LOUISIANA BAR

mcurtis@shergarner.com
Direct Dial: (504) 299-2111
Direct Fax: (504) 299-2311

(504) 299-2100
FAX (504) 299-2300

## CONFIDENTIAL MEDIATION POSITION PAPER
### Protected pursuant to LA. CODE EVID. art. 408 & La. R.S. § 9:4112

January 25, 2023

**VIA EMAIL:**      **hadknis@hamsil.com**
                    **resolutions@maps-adr-com**

Mr. Harold J. Adkins
MAPS Mediation Arbitration Professional Systems, Inc.
Two Lakeway Center, Suite 400
3850 N. Causeway Blvd., Metairie, LA  70002

   Re: Hurricanes Ida Insurance Claims:
     Camden Lake, LLC v. Independent Specialty Ins. Co. et al.
   Our Ref: 03608.0581
   MAPS Ref: 23A051H
   Mediation: January 26, 2023 at 10:00 a.m.

Dear Mr. Adkins:

  The following confidential mediation position paper is submitted by Claimant Camden Lake, LLC ("Camden"). We look forward to mediating this matter with you.

LAW OFFICES OF

# SHER GARNER CAHILL RICHTER
# KLEIN & HILBERT, L.L.C.

January 25, 2023
Page - 2 -

## I.    PARTIES

Claimant Camden is an active Louisiana limited liability company, with its principal business office and domicile at 100 Conti Street, New Orleans, LA 70130 in Orleans Parish.  Camden's manager is Berger Management, LLC ("Berger").

At all relevant times, Camden owned and was doing business as Camden Lake Apartments ("CLA"), an apartment complex built in 2008 and located at 2525 O'Neal Lane, Baton Rouge, LA 70816.  CLA includes 10 three-story apartment buildings with 24 units each, a one-story Clubhouse with its contents, a sign, and perimeter fence.

The insurers at issue are Independent Specialty Insurance Company; Interstate Fire & Casualty Company; Certain Underwriters at Lloyd's, London - Syndicate 2357, and Certain Underwriters at Lloyd's and Other Insurers Subscribing to Binding Authority B60451056862201 (all insurers collectively, "Velocity"). Velocity issued a policy to Camden effective April 30, 2021 to April 30, 2022 ("Policy").  *See* Exhibit A.

At the mediation, as well at its counsel, Camden will have its following representatives present in person:

Martha F. Heausler, Chief Financial Officer, The Berger Company

Tim Frame, Senior Vice President/Design & Construction, The Berger Company

Michael Pousson, Vice President of Asset Management, The Berger Company

Camden will also have two of its principals, Jeff Lax and Ben Tiller, available by phone.

LAW OFFICES OF

# SHER GARNER CAHILL RICHTER
# KLEIN & HILBERT, L.L.C.

January 25, 2023
Page - 3 -

## II.    CLAIM

Camden has suffered and will suffer Property Damage and Business Income/Extra Expense ("BI/EE") losses covered under the Policy due to Hurricane Ida which hit on August 29, 2021 as the CLA buildings, including, but not limited to, their siding, roof systems, windows, interior spaces, perimeter fence, outdoor property, and sign, have been damaged due to the intense Hurricane Ida winds and wind-driven openings created by same.

### A.    Policy Limits Available and Amounts Paid to Date

The Policy provides Camden with blanket policy limits of $21,912,097 for the buildings and sign; $200,000 for contents; and $3,178,860 for business income coverage due to a single loss or occurrence (such as Hurricane Ida) for total limits of $25,290,957. *See* Exhibit A, 00012; Exhibit B, Statement of Values; Exhibit C, Schedule of Locations.

The Policy provides Camden with specific named storm deductibles per building which total $505,817 for all buildings and the sign. *See* Exhibit C.

To date, despite more than **$25 million dollars of available limits coverage**, Velocity has paid Camden only **$36,103.28** in two payments regarding Camden's Hurricane Ida-related damages, both of which payments were untimely and underpaid as follows: (1) **$27,386** for the perimeter fence for which $72,614 is still owed as below; and (2) **$8,717.28** for the sign for which $18,638.72 is still owed as indicated below and

Rather, Camden timely reported its claim to Velocity which was assigned Velocity Claim No. SDA21016480, and Camden has supplied Velocity satisfactory proof of loss entitling it to payment under the Policy for damage to CLA, including, but not limited to, on July 13, 2022 when it presented Velocity 1312 pages in documentary support for a Property Damage claim in the amount of **$8,193,243.39** and an estimated period of restoration of approximately 9.5 months *if* the work were

LAW OFFICES OF

# SHER GARNER CAHILL RICHTER
# KLEIN & HILBERT, L.L.C.

January 25, 2023
Page - 4 -

to commence in the 4th quarter of 2022 which has not occurred.[1]  *See* Exhibit D, email and cover letter, and Claim Cost Summary.  Included in that amount, Camden has already spent out-of-pocket **$83,779.89** (as highlighted on the Claim Cost Summary) which has not been reimbursed by Velocity.

### B. Hurricane Force Winds at Camden as Calculated by Dr. Barry Keim

Camden retained Louisiana State Climatologist Dr. Barry Keim who issued a report as to the hurricane-force winds that buffeted Camden during Hurricane Ida. He estimated the property had "1-minute sustained wind of 50 mph" and "3-second gust of 76 mph."  *See* Exhibit E at 3.  He concluded that "the winds experienced at Camden Lake represent very rare wind speeds."  *Id.* at 3-4.

### C. Hurricane Repairs to 11 Insured Buildings

The repairs to the 11 buildings make up more than **$7 million** of the almost $8.2 million claim cost summary.   The estimates of the buildings' hurricane repairs are from Milton J. Womack, Inc. General Contractor, which firm is well respected in Baton Rouge, Louisiana where its headquarters are located.

#### 1. Siding

While acknowledging siding damage, Velocity has denied payment for same claiming the damage was not a result of Hurricane Ida.  Velocity argues that siding damage was pre-existing and not-hurricane related.  However, Camden had a third-party inspection done by EBI Consulting in September 2020 in connection with the property's refinance in December 2020.  As reflected in the expert report of Scairono Martinez Architects ("SMA") principal architect Barry Scairono,[2] that assessment

---

[1] The Business Interruption/Extra Expenses connected with the repair work is estimated to exceed Camden's policy limits and deductible and therefore the full $3,178,860 in policy limits for same is claimed.

[2] In *Jaskot v. Doublet*, 293 So.2d 1231, 1237-38 (La. 4 Cir. 2020), the Louisiana Fourth Circuit Court of Appeal affirmed the decision of the lower court which relied on the expert testimony

LAW OFFICES OF
# SHER GARNER CAHILL RICHTER
# KLEIN & HILBERT, L.L.C.

January 25, 2023
Page - 5 -

noted that "the siding was in good condition and shouldn't have to be replaced in over 20 years." *See* Exhibit F at 2.

Mr. Scairono further opined:

The distinct pattern of displaced siding planks clearly shows that the damage was caused by a directional horizontal force such as wind, and not form cyclical long-term thermal / moisture rated expansion and contraction. The displaced portions of the planks are not a random pattern as is expected from expansion and contraction. Instead, the pattern exhibits displaced plank ends projecting in the same direction.

*Id.* at 3.

Mr. Scairono concluded that "the entire existing siding system, all associated trim and the entire weather barrier system be completely removed" from all 11 buildings and "fully replaced." *Id.*

## 2. Roofs

Velocity has denied roof replacement indicating that they only needed "spot repairs" and not a roof replacement on any of the 11 insured buildings. Hurricane Ida storm weather assessment on the buildings.

In fact, Camden has already paid **$56,800** on temporary roof repairs with Coleman Roofing which amount Velocity has not reimbursed. *See* Claim Cost Summary, Exhibit D.

Coleman Roofing performed a full inspection of the roofs after Hurricane Ida and concluded as follows:

All roof slopes at the complex have an abundance of wind damages shingles throughout the field of the roof. The vast majority of all of the

---

(qualified in architecture and construction estimates) of Mr. Scairono at the trial.

January 25, 2023
Page - 6 -

> roof slopes are missing a significant amount of granules compromising the integrity of the surrounding shingles. All surrounding shingles become damaged when a repair to a single shingle is attempted. . . . [G]iven the storm damage, *the roofs are beyond their useful life and are in need of a full replacement in order to prevent any further damage to the complex.*

*See* Exhibit G (emphasis added).

Similarly, another principal architect at SMA Ron Martinez opined in his expert report:

> [T]he winds and pressure of Hurricane Ida caused a failure of the asphalt shingle roof system that *necessitates the replacement of the roof of every building*. . . . [T]he subject property is vulnerable to large loss or catastrophic damage in a future storm if the existing roof system is not replaced.

*See* Exhibit H (emphasis added).

In fact, Camden's property insurers since Hurricane Ida have made Camden include an exclusion for pre-existing damage from their insurance policies. Camden's damage cannot be sufficient enough so that it is excluded from current coverage, but not sufficient enough that it is not paid under the policy existing at the time of the loss.

### 3. Interior Damage

Camden submits that the photos submitted, the vast majority of which were taken by the insurers' own adjusters demonstrate the interior damage surrounding the windows.

LAW OFFICES OF

# SHER GARNER CAHILL RICHTER
# KLEIN & HILBERT, L.L.C.

January 25, 2023
Page - 7 -

### 4.  The Perimeter Fence

The Policy also has sub-limits for Outdoor Property of $100,000 which would include the perimeter fence.  On November 2, 2021, Camden sent Velocity a proposal to replace the perimeter fence in the amount of $108,236.18.  The quote provided was from the contractor who installed the original fence and would know its exact length which was 2578 linear feet.

Velocity's calculation of the length of the fence is also in error.  The adjuster used Google Earth to calculate the length of the fence at 2493.18 feet or 84.82 feet less than its actual length.  This mis-calculation was due to the adjuster not picking up the articulation of the fence in at least two areas and obviously not taking an actual on-the-ground measurement of the entire fence.

Moreover, Velocity has misrepresented the Policy and Louisiana law when it has contended that it is not required to replace the entire perimeter fence so that it will match, but rather it wants to replace only specific portions of the fence on all four sides which would make the fence not match.

In fact, on November 11, 2021, Camden specifically advised Velocity in writing that under Louisiana law, Velocity has the duty to pay for Replacement Cost Value ("RCV") to restore an item to its original condition, including paying for an entire item to match, such as fencing or carpeting, even if only a portion of the item was "damaged" and provided it the controlling Louisiana decision on the issue.  *See Holloway v. Liberty Mut. Fire Ins. Co.,* 290 So. 2d 791, 793-94 (La. App. 1st Cir. 1974) (per curiam) (holding insurer covered "the cost of the replacement of the carpeting in the ***entire*** bedroom wing of [the insureds'] house" when only the primary bedroom carpeting was damaged by a leaking pipe as the contrast between the old and the new carpeting would be ***readily apparent*** and would have an ***adverse effect***" and that "it was the general practice in Baton Rouge . . . to use ***one kind*** of carpeting ***and color*** in all of the bedrooms") (emphasis added).  Also, the Policy requires that the loss be repaired with materials of "like kind and quality."

LAW OFFICES OF

# SHER GARNER CAHILL RICHTER
# KLEIN & HILBERT, L.L.C.

January 25, 2023
Page - 8 -

As indicated above, the original proposal to replace the fencing is $108,236.18. Womack offered an additional proposal to repair Outdoor property of $174,446. Subtracting the $2,000 deductible from either number would indicate the cost to replace the fencing exceeds the Policy limits for outdoor property so Camden is entitled to its full sub-limits of $100,000 for same, but to date, Velocity has tendered only $27,386 for same, meaning Velocity owes Camden an additional **$72,614** for same.

### 5. The Sign

The Policy provided limits for the sign in the amount of $27,356, and Camden submitted an estimate from Milton J. Womack General Contractor that it would cost $28,641 to repair it. Subtracting the $547 deductible from that number would indicate the cost to replace the sign exceeds the Policy limits for the sign so Camden is entitled to its full limits of $27,356 for same, but to date, Velocity has tendered only $8,717.28 for same, meaning Velocity owes Camden an additional **$18,638.72** for same.

### 6.    Professional Fees

Velocity has failed to even address Camden's submission for Professional Fees for which a $100,000 sublimit is provided. Again, Camden has already paid **$12,570** in Professional Fees to Keim Consulting for Storm Weather Assessment ($3,000) and to Scairono Martinez Architects for Siding & Roof Investigation & Assessment Services ($9,570) which has not been reimbursed by Velocity. *See* Claim Cost Summary, Exhibit D. Camden anticipates with the claim management being performed by Berger professionals and potential forensic accountants and other professionals in the future that the sub-limit for Professional Fees will be exhausted.

LAW OFFICES OF

# SHER GARNER CAHILL RICHTER
# KLEIN & HILBERT, L.L.C.

January 25, 2023
Page - 9 -

### 7.   Other Already Expended Amounts Not Reimbursed

Besides the temporary roof repairs and Professional Fees, Velocity has also not reimbursed Camden for any of the other amounts it has actually already expended, other than the late, partial payment toward the sign and fence listed above which additional amounts are about another **$15,000**.   *See* Claim Cost Summary, Exhibit D.

In addition, the amounts paid by Velocity to Camden Lake were paid late, subjecting Velocity to consequential damages, penalties, and attorneys' fees regarding same as well as on the more than $8.1 million Velocity has not paid to date.

## II.   OTHER FAILURES BY VELOCITY

### A. Failure to Provide Field Adjuster/Consultant Reports as Required

On November 11, 2022, Camden requested copies of all the field adjuster/consultant reports on behalf of Velocity. On November 30, 2022, Camden reiterated its request and noted that Velocity had failed to produce the requested reports within fifteen days as required under Louisiana law. *See also* LSA-R.S. 22:1892(A)(5) ("An insurer **_shall_** issue a copy of the insurer's field adjuster report, relative to the insured's property damage claim, to the insured within fifteen days of receiving a request for such from the insured.") (emphasis added).

To date, Velocity has still not produced its field adjuster/consultant reports in accordance with Louisiana law, exposing it to penalties and attorneys' fees.

Moreover, Velocity has been arbitrary and capricious in adjusting Camden's Hurricane Ida claim, including, but not limited to, taking more than four-and-half months to respond to Camden's 1312-page July 13, 2022 submission and then denying all claims contained therein and not tendering any additional funds,

LAW OFFICES OF

# SHER GARNER CAHILL RICHTER
# KLEIN & HILBERT, L.L.C.

January 25, 2023
Page - 10 -

exposing Velocity to penalties, attorneys' fees, and consequential damages, due to Velocity's delay in adjustment and payment of Camden's claims.

## B. Failure to Waive Two-Year Provision To Begin Repairs To Receive Replacement Cost Value

Camden anticipates Velocity may argue that, because Camden may not be able to complete repairs by the two-year anniversary of Hurricane Ida, that Camden may be limited to only Actual Cost Value ("ACV") and not Replacement Cost Value ("RCV"). Camden specifically asked Velocity to waive that provision in advance of the mediation, given the circumstances, but Velocity has thus far refused to do so. Nevertheless, any such provision is unenforceable in these circumstances.

First, any inability of Camden to complete the repairs by the two-year anniversary of Hurricane Ida is due to factors beyond its control, including, but not limited to, the delay in receiving any meaningful funds from Velocity,[3] supply chain issues, COVID-19 pandemic issues, and the widespread damages in southeastern Louisiana from the intense Hurricane Ida.

Second, courts have held such provisions are unenforceable in similar situations. For example, in *Mason v. Shelter Mutual Insurance Co.*, 209 So.3d 860 (La. App. 3 Cir. 2016), the Louisiana Third Circuit Court of Appeal held that an insured was not required to complete repairs within one year to receive RCV.

The Third Circuit reasoned that the insurer's request to enforce the provision at issue, under the circumstances, would "*require [the insured] to perform and personally finance the repair work in accordance with the policy terms,*" while the insurer "*simultaneously denied coverage under that same policy*" and therefore full RCV was correctly awarded to the insured by the trial court. *Id.* at 867 (emphasis added). In fact, penalties and attorneys' fees were awarded (and affirmed on appeal) to the insured against the insurer in that case. *Id.* at 874-75.

---

[3] Under Louisiana law, "A condition is regarded as fulfilled when it is not fulfilled because of the fault of a party with an interest contrary to the fulfillment." LA. CIV. CODE art. 1772.

LAW OFFICES OF

## SHER GARNER CAHILL RICHTER
## KLEIN & HILBERT, L.L.C.

January 25, 2023
Page - 11 -

Similarly, the United States Court of Appeals for the Ninth Circuit declined to enforce a policy provision that mandated that the insured rebuild within two years to obtain RCV as required under the policy at issue. *Sierra Pac. Power Co. v. Hartford Steam Boiler Inspection & Ins. Co.*, 490 F. App'x 871 (9th Cir. 2012). The Ninth Circuit upheld the trial court's findings that it would be "contrary to public policy" to enforce the provision at issue because challenges outside the insured's control made it impossible to comply with the two-year requirement and that the insurers' own conduct in denying coverage "should prevent them from enforcing the two-year limit to recover replacement cost." *Id.* at 878-79.

Notably, if Velocity were to try require increased speed in repairing the building, that would only increase the BI/EE claim and would probably lead to increased consequential damages in tenants leaving the property, new tenants not coming in, and/or demands by tenants for lower or no rent or additional living expenses in moving the tenants to another location while the work is being performed.

LAW OFFICES OF

## SHER GARNER CAHILL RICHTER
## KLEIN & HILBERT, L.L.C.

January 25, 2023
Page - 12 -

### CLAIM WITH PENALTIES AND
### ATTORNEYS FEES AND PROFESSIONAL FEES

| | |
|---|---|
| Claim Costs Per Summary: | $8,193,243.39 |
| Minus Named Storm Deductibles: | $    505,817.00 |
| Minus Over Sub-Limit for Fence: | $      74,446.00 |
| Minus Payments to Date: | $      27,386.00  (fence) |
| | $        8,717.28 (sign) |
| Outstanding Claim Costs: | $7,576,867.11 |
| 50% Penalty on Unpaid Claim Costs: | $3,788,433.56 |
| Attorneys' Fees and Costs: | $    10,000.00 (and continuing) |
| Additional Professional Fees: | $    87,430.00 |
| Business Interruption/Extra Expense: | $3,178,860 |
| **TOTAL:** | **$14,640,590.70** |

We look forward to amicably resolving this matter with you at the mediation.

Cordially,

Martha Y. Curtis

CC:   Mr. Leopold Z. Sher
       Mr. James M. Garner

LAW OFFICES OF

# SHER GARNER CAHILL RICHTER
# KLEIN & HILBERT, L.L.C.

January 25, 2023
Page - 13 -

Attached Exhibits:

A     Policy

B     Statement of Values

C     Schedule of Locations

D     Cost Claim Summary

E     Expert Report of Dr. Barry Keim (hurricane force winds)

F     Expert Report of Architect Barry Scairono (siding)

G     Coleman Roofing & Construction LLC Report (roof)

H     Expert Report of Architect Ron Martinez (roof)

*Camden Lake IOA*
*03608.0581*

## POLICYHOLDER NOTIFICATION

### PRIVACY NOTICE

For commercial business customers with policies administered by Velocity Risk Underwriters, LLC (VRU) and insured by a nonadmitted insurer, our privacy policy is as follows:

- VRU does not collect or require personal private information from our customers.
- VRU does not share any policyholder information for marketing purposes with any third party.
- VRU does share policy information as necessary with third party service providers for purposes of evaluating, processing, or servicing our business, inclusive but not restricted to information gathered in the application, inspection, or claims process.
- We require a non-disclosure with all third party service providers as respects information shared from us to our third party service providers which restricts use of information to functions required to perform the contracted services.
- Exception to all restrictions above will be as required by applicable law or regulatory agency.



VRU-038-0816 Policyholder Notification – Privacy Notice

Page 1 of 1

CAMDEN/VELOCITY/4-30-2021 TO 4-30-2022/00001

# POLICYHOLDER NOTIFICATION

# FRAUD NOTICE

| | |
|---|---|
| Arkansas | Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison. |
| Colorado | **It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.** |
| District of Columbia | **WARNING:** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant. |
| Florida | Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree. |
| Kansas | A "fraudulent insurance act" means an act committed by any person who, knowingly and with intent to defraud, presents, causes to be presented or prepares with knowledge or belief that it will be presented to or by an insurer, purported insurer, broker or any agent thereof, any written statement as part of, or in support of, an application for the issuance of, or the rating of an insurance policy for personal or commercial insurance, or a claim for payment or other benefit pursuant to an insurance policy for commercial or personal insurance which such person knows to contain materially false information concerning any fact material thereto; or conceals, for the purpose of misleading, information concerning any fact material thereto. |
| Kentucky | Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime. |
| Louisiana | Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison. |
| Maine | It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines, or denial of insurance benefits. |
| Maryland | Any person who knowingly and willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison. |
| New Jersey | Any person who includes any false or misleading information on an application for an insurance policy is subject to criminal and civil penalties. |
| New Mexico | ANY PERSON WHO KNOWINGLY PRESENTS A FALSE OR FRAUDULENT CLAIM FOR PAYMENT OF A LOSS OR BENEFIT OR KNOWINGLY PRESENTS FALSE INFORMATION IN AN APPLICATION FOR INSURANCE IS GUILTY OF A CRIME AND MAY BE SUBJECT TO CIVIL FINES AND CRIMINAL PENALTIES. |

CAMDEN/VELOCITY/4-30-2021 TO 4-30-2022/00002

## POLICYHOLDER NOTIFICATION

| | |
|---|---|
| New York | **General: All applications for commercial insurance, other than automobile insurance:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.<br><br>**All applications for automobile insurance and all claim forms:** Any person who knowingly makes or knowingly assists, abets, solicits or conspires with another to make a false report of the theft, destruction, damage or conversion of any motor vehicle to a law enforcement agency, the department of motor vehicles or an insurance company, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the value of the subject motor vehicle or stated claim for each violation.<br><br>**Fire:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance containing any false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime.<br><br>The proposed insured affirms that the foregoing information is true and agrees that these applications shall constitute a part of any policy issued whether attached or not and that any willful concealment or misrepresentation of a material fact or circumstances shall be grounds to rescind the insurance policy. |
| Ohio | Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud. |
| Oklahoma | WARNING: Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony. |
| Oregon | Any person who knowingly and willfully presents false information in an application for insurance may be guilty of insurance fraud and subject to fines and confinement in Prison. The aforementioned actions may constitute a fraudulent insurance act which may be a crime and may subject the person to penalties. |
| Pennsylvania | **All Commercial Insurance, Except As Provided for Automobile Insurance:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.<br><br>**Automobile Insurance:** Any person who knowingly and with intent to injure or defraud any insurer files an application or claim containing any false, incomplete or misleading information shall, upon conviction, be subject to imprisonment for up to seven years and the payment of a fine of up to $15,000. |
| Rhode Island | Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison. |
| Tennessee | **All Commercial Insurance, Except As Provided for Workers' Compensation** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.<br><br>Workers' Compensation: It is a crime to knowingly provide false, incomplete or misleading information to any party to a workers' compensation transaction for the purpose of committing fraud. Penalties include imprisonment, fines and denial of insurance benefits. |

VRU-037-0820 Policyholder Notification – Fraud Notice

Page 2 of 3

## POLICYHOLDER NOTIFICATION

| | |
|---|---|
| Utah | Workers' Compensation: Any person who knowingly presents false or fraudulent underwriting information, files or causes to be filed a false or fraudulent claim for disability compensation or medical benefits, or submits a false or fraudulent report or billing for health care fees or other professional services is guilty of a crime and may be subject to fines and confinement in state prison. |
| Virginia | It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits. |
| Washington | It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits. |
| West Virginia | Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison. |
| All Other States | Any person who knowingly and willfully presents false information in an application for insurance may be guilty of insurance fraud and subject to fines and confinement in prison. |

VRU-037-0820 Policyholder Notification – Fraud Notice

CAMDEN/VELOCITY/4-30-2021 TO 4-30-2022/00004

POLICYHOLDER NOTIFICATION
APPLICABLE TO THE STATE OF LOUISIANA

IMPORTANT INFORMATION REQUIRED BY THE LOUISIANA
DEPARTMENT OF INSURANCE

Commercial Insurance Policy Coverage Disclosure Summary

This form is promulgated pursuant to LSA-R.S. 22:1319.

THIS IS ONLY A SUMMARY OF YOUR COVERAGE AND DOES NOT AMEND, EXTEND, OR
ALTER THE COVERAGES OR ANY OTHER PROVISIONS CONTAINED IN YOUR POLICY.
INSURANCE IS A CONTRACT. THE LANGUAGE IN YOUR INSURANCE POLICY CONTROLS
YOUR LEGAL RIGHTS AND OBLIGATIONS.

**\*\*READ YOUR INSURANCE POLICY FOR COMPLETE POLICY TERMS AND PROVISIONS\*\***

COVERAGE(S) FOR WHICH PREMIUM WAS PAID

**Commercial Property Coverage**

Deductibles

This policy sets forth certain deductibles that will be applied to claims for damages. When
applicable, a deductible will be subtracted from your total claim and you will be paid the
balance subject to applicable coverage limits.

- You may be able to reduce your premium by increasing your deductible.
  Contact your producer (agent) or insurer for details.

NOTICE: This policy does not set forth a separate deductible for covered losses caused by
NAMED STORM or WIND as defined in the policy.

Separate Deductible Examples – Hurricane, Named Storm, or Wind Damage.

If applicable, the following illustrates how a separate deductible applying to hurricane,
named storm or wind is applied under your policy:

The following assumes no co-insurance penalty and a 2% per unit of Insurance hurricane,

CAMDEN/VELOCITY/4-30-2021 TO 4-30-2022/00005

named storm, or wind deductible. The amounts of loss to the damaged property are $50,000 (building) and $20,000 (business personal property).

| | |
|---|---|
| Limit of insurance on the building: | $100,000 |
| Total amount of building loss: | $50,000 |
| Less 2% deductible ($100,000 x.02) | -$ 2,000 |
| Net payment to insured for building loss | $48,000 |
| | |
| Limit of insurance on the business personal property: | $50,000 |
| Total amount of business personal property loss: | $20,000 |
| Less 2% deductible ($50,000 x.02) | -$ 1,000 |
| Net payment to insured for building loss | $19,000 |

| | |
|---|---|
| Total net payment to insured for building and business personal property loss ($48,000 + $19,000) | $67,000 |

TO SEE EXACTLY HOW YOUR SEPARATE HURRICANE, NAMED STORM, OR WIND DEDUCTIBLE WILL APPLY, PLEASE REFER TO YOUR POLICY.

### LIMITATIONS OR EXCLUSIONS UNDER THIS POLICY

**FLOOD** – Flood damage is not covered, regardless of how caused, when flood is the peril that causes the loss. Flood water includes, but is not limited to, storm surge, waves, tidal water, overflow of a body of water, whether driven by wind or not.

*Flood Insurance* may be available through the National Flood Insurance Program (NFIP). NFIP flood insurance may provide coverage for damage to your building and/or contents subject to the coverage limits and terms of the policy.

*Excess Flood Insurance* may be available under a separate policy, from this or another insurer, if the amount of the primary flood insurance is not enough to cover the value of your property.

• You may contact your producer (agent) or insurer for more information on the National Flood Insurance Program and Excess Flood Insurance.

**MOLD** – Damage caused solely by Mold is not covered under this policy.

**FOR ALL OTHER LIMITATIONS OR EXCLUSIONS REFER TO YOUR POLICY FOR COMPLETE DETAILS ON TERMS AND PROVISIONS**

EFFECTIVE JANUARY 1, 2010.



**velocity**
risk underwriters

10 Burton Hills Blvd., Ste. 300
Nashville, TN 37215

**GENERAL PROPERTY DECLARATIONS**
**This Declaration Page is attached to and forms part of the Policy as defined herein.**

## PROPERTY INSURANCE

PREMIUM and FEE SUMMARY (Policy and Inspection Fee retained by Velocity Risk Underwriters, LLC)

| Annual Premium/Fees | Premium (x TRIA) | TRIA | Policy Fee | Inspection Fee | Total |
|---|---|---|---|---|---|
| Certain Underwriters at Lloyd's and Other Insurers Subscribing to Binding Authority UMR B604510568622021 | $16,200.00 | $0.00 | $112.50 | $56.24 | $16,368.74 |
| Certain Underwriters at Lloyd's, London - Syndicate 2357 | $14,400.00 | $0.00 | $100.00 | $50.00 | $14,550.00 |
| Independent Specialty Insurance Company | $21,960.00 | $0.00 | $152.50 | $76.26 | $22,188.76 |
| Interstate Fire & Casualty Company | $19,440.00 | $0.00 | $135.00 | $67.50 | $19,642.50 |
| TOTAL | $72,000.00 | Rejected | $500.00 | $250.00 | $72,750.00 |

LOCATIONS OF PREMISES--Applicable to Coverages specified in these Declarations

Locations on file with the Insurer(s) and/or Company(ies)

**FORMS ATTACHED AT INCEPTION**

VRU-038-0816  Policyholder Notification – Privacy Notice
VRU-037-0820  Policyholder Notification – Fraud Notice
LA 0520          Policyholder Notification - Louisiana
VRU-041-0121  General Property Declaration (Syndicated)
VRU-017-1220  VRU Commercial Property Comprehensive Form
VRU-001-0121  Service of Suit (Syndicated)
VRU-003-0316  Office of Foreign Assets Control
VRU-006-0316  Minimum Earned and Special CAT Minimum Earned Premium
VRU-011-0516  Claims Reporting Information Notice
VRU-012-0121  Allocation Endorsement
VRU-016-0321  TRIA Rejection Notice
VRU-067-1219  Several Liability Clause
VRU-031-0516  Protective Safeguards Endorsement
VRU-057-0718  Total Or Constructive Loss Earned Premium Condition
VRU-066-1219  Property Cyber and Data Exclusion

Page 2 of 3

VRU-041-0121 General Property Declaration (Syndicated)
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.



10 Burton Hills Blvd., Ste. 300
Nashville, TN 37215

**GENERAL PROPERTY DECLARATIONS**
This Declaration Page is attached to and forms part of the Policy as defined herein.

VRU-075-1120  Sanction Limitation and Exclusion Clause
VRU-076-0121  Certain Underwriters at Lloyds & Other Insurers Subscribing to Binding Authority
UMR B604510568622021 List

THESE DECLARATIONS TOGETHER WITH THE COVERAGE PART DECLARATIONS, COVERAGE FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE CONTRACT OF INSURANCE.

Countersigned: 5/10/2021                                  By:
                Date

                                                         Authorized Representative

Louisiana Premium: $72,00.00
           Fees: $750.00
Surplus Lines Tax: $3,528.38

---

**NOTICE:**
This insurance policy is delivered as surplus lines coverage under the Louisiana Insurance Code.
In the event of insolvency of the company issuing this contract, the policyholder or claimant is not covered by the Louisiana Insurance Guaranty Association or the Louisiana Life and Health Insurance Guaranty Association, which guarantees only specific types of policies issued by insurance companies authorized to do business in Louisiana.
This surplus lines policy has been procured by the following licensed Louisiana surplus lines broker:

_____
Signature of the Licensed Louisiana Surplus Lines Broker or Authorized Representative

                AmWINS Brokerage of Georgia, LLC
_____
Printed Name of Licensed Louisiana Surplus Lines Broker

---

VRU-041-0121 General Property Declaration (Syndicated)
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

CAMDEN/VELOCITY/4-30-2021 TO 4-30-2022/00009

# THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR NAMED STORM LOSSES, WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU

VRU-017-1220 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

CAMDEN/VELOCITY/4-30-2021 TO 4-30-2022/00010

## VRU COMMERCIAL PROPERTY COMPREHENSIVE FORM

In consideration of the premium charged, this **POLICY** covers sudden and accidental direct physical loss of or damage to the **COVERED PROPERTY** at all covered **LOCATIONS** caused by a **COVERED CAUSE OF LOSS** occurring during the **POLICY** period. Coverage shall be subject to the terms, conditions, definitions, exclusions, limitations and provisions contained herein or endorsed hereto.

### SECTION I - COVERAGES AND LIMITS OF LIABILITY

Terms which appear in boldface type have special meaning. Most are defined in **Section VIII: POLICY DEFINITIONS**, however, some definitions are set forth in other sections.

A.      **NAMED INSURED: NAMED INSURED** (as shown in the **DECLARATIONS**) and/or its affiliated and subsidiary companies and/or corporations as now exist or may hereafter be constituted or acquired including their interests as may appear in partnerships or joint ventures which the Insured is responsible or legally obligated to insure but only as to **LOCATION(S)** specified in the **STATEMENT OF VALUES** or, subject to the terms herein including applicable **SUBLIMITS OF LIABILITY** as to **NEWLY ACQUIRED LOCATIONS** or **MISCELLANEOUS UNNAMED LOCATIONS.**

B.      **ADDITIONAL INSURED(S), MORTGAGEE(S), and LENDER'S LOSS PAYEE(S):** Per endorsements or certificates of insurance issued or on file with Velocity Risk Underwriters, LLC (VRU). Any endorsements or certificates of insurance issued in connection with this **POLICY** shall be issued solely as a matter of convenience or information (and do not alter or amend coverage) except where any **ADDITIONAL INSURED(S), MORTGAGEE(S), and LENDER'S LOSS PAYEE(S)** are named pursuant to the Special Provisions of said endorsements or certificates of insurance and only if the endorsement or certificate of insurance is issued prior to a loss. Such endorsements or certificates of insurance adding any **ADDITIONAL INSURED(S), MORTGAGEE(S), and LENDER'S LOSS PAYEE(S)** will be deemed attached to the **POLICY** and the **NAMED INSURED** will pay any required premium.

C.      **COVERAGE TERRITORY:** Coverage under this **POLICY** applies to **OCCURRENCES** within the United States of America being the fifty (50) states plus the District of Columbia.

D.      **PARTICIPATION:** The **LIMITS OF LIABILITY** shown in I.E. and **SUBLIMITS OF LIABILITY** shown in I.F. or endorsements attached to this **POLICY** represent 100% from the ground up for all Insurance Companies combined whether issued as Co-Insurance or as separate policies to this one. The maximum share of the **LIMITS OF LIABILITY** and **SUBLIMITS OF LIABILITY** for the **INSURER** in any one **OCCURRENCE** as a result of **COVERED CAUSE OF LOSS** under this **POLICY** is 100%.

E.      **LIMIT OF LIABILITY:** The total maximum liability in any one **OCCURRENCE** as a result of a **COVERED CAUSE OF LOSS** regardless of the number of **LOCATION(S)**, coverages, or perils insured under this **POLICY** shall not exceed the lesser of 1 (a, b, and/or c; as indicated by an 'X'); OR 2.:

        1.

        \_\_\_X\_\_a.    As respects to each **LOCATION** insured by this Policy: 100% of the total combined stated values for all categories of **COVERED PROPERTY** and **TIME ELEMENT COVERAGES** shown for that **LOCATION** on the latest **STATEMENT OF VALUES** or other documentation on file with VRU.

        _____b.    As respects to each **LOCATION** insured by this Policy: N/A% of the total combined stated values for all categories of **COVERED PROPERTY** shown for that **LOCATION**; and separately, N/A% of the total combined stated values for **TIME ELEMENT COVERAGES** shown for that **LOCATION**; all on the latest **STATEMENT OF VALUES** or other documentation on file with VRU.

        _____c.    No single **LOCATION** limit shall exceed $75,000,000.

VRU-017-1220 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

CAMDEN/VELOCITY/4-30-2021 TO 4-30-2022/00011

OR

2. $25,290,957 maximum **LIMIT OF LIABILITY.**

F.  **SUBLIMITS OF LIABILITY: SUBLIMITS OF LIABILITY** stated below are included within and not in addition to the **LIMIT OF LIABILITY** shown in Paragraph E., above. These **SUBLIMITS OF LIABILITY** and the specified limits of liability contained in the forms, endorsements and extensions attached, if any, are per **OCCURRENCE**, unless otherwise indicated.

If the words **"NOT COVERED"** are shown, instead of a limit, sublimit dollar amount or number of days, or if a specified dollar amount or number of days is not shown corresponding to any coverage or **COVERED CAUSE OF LOSS**, then no coverage is provided for that coverage or **COVERED CAUSE OF LOSS.**

When a **SUBLIMIT OF LIABILITY** applies to property that **SUBLIMIT OF LIABILITY** also applies to any **TIME ELEMENT COVERAGE** associated with that property.

**SUBLIMITS OF LIABILITY**

a.  **EARTHQUAKE/EARTH MOVEMENT:** NOT COVERED

    **i.**    $NOT COVERED    Annual Aggregate, for all insured **LOCATIONS**, combined; further subject to:

    **ii.**    $NOT COVERED    Annual Aggregate for all insured **LOCATIONS** in California.

    **iii.**    $NOT COVERED    Annual Aggregate for all insured **LOCATIONS** in Alaska.

    **iv.**    $NOT COVERED    Annual Aggregate for all insured **LOCATIONS** in Hawaii.

    **v.**    $NOT COVERED    Annual Aggregate for all insured **LOCATIONS** in **PACIFIC NORTHWEST STATES**, combined.

    **vi.**    $NOT COVERED    Annual Aggregate for insured **LOCATIONS** in **NEW MADRID EARTHQUAKE ZONE COUNTIES**, combined.

    **vii.**    $NOT COVERED    Annual Aggregate, as respects **LOCATIONS** in: N/A

b.  **FLOOD:**

    **i.**    $NOT COVERED    Annual Aggregate, for all insured **LOCATIONS**, combined; however, further subject to:

    **ii.**    $NOT COVERED    Annual Aggregate as respects **FLOOD** for all **LOCATIONS** combined, wholly or partially within Special Flood Hazard Areas.

    **iii.**    $NOT COVERED    Annual Aggregate, as respects **LOCATIONS** in: N/A

VRU-017-1220 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

c.  NAMED STORM:

INCLUDED Regardless of the number of coverages, LOCATIONS or perils involved including, but not limited to, all **wind**, wind gusts, tornados, cyclones, hail, or rain, all arising out of a NAMED STORM (a storm that has been declared by the National Weather Service to be a HURRICANE, Typhoon, Tropical Cyclone, Tropical Storm, or Tropical Depression), this is the maximum amount that will be paid per OCCURRENCE as respects any COVERED CAUSE OF LOSS.  In the event covered loss or damage by FLOOD arises  out of a NAMED STORM, the maximum amount that will be paid per OCCURRENCE for all such loss or damage by FLOOD shall be the SUBLIMITS OF LIABILITY for FLOOD as shown in Subparagraphs F.b.i and F.b.ii. above.  However, if FLOOD is not covered, the maximum amount that will be paid per OCCURRENCE for all such loss or damage by NAMED STORM shall exclude loss or damage by FLOOD.

d.  WIND DRIVEN PRECIPITATION:

i.  $25,000          per OCCURRENCE, for all insured LOCATIONS, combined

Each peril's SUBLIMIT above (F.a. – F.d.) shall be considered a separate SUBLIMIT apart from the other peril's SUBLIMITS above.

However, the SUBLIMITS below (starting with e.) shall be considered SUBLIMITS within the above applicable covered peril SUBLIMITS (F.a. – F.d.).

e.  ADDITIONAL COVERAGE SUBLIMITS

| Letter | Sublimit | Amount |
|---|---|---|
| a. | ACCOUNTS RECEIVABLE | $1,000,000 |
| b. | BACKUP OF SEWERS AND DRAINS | $200,000 |
| c. | BUILDERS RISK | $250,000 |

d.  DEBRIS REMOVAL: Total liability for DEBRIS REMOVAL per OCCURRENCE for all insured LOCATIONS sustaining  a COVERED CAUSE OF LOSS  payable under this POLICY shall not exceed the lesser of:

i.  25% of the amount of covered physical loss or damage to COVERED PROPERTY (excluding TIME ELEMENT COVERAGES), payable for all insured LOCATIONS; or

ii. $1,000,000

| | | |
|---|---|---|
| e. | ELECTRONIC DATA AND MEDIA | $100,000 |
| f. | ERRORS AND OMISSIONS, SUBJECT TO ALL OTHER SUBLIMITS CONTAINED HEREIN | $25,000 |
| g. | FINE ARTS | $250,000 |

VRU-017-1220 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

| | | |
|---|---|---|
| h. | FIRE BRIGADE CHARGES | $100,000 |
| i. | FUNGUS, MOLDS, MILDEW, SPORES, YEAST | $15,000 Per Occurrence and Annual Aggregate |
| j. | LEASED OR RENTED EQUIPMENT but not to exceed: | $50,000; $5,000 any one item |
| k. | LEASEHOLD INTEREST | $100,000 |
| l. | LIMITED POLLUTION COVERAGE | $100,000 Annual Aggregate |
| m. | LOCK REPLACEMENT | $25,000 |
| n. | MISCELLANEOUS UNNAMED LOCATIONS Subject to all other SUBLIMITS contained herein | $100,000 |
| o. | NEWLY ACQUIRED PROPERTY: In no event will this POLICY pay more than: Subject to all other SUBLIMITS contained herein | 60 Days; $1,000,000 |
| p. | ORDINANCE OR LAW: | |
| | i. Coverage A: | Included in BUILDING limit |
| | ii. Coverage B: | 20% of BUILDING Limit Per BUILDING or max $5,000,000 per occurrence, whichever is less |
| | iii. Coverage C: | Included in Coverage B |
| | iv. Coverage D: (if covered) | Included in TIME ELEMENT |
| q. | OUTDOOR PROPERTY | $100,000 |
| r. | PAIRS OR SETS | $25,000 |
| s. | PERSONAL PROPERTY OF OTHERS | $10,000 |
| t. | PLANTS, LAWNS, TREES OR SHRUBS: limited for any one plant, lawn, tree or shrub to | $100,000; $25,000 |

VRU-017-1220 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

CAMDEN/VELOCITY/4-30-2021 TO 4-30-2022/00014

| | | |
|---|---|---|
| u. | PROFESSIONAL FEES FOR ALL CLAIMS COMBINED | $100,000 Per Occurrence and Annual Aggregate |
| v. | PROPERTY REMOVED FROM INSURED LOCATIONS | $25,000 |
| w. | PROTECTION AND PRESERVATION OF PROPERTY | $100,000 |
| x. | RECLAIMING, RESTORING OR REPAIRING LAND IMPROVEMENTS | $10,000 |
| y. | REWARD REIMBURSEMENT | $25,000 |
| z. | SIDEWALKS, PAVED SURFACES, ROADWAYS | $100,000 |
| aa. | SPOILAGE | $25,000 |
| bb. | TRANSIT | $100,000 |
| cc. | UNDERGROUND PIPES, FLUES AND DRAINS | $25,000 |
| dd. | VALUABLE PAPERS OR RECORDS | $500,000 |

### TIME ELEMENT COVERAGES

| | |
|---|---|
| ORDINARY PAYROLL: (provided values are included in the TIME ELEMENT VALUES on STATEMENT OF VALUES) | 30 Days |

### ADDITIONAL TIME ELEMENT COVERAGES

| | | |
|---|---|---|
| 1. | BUILDER'S RISK SOFT COSTS: | $50,000 |
| 2. | CONTINGENT TIME ELEMENT: The lesser of: | 30 Days or $250,000 |
| 3. | EXTENDED PERIOD OF INDEMNITY: | 365 Days |
| 4. | EXTRA EXPENSE: | Included |
| 5. | INGRESS & EGRESS COVERAGE: but in no event will this POLICY pay more than subject to a 72 hour qualifying period | 30 days, $100,000 |
| 6. | INTERRUPTION BY CIVIL OR MILITARY AUTHORITY restricting access to LOCATIONS: but in no event will this POLICY pay more than subject to a 72 hour qualifying period | 30 days, $100,000 |
| 7. | RENTAL VALUE: | Included |
| 8. | ROYALTIES: | $25,000 |

VRU-017-1220 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

CAMDEN/VELOCITY/4-30-2021 TO 4-30-2022/00015

9.    SERVICE INTERRUPTION:                                                     3 weeks,
      but in no event will this policy pay more than                           $250,000
      subject to a 72 hour qualifying period (if TIME ELEMENT is covered)

10.   TIME ELEMENT MONTHLY LIMITATION:                                         N/A
      Monthly, applicable to all TIME ELEMENT COVERAGES, except those
      that have a SUBLIMIT.

G.    MAXIMUM AMOUNT PAYABLE: In the event of a COVERED CAUSE OF LOSS hereunder, total liability under this POLICY
      shall be limited to the least of the following in any one OCCURRENCE:

      1.    The actual adjusted amount of loss, less applicable DEDUCTIBLE(S), or

      2.    The LIMIT OF LIABILITY or applicable SUBLIMIT OF LIABILITY shown in this POLICY or endorsed onto this
            POLICY.

H.    DEDUCTIBLE: Each claim for loss or damage under this POLICY shall be subject to a per OCCURRENCE DEDUCTIBLE
      amount of:

      1. $10,000              Property Damage & TIME ELEMENT COVERAGE combined; OR
      2. $N/A                 Property Damage; and

      3. N/A Hours            TIME ELEMENT COVERAGE- Number of Hours WAITING PERIOD

      unless a specific DEDUCTIBLE shown below applies for the indicated peril(s) or a specific QUALIFYING PERIOD is
      shown in the ADDITIONAL COVERAGE SUBLIMIT above.

      1.    EARTHQUAKE/EARTH MOVEMENT:

            a.    $N/A per OCCURRENCE, except as follows in Subparagraphs H.1.b., OR H.1.c.

            b.    XX % of TIV at each LOCATION/BUILDING involved in the loss arising out of an
                  EARTHQUAKE/EARTH MOVEMENT, subject to a minimum of $N/A any one OCCURRENCE, as
                  respects LOCATIONS in: N/A OR All LOCATIONS as per STATEMENT OF VALUES on file with VRU

            c.    N/A% per UNIT OF INSURANCE involved in the loss arising out of an EARTHQUAKE/EARTH
                  MOVEMENT, subject to a minimum DEDUCTIBLE of $N/A any one OCCURRENCE; as respects
                  LOCATIONS in: N/A OR All LOCATIONS as per STATEMENT OF VALUES on file with VRU

      2.    FLOOD:

            a.    $N/A Per OCCURRENCE, except as follows in Subparagraph H.2.b.:

            b.    As respects LOCATIONS, wholly or partially within SPECIAL FLOOD HAZARD AREAS:
                  Maximum available limits with National Flood Insurance Program (NFIP), whether purchased
                  or not, plus $N/A per OCCURRENCE.

      3.    NAMED STORM:

            a.    $N/A per OCCURRENCE, OR $N/A per OCCURRENCE, per LOCATION; except as follows in
      VRU-017-1220 Comprehensive Form
      In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

CAMDEN/VELOCITY/4-30-2021 TO 4-30-2022/00016

Subparagraphs H.3.b., OR H.3.c.

b.    N/A% of the TIV at each LOCATION/BUILDING involved in the loss arising out of a NAMED STORM, subject to minimum DEDUCTIBLE of $N/A any one OCCURRENCE, as respects LOCATIONS in: N/A Or All LOCATIONS, as per STATEMENT OF VALUES on file with VRU.

c.    2% per UNIT OF INSURANCE involved in the loss arising out of a NAMED STORM, subject to minimum DEDUCTIBLE of $50,000 any one OCCURRENCE, as respects LOCATIONS in: All LOCATIONS, as per STATEMENT OF VALUES on file with VRU.

4.    **ALL OTHER WINDSTORM OR HAIL:**

a.    $25,000 per OCCURRENCE, OR $N/A Per OCCURRENCE, Per LOCATION; except as follows in Subparagraphs H.4.b., OR H.4.c.

b.    N/A% of the TIV at each LOCATION/BUILDING involved in the loss arising out of WINDSTORM OR HAIL, subject to minimum DEDUCTIBLE of $N/A any one OCCURRENCE, as respects LOCATIONS in: N/A OR All LOCATIONS, as per STATEMENT OF VALUES on file with VRU.

c.    N/A% per UNIT OF INSURANCE involved in the loss arising out of WINDSTORM OR HAIL, subject to a minimum DEDUCTIBLE of $N/A any one OCCURRENCE, as respects LOCATIONS in: N/A OR All LOCATIONS, as per STATEMENT OF VALUES on file with VRU.

5.    **WIND DRIVEN PRECIPITATION:**

a.    $N/A per OCCURRENCE, OR $N/A per OCCURRENCE, per LOCATION; except as follows in Subparagraphs H.5.b., OR H.5.c.

b.    N/A% of the TIV at each LOCATION/BUILDING involved in the loss arising out of WIND DRIVEN PRECIPITATION, subject to minimum DEDUCTIBLE of $N/A any one OCCURRENCE, as respects LOCATIONS in: N/A OR All LOCATIONS, as per STATEMENT OF VALUES on file with VRU.

c.    2% per UNIT OF INSURANCE involved in the loss arising out of WIND DRIVEN PRECIPITATION, subject to a minimum DEDUCTIBLE of $50,000 any one OCCURRENCE; as respects LOCATION(S) in: All LOCATIONS, as per STATEMENT OF VALUES on file with VRU.

The following two paragraphs apply to Subparagraphs H.1. through H.5., inclusive:

In each case of loss or damage covered by this POLICY, there shall be no liability hereunder unless the NAMED INSURED sustains loss or damage in a single OCCURRENCE greater than any applicable DEDUCTIBLE described herein. When this POLICY covers more than one LOCATION, the DEDUCTIBLE shall apply against the total loss or damage covered by this POLICY in any one OCCURRENCE, unless otherwise stated in this Paragraph H.

VRU-017-1220 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

Page 8 of 50

CAMDEN/VELOCITY/4-30-2021 TO 4-30-2022/00017

If two or more peril **DEDUCTIBLE** amounts provided in this **POLICY** apply to a single **OCCURRENCE**, the total to be deducted from the total loss or damage shall not exceed the largest **DEDUCTIBLE** applicable, unless otherwise stated in this **POLICY**. However, if a **TIME ELEMENT COVERAGE DEDUCTIBLE** and another **DEDUCTIBLE** apply to a single **OCCURRENCE**, then both **DEDUCTIBLES** shall be applied to the **OCCURRENCE**.

## SECTION II - COVERED CAUSES OF LOSS

A.  **COVERED CAUSES OF LOSS:** This **POLICY** insures against all risks of sudden and accidental direct physical loss or damage to **COVERED PROPERTY**, except as excluded.

B.  **EXCLUSIONS:** There is no coverage under this **POLICY** for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss or damage. These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area:

1.  **NUCLEAR, BIOLOGICAL, CHEMICAL AND RADIOLOGICAL EXCLUSIONS**

    a.  This **POLICY** will not pay for any loss, damage, cost or expense, whether real or alleged, that is caused, results from, is exacerbated by or otherwise impacted by, either directly or indirectly, any of the following:

        i.  Nuclear Hazard - including, but not limited to, nuclear reaction, nuclear detonation, nuclear radiation, radioactive contamination and all agents, materials, products or substances, whether engineered or naturally occurring, involved therein or released thereby;

        ii.  Biological Hazard - including, but not limited to, any biological and/or poisonous or pathogenic agent, material, product or substance, whether engineered or naturally occurring, that induces or is capable of inducing physical distress, illness, or disease;

        iii.  Chemical Hazard - including, but not limited to, any chemical agent, material, product or substance;

        iv.  Radioactive Hazard - including, but not limited to, any electromagnetic, optical, or ionizing radiation or energy, including all generators and emitters thereof, whether engineered or naturally occurring.

    b.  The provisions of subparagraphs a.i., a. ii., a. iii., and a.iv. will not apply where the agent, material, product or substance at issue is utilized in the course of business by a **NAMED INSURED**

    c.  Only if, and to the extent required by state law, the following exception to the exclusions in subparagraph a. applies:

        If a hazard excluded under subparagraph a. results in fire (and provided fire is a **COVERED CAUSE OF LOSS**), this **POLICY** will pay for the loss, damage, cost or expense caused by that fire, subject to all applicable **POLICY** provisions including the **LIMIT OF LIABILITY** on the affected **COVERED PROPERTY**. Such coverage for fire applies only to direct loss or damage by fire to **COVERED PROPERTY**. This coverage does not apply to insurance provided under **TIME ELEMENT COVERAGES**, including but not limited to, Business

VRU-017-1220 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

CAMDEN/VELOCITY/4-30-2021 TO 4-30-2022/00018

Income, **RENTAL VALUE** or **EXTRA EXPENSE** coverage or endorsements that apply to those coverages.

2.  **WAR OR WARLIKE ACTION EXCLUSIONS**

    a.  War, hostile or warlike action in time of peace or war, whether or not declared, including action in hindering, combating, or defending against an actual, impending, or expected attack:

        i.  By any government or sovereign power (de jure or de facto) or by any authority maintaining or using military, naval, or air forces; or

        ii.  By military, naval, or air forces; or

        iii.  By an agent of any such government, power, authority, or force;

    b.  Any weapon of war employing atomic fission or radioactive force, whether in time of peace or war, whether or not its discharge was accidental; or

    c.  Insurrection, rebellion, revolution, civil war, usurped power, or action taken by governmental authority in hindering, combating, or defending against such **OCCURRENCE**, seizure or destruction;

    Including any consequence of Subparagraphs 2.a., 2.b., 2.c., above.

3.  **ANY FRAUDULENT OR DISHONEST ACT OR ACTS**, intended to result in financial gain, loss or damage to **COVERED PROPERTY** committed alone or in collusion with others; by any proprietor, partner, director, trustee, officer or employee of the **NAMED INSURED** and/or **ADDITIONAL INSURED** (including leased employees), or by any party to whom the property may have been entrusted (other than a carrier for hire).

4.  **ASBESTOS**

    a.  Loss, damage or remediation expenses caused by or resulting from the presence of asbestos or asbestos-containing materials. As used in this exclusion, remediation expenses are expenses incurred for or in connection with the investigation, monitoring, removal, increased cost of reconstruction, disposal, treatment, abatement or neutralization of asbestos or asbestos-containing materials to the extent required by federal, state or local laws, regulations or statutes or any subsequent amendments thereof to address asbestos

    b.  However, this **ASBESTOS** exclusion does not apply to the extent that coverage is provided under the following:

        i.  This **POLICY** insures **ASBESTOS** located within an insured **BUILDING** or structure, and then only that part of the **ASBESTOS** which has been physically damaged during the **POLICY** period by a **DEFINED CAUSE OF LOSS**.

        ii.  This coverage is subject to all limitations in the **POLICY** and, in addition, to each of the following specific conditions to coverage:

            a.  The said **BUILDING** or structure must be insured under this **POLICY** for damage by this **COVERED CAUSE OF LOSS**.

            b.  The **COVERED CAUSE OF LOSS** must be the immediate, sole cause of the

VRU-017-1220 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

CAMDEN/VELOCITY/4-30-2021 TO 4-30-2022/00019

damage to the ASBESTOS.

c.    The Insured must report the existence and cost of the damage as soon as practicable after the COVERED CAUSE OF LOSS first damaged the ASBESTOS. However, there is only coverage for reports of loss no later than 12 (twelve) months after the expiration, or termination, of the POLICY period.

c.    Insurance under this POLICY in respect of ASBESTOS shall exclude any sum relating to:

i.    Any faults in the design, manufacture or installation of the ASBESTOS;

ii.    ASBESTOS not physically damaged by a COVERED CAUSE OF LOSS including any governmental or regulatory authority direction or request of whatsoever nature relating to undamaged ASBESTOS.

5.    **POLLUTION/CONTAMINATION EXCLUSION**

Except as otherwise specifically provided in Paragraph I of SECTION VI – ADDITIONAL COVERAGES, this POLICY does not insure:

a.    any loss, damage, cost or expense, or

b.    any increase in insured loss, damage, cost or expense, or

c.    any loss, damage, cost, expense, fine or penalty, which is incurred, sustained or imposed by order, direction, instruction or request of, or by any agreement with, any court, government agency or any public, civil or military authority, or threat thereof, (and whether or not as a result of public or private litigation),

which arises from any kind of seepage or any kind of pollution and/or contamination, or threat thereof, whether or not caused by or resulting from a peril insured, or from steps or measures taken in connection with the avoidance, prevention, abatement, mitigation, remediation, clean-up or removal of such seepage or pollution and/or contamination or threat thereof.

The term "any kind of seepage or any kind of pollution and/or contamination" as used in this clause includes (but is not limited to):

i    seepage of, or pollution and/or contamination by, anything, actual, alleged or threatened release, discharge, escape or dispersal of POLLUTANTS OR CONTANIMANTS all whether direct or indirect, proximate or remote or in whole or in part caused by, contributed to or aggravated by any sudden and direct physical loss or damage insured by this policy including but not limited to, any material designated as a "hazardous substance" by the United States Environmental Protection Agency or as a "hazardous material" by the United States Department of Transportation, defined as a "toxic substance" by the Canadian Environmental Protection Act for the purposes of Part II of that Act, or any substance designated or defined as toxic, dangerous, hazardous or deleterious to persons or the environment under any other Federal, State, Provincial, Municipal or other law, ordinance or regulation; and

ii    the presence, existence, or release of anything which endangers or threatens to endanger the

VRU-017-1220 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

Page 11 of 50

health, safety or welfare of persons or the environment.

6.    Delay, loss of market or loss of use, other than as expressly set forth in this **POLICY**.

7.    Remote or consequential loss or damage, including but not limited to liquidated damages, performance penalties, penalties for non-completion, delay in completion, or noncompliance with contract conditions whether caused by an insured peril or otherwise. But this exclusion does not apply to **TIME ELEMENT COVERAGE** when it is covered under this **POLICY.**

8.    Mysterious disappearance or loss or shortage disclosed on taking inventory or any unexplained loss.

9.    Voluntary parting with title or possession of any property, including voluntary parting which is the result of any fraudulent scheme, trick, devise, false pretenses, or any other similar act.

10.   Faulty or defective workmanship, material, construction, installation, or design from any cause; or faulty planning, zoning, development, surveying or siting; all unless direct physical loss or damage not excluded by this **POLICY** ensues, in which event, this **POLICY** will cover only such resulting damage.

11.   Fault, defect, error, deficiency or omission in design, plan or specification, unless direct physical loss or damage not excluded by this **POLICY** ensues, in which event, this **POLICY** will cover only such resulting damage.

12.   Loss attributable to manufacturing or processing operations which result in damage to stock or materials while such stock or materials are being processed, manufactured, tested or otherwise being worked upon; all unless physical damage not excluded by this **POLICY** results, in which event, this **POLICY** shall cover only such resulting damage.

13.   Deterioration, depletion, rust, corrosion, erosion, wet or dry rot, decay, evaporation, leakage, wear and tear, animal, insect or vermin damage, inherent vice or latent defect, shrinkage or change in color, flavor, texture or finish, extremes or changes of temperature damage or changes in relative humidity damage, all whether atmospheric or not; all unless physical damage not excluded by this **POLICY** results, in which event, this **POLICY** shall cover only such resulting damage.

14.   Subsidence, sinkhole, settling, cracking, shrinking, bulging, or expansion of pavements, foundations, walls, floors, or ceilings; all unless physical damage not excluded by this **POLICY** results, in which event, this **POLICY** will cover only such resulting damage (unless a **SUBLIMIT** is shown in Section I.F.).

15.   Infestation, disease, freeze, drought and hail, weight of ice or snow or any damage caused by insects, vermin, rodents or animals to **PLANTS, LAWNS, TREES, OR SHRUBS.**

16.   Erosion of graded or planted finish or rough grades which results from normally expected or predictable precipitation and surface water runoff.

17.   Lack of incoming electricity, fuel, water, gas, steam, refrigerant, or outgoing sewerage, or incoming or outgoing data or telecommunications, all of which are caused by an **OCCURRENCE** away from any **LOCATION** insured under this **POLICY**, unless specifically provided herein and only to the extent provided herein.

18.   Costs, expenses, fines or penalties incurred or sustained by or imposed on the **NAMED INSURED** at the order of any government agency, court or other authority arising from any cause whatsoever.

VRU-017-1220 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

Page **12 of 50**

19. Electronic Data Exclusion

   a.  This **POLICY** does not insure loss, damage, destruction, distortion, erasure, corruption, alteration, loss of use, reduction in functionality, cost, or expense resulting from "Computer Virus."

      "Computer Virus" means a set of corrupting, harmful or otherwise unauthorized instructions or code including a set of maliciously introduced unauthorized instructions or code, programmatic or otherwise, that propagate themselves through a computer system or network of whatsoever nature. "Computer Virus" includes, but is not limited to, "Trojan Horses," "worms" and "time or logic bombs."

   b.  However, in the event that a **DEFINED CAUSE OF LOSS** results from any of the matters described in paragraph a. above, this **POLICY**, subject to all its terms, conditions and exclusions, will cover physical damage occurring during the POLICY period to property insured by this **POLICY** directly caused by such **DEFINED CAUSE OF LOSS**.

20. Electronic Date Recognition Exclusion

   This **POLICY** does not cover any loss, damage, cost, claim or expense, whether preventative, remedial or otherwise, directly or indirectly arising out of or relating to:

   a.  the calculations, comparison, differentiation, sequencing or processing of data involving any date change, including leap year calculations, by any computer system, hardware, program or software and/or any microchip, integrated circuit or similar device in computer equipment or non-computer equipment, whether the property of the insured or not; or

   b.  any change, alteration or modification involving any other date change, including leap year calculations, to any such computer system, hardware, program or software and/or any microchip, integrated circuit or similar device in computer equipment or non-computer equipment, whether the property of the insured or not.

   This clause applies regardless of any other cause or event that contributes concurrently or in any sequence to the loss, damage, cost, claim or expense.

21. Loss or damage in the form of, caused by, arising out of, contributed to, or resulting from **FUNGUS, MOLD(S), MILDEW, SPORES OR YEAST;** or any **SPORES** or toxins created or produced by or emanating from such **FUNGUS, MOLD(S), MILDEW, SPORES OR YEAST.**

   However, this exclusion shall not apply provided the **NAMED INSURED** establishes that the **FUNGUS, MOLD(S), MILDEW, SPORES OR YEAST** is a direct result of a covered cause of loss and as a condition of coverage under this **POLICY** this loss is reported within twelve (12) months from the expiration date of the **POLICY**, and the **LIMIT OF LIABILITY** shall then be limited to the **SUBLIMIT** stated under SECTION I.F.

22. Loss or damage caused by hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel, or an electrical insulation breakdown test of any type of electrical equipment, unless physical damage not excluded by this **POLICY** results, in which event, this **POLICY** will cover only such resulting damage.

23. Loss or damage arising out of pre-existing damage as outlined below:

VRU-017-1220 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

Page **13 of 50**

CAMDEN/VELOCITY/4-30-2021 TO 4-30-2022/00022

a.   A **BUILDING** or any part of a **BUILDING** that is in danger of falling down or caving in,

b.   Any part of a **BUILDING** that has separated from another part of the **BUILDING**, or

c.   A **BUILDING** or any part of a **BUILDING** that is standing which shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

24.   **COSMETIC LOSS** or damage to **ROOF COVERINGS**, siding, windows, doors or guttering by the peril of hail.

For the purposes of this exclusion **COSMETIC LOSS** means only that damage that alters the physical appearance of property, but does not result in damage that allows penetration of water through the **ROOF COVERINGS**, siding, windows, doors or guttering or does not result in failure of the **ROOF COVERINGS**, siding, windows, doors or guttering to perform it intended function to keep out elements over an extended period of time.

**ROOF COVERINGS** means 1.) the roof material exposed to the weather; 2.) the underlayments applied for moisture protection; 3.) all flashings required in the replacement of a roof covering.

25.   Loss or damage caused by **EQUIPMENT BREAKDOWN** to vehicles (or any equipment on vehicles), draglines, cranes, excavation or construction equipment.

26.   Terrorism Exclusion

This **POLICY** excludes loss, damage, cost or expense of whatsoever nature directly or indirectly caused by, resulting from or in connection with any **ACT OF TERRORISM** regardless of any other cause or event contributing concurrently or in any other sequence to the loss.

For the purpose of this exclusion, an "**ACT OF TERRORISM**" means an act, including but not limited to the use of force or violence and/or the threat thereof, of any person or group(s) of persons, whether acting alone or on behalf of or in connection with any organization(s) or government(s), committed for political, religious, ideological or similar purposes including the intention to influence any government and/or to put the public, or any section of the public, in fear.

This clause also excludes loss, damage, cost or expense of whatsoever nature directly or indirectly caused by, resulting from or in connection with any action taken in controlling, preventing, suppressing or in any way relating to any **ACT OF TERRORISM**. Such loss or damage is excluded regardless of any other cause, event or intervention that contributes concurrently or in sequence to the loss or damage.

When coverage is denied by reason of this exclusion, any loss, damage, cost or expense is not covered by this insurance and it is agreed the burden of proving the contrary shall be upon the **NAMED INSURED**.

In the event any portion of this exclusion is found to be invalid or unenforceable, the remainder shall remain in full force and effect.

27.   Exclusion Of Loss Due To Virus Or Bacteria

a.   The exclusion set forth in subparagraph b. below, applies to all coverage under all forms and endorsements that comprise this **POLICY**, including but not limited to forms or endorsements that cover property damage to **BUILDINGS** or personal property and forms or endorsements relating to **TIME ELEMENT COVERAGES**.

b.   This **POLICY** will not pay for loss or damage caused by or resulting from any virus, bacterium

VRU-017-1220 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

or other microorganism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from **FUNGUS, MOLD(S), MILDEW, SPORES OR YEAST**. Such loss or damage is addressed in a separate exclusion in this **POLICY**.

    a.    With respect to any loss or damage subject to the exclusion in subparagraph b. above, such exclusion supersedes any exclusion relating to pollutants or contaminants.

    b.    The terms of the exclusion in subparagraph b. above, or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded by this **POLICY**.

28.    Loss or damage from water under the ground surface pressing on, or flowing or seeping through:

    a.    Foundations, walls, floors or paved surfaces;

    b.    Basements, whether paved or not;

    c.    Doors, windows or other openings.

29.    Loss or damage from rain, snow, ice or sleet to personal property in the open.

30.    Seizure or destruction of property by order of governmental authority. However, coverage is provided for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire is a **COVERED CAUSE OF LOSS**.

31.    **EQUIPMENT BREAKDOWN** (unless endorsed to this **POLICY**).

32.    Hot Testing;

    a.    which means:

        i.    Startup, commissioning or performance testing;

        ii.    Any testing involving the introduction of flammable or explosive feedstock or similar media beginning when such feedstock is first introduced; or

        iii.    The rotational operation of any turbine or generator, except for rotational operation by turning gear only when the turbine or generator is not energized.

    b.    Hot Testing does not mean the startup, commissioning or performance testing of:

        i.    Heating;

        ii.    Cooling;

        iii.    Air handling; or

        iv.    Electrical systems that are part of **BUILDING** systems.

33.    Loss, damage, cost, or expense covered under any express or implied guarantee or warranty from a

VRU-017-1220 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

Page **15 of 50**

manufacturer or supplier, whether or not such manufacturer or supplier is a **NAMED INSURED** under this **POLICY.**

34.    **NAMED STORM** Restriction: This **POLICY** shall exclude all damage directly or indirectly caused by a **NAMED STORM** that is in existence at the time that written request to bind is given to the **INSURER**, until coverage for such **NAMED STORM** has been bound by written agreement between the **INSURER** and the **NAMED INSURED**. In addition, no increase in limits or additional coverages will be provided for any insured **LOCATION(S)** threatened by such **NAMED STORM**, until coverage for such **NAMED STORM** has been bound by written agreement between **INSURER** and the **NAMED INSURED.**

35.    Loss or damage to or resulting from the design, manufacture, installation, or use of any Exterior Insulation and Finish System (EIFS) or Dryvit construction, however this exclusion shall not apply to direct physical damage to EIFS or Dryvit as the direct result of a **DEFINED CAUSE OF LOSS.**

36.    Loss or damage resulting from **FLOOD**, unless a sublimit is shown in Section I. F. B

37.    Loss or damage resulting from **EARTHQUAKE** or **EARTH MOVEMENT**, unless a sublimit is shown in Section I. F. a. .

38.    Loss or damage caused by rain, snow, sleet, sand, or dust to the interior of a building or property contained in a building unless a **COVERED CAUSE OF LOSS** first damages the building causing an opening in a roof or outside wall, door or window and the rain, snow, sleet, sand or dust enters through this opening.

39.    Loss or damage or consequential loss directly or indirectly caused by, consisting of, or arising from:

    a.    Any functioning or malfunctioning of the internet or similar facility, or of any intranet or private network or similar facility,

    b.    Any corruption, destruction, distortion, erasure or other loss or damage to data, software, or any kind of programming or instruction set,

    c.    Loss of use or functionality whether partial or entire of data, coding, program, software, any computer or computer system or other device dependent upon any microchip or embedded logic, and any ensuing liability or failure of the Insured to conduct business.

    This exclusion shall not exclude subsequent damage or consequential loss, not otherwise excluded, which itself results from a **DEFINED CAUSE OF LOSS.**

    Such Damage or Consequential loss described in a, b, or c above is excluded regardless of any other cause that contributed concurrently or in any other sequence.


### SECTION III – INSURED PROPERTY

A.    **INSURED PROPERTY**: Unless otherwise excluded, this **POLICY** covers the following property while on any **LOCATION** and within 1,000 feet thereof:

    1.    Real property, including **BUILDINGS, HARD COSTS** and additions under construction or renovation at an insured **LOCATION**, personal property and equipment in which the **NAMED INSURED** has an insurable interest;

VRU-017-1220 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

Page  16 of 50

CAMDEN/VELOCITY/4-30-2021 TO 4-30-2022/00025

2. Improvements and betterments to **BUILDINGS** or structures in which the insured has an insurable interest. Such improvements and betterments shall be considered real property;

3. At the option of the **NAMED INSURED**, personal property, other than motor vehicles, of officers and employees of the **NAMED INSURED**;

4. Personal property of others, other than motor vehicles, in the care, custody and control of the **NAMED INSURED**, which the **NAMED INSURED** is under obligation to keep insured for physical loss or damage of the type insured against by this **POLICY**;

5. Contractor's and vendor's interests in property covered to the extent of the **NAMED INSURED'S** liability imposed by law or assumed by written contract prior to the date of direct physical loss or damage. However, such interests will not extend to any **TIME ELEMENT COVERAGE** provided by this **POLICY**;

6. Real and personal property and related **TIME ELEMENT LOSS** at **MISCELLANEOUS UNNAMED LOCATION(S)** owned by the **NAMED INSURED** or for which the **NAMED INSURED** is legally responsible for, and within the **COVERAGE TERRITORY** of the **POLICY**. This shall also include personal property of the **NAMED INSURED** while temporarily at **MISCELLANEOUS UNNAMED LOCATION(S)**, including property in exhibitions and salesman's samples.

B. **PROPERTY EXCLUDED:** This **POLICY** does not insure against loss or damage to:

1. Currency, money, notes, securities, stamps, furs, jewelry, precious metals, precious stones, and semi-precious stones. This exclusion does not apply to precious metals and precious stones used by the Insured for industrial purposes;

2. Air, **LAND**, land values, and any substance in or on **LAND**, or any alteration to the natural condition of the **LAND**. However, this exclusion does not apply to the cost of reclaiming, restoring or repairing land improvements, provided the loss is from a **DEFINED CAUSE OF LOSS**;

3. Water, except water which is normally contained within any type of tank, piping system or other process equipment;;

4. Standing timber, growing crops, plants, lawns, trees, shrubs or animals. However, this exclusion does not apply to plants, lawns, trees or shrubs, provided the loss is from a **DEFINED CAUSE OF LOSS**;

5. Pavements, paved surfaces, walkways, drainage systems or roadways (unless a **SUBLIMIT** is shown in SECTION I.F)

6. Vehicles licensed for highway use, watercraft, aircraft and railroad rolling stock;

7. Property sold by the **NAMED INSURED** under conditional sale, trust agreement, installment plan or other deferred payment plan after delivery to customers;

8. Property in transit, except expressly as provided elsewhere in this **POLICY**;

9. Underground mines or mining shafts and any related mining property and equipment while underground;

10. Underground pipes, flues or drains; or any property below the lowest basement floor (unless a **SUBLIMIT** is shown in SECTION I.F)

VRU-017-1220 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

CAMDEN/VELOCITY/4-30-2021 TO 4-30-2022/00026

B.     Finished goods manufactured by the **NAMED INSURED**: the regular cash selling price at the **LOCATION** where the loss occurs, less all discounts and charges to which the merchandise would have been subject had no loss occurred.

C.     Raw materials, supplies and other merchandise not manufactured by the **NAMED INSURED**: the replacement cost.

D.     **VALUABLE PAPERS AND RECORDS**: the cost to replace or restore the property with like kind and quality including the cost to research, gather and assemble information. If not replaced, this **POLICY** will only pay the blank value of the **VALUABLE PAPERS AND RECORDS**.

E.     **ELECTRONIC DATA AND MEDIA**: the cost of the blank media, plus the costs of copying the **ELECTRONIC DATA AND MEDIA** from back-up or from originals of a previous generation. These costs will not include research and engineering nor any costs of recreating, gathering or assembling such **ELECTRONIC DATA AND MEDIA**. If the **ELECTRONIC DATA AND MEDIA** is not repaired, replaced or restored, the basis of valuation shall be the cost of the blank media. However, this **POLICY** does not insure any amount pertaining to the value of such **ELECTRONIC DATA AND MEDIA** to the **NAMED INSURED** or any other party, even if such **ELECTRONIC DATA AND MEDIA** cannot be recreated, gathered or assembled.

F.     Jigs and fixtures, dies, small tools, patterns, employees' personal property and personal property of third parties: the replacement cost if replacement cost values have been reported and if actually replaced; otherwise the **ACTUAL CASH VALUE**, but not to exceed the cost to repair or replace the property with material of like kind and quality.

G.     Leasehold improvements and betterments:

1.     If repaired or replaced at the expense of the **NAMED INSURED** within two (2) years after the date of the loss, the cost to repair or replace the damaged improvements and betterments.

2.     If not repaired or replaced within two (2) years after the date of the loss, a proportion of the **NAMED INSURED'S** original cost.

The proportionate value will be determined as follows:

a.     Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

b.     Divide the amount determined in subparagraph a. above by the number of days from the installation of improvements to the expiration of the lease.

c.     If the **NAMED INSURED'S** lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure; or

3.     Nothing, if others pay for repairs or replacement.

H.     **FINE ARTS**:

1.     If there is no **STATEMENT OF VALUES** on file with VRU showing the agreed value of the **FINE ARTS**, then the lesser of:

a.     The cost to repair or replace the **FINE ARTS**, or

b.     The appraised value, which will be determined as of the time of the loss.

VRU-017-1220 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

Page **19 of 50**

CAMDEN/VELOCITY/4-30-2021 TO 4-30-2022/00028

2.    If there is a **STATEMENT OF VALUES** on file with VRU showing the agreed value then that amount only.

3.    If a **FINE ARTS** article is part of a pair or set, and a physically damaged article cannot be replaced, or cannot be repaired or restored to the condition that existed immediately prior to the loss, then the lesser of the full value of such pair or set or the agreed value, as per the **STATEMENT OF VALUE** on file with VRU. The **NAMED INSURED** will surrender the damaged pair or set.

I.    **ACCOUNTS RECEIVABLE:** the amount owed the NAMED INSURED which the **NAMED INSURED** is unable to collect from customers, only includes:

1.    Any collection expenses over and above the normal collection costs;

2.    Interest charges on any loan to offset impaired collections pending repayment of such sums that cannot be collected; and

3.    Other reasonable and necessary expenses incurred by the **NAMED INSURED** to recreate **ACCOUNTS RECEIVABLE** records.

Unearned interest and service charges on deferred payment accounts and normal credit losses on bad debts shall be deducted in determining the recovery hereunder.

After payment of loss, all amounts recovered by the **NAMED INSURED** on **ACCOUNTS RECEIVABLE** for which the **NAMED INSURED** has been paid will belong to and will be paid to the **INSURER(S)** by the **NAMED INSURED** up to the total amount of loss paid. All recoveries in excess of such amounts will belong to the **NAMED INSURED**.

In the event it is possible to reconstruct the **NAMED INSURED'S ACCOUNTS RECEIVABLE** records after they have been physically lost or damaged, so that no shortage in collection of **ACCOUNTS RECEIVABLE** is sustained, the only recoverable loss will be the costs of the material and the time required to reconstruct such records, with the exercise of due diligence and dispatch, but only to the extent that such amounts are not covered by any other insurance.

J.    **PROPERTY FOR SALE:** if, at the time of the loss, any real property is being offered for sale, the loss or damage to such property will be valued at the lesser of:

1.    The cost to repair or replace the damaged property, or

2.    The price at which the real property is offered for sale less the market value of the **LAND**.

Contractor's tools, machinery (including spare parts and accessories), equipment and vehicles (if covered): **ACTUAL CASH VALUE**, unless an agreed value applies.

K.    Contractor's tools, machinery (including spare parts and accessories), equipment and vehicles (if covered): **ACTUAL CASH VALUE**, unless an agreed value applies.

L.    **PROPERTY IN TRANSIT:** In case of loss, the basis of adjustment shall be

1.    Property shipped to or for the account of the NAMED INSURED: the actual invoice to the **NAMED INSURED**, together with such costs and charges as may have accrued and become legally due on such property;

2.    Property which has been sold by the NAMED INSURED and has been shipped to or for account of the purchaser (if covered hereunder): the amount of the **NAMED INSURED'S** selling invoice, including prepaid or advanced freight;

VRU-017-1220 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

3.    Property of others not under invoice: the actual market value at the point of destination on the date of the **OCCURRENCE**, less any charges saved which would have become due and payable upon delivery at destination; or

4.    Property of the **NAMED INSURED** not under invoice: valued in accordance with the valuation provisions of this **POLICY** applying at the **LOCATION** from which such property is being transported, less any charges saved which would have become due and payable upon delivery at such destination

M.    For all other property: At replacement cost if actually replaced; otherwise, the **ACTUAL CASH VALUE**, but not to exceed the cost to repair or replace the property with material of like kind and quality.

With respect to Subparagraphs A. through M., inclusive, unless otherwise specifically stated, the valuations will be computed at the time and place of the loss.


## SECTION V - TIME ELEMENT COVERAGES

This **POLICY** is extended to cover the actual loss sustained by the **NAMED INSURED** during the **PERIOD OF INTERRUPTION** directly resulting from a **COVERED CAUSE OF LOSS** to **COVERED PROPERTY**.

A.    **ACTUAL LOSS SUSTAINED:** In the event the **NAMED INSURED** is prevented from producing goods or from continuing its business operations or services and is unable:

1.    To make up lost production within a reasonable period of time (not to be limited to the period during which production is interrupted), or

2.    To continue business operations or services, all through the use of any property or service owned or controlled by the **NAMED INSURED**, or obtainable from other sources, whether the property or service is at an insured **LOCATION** or through working extra time or overtime at any other substitute **LOCATION(S)**, including any other **LOCATION(S)** acquired for the purpose, then, subject to all other conditions of this **POLICY** not inconsistent herewith, for the actual loss sustained of the following during the **PERIOD OF INTERRUPTION** shall be **COVERED PROPERTY**:

**GROSS EARNINGS** less all charges and expenses which do not necessarily continue during the interruption of production or suspension of business operations or services. For the purpose of this coverage, **GROSS EARNINGS** means:

i.    For manufacturing operations: The net sales value of production less the cost of all raw stock, materials and supplies utilized in such production; or

ii.    For mercantile or non-manufacturing operations: The total net sales less cost of merchandise sold, materials and supplies consumed in the operations or services rendered by the **NAMED INSURED**;

iii.    Plus all other earnings derived from the operation of the business.

In determining net sales, in the event of loss hereunder, for mercantile or non-manufacturing operations, any amount recovered under property damage policies for loss or damage to or destruction of merchandise shall be included as though the merchandise had been sold to the **NAMED INSURED'S** regular customers.

In determining the amount of loss payable under this coverage, due consideration shall be given to the experience of the business before the **PERIOD OF INTERRUPTION** and the probable experience thereafter had no loss occurred, and

VRU-017-1220 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

CAMDEN/VELOCITY/4-30-2021 TO 4-30-2022/00030

to the continuation of only those normal charges and expenses that would have existed had no interruption of production or suspension of business operations or services occurred.

There is no coverage for any portion of the **NAMED INSURED'S ORDINARY PAYROLL** expense, unless a specified number of days for **ORDINARY PAYROLL** are shown in SECTION I.F. and values have been included in the **STATEMENT OF VALUES**. In such case, this **POLICY** will cover **ORDINARY PAYROLL** for that number of days only. The number of days need not be consecutive, but must fall within the interruption of production or suspension of business operations or services, or fall within the extension of that period, if an extension is provided. **ORDINARY PAYROLL** means the entire payroll expense for all employees of the **NAMED INSURED** except officers, executives, department managers, employees under contract, and other essential employees.

B.    **PERIOD OF INTERRUPTION:** In determining the amount payable under this coverage, the **PERIOD OF INTERRUPTION** shall be:

1.    The period from the time of physical loss or damage insured against by this **POLICY** to the time when, with the exercise of due diligence and dispatch, either:

   a.    normal operations resume; or

   b.    physically damaged **BUILDINGS** and equipment could be repaired or replaced and made ready for operations under the same or equivalent physical and operating conditions that existed prior to such loss or damage, whichever is less.

   c.    Such period of time shall not be cut short by the expiration or earlier termination date of the **POLICY**.

2.    In addition, if applicable, such time as may be required with the exercise of due diligence and dispatch:

   a.    To restore stock in process to the same state of manufacture in which it stood at the time of the initial interruption of production or suspension of business operations or services; or

   b.    To replace physically damaged or destroyed mercantile stock necessary to resume operations; or

   c.    To replace raw materials and supplies in order to continue operations.

However, the inability to procure destroyed mercantile stock or suitable raw materials and supplies to replace similar stock or materials and supplies physically damaged or destroyed shall not increase the **PERIOD OF INTERRUPTION**.

3.    For Property under construction: The time period between the anticipated date of substantial completion had no covered loss occurred and the actual date of completion. In calculating the amount of loss, due consideration will be given to the actual experience of the business compiled after substantial completion and start-up.

The **PERIOD OF INTERRUPTION** does not include any additional time:

   a.    Required for re-staffing or re-training employees; or

   b.    Due to the insured's inability to resume operations for reasons other than those enumerated in B.2.a. through B.2.c., inclusive, above; or

   c.    Required for making change(s) to the **BUILDINGS**, structures, or equipment for any reason

VRU-017-1220 Comprehensive Form
in the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

Page **22 of 50**

except as provided in the ORDINANCE OR LAW coverage, if such coverage is provided by this POLICY.

C.   ADDITIONAL TIME ELEMENT COVERAGES

1.   BUILDER'S RISK SOFT COSTS: For Property under Construction, this POLICY is extended to cover BUILDER'S RISK SOFT COSTS incurred by the NAMED INSURED (up to the SUBLIMIT OF LIABILITY shown in SECTION I.F.) arising out of delay of the completion of BUILDINGS or additions under construction during the PERIOD OF INTERRUPTION that are the result of direct damage from a COVERED CAUSE OF LOSS.

BUILDER'S RISK SOFT COSTS means reasonable and necessary costs over and above those that would have been incurred by the NAMED INSURED during the PERIOD OF INTERRUPTION at the LOCATION had no loss occurred, limited to the following:

a.   construction loan fees - the additional cost incurred to rearrange loans necessary for the completion of construction, repairs or reconstruction including, the cost to arrange financing, accounting work necessary to restructure financing, legal work necessary to prepare new documents, and charges by the lenders for the extension or renewal of loans necessary to complete the construction;

b.   commitment fees, leasing and marketing expenses – the cost of returning any commitment fees r received from any prospective tenant(s) or purchaser(s);

c.   additional fees for architects, engineers, consultants, attorneys and accountants for the completion of construction, repairs or reconstruction; and

d.   property taxes, building permits, additional interest on loans, realty taxes and insurance premiums.

2.   CONTINGENT TIME ELEMENT: If direct physical loss or damage to the real or personal property of a direct supplier or direct customer of the NAMED INSURED is damaged by a COVERED CAUSE OF LOSS under this POLICY, and such damage:

a.   wholly or partially prevents any direct supplier to the NAMED INSURED from supplying their goods and/or services to the NAMED INSURED; or

b.   wholly or partially prevents any direct customer of the NAMED INSURED from accepting the NAMED INSURED'S goods and/or services;

then this POLICY is extended to cover the actual loss sustained by the NAMED INSURED during the PERIOD OF INTERRUPTION with respect to such real or personal property, if the property of the supplier or customer which sustains loss or damage is of the type of property which would be COVERED PROPERTY under this POLICY.
This coverage applies to the NAMED INSURED'S direct suppliers or direct customers located in the COVERAGE TERRITORY.

3.   EXTENDED PERIOD OF INDEMNITY: Coverage is provided for such additional length of time as is required to restore the NAMED INSURED'S business to the condition that would have existed had no loss occurred, commencing with the later of the following dates:

a.   the date on which the coverage for loss or damage would otherwise terminate; or

VRU-017-1220 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

CAMDEN/VELOCITY/4-30-2021 TO 4-30-2022/00032

    b.    the earliest date on which either normal operations resume, or repair, replacement, or rebuilding of the property that has been damaged is actually completed; but in no event for a period of time exceeding the number of days specified in Section I.F. This **EXTENDED PERIOD OF INDEMNITY** does not apply to any additional **TIME ELEMENT COVERAGES**, except RENTAL VALUE (see Paragraph 2 of this Section C above).

4.    **EXTRA EXPENSE:** This **POLICY** is extended to cover expenses, over and above normal operating expenses, necessarily incurred by the **NAMED INSURED** in making up lost production or in reducing loss otherwise payable under this coverage are covered hereunder, but not for amounts greater than would have been incurred had the **NAMED INSURED** been unable to make up any lost production or to continue any business operations or services (up to the **SUBLIMIT OF LIABILITY** shown in SECTION I.F.).

The **NAMED INSURED** agrees to use any suitable property or service owned or controlled by the **NAMED INSURED** or obtainable from other sources in reducing the **EXTRA EXPENSE** incurred under this **POLICY.**

5.    **INGRESS & EGRESS:** This **POLICY** is extended to cover the actual loss sustained during the period of time when ingress to or egress from the **NAMED INSURED'S** covered **LOCATION** is prohibited as a direct result of a **COVERED CAUSE OF LOSS** to real property not insured hereunder. The insured physical loss or damage must occur within five (5) statute miles from the **NAMED INSURED'S** covered **LOCATION** in order for coverage to apply. Such period of time begins following the **QUALIFYING PERIOD** after the date that ingress to or egress from real or personal property is prohibited and ends when ingress or egress is no longer prohibited, but no later than the number of days shown in SECTION I.F.

6.    **INTERRUPTION BY CIVIL OR MILITARY AUTHORITY:** This **POLICY** is extended to cover the actual loss sustained during the period of time when access to the **NAMED INSURED'S** covered **LOCATION** is prohibited by an order of civil or military authority, provided that, such order is a direct result of a **COVERED CAUSE OF LOSS** to real property not insured hereunder. The **NAMED INSURED** physical loss or damage must occur within five (5) statute miles from the **NAMED INSURED'S** covered **LOCATION** in order for coverage to apply. Such period of time begins following the **QUALIFYING PERIOD** after  the effective date of the order of civil or military authority and ends when the order expires, but no later than the number of days shown in SECTION I.F.

7.    **RENTAL VALUE:** As respects **COVERED PROPERTY** held for rental to others, this **POLICY** is extended to cover the loss sustained during the **PERIOD OF INTERRUPTION** but not exceeding the reduction in **RENTAL VALUE** less charges and expenses which do not necessarily continue. **RENTAL VALUE** means the sum of:

    a.    The total anticipated gross rental income from tenant occupancy of the described property as furnished and equipped by the **NAMED INSURED** including taxes, rent based on percentage of sales, and other charges paid by tenants in respect of the leased premises; and

    b.    The amount of all charges which, by the terms of a written lease, are the legal obligation of the tenant(s) and which would otherwise be obligations of the **NAMED INSURED**; and

    c.    The fair **RENTAL VALUE** of any portion of such property which is occupied by the **NAMED INSURED.**

        Due consideration will be given to the historic rental expenses prior to the loss and the probable expenses thereafter.

8.    **ROYALTIES:** This **POLICY** is extended to cover loss of income sustained by the **NAMED INSURED** under a royalty, licensing fee, or commission agreement between the **NAMED INSURED** and

VRU-017-1220 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

Page **24** of 50

another party during the **PERIOD OF INTERRUPTION** arising out of direct physical loss or damage by a **COVERED CAUSE OF LOSS** during the term of this **POLICY** to real or personal property of such other party, only if such **ROYALTIES** are shown as such on the **STATEMENT OF VALUES**. When determining the amount payable, consideration will be given to the amount of income derived by the **NAMED INSURED** from such agreements before, and the probable amount of income after, the date of loss or damage.

9.     **SERVICE INTERRUPTION:** This **POLICY** is extended to cover the loss or damage to **COVERED PROPERTY** and **TIME ELEMENT COVERAGE** (provided **TIME ELEMENT VALUES** are reported on the **STATEMENT OF VALUES**) resulting from direct physical loss or damage from a **COVERED CAUSE OF LOSS** to: (1) incoming electrical, gas, water and telecommunication equipment and outgoing sewer; or (2) electrical, telecommunication, fuel, water, steam, refrigeration, or other service transmission lines; all situated outside the insured **LOCATIONS**.

    a.     However, this extension of coverage DOES NOT apply to any loss caused by damage to any utility service listed in (1) or (2) above, if located more than five (5) statute miles from the covered **LOCATION**.

    b.     There shall be no loss payable under this Additional Coverage unless the interruption exceeds the **QUALIFYING PERIOD** shown in Section I.F. In such case, the loss shall be measured from date and time of the loss. With respect to any TIME ELEMENT COVERAGE provided herein, the PERIOD OF INTERRUPTION ends when: (1) incoming electrical, gas, water, or telecommunication equipment or outgoing sewer or (2) electrical, telecommunication, fuel, water, steam, refrigeration, or other service transmission lines, is restored.

    c.     The SUBLIMIT OF LIABILITY shown in SECTION I.F. applies to all loss or damage to **COVERED PROPERTY** and/or TIME ELEMENT COVERAGE, combined arising out of one **SERVICE INTERRUPTION**. None of the additional **TIME ELEMENT COVERAGES** set forth in Section V apply to the **TIME ELEMENT COVERAGE** provided herein, except RENTAL VALUE.

This additional coverage does not include coverage for any increase in loss due to fines or damages for breach of contract or for late or non-completion of orders, or penalties of any nature.

With respect to additional **TIME ELEMENT COVERAGES** 6. & 7., if a **COVERED CAUSE OF LOSS** results in coverage under both additional **TIME ELEMENT COVERAGES**, this **POLICY** will only pay for loss under one of the two additional **TIME ELEMENT COVERAGES**, whichever the **NAMED INSURED** selects.

D.     **ADDITIONAL EXCLUSIONS:** The following are excluded from all of the above described **TIME ELEMENT COVERAGES:**

    1.     Idle Periods: Any loss during any period in which goods would not have been produced, or business operations or services would not have been maintained, for any reason other than physical loss or damage from a **COVERED CAUSE OF LOSS** to which this coverage applies.

    2.     Remote Loss:

        a.     Any increase in loss due to the suspension, cancellation, or lapse of any lease, contract, license or order; or

        b.     Any loss due to fines or damages for breach of contract or for late or non-completion of orders or penalties of whatever nature; or

        c.     Any increase in loss due to interference at the **NAMED INSURED'S LOCATION** by strikers or other

VRU-017-1220 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

CAMDEN/VELOCITY/4-30-2021 TO 4-30-2022/00034

persons with rebuilding, repairing, or replacing the property damaged or destroyed, or with the resumption or continuation of business, or with the re-occupancy of the premises.

d.     Nor shall there be any liability under this **POLICY** for any other consequential or remote loss, other than as specifically provided in this SECTION V.

3.     Finished Products - Any loss resulting from loss or damage to finished products manufactured by the **NAMED INSURED** nor for the time required for their reproduction.

4.     Transit - Any loss resulting from loss or damage to property in transit.

5.     Berth and/or Port Blockage - Any loss due to Blockage of a port or berth. Blockage means a blockage of any part of the port or berth arising from an occurrence which results in the sinking or stranding of a ship, or the inability of a ship to gain access to a berth

E.     **TIME ELEMENT MONTHLY LIMITATION OF INDEMNITY:** There shall be no liability under this **POLICY** for more than the Monthly Limitation of indemnity shown in SECTION I.F. for all **TIME ELEMENT COVERAGES**, except those that have a sublimit in SECTION I.F. **TIME ELEMENT MONTHLY LIMITATION OF INDEMNITY** means the most that will be paid under this **POLICY** monthly for a **TIME ELEMENT COVERAGE** loss sustained by the **NAMED INSURED** during the **PERIOD OF INTERRUPTION** directly resulting from a **COVERED CAUSE OF LOSS** to **COVERED PROPERTY**. This **TIME ELEMENT MONTHLY LIMITATION OF INDEMNITY** is payable for each period of thirty (30) consecutive days after the beginning of the Period of Interruption and is calculated by multiplying the **TIME ELEMENT VALUE** in the **STATEMENT OF VALUES** by the fraction shown in SECTION I.F.

When SECTION I.F. **EXTENDED PERIOD OF INDEMNITY** specifies a number of days and a fraction is shown in SECTION I.F. for TIME ELEMENT MONTHLY LIMIT OF INDEMNITY, the **TIME ELEMENT MONTHLY LIMITATION OF INDEMNITY** will also apply to each period of thirty (30) consecutive days provided under **EXTENDED PERIOD OF INDEMNITY** specified in SECTION I.F.

## SECTION VI - ADDITIONAL COVERAGES

The following additional coverages are subject to the terms and conditions of this **POLICY**, including the **DEDUCTIBLES** and **SUBLIMITS OF LIABILITY** corresponding to each such additional coverage shown in SECTION I.F. These additional coverage items are either included or excluded SUBLIMITS OF LIABILITY as shown in SECTION I.F. and are part of, and not in addition to **SUBLIMITS OF LIABILITY** in SECTION I.F.a-c. and **LIMITS OF LIABILITY** of this **POLICY**, including, but not limited to, the **EARTHQUAKE, EARTH MOVEMENT, FLOOD,** or **NAMED STORM SUBLIMITS OF LIABILITY** provided herein, if applicable.

A.     **ACCOUNTS RECEIVABLE:** This **POLICY** covers any shortage in the collection of **ACCOUNTS RECEIVABLE** directly resulting from a **COVERED CAUSE OF LOSS** to **ACCOUNTS RECEIVABLE** records.

This extension of coverage does not apply to loss due to:

1.     Bookkeeping, accounting or billing errors and omissions; and

2.     Alteration, falsification, manipulation, concealment, destruction, or disposal of **ACCOUNTS RECEIVABLE** records committed to conceal the wrongful giving, taking, obtaining or withholding of money, securities or other property, but only to the extent of such wrongful giving, taking, obtaining or withholding.

B.     **BACKUP OF SEWERS AND DRAINS:** This **POLICY** is extended to cover water which backups or discharges from VRU-017-1220 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

Page **26 of 50**

sewers, drains or sumps on the Insured's **LOCATION**. Cause of loss is not considered **FLOOD**, unless such backup or discharge was due to **FLOOD**.

C.    **BUILDERS RISK:** Property in the course of construction or renovation, excluding Soft Costs.

D.    **DEBRIS REMOVAL:** This **POLICY** covers the necessary and reasonable expense of removal from the Insured **LOCATIONS** of debris of **COVERED PROPERTY** or property of others remaining as a result of direct physical loss or damage insured against under this **POLICY** that occurs during the **POLICY** period when the **NAMED INSURED** gives written notice of such direct physical loss or damage, as a condition of coverage no later than 180 days after the loss. There is no liability for the expense of removing contaminated or polluted uninsured property, nor the **POLLUTANTS OR CONTAMINANTS** therein or thereon, whether or not the contamination results from an insured event.

E.    **ELECTRONIC DATA AND MEDIA:** This **POLICY** is extended to cover direct physical loss or damage to **ELECTRONIC DATA AND MEDIA**.

F.    **ERRORS OR OMISSIONS:** This **POLICY** is extended to cover direct physical loss or damage at **LOCATIONS** within the **COVERAGE TERRITORY** that are owned, leased or operated by the **NAMED INSURED**, if such loss or damage is not payable under this **POLICY** solely due to:

1.    Any error or unintentional omission in the description of the address of the property whether made at the inception of the **POLICY** period or subsequent thereto; or

2.    Failure through any error or unintentional omission to:

a.    Include any **LOCATION** of the NAMED INSURED at the inception of the **POLICY**; or

b.    Report any newly acquired **LOCATION** before the period of automatic coverage provided under this **POLICY** for **NEWLY ACQUIRED LOCATIONS** expires.

With respect to Subparagraphs 1. and 2. above, this **ERRORS OR OMISSIONS** Additional Coverage does not allow the **NAMED INSURED** to correct any value shown in the **STATEMENT OF VALUES**.

This **POLICY** covers such direct physical loss or damage, to the extent it would have provided coverage had such error or unintentional omission not been made.

It is a condition of this additional coverage that any error or unintentional omission be reported by the **NAMED INSURED** when discovered and an additional premium be paid for any **LOCATION** added to the **POLICY**.

There is no coverage under this Paragraph for loss or damage which is covered under **NEWLY ACQUIRED PROPERTY** or **MISCELLANEOUS UNNAMED LOCATIONS** provisions of this **POLICY**.

G.    **FINE ARTS:** This **POLICY** is extended to cover direct physical loss or damage to **FINE ARTS**. However, no coverage is provided for:

1.    Breakage, marring, scratching, chipping or denting of **FINE ARTS**, unless such breakage, marring, scratching, chipping or denting is caused by a **DEFINED CAUSE OF LOSS**; or

2.    Physical loss or damage as a result of restoring, repairing or retouching processes.

H.    **FIRE BRIGADE CHARGES AND EXTINGUISHING EXPENSES:** This **POLICY** covers the following expenses resulting from a **COVERED CAUSE OF LOSS**:

VRU-017-1220 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

CAMDEN/VELOCITY/4-30-2021 TO 4-30-2022/00036

1.      Fire brigade charges and any extinguishing expenses which the **NAMED INSURED** incurs;

2.      Loss and disposal of fire extinguishing materials expended.

There is no coverage for any costs incurred as a result of a false alarm.

I.      **FUNGUS, MOLD(S), MILDEW, SPORES OR YEAST:** Associated losses will be covered if the **NAMED INSURED** establishes that the **FUNGUS, MOLD(S), MILDEW, SPORES OR YEAST** is a direct result of a **COVERED CAUSE OF LOSS** and as a condition of coverage under this **POLICY** this loss is reported within twelve (12) months from the expiration date of the **POLICY**.

J.      **LEASED OR RENTED EQUIPMENT:** This **POLICY** is extended to cover direct physical loss or damage at insured **LOCATIONS** from a **COVERED CAUSE OF LOSS** to equipment that the **NAMED INSURED** has leased and/or rented for which the **NAMED INSURED** is legally liable.

K.      **LEASEHOLD IMPROVEMENTS & BETTERMENTS:** This **POLICY** is extended to cover the value of undamaged tenant improvements and betterments when the **NAMED INSURED'S** lease is cancelled by the lessor acting under a valid condition of the lease due to direct physical loss or damage to **BUILDING** or personal property caused by or resulting from a **COVERED CAUSE OF LOSS** at an insured **LOCATION**. No **SUBLIMIT OF LIABILITY** applies to this additional coverage, but in no event will the **POLICY** cover loss in an amount in excess of the applicable **SUBLIMIT OF LIABILITY** specified for the **LOCATION**, if any.

L.      **LEASEHOLD INTEREST:** If **COVERED PROPERTY** is: (1) rendered wholly or partially un-tenantable by a **COVERED CAUSE OF LOSS** during the **POLICY** period and (2) the **NAMED INSURED'S** lease is canceled by a party, other than the **NAMED INSURED**, or an entity with any common ownership of the **NAMED INSURED**, in accordance with the conditions of the lease or as a result of a statutory requirement of the appropriate jurisdiction in which the damaged or destroyed **COVERED PROPERTY** is located, then this **POLICY** is extended to cover **THE INTEREST OF THE INSURED AS LESSEE** (as defined below) or **THE INTEREST OF THE INSURED AS LESSOR** (as defined below), whichever is applicable, but only for the first three (3) months succeeding the date of the loss and the **NET LEASE INTEREST** (as defined below) shall be paid for the remaining months of the unexpired lease.

1.      Recovery under this additional coverage shall be the pro-rata proportion from the date of loss to expiration date of the lease (to be paid without discount) on the **NAMED INSURED'S** interest in:

      a.      The amount of bonus paid by the **NAMED INSURED** for the acquisition of the lease not recoverable under the terms of the lease;

      b.      Improvements and betterments to real property which are not covered under any other section of this **POLICY**; and

      c.      The amount of advance rental paid by the **NAMED INSURED** and not recoverable under the terms of the lease.

2.      Definitions: The following terms, wherever used in this Paragraph H. shall mean:

      a.      The **INTEREST OF THE INSURED AS LESSEE** is defined as:

         i.      the excess of the rental value of similar premises over the actual rental payable by the lessee (including any maintenance or operating charges paid by the lessee) during the unexpired term of the lease; and

         ii.     the rental income earned by the **NAMED INSURED** from sublease agreements, to the extent not covered under any other section of this **POLICY**, over and above the rental

VRU-017-1220 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

expenses specified in the lease between the **NAMED INSURED** and the lessor.

b.    The **INTEREST OF THE INSURED AS LESSOR** is defined as the difference between the rents payable to the lessor under the terms of the lease in effect at the time of loss and the actual rent collectible by the lessor during the unexpired term of the lease provided the lease is canceled by the lessee, to the extent not covered under any other section of this **POLICY**.

c.    **NET LEASE INTEREST** is defined as that sum, which placed at 6% interest compounded annually will be equivalent to the **INTEREST OF THE INSURED LESSEE OR LESSOR**.

There shall be no liability under this **POLICY** for any increase of loss which may be occasioned by the suspension, lapse or cancellation of any license or by the **NAMED INSURED** exercising any option to cancel the lease. Furthermore, the **NAMED INSURED** shall use due diligence, including all things reasonably practicable, to diminish loss under this additional coverage.

M.    **LIMITED POLLUTION COVERAGE:** This **POLICY** is extended to cover the reasonable and necessary additional expense incurred to remove, dispose of, or clean-up the actual presence of **POLLUTANTS OR CONTAMINANTS** from **LAND** or water at an insured **LOCATION** when such **LAND** or water is contaminated or polluted due to a **COVERED CAUSE OF LOSS** that occurs during the **POLICY** period, provided that, as a condition of coverage, such expenses are reported within 180 days of the date of direct physical loss or damage.

N.    **LOCK REPLACEMENT:** This **POLICY** covers the necessary expense to repair or replace the exterior or interior door locks of a covered **BUILDING:**

1.    If the door keys are stolen in a covered theft loss; or

2.    When the **COVERED PROPERTY** is damaged and the door keys are stolen by burglars.

O.    **MISCELLANEOUS UNNAMED LOCATION(S):** If a sublimit is shown in SECTION I.F., this policy covers a **LOCATION** that has not been included in the **STATEMENT OF VALUES** on file with VRU and has not been reported to VRU as required by the **POLICY** provisions.

There is no coverage under this Paragraph for loss or damage which is covered under the **ERRORS OR OMISSIONS** or **NEWLY ACQUIRED PROPERTY** provisions of this **POLICY**.

P.    **NEWLY ACQUIRED PROPERTY:** This **POLICY** covers real or personal property of the type insured under this **POLICY** for the perils insured under this **POLICY** that is rented, leased, or purchased by the **NAMED INSURED** after the inception date of this **POLICY**. Coverage under this additional coverage ceases at the earlier of the following dates:

1.    Number of days shown in SECTION I.F. from the date of acquisition or lease of such property; or

2.    When the newly acquired property is covered by this **POLICY**; or

3.    When VRU notifies the **NAMED INSURED** that it will not bind the newly acquired property.

There is no coverage for any property that is partially or wholly insured under any other insurance.

There is no coverage under this Paragraph for loss or damage which is covered under the **ERROR OR OMISSIONS** or **MISCELLANEOUS UNNAMED LOCATIONS** provisions of this **POLICY**.

Q.    **ORDINANCE OR LAW:** In the event of direct physical loss or damage under this **POLICY** that results in the enforcement of any **LAW**, **ORDINANCE**, governmental directive or standard in effect at the time of loss or damage regulating the construction, repair or use and occupancy of the property, the following is covered under this **POLICY:**

1.    Coverage A: For the loss in value of the undamaged portion of the **BUILDING** as a consequence of

VRU-017-1220 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

EAST BATON ROUGE PARISH
Filed Aug 09, 2023 8:35 AM
Deputy Clerk of Court
E-File Received Aug 08, 2023 5:20 PM

C-735652
30

**CAMDEN LAKE LLC: CAMDEN LAKE APARTMENTS**

**2021-2022 Statement of Values**

| LOC #/BLDG # | Address | Loc # | Bldg # | Building | Contents | Loss of Rents | Total # UNITS | # Units OCC | % Occupied | SQ FT | YR BUILT | Construction | # Stories | SPRINKLER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LOC 1 BLDG 1 | 2525 Oneal Lane | 1 | 1 | 1,685,125 | 0 | 280,286 | 24 | 22 | 83.30% | 17,960.00 | 2008 | Frame | 3 | 100% |
| LOC 1 BLDG 2 | 2525 Oneal Lane | 1 | 2 | 2,626,169 | 0 | 355,486 | 24 | 23 | 95.83% | 28,144.00 | 2008 | Frame | 3 | 100% |
| LOC 1 BLDG 3 | 2525 Oneal Lane | 1 | 3 | 2,626,169 | 0 | 355,486 | 24 | 23 | 95.83% | 28,144.00 | 2008 | Frame | 3 | 100% |
| LOC 1 BLDG 4 | 2525 Oneal Lane | 1 | 4 | 2,100,935 | 0 | 317,886 | 24 | 22 | 91.67% | 22,048.00 | 2008 | Frame | 3 | 100% |
| LOC 1 BLDG 5 | 2525 Oneal Lane | 1 | 5 | 2,100,935 | 0 | 317,886 | 24 | 21 | 87.50% | 22,048.00 | 2008 | Frame | 3 | 100% |
| LOC 1 BLDG 6 | 2525 Oneal Lane | 1 | 6 | 2,626,169 | 0 | 355,486 | 24 | 22 | 91.67% | 28,144.00 | 2008 | Frame | 3 | 100% |
| LOC 1 BLDG 7 | 2525 Oneal Lane | 1 | 7 | 2,626,169 | 0 | 355,486 | 24 | 24 | 100.00% | 28,144.00 | 2008 | Frame | 3 | 100% |
| LOC 1 BLDG 8 | 2525 Oneal Lane | 1 | 8 | 1,685,125 | 0 | 280,286 | 24 | 24 | 100.00% | 17,960.00 | 2008 | Frame | 3 | 100% |
| LOC 1 BLDG 9 | 2525 Oneal Lane | 1 | 9 | 1,685,125 | 0 | 280,286 | 24 | 22 | 91.67% | 17,960.00 | 2008 | Frame | 3 | 100% |
| LOC 1 BLDG 10 | 2525 Oneal Lane | 1 | 10 | 1,685,125 | 0 | 280,286 | 24 | 24 | 100.00% | 17,960.00 | 2008 | Frame | 3 | 100% |
| LOC 1-CLUBHOUSE | 2525 Oneal Lane | 1 | 11 | 437,695 | 200,000 | 0 | 0 | 0 | N/A | 4,564.00 | 2008 | Frame | | 0% |
| LOC # 1-SIGN | At entrace of Complex | 2 | 1 | 27,356 | 0 | 0 | 0 | 0 | N/A | N/A | 2008 | STUCCO/STONE | N/A | N/A |
| | | All | All | 21,912,097 | 200,000 | 3,178,860 | 240 | 227 | 94.58% | 233,076.00 | XXXXXXX | XXXXXXXXXXX | XXXXXX | |

| TOTAL TIV | 25,290,957 |
|---|---|
| TOTAL OCC RATE | 85.83% |

_Marsha H Gauder_                    1/15/21
(Signature of Insured)                (Date)

NOTE: all buildings are three story except the clubhouse which is one story
All buildings are frame construction, Built in 2008 & sprinklered (except clubhouse is not sprinklered)
BUSINESS INCOME INCLUDING EXTRA EXPENSE IS ON A BLANKET BASIS



## Curtis, Martha

| | |
|---|---|
| **From:** | Michael Pousson <mpousson@thebergerco.com> |
| **Sent:** | Wednesday, July 13, 2022 5:49 PM |
| **To:** | Hanrahan, Bill |
| **Cc:** | Tim Frame |
| **Subject:** | SDA21016480 Camden Lake, LLC |

External (mpousson@thebergerco.com)

Report This Email  FAQ  Restech

Mr. Hanrahan,

Please see the below linked additional claim information. Please confirm receipt.
https://acrobat.adobe.com/link/track?uri=urn:aaid:scds:US:5edaae16-0553-3379-914a-4d2c23a2f812

Best Regards,
-Michael

    The Berger Company, LLC

Michael Pousson
Vice President of Asset Management
The Berger Company, LLC
100 Conti Street
New Orleans, LA  70130
D (504) 381-5282
C (504) 390-7342
P (504) 581-4082
F (504) 581-7823
Email: mpousson@thebergerco.com



**CAMDEN LAKE APARTMENTS**
**HURRICANE IDA CLAIM COST SUMMARY**

| Scope Of Work / Description | Vendor | Total |
|---|---|---|
| **PROPERTY DAMAGE COST SUMMARY:** | | |
| Hurricane Repairs | | |
| Building 1 | Milton J. Womach General Contractor | $ 596,622.00 |
| Building 2 | Milton J. Womach General Contractor | $ 776,853.00 |
| Building 3 | Milton J. Womach General Contractor | $ 776,853.00 |
| Building 4 | Milton J. Womach General Contractor | $ 674,787.00 |
| Building 5 | Milton J. Womach General Contractor | $ 685,154.00 |
| Building 6 | Milton J. Womach General Contractor | $ 776,853.00 |
| Building 7 | Milton J. Womach General Contractor | $ 776,853.00 |
| Building 8 | Milton J. Womach General Contractor | $ 596,622.00 |
| Building 9 | Milton J. Womach General Contractor | $ 596,622.00 |
| Building 10 | Milton J. Womach General Contractor | $ 596,622.00 |
| Building 11 - Clubhouse | Milton J. Womach General Contractor | $ 151,484.00 |
| Sign | Milton J. Womach General Contractor | $ 28,641.00 |
| Outdoor Property | Milton J. Womach General Contractor | $ 174,446.00 |
| Temporary Roofing Repairs | Coleman Roofing | $ 56,800.00 |
| Landscaping Repairs | Biggz Professional Tree Care, LLC | $ 5,800.00 |
| Entry Gate Repairs | Gonzales Electric Gates | $ 569.00 |
| Additional Labor & Hurricane Retention Bonuses | Latter & Blum | $ 3,207.87 |
| Repair Supplies & Pool Chemicals | Latter & Blum/Lowes/HD Supply | $ 683.02 |
| Debris removal and cleaning of carport structures | Magnolia Property Services | $ 4,150.00 |
| Storm Weather Assessment | Keim Consulting | $ 3,000.00 |
| Siding & Roof Investigation & Assessment Services | Scairono Martinez Architects | $ 9,570.00 |
| Design & Construction Administration Services | S. Olson Architects, LLC | $ 360,420.60 |
| Project Management | Cumming Management Group | $ 180,210.30 |
| Bond, Builders Risk, OCIP Allowance (5% of Construction) | | $ 360,420.60 |
| **TOTAL PROPERTY DAMAGE:** | | **$ 8,193,243.39** |



# Assessment of Sustained Winds and Wind Gusts
# During Hurricane Ida

# In Baton Rouge, Louisiana

By

Barry D. Keim, PhD
Keim Consulting, LLC
Baton Rouge, Louisiana

*Barry Keim*

May
2022



EXHIBIT
E

This report examines and estimates sustained winds and peak wind gusts associated with Hurricane Ida with respect to damage sustained to the Camden Lake property in Baton Rouge, Louisiana. Sources of information for this report include the following:

- National Weather Service Office – New Orleans and Baton Rouge (LIX) – *Hurricane Ida Post Storm Report* found at: https://www.weather.gov/lix/psh_ida
- National Weather Service Office – Lake Charles – Hurricane Ida Post Storm Report found at https://www.weather.gov/lch/2021Ida
- U.S. Daily Weather Maps. NOAA Central Library. Found at https://library.noaa.gov/Collections/Digital-Collections/US-Daily-Weather-Maps.
- Bevan, J.L., A. Hagan, and R. Berg. 2021. Hurricane Ida. National Oceanic and Atmospheric Administration, National Hurricane Center, Tropical Cyclone Report found at https://www.nhc.noaa.gov/data/tcr/AL092021_Ida.pdf.
- Hsu, S.A. 2003. Nowcasting mixing height and ventilation factor for rapid atmospheric dispersion estimates on land. *National Weather Digest* 27:75-78.

Based on these sources, this report analyzes and estimates 1 minute sustained winds and 3-second peak wind gusts at a standard elevation of 10 meters above the ground.

## 2021 Hurricane Season

The 2021 hurricane season was one for the record books. Before the season even started, it was predicted to have above average storm frequencies by both the National Oceanic and Atmospheric Administration (NOAA) and Colorado State's Tropical Meteorological Project. By the end of the season, tropical storms and hurricanes exceeded expectations with 21 named storms, making it the third most active hurricane season on record, with our record-keeping going back to 1851. The 2021 season is only behind 2020 (with 30 named storms) and 2005 (with 28 named storms). It is also noteworthy that between the 2020 and 2021 season, Louisiana experienced 6 landfalling storms, including Tropical Storm Cristobal, Major Hurricane Laura, Hurricane Delta, and Major Hurricane Zeta in 2020 and Tropical Storm Claudette and Major Hurricane Ida in 2021. Hurricane Ida is the focus of this report.

## Hurricane Ida and its Place in History

Hurricane Ida formed into a tropical depression, and later into a tropical storm, over the Caribbean Sea on August 26, 2021. It strengthened into a hurricane on the 27th just before crossing over western Cuba (Figure 1). Once in the Gulf of Mexico, Hurricane Ida experienced two periods of rapid intensification, which are periods when a storm's maximum sustained winds increase by 35 mph or more in 24 hours. Hurricane Ida made landfall near Port Fourchon, Louisiana around 11:55 a.m. CDT on August 29 with maximum sustained winds of 150 mph, which is near the upper end of Category 4 strength on the Saffir-Simpson scale. Hurricane Ida is tied for the strongest storm known to hit Louisiana, with our record keeping going back to 1851. It is tied with Hurricane Laura of 2020 and the Last Island Hurricane of 1856 - all of which had sustained winds of 150 mph at their Louisiana landfall. By the time the eye of Hurricane Ida crossed I-10 near Reserve and Laplace, it still was a category 3 hurricane with

sustained winds of 115 mph (Figure 1). The storm then moved into northern Mississippi where it continued to weaken to below tropical storm strength.

### Sustained Winds and 3-Second Gusts at Camden Lake

The locations across the metropolitan Baton Rouge region where wind speeds were measured during Hurricane Ida are shown in Figure 2. The underlying data for this map comes from the New Orleans/Baton Rouge (LIX) National Weather Service Office Post Storm Report for Hurricane Ida (Appendix A). These wind data were measured by official NWS observation locations (e.g., the Baton Rouge Metro Airport), the Texas Tech deployment of remote wind sensors, personal weather stations (PWS), among others. Note that the elevations of wind measurement vary between the stations as noted in Appendix A, but the values were adjusted to a standard elevation of 10 m using the power law equation;

$$U_z = U_{10} (Z/10)^P$$

where, $U_z$ is the wind speed at some designated elevation $Z$, other than the standard 10-meter elevation, and $P$ is an exponent that varies with stability and surface roughness. Following the guidelines of Hsu (2003), the area had neutral stability conditions during Hurricane Ida, in what I would define most of the area as a sub-urban environment as it relates to the selection of $P$.

The adjusted (10 m) measurements shown in Figure 2 show great variability in measured wind, even across short distances. Winds can and do vary geographically, but some of the observed variability is likely related to the exposures of the instruments. It is also known that some instruments mal-functioned or even failed under the harsh conditions, including Baton Rouge Metro Airport. As such, these data need to be viewed in terms of general agreements between the data locations.

Using these data provided in Figure 2, I provide estimates of the 10-meter 1-minute sustained winds and the 3-second maximum wind speeds for the Camden property. In my opinion, the best estimate for the property is provided by triangulating the property with the three sites to the northwest of the Camden serving as one anchor point, while the sites at Livingston in Livingston Parish to the east-northeast of the property and Gonzales to the south-southeast of the property serve as the second and third points in the triangulation. As such, I averaged the three sites to the northwest yielding an average 1-min sustained wind of 42 mph, and 3-second gust of 63 mph to serve as one anchor point. Using these values with the other two points in the triangulation yields the following wind estimates for the property: 1-minute sustained wind of 50 mph, and a 3-second gust of 76 mph. Even higher gusts are certainly possible near or at the property, which would be consistent with areas that experienced high levels of wind damage.

To place these winds in some context, I analyzed high winds from the Baton Rouge Airport over the period of record for wind. For sustained winds, winds over 40 mph occurred 23 times. Most of these appear to be related to tropical systems, though some of these high winds are caused by strong frontal systems and or thunderstorms. With a truncation level of 50 mph, there are only 4 occurrences in the record. Gusts greater than 60 mph are on record 10 times within the measured data, and have exceeded 70+ mph only twice. As such, the winds experienced at

3

Camden Lake represent very rare wind speeds.  New data are occasionally made available, and I therefore reserve the right to adjust these numbers accordingly.



Figure 1.  Storm track of Hurricane Ida from Friday August 27, 2021 through Monday August 30, 2020. Graphic is from National Weather Service at Lake Charles Hurricane Ida report found at https://www.weather.gov/lch/2021Ida



Figure 2.  Measured winds from various platforms during Hurricane Ida, August 29-30, 2021 in the Baton Rouge metropolitan area.  Wind speeds are adjusted to standard elevation of 10 meters. Unadjusted data are from the New Orleans/Baton Rouge National Weather Service, Hurricane Ida Report.  Data with the asterisk are considered incomplete data, indicating that the gauge failed during the storm.  See Appendix A.

Table 1.  All measured sustained winds ≥ 40 mph recorded at the Baton Rouge Metro Airport from January 1942 through June 1, 2022. Data are in mph. Note that data gaps exist from 1945-1950 and from 1970 to 1973.  Data are from the Hourly NOAA Local Climatological Data Dataset from the National Centers for Environmental Information.

| Date | Max. Wind Speed (mph) |
|------|-----------------------|
| 1942-07-13 | 40 |
| 1942-11-07 | 40 |
| 1943-04-02 | 40 |
| 1951-07-06 | 40 |
| 1954-07-17 | 40 |
| 1954-10-15 | 40 |
| 1957-06-27 | 40 |
| 1959-08-01 | 41 |
| 1964-10-03 | 40 |
| 1964-10-04 | 40 |
| 1965-09-10 | 58 |
| 1973-10-17 | 46 |
| 1974-09-14 | 46 |
| 1979-02-25 | 46 |
| 1979-03-31 | 62 |
| 1980-07-18 | 41 |
| 1986-12-08 | 46 |
| 1989-02-16 | 59 |
| 1992-08-26 | 46 |
| 2005-09-24 | 40 |
| 2008-09-01 | 56 |
| 2009-04-02 | 44 |
| 2012-08-29 | 45 |

Table 2.  All measured 3-second gusts ≥ 60 mph recorded at the Baton Rouge Metro Airport from January 1942 through June 1, 2022. Data are in mph.  Note that data gaps exist from 1945-1950 and from 1970 to 1973. Data are from the Hourly NOAA Local Climatological Data Dataset from the National Centers for Environmental Information.

| Date | Max. Wind Gust (mph) |
|---|---|
| 1984-02-05 | 66 |
| 1992-08-26 | 63 |
| 1995-12-02 | 85 |
| 2008-09-01 | 91 |
| 2009-03-26 | 67 |
| 2011-04-26 | 64 |
| 2015-01-03 | 67 |
| 2019-09-17 | 66 |
| 2020-06-25 | 62 |
| 2021-08-29 | 62 |

**Appendix A: Wind measurements from the NWS-LIX Hurricane Ida Report**

# NWS New Orleans/Baton Rouge Hurricane Ida Post Tropical Cyclone Report

Weather.gov > New Orleans/Baton Rouge > NWS New Orleans/Baton Rouge Hurricane Ida Post Tropical Cyclone Report

- **Current Hazards**
- **Current Conditions**
- **Radar**
- **Forecasts**
- **Rivers and Lakes**
- **Climate and Past Weather**
- **Local Programs**

### Post Tropical Cyclone Report for Hurricane Ida

```
POST TROPICAL CYCLONE REPORT...HURRICANE IDA
NATIONAL SERVICE NEW ORLEANS LA
1210 PM CDT TUE SEP 28 2021

NOTE: THE DATA SHOWN HERE ARE PRELIMINARY....AND SUBJECT TO UPDATES
AND CORRECTIONS AS APPROPRIATE.

THIS REPORT INCLUDES EVENTS OCCURRING WHEN WATCHES AND/OR WARNINGS
WERE IN EFFECT...OR WHEN SIGNIFICANT FLOODING ASSOCIATED WITH IDA
OR ITS REMNANTS WAS AFFECTING THE AREA.

LA PARISHES INCLUDED...ASCENSION...ASSUMPTION...EAST BATON ROUGE...
EAST FELICIANA...IBERVILLE...JEFFERSON...LAFOURCHE...LIVINGSTON...
ORLEANS...PLAQUEMINES...POINT COUPEE...ST. BERNARD...ST. CHARLES...
ST. HELENA...ST. JAMES...ST. JOHN THE BAPTIST...ST. TAMMANY...
TANGIPAHOA...TERREBONNE...WASHINGTON...WEST BATON ROUGE...WEST
FELICIANA.

MS COUNTIES INCLUDED...AMITE...HANCOCK...HARRISON...JACKSON...PEARL
RIVER...PIKE...WALTHALL...WILKINSON...

9/28/2021 - UPDATE #4
  - ADDED A FEW STORM SURGE DATA POINTS FROM SURVEYED HIGH WATER
    MARKS AND ONE MORE USGS GAUGE NEAR SLIDELL
  - ADDED INFORMATION REGARDING 7 MORE CONFIRMED TORNADOES FOR A
    TOTAL OF 15 TORNADOES
  - CORRECTED GENDER OF STORM SURGE FATALITY IN JEFFERSON PARISH
  - ADDED A COUPLE MORE DETAILS TO PARISH- AND COUNTY- SPECIFIC
    IMPACTS BASED ON HIGH WATER MARK SURVEYS, NEW TORNADO SURVEYS
    AND ADDITIONAL NEWS REPORTS
  - THIS WILL BE THE FINAL ISSUANCE OF THE POST STORM REPORT.

9/21/2021 - UPDATE #3
  - ADDED WIND DIRECTIONS AND TIME OF OCCURRENCE FOR TTU STICKNET
    DATA
  - ADDED INFORMATION REGARDING 7 MORE CONFIRMED TORNADOES
  - ADDED PARISH-SPECIFIC AND COUNTY-SPECIFIC IMPACTS
```

9

```
9/10/2021 - UPDATE #2
  - ADDED WIND DATA FOR METAR STATION KHDC, AS WELL AS SEVERAL RAWS/
    MESOWEST STATIONS, A FEW PERSONAL WEATHER STATIONS AND TEXAS TECH
    STICKNET DATA
  - CORRECTED SURGE DATA FOR SITE BDAL1 WHICH WAS PREVIOUSLY REPORTED
    REFERENCED TO NGVD29. ALSO CORRECTED DATE/TIME OF PEAK WATER.
  - UPDATED SURGE DATA FOR SITES NGIL1 AND SIPL1. IN BOTH CASES, A
    LATER AND HIGHER OBSERVATION WAS RECOVERED THAN PREVIOUSLY
    REPORTED.
  - ADDED SURGE DATA FOR SEVERAL MORE USGS SITES AND ONE WXFLOW SITE.

9/7/2021 - UPDATE #1
  - ADDED WIND DATA FOR THE FOLLOWING SITES: KMDJ, WVUE, WXFLOW BATON
    ROUGE
  - UPDATED WINDS FOR 42040 AND BURL1 USING HIGHER TEMPORAL
    RESOLUTION DATA FROM NDBC
  - CORRECTED DATA FOR WXFLOW SITES AT MIDLAKE, MANDEVILLE AND BILOXI
  - UPDATED ALL WXFLOW MAX AVG WINDS WITH HIGHER TEMPORAL RESOLUTION
    DATA
  - ADDED SURGE DATA FROM LEON THERIOT LOCK NEAR GOLDEN MEADOW
  - ADDED RAINFALL DATA FOR OFFICIAL AND COCORAHS SITES
  - ADDED RIVER CREST INFORMATION FOR HOLDEN, BOGALUSA, PEARL RIVER,
    GRAHAM FERRY AND ORANGE GROVE
  - ADDED INFORMATION ABOUT ONE CONFIRMED TORNADO

9/1/2021 - INITIAL ISSUANCE INCLUDES WIND, PRESSURE, SURGE AND RIVER
CREST DATA FROM AUTOMATED STATIONS.


A. LOWEST SEA LEVEL PRESSURE/MAXIMUM SUSTAINED WINDS AND PEAK GUSTS
-------------------------------------------------------------------
METAR OBSERVATIONS...
NOTE: ANEMOMETER HEIGHT IS 10 METERS AND WIND AVERAGING IS 2 MINUTES
-------------------------------------------------------------------
LOCATION  ID      MIN   DATE/   MAX    DATE/   PEAK    DATE/
LAT  LON          PRES  TIME    SUST   TIME    GUST    TIME
DEG DECIMAL       (MB)  (UTC)   (KT)   (UTC)   (KT)    (UTC)
-------------------------------------------------------------------

KGAO-GALLIANO
29.44 -90.26                    150/061 29/2035 100/085 29/1855

KMSY-NEW ORLEANS ARMSTRONG INTL AIRPORT
29.98 -90.25    977.3 29/2353  090/054 29/2240 I 150/078 30/0137 I

KNEW-NEW ORLEANS LAKEFRONT AIRPORT
30.04 -90.03    990.4 29/2253 I 100/057 29/2216 I 110/075 29/2148 I

KAPS-RESERVE
30.09 -90.58                    210/051 30/0315 210/069 30/0315

KREG-GONZALES
30.17 -90.94                    320/041 30/0035 I 310/065 30/0115 I

KGPT-GULFPORT AIRPORT
30.40 -89.07   1004.4 30/2207  130/041 29/2315 150/064 30/0729
```

```
KASD-SLIDELL AIRPORT
30.35 -89.82    998.8   30/0048    140/038    30/0355    110/060 30/0119

KBTR-BATON ROUGE AIRPORT
30.54 -91.15    988.4   30/0453     /034    30/0050 I 020/055 30/0325 I

KBIX-BILOXI AIR FORCE BASE
30.43 -88.92   1005.0   30/2301    140/035    29/2258    150/046 29/2311

7N0-NEW ORLEANS DOWNTOWN
29.95 -90.08    991.0   29/2156    130/027    29/2300 I 130/049 29/2303 I

KHDC-HAMMOND
30.52 -90.42    994.2   30/0104 I 060/030    30/0044 I 060/049 30/0044 I

KMJD-PICAYUNE
30.49 -89.65                      100/034    30/0155    100/048 30/0135

KMCB-MCCOMB AIRPORT
31.18 -90.47    995.1   30/0640     /028    30/0815    110/045 30/0716

KBXA-BOGALUSA CARR FIELD
30.81 -89.86                      130/031    30/0515 I 120/045 30/0415 I

KPQL-PASCAGOULA AIRPORT
30.46 -88.53   1005.9   30/0253    150/028    30/0053    160/043 30/1114

KHZR-NEW ROADS
30.72 -91.48                      350/028    30/0335    360/038 30/0235
```

REMARKS: WIND IS REPORTED AS DDD/SSS WHERE DDD IS THE CARDINAL
DIRECTION AND SSS IS THE SPEED. DATA FROM SEVERAL STATIONS IS
INCOMPLETE DUE TO POWER OUTAGES OR INSTRUMENT FAILURES. INFORMATION
FOLLOWED BY AN I INDICATES INCOMPLETE DATA.


NON-METAR OBSERVATIONS...
NOTE: ANEMOMETER HEIGHT IN METERS AND WIND AVERAGING PERIOD IN
MINUTES INDICATED UNDER MAXIMUM SUSTAINED WIND IF KNOWN

| LOCATION ID<br>LAT LON<br>DECIMAL | MIN<br>PRES<br>(MB) | DATE/<br>TIME<br>(UTC) | MAX<br>SUST<br>(KT) | DATE/<br>TIME<br>(UTC) | PEAK<br>GUST<br>(KT) | DATE/<br>TIME DEG<br>(UTC) |
|---|---|---|---|---|---|---|
| XDUL-WXFLOW DULAC<br>29.35 -90.73 | 982.0 | 29/1756 | 315/087<br>10.3M/1MIN | 29/2001 | 323/120 | 29/1926 |
| PWS-KLALAPLA7 LAPLACE<br>30.07 -90.50 | 963.8 | 30/0044 | 071/086<br>7.9M/ | 29/2354 I | | |
| FCMPT1-GALLIANO<br>29.44 -90.26 | 985.0 | 29/1629 | 171/081<br>10M/1MIN | 29/2114 | 172/106 | 29/2119 |

                                 11

```
WVUE NEW ORLEANS
29.96 -90.10                                        999/098
                               18M/


TTU332-1 NW KILLONA
30.02 -90.49   958.2  30/0033   025/070  29/2346   017/096 29/2329
                               2.3M/1MIN


XMVL-WXFLOW MANDEVILLE
30.40 -90.09   992.8  30/0146   097/063  30/0204   097/096 30/0204
                               10.3M/1MIN


PWS-KLAGOLDE1 2 NE PORT FOURCHON
29.16  -90.18  934.0  29/1719 I 157/053  29/1744 I 157/089 29/1744 I
                               6.1M/


FW4663-THIBODAUX
29.77 -90.79                    332/052  29/2300   344/087 29/2145
                               /


XBYU-WXFLOW BAYOU BIENVENUE
30.00 -89.90   988.1  29/2305   110/075  29/2216   103/086 29/2055
                               27.4M/1MIN


PWS-KLABOURG19 BOURG
29.55 -90.63   943.4  29/2134   036/070  29/2014
                               2M/


TTU326-1 N LIVE OAK
29.77 -90.03   984.5  29/2347   127/064  29/2306   131/086 29/2303
                               2.3M/1MIN


FCMPT5-RACELAND
29.76 -90.56   945.3  29/2315   222/058  30/0050   219/086 30/0100
                               10M/1MIN


TTU102-2 E RACELAND
29.71 -90.57   942.6  29/2241   190/060  29/2206   190/083 29/2110
                               2.3M/1MIN


XLKF-WXFLOW NEW ORLEANS LAKEFRONT
30.04 -90.02   989.0  29/2321   119/055  29/2202   107/082 29/2201
                               10.3M/1MIN


XJEF-WXFLOW WAGGAMAN
29.94 -90.23   975.4  29/2341   096/063  29/2340   096/080 29/2340
                               10.3M/1MIN


TTU325-7.8 SE VIOLET
29.86 -89.77   992.6  29/2250   999/060  29/2228   999/079 29/2229
                               2.3M/1MIN


TTU330-4.7 S VACHERIE
29.94 -90.71   957.6  30/0347   341/061  30/0002   294/077 30/0001
                               2.3M/1MIN
```

12

```
FW4633-THIBODAUX
29.78 -90.79    970.9   29/2331    332/045   29/2300    344/076  29/2145
                                   4M/

TTU224-3.7 NE VACHERIE
30.03 -90.67    956.5   29/2202    025/049   29/2334    023/075  29/2327
                                   2.3M/1MIN

DW1103-RACELAND
29.70 -90.57    966.5   29/2108 I  258/043   29/2015 I  343/075  29/2108 I
                                   3M/

EW6362-NEW ORLEANS
29.97 -90.09    987.1   29/2346    144/035   29/2201    126/075  29/2006
                                   1M/

TTU328-1 W LULING
29.93 -90.39    964.0   30/0126    999/056   29/2255    999/071  29/2231
                                   2.3M/1MIN

TTU333-4 W VACHERIE
29.99 -90.79    962.9   30/0100    027/051   29/2221    010/070  29/2327
                                   2.3M/1MIN

TTU101-2 W GRAY
29.68 -90.82    970.1   29/2243    348/052   29/2152    322/068  29/2252
                                   2.3M/1MIN

TTU442-1 SE EDEN ISLE
30.21 -89.79    997.0   30/0045    112/057   30/0053    109/067  30/0048
                                   2.3M/1MIN

TTU327-1 NW WAGGAMAN
29.93 -90.24    979.2   29/2354    104/044   29/2342    109/067  30/0021
                                   2.3M/1MIN

PWS-KLASLIDE15 SLIDELL
30.22 -89.82   1001.3   29.2145 I  098/042   29/2000 I  100/065  29/2145 I
                                   7.3M/

TTU108-4.2 NW THIBODAUX
29.84 -90.87    975.0   30/0028    338/046   30/0120    334/064  30/0028
                                   2.3M/1MIN

TS947-SE LA PORTABLE
30.11 -89.86                       093/046   29/2334    093/064  29/2334
                                   1M/

TTU444-2.5 E HAMMOND
30.51 -90.42    985.4   30/0417    137/045   30/0403    156/064  30/0417
                                   2.3M/1MIN

XGPT-WXFLOW GULFPORT
30.36 -89.11   1005.8   30/0443    183/046   30/0727    128/063  30/0038
                                   10.3M/1MIN

PWS-KLAWESTW16 WESTWEGO
```

13

```
29.19 -90.14    984.8  29.2345    142/039  29/1930    180/063 29/2345
                                    3M/
```

TTU445-1.9 S LIVINGSTON
```
30.47 -90.75    968.6  30/0423    021/043  30/0334    003/062 30/0334
                                    2.3M/1MIN
```

LSU08-HAMMOND
```
30.50 -90.78    992.6  30/0436 I  099/040  30/0317 I  082/062 30/0236 I
                                    14M/
```

FW6004-BOURG
```
29.56 -90.60    977.0  29/1855 I  009/030  29/1850 I  024/061 29/1855 I
                                    4M/
```

TTU336-3.5 SE NAPOLEONVILLE
```
29.90 -90.99    981.7  30/0045    333/042  30/0002    330/060 30/0003
                                    2.3M/1MIN
```

TTU448-2 SW SORRENTO
```
30.15 -90.89    974.3  30/0221    360/042  30/0130    022/060 30/0137
                                    2.3M/1MIN
```

CW4185-HARAHAN
```
29.95 -90.20    979.7  30/0006    174/030  30/0109    088/060 29/2254
                                    3M/
```

TTU441-SLIDELL
```
30.29 -89.75    998.2  30/0044    177/038  30/0309    179/057 30/0318
                                    2.3M/1MIN
```

TTU443-4 NE MANDEVILLE
```
30.39 -90.00    994.2  30/0043    093/030  30/0025    110/057 30/0026
                                    2.3M/1MIN
```

PWS-KLALOUIS3 BRAITHWAITE
```
29.87 -89.95    993.6  29/2319    175/055  29/2129    179/056 30/0124
                                    11M/
```

TTU334-2.1 SE WHITE CASTLE
```
30.16 -91.12    985.5  30/0147    353/043  30/0154    349/056 30/0154
                                    2.3M/1MIN
```

TTU437-1.3 E LONG BEACH
```
30.33 -89.22   1004.7  30/0438    184/045  29/1515    181/055 29/1516
                                    2.3M/1MIN
```

PWS-KLABOURG16 BOURG
```
29.54 -90.59    994.6  29/2154 I  038/033  29/2144 I  038/055 29/2144 I
                                    17.1M/
```

TTU439-HENDERSON POINT
```
30.31 -89.28   1005.8  30/1012    128/040  30/0059    166/051 30/0425
                                    2.3M/1MIN
```

TTU440-1.8 W GULFPORT
```
30.36 -89.12   1006.1  30/1022    089/040  29/2131    107/048 30/0108
```

```
                                2.3M/1MIN


TTU329-2.2 NW PAINCOURTVILLE
30.00 -91.09   986.4  30/0052   256/037  30/0344   334/048 30/0313
                                2.3M/1MIN


XBTR-WXFLOW BATON ROUGE
30.50 -91.19   986.0  30/0503   334/029  30/0317   021/048 30/0213
                                 10M/1MIN


MPAM6-PIKE COUNTY
31.19 -90.48                    155/027  30/0709   155/050 30/0709
                                6.1M/10MIN


TTU438-1 W LONG BEACH
30.31 -89.26  1005.3  30/1013   116/037  30/0325   112/047 30/0056
                                2.3M/1MIN


TTU446-2 SE LSU
30.47 -91.17   987.9  30/0327   309/032  30/0327   292/045 30/0327
                                2.3M/1MIN


TTU335-4.2 SW WHITE CASTLE
30.13 -91.19   990.3  30/0151   293/032  30/0325   276/042 30/0321
                                2.3M/1MIN


XBIL-WXFLOW BILOXI
30.44 -88.98  1005.0  30/0439   199/027  30/1114   172/042 30/0506
                               15.2M/1MIN


CKWM6-CAMP KELLER
30.52 -88.98                    126/016  30/0000   169/041 30/1200
                                6.1M/10MIN


GRBM6-GRAND BAY
30.36 -88.42                    145/016  30/1000   135/037 30/0000
                                6.1M/10MIN


NNHM6-HANCOCK
30.62 -89.41                    112/009  30/0000   112/035 30/0000
                                6.1M/10MIN


SHCM6-SANDHILL CRANE
30.45 -88.66                    158/012  30/0900   155/034 30/0800
                                6.1M/10MIN


TTU447-2.4 NW GROSSE TETTE
30.44 -91.46   994.9  30/0431   296/020  30/0649   296/030 30/0649
                                2.3M/1MIN
```

REMARKS: EXPOSURES ON ALL NON-METAR SITES VARIES AND THUS INSTRUMENTS
MAY NOT HAVE CAPTURED PEAK WINDS DUE TO SHELTERING/BLOCKING. PWS
INDICATES PERSONAL WEATHER STATION. WIND IS REPORTED AS DDD/SSS WHERE
DDD IS THE DIRECTION AND SSS IS THE SPEED. MANY SENSORS FAILED BEFORE
THE STRONGEST WINDS OCCURRED. THESE INCOMPLETE DATA POINTS ARE
DENOTED WITH AN I FOLLOWING THE OBSERVATIONS.

**EAST BATON ROUGE PARISH**
Filed Aug 09, 2023 8:35 AM
Deputy Clerk of Court
E-File Received Aug 08, 2023 5:20 PM

C-735652
30

enforcement of an **ORDINANCE OR LAW** that requires demolition of undamaged parts of the same **BUILDING**.

2. Coverage B: For the cost to demolish and clear the site of undamaged parts of the same **BUILDING**, as a consequence of enforcement of an ordinance or law that requires demolition of such undamaged property.

3. Coverage C: For the increased cost of repair or replacement of the damaged and undamaged **BUILDING** on the same or another site, limited to the cost that would have been incurred in order to comply with the minimum requirements of such **ORDINANCE OR LAW** regulating the repair or reconstruction of the damaged property on the same site. However, there is no coverage for any increased cost of construction loss unless the damaged property is actually rebuilt or replaced.

4. Coverage D: For the additional loss in **TIME ELEMENT COVERAGES** (if covered), that the **NAMED INSURED** sustains during the increased period of suspension of operations caused by or resulting from a consequence of enforcement of an **ORDINANCE OR LAW**.

Excluded from this coverage are any costs of demolition or increased costs of reconstruction, repair, debris removal or loss of use (including any **TIME ELEMENT COVERAGES**) necessitated by the enforcement of any law or ordinance regulating any form of contamination or pollution.

R. **OUTDOOR PROPERTY:** This **POLICY** is extended to cover direct physical loss or damage to signs, pools, pool equipment, outdoor fences, lights and light poles, and radio and radio and television antennas (including satellite dishes) not reported in the STATEMENT **OF VALUES** if a **SUBLIMIT OF LIABILITY** is shown in SECTION I. F. If a percentage deductible applies in the event of a loss to **OUTDOOR PROPERTY**, the percentage shall apply against the greater of the sublimit shown in SECTION I.F. or the replacement cost value of the affected property.

S. **PAIRS OR SETS:** If two or more components or parts are necessary for a whole or complete product, then this **POLICY** covers the reduction in value of insured components or parts of products due to direct physical loss or damage insured against by this **POLICY** to the other insured components or parts of such products.

T. **PERSONAL PROPERTY OF OTHERS:** If not included in the STATEMENT OF VALUES or other documentation on file with VRU in order to be included as **INSURED PROPERTY** additional coverage to apply as stated in SECTION I.F.

U. **PLANTS, LAWNS, TREES OR SHRUBS:** If there is a sublimit shown in SECTION I.F., then this policy will cover loss or damage caused by a **DEFINED CAUSE OF LOSS** to plants, lawns, trees, or shrubs.

V. **PROFESSIONAL FEES:** This **POLICY** is extended to cover reasonable and necessary **CLAIM PREPARATION COSTS** (as defined below) incurred by the **NAMED INSURED** at the request of **INSURER** for the purpose of determining the extent or amount of insured loss or damage as a result of a **COVERED CAUSE OF LOSS** under this **POLICY**, provided that, the **NAMED INSURED** obtains the prior written approval for the vendor to be engaged.

1. **CLAIM PREPARATION COSTS** means:

   a. The cost of taking inventory and the cost of gathering and preparing other data to substantiate the extent or amount of loss or damage; and
   b. The cost of services provided by accountants, contractors and engineers solely for the purpose of determining the extent or amount of loss.

2. **CLAIM PREPARATION COSTS** does not mean and excludes:

   a. Legal fees, charges and expenses;

VRU-017-1220 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

CAMDEN/VELOCITY/4-30-2021 TO 4-30-2022/00039

b.   Fees and costs of a public claims adjuster, claim consultant, insurance broker or agent (except forensic accounting services), or any person acting for or on behalf of a public claims adjuster, claim consultant, or insurance broker or agent;

c.   Costs associated with negotiation or presentation of any claim or part of a claim that is disputed or denied;

d.   Costs associated with establishing that any claim or part of a claim is covered by the **POLICY**;

e.   Costs which represent overhead or operating expense of any **NAMED INSURED**, including salaries of such **NAMED INSURED'S** employees.

W.   **PROPERTY REMOVED FROM INSURED LOCATIONS:** This **POLICY** will cover loss or damage caused by a **COVERED CAUSE OF LOSS** to personal property of the **NAMED INSURED** at any **LOCATION** within the **COVERAGE TERRITORY** when such personal property is removed from the insured **LOCATIONS** for the purpose of being repaired or serviced, excluding:

1.   Personal property insured under another policy or floater;

2.   Personal property excluded under this **POLICY**;

3.   Personal property removed from the insured **LOCATIONS** for normal storage or processing or preparation for sale or delivery.

X.   **PROTECTION AND PRESERVATION OF PROPERTY:** In case of actual or imminent direct physical loss or damage by a **COVERED CAUSE OF LOSS**, the expenses incurred by the **NAMED INSURED** in taking reasonable and necessary actions for the temporary protection and preservation of **COVERED PROPERTY** hereunder shall be added to the total physical loss or damage otherwise recoverable under this **POLICY** and be subject to the applicable **DEDUCTIBLE** and **SUBLIMIT OF LIABILITY** shown in SECTION I.F.

Y.   **RECLAIMING, RESTORING, OR REPAIRING LAND IMPROVEMENTS:** This **POLICY** is extended to cover the cost of reclaiming, restoring or repairing land improvements, provided the loss is from a **DEFINED CAUSE OF LOSS** subject to the applicable **DEDUCTIBLE** and **SUBLIMIT OF LIABILITY** shown in SECTION I.F.

Z.   **REWARD REIMBURSEMENT:** This **POLICY** covers monetary rewards for information that leads to a criminal conviction in connection with loss or damage to **COVERED PROPERTY** by a **COVERED CAUSE OF LOSS**, up to amounts agreed by the **INSURER(S)** and the **NAMED INSURED**.

AA.  **SIDEWALKS, PAVED SURFACES, ROADWAYS:** This **POLICY** is extended to cover sidewalks, paved surfaces and roadways, cost of excavation, grading, backfilling or filling from a **COVERED CAUSE OF LOSS** at insured LOCATIONS.

BB.  **SPOILAGE:** This **POLICY** is extended to cover **SPOILAGE** as a direct result of a **COVERED CAUSE OF LOSS** and the additional exclusions listed below. This **POLICY** will pay for direct physical loss or damage to:

1.   **PERISHABLE GOODS** due to **SPOILAGE**;

2.   **PERISHABLE GOODS** due to contamination from the release of refrigerant, including but not limited to ammonia;

3.   **PERISHABLE GOODS** due to **SPOILAGE** caused by a **COVERED CAUSE OF LOSS** to equipment that is owned by a utility, landlord, or other supplier of any of the following services: electrical power,

VRU-017-1220 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

communications, waste disposal, air conditioning, refrigeration, heating, gas, air, water or steam.

If the **NAMED INSURED** is unable to replace the **PERISHABLE GOODS** before their anticipated sale, payment will be determined on the basis of the sales price of the **PERISHABLE GOODS** at the time of the loss, less discounts and expenses that otherwise would have been incurred. Otherwise, payment will be determined in accordance with the Valuation (Section IV) provision of this **POLICY**.

**PERISHABLE GOODS** means personal property:

      a.    maintained under controlled conditions for its preservation, and

      b.    susceptible to loss or damage if the controlled conditions change.

Additional Exclusions: There shall be no liability under this **POLICY** for loss or damage caused by or resulting from:

1.    The disconnection of any refrigerating, cooling or humidity control system from the source of power.

2.    The deactivation of electrical power caused by the manipulation of any switch or other device used to control the flow of electrical power or current.

CC.    **TRANSIT:** This **POLICY** is extended to cover personal property, not otherwise excluded by this **POLICY**, while such property is in transit.

It is agreed that coverage under this extension shall include the following:

1.    Personal property shipped to customers on F.O.B., C & F, or similar terms. The **NAMED INSURED'S** contingent interest in such shipments is admitted.

2.    The interest of the **NAMED INSURED** in, and legal liability for, personal property of others in the actual or constructive custody of the **NAMED INSURED**.

3.    Personal property of others sold by the **NAMED INSURED** which the **NAMED INSURED** has agreed prior to loss to insure during course of delivery.

It is agreed that the following additional exclusions apply to coverage as provided under this additional coverage:

1.    Property insured under import or export ocean cargo policies.

2.    Waterborne shipments to and from the **COVERAGE TERRITORY**.

3.    Shipments made by air, unless via regularly scheduled airlines.

4.    Property shipped by mail.

5.    Property of others, including the insured's legal liability therefor, hauled on vehicles owned, leased, or operated by the **NAMED INSURED** when acting as a common or contract carrier as defined by the Interstate Commerce Commission Regulations or other state regulatory agencies.

6.    Any transporting vehicle or conveyance.

This additional coverage attaches from the time the property leaves the original point of shipment for the commencement of transit and covers thereafter continuously in the due course of transit within the **COVERAGE TERRITORY** until delivered at destination.

VRU-017-1220 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

CAMDEN/VELOCITY/4-30-2021 TO 4-30-2022/00041

Coverage on export shipments not insured under ocean cargo policies does not extend beyond the time when the property is loaded on board overseas vessels or aircraft. Coverage on import shipments not insured under ocean cargo policies does not attach until after discharge from overseas vessels or aircraft.

This additional coverage does not cover or apply to delay, loss of market, or any **TIME ELEMENT COVERAGE**.

Permission is granted to the **NAMED INSURED** without prejudice to this insurance to accept the ordinary bills of lading used by carriers, including released and/or undervalued bills of lading and/or shipping or messenger receipts. The **NAMED INSURED** may waive subrogation against railroads under sidetrack agreements, but the **NAMED INSURED** shall not enter into any special agreement with carriers releasing them from their common law or statutory liability.

DD.    **VALUABLE PAPERS AND RECORDS:** This **POLICY** is extended to cover **VALUABLE PAPERS AND RECORDS.**

EE.    **WIND DRIVEN PRECIPITATION:** Loss or damage by rain, snow, sleet, sand, or dust to the interior of any **BUILDING** or structure, or the property inside the **BUILDING** or structure, without the **BUILDING** or structure first sustaining damage as a result of a **COVERED CAUSE OF LOSS** to its roof or outside walls through which the rain, snow, sleet, sand, or dust enters.

## SECTION VII - CONDITIONS

A.    **ABANDONMENT:** There can be no abandonment to anyone of any insured property.

B.    **ADJUSTMENT OF LOSSES** and **NAMED INSURED CLAUSE:** Loss or damage shall be adjusted with and payable to the **NAMED INSURED**, subject to any Certificates of Insurance on file with VRU which require payment to a **MORTGAGEE** or **LOSS PAYEE.**

If this **POLICY** insures more than one entity, the **NAMED INSURED** is authorized to act on behalf of all other insureds with respect to their rights, obligations and duties under this **POLICY.** Payment of loss or return premium under this **POLICY** to the **NAMED INSURED** shall constitute payment under this **POLICY** with respect to all insureds.

C.    **ARBITRATION CLAUSE:** All matters in dispute between the **NAMED INSURED** and the **INSURER(S)** (hereinafter referred to as "the parties") in relation to this insurance, including this **POLICY'S** formation and validity, and whether arising during or after the period of this insurance, shall be referred to an Arbitration Tribunal in the manner hereinafter set out.

Unless the parties agree upon a single Arbitrator within thirty (30) days of one receiving a written request from the other for Arbitration, the Claimant (the party requesting Arbitration) shall appoint his or her Arbitrator and give written notice thereof to the Respondent. Within thirty (30) days of receiving such notice from Claimant, the Respondent shall appoint his or her Arbitrator and give written notice thereof to the Claimant, failing which the Claimant may nominate an Arbitrator on behalf of the Respondent.

If the two Arbitrators fail to agree on the selection of the umpire within thirty (30) days of the appointment of the second named Arbitrator, each Arbitrator shall submit to the other a list of three Umpire candidates, each Arbitrator shall select one name from the list submitted by the other and the Umpire shall be selected from the two names chosen by a lot drawing procedure to be agreed upon by the Arbitrators. Unless the parties otherwise agree, the Arbitration Tribunal shall consist of disinterested and impartial persons presently or formerly employed or engaged in a senior position in insurance underwriting or claims.

The Arbitration Tribunal shall have power to fix all procedural rules for the holding of the Arbitration including discretionary power to make orders as to any matters which it may consider proper in the circumstances of the case with regard to pleadings, discovery, inspection of documents, examination of witnesses and any other matter
VRU-017-1220 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

whatsoever relating to the conduct of the Arbitration and may receive and act upon such evidence whether oral or written strictly admissible or not as it shall in its discretion think fit.

The parties shall each bear their own costs, expenses and attorney's fees in any Arbitration proceeding. Any Arbitration hearing shall take place in Nashville, Tennessee, unless VRU is agreeable to a different locale.

The Arbitration Tribunal may not award exemplary, punitive, multiple or other damages of a similar nature.

The award of the Arbitration Tribunal shall be in writing and binding upon the parties who covenant to carry out the same. If either of the parties should fail to carry out any award the other may apply for its enforcement to a court of competent jurisdiction in any territory in which the party in default is domiciled or has assets or carries on business.

D.   **ASSIGNMENT:** The **NAMED INSURED** may not assign this **POLICY** without the **INSURER'S** prior written consent.

E.   **BRANDS AND LABELS:** If branded or labeled merchandise covered by this **POLICY** is physically damaged and the **INSURER** elects to take all or any part of such merchandise at the value established by the terms of this **POLICY**, the **NAMED INSURED** may, at their own expense, stamp "SALVAGE" on the merchandise or its containers, or may remove or obliterate the brands or labels, if such stamp, removal or obliteration will not physically damage the merchandise, but the **NAMED INSURED** must re-label the merchandise or containers in compliance with the requirements of law.

F.   **CANCELLATION AND ADDITIONS OR DELETIONS:**

1.   This **POLICY** can be canceled by the **NAMED INSURED** by providing the **INSURER** with:

   a.   An advanced written request for cancellation stating when the cancellation shall be effective; and

   b.   The original **POLICY** or a lost policyholder release signed by the **NAMED INSURED** or its legal representative.

2.   This **POLICY** may be canceled by the **INSURER** by giving to the **NAMED INSURED** at least ninety (90) days written notice of cancellation or in the case of non-payment of premium or material misstatement, at least ten (10) days written notice of cancellation.

3.   The cancellation will be effective even if a refund has not been made or offered. If notice is mailed, proof of mailing will be sufficient proof of notice.

4.   If this **POLICY** is canceled by the **NAMED INSURED**, the **INSURER** will send the **NAMED INSURED** any premium refund due per the cancellation provisions affixed to this **POLICY** in the MINIMUM EARNED AND SPECIAL CATASTROPHE EARNED PREMIUM PROVISION ENDORSEMENT

5.   Additions and Deletions:

   a.   For **LOCATIONS** exposed to NAMED STORM, if added (or coverage increased at an existing **LOCATION** which is "Exposed to Hurricanes") during the term of the **POLICY** and coverage exists at any time during the period of June 1st to November 30th, the premium will be calculated at 100% of the annual rate, less the Unearned Factor noted in the MINIMUM EARNED AND SPECIAL CATASTROPHE EARNED PREMIUM PROVISION ENDORSEMENT. Otherwise, it shall be pro-rata.

   However, subject to receipt of closing documents for NEWLY ACQUIRED PROPERTY as to each

VRU-017-1220 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

Page **34 of 50**

LOCATION, this **POLICY** allows pro-rata additional premium for **LOCATIONS** purchased during the **POLICY** term.

b.  **LOCATIONS** of like kind and quality shall be added at the account rate, subject to the Unearned Factor noted in a. above. **LOCATIONS** of differing kind or quality or **LOCATIONS** in Dade, Broward or Palm Beach counties of Florida must be approved by **INSURER** prior to attachment.

c.  Coverage cannot be increased nor additional **LOCATIONS** added if they are exposed to **NAMED STORM** and a **NAMED STORM** is in existence, unless with the express written consent of **INSURER**.

d.  Nothing herein will act to provide coverage for the **NEWLY ACQUIRED PROPERTY** (a) beyond the **SUBLIMIT** shown under **SECTION I.F.** or (b) when the **INSURER** notifies the **NAMED INSURED** that it will not bind the **NEWLY ACQUIRED POLICY**.

6.  Non-payment of premium, material misstatement or non-compliance with underwriting requirements shall be considered a request by the **NAMED INSURED** to cancel the **POLICY**.

7.  Proof of mailing will be sufficient proof of notice of cancellation.

G.  **CURRENCY:** Any amount of money specified in the **POLICY**, including **LIMITS OF LIABILITY**, **DEDUCTIBLES** and **PREMIUMS** shall be considered to be in the currency of the United States of America.

H.  **DIVISIBLE CONTRACT:** Subject to Condition N. below, if the **LOCATIONS** described in this **POLICY** include two or more **BUILDINGS** or the contents of two or more **BUILDINGS**, the breach of any condition of this **POLICY** in respect to any one or more of the **BUILDINGS** insured or containing the **COVERED PROPERTY**, shall not prejudice the right to recover for physical loss or damage occurring in any **BUILDING** insured or containing the **COVERED PROPERTY** where, at the time of such loss or damage, a breach of condition does not exist.

I.  **INCREASE IN HAZARD:** If the circumstances in which this insurance was entered into shall be altered or if the risk shall be materially increased, the **NAMED INSURED** shall as soon as possible give notice in writing to **INSURER**

J.  **INSPECTION AND AUDIT:** The **NAMED INSURED** shall permit, at all reasonable times during this **POLICY** period, inspections of all **COVERED PROPERTY**. Neither this right to make inspections nor the making thereof nor any report thereon shall constitute any undertaking, on behalf of or for the benefit of the **NAMED INSURED** or others, to determine or warrant that such property is safe or healthful or that they comply with any law, rule, or regulation.

The **NAMED INSURED** shall also permit examination and audit of the **NAMED INSURED'S** books and records at any reasonable time during the **POLICY** period and within one year after the **POLICY** termination, as long as such examination and audit relate to the subject matter of this **POLICY**.

K.  **LEGAL ACTION AGAINST US:**

You may not commence, bring or cause to be commenced or bring legal action, claim, demand or suit against us unless:

1.  There has been full compliance with all the terms and conditions of this POLICY; and

2.  The legal action, claim, demand or suit is brought within two (2) years after the date of the occurrence or event which occasioned the direct physical loss or damage or within the shortest limit of time permitted by applicable laws.

VRU-017-1220 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

3.   If your claim for **WINDSTORM OR HAIL**, including **NAMED STORM**, is denied, suit musts be brought within 1 year of the denial of the claim.

L.   **SEVERAL LIABILITY CLAUSE:**

1.   The **INSURER'S  LIMIT OF LIABILITY** under this **POLICY** for covered losses is several and not joint with other insurers party to this contract. **The INSURER** is liable only for the proportion of liability it has underwritten. **The INSURER** is not jointly liable for the proportion of liability underwritten by any other insurer. Nor is the **INSURER** otherwise responsible for any liability of any other insurer that may underwrite this **POLICY**.

2.   **The INSURER's** liability may not be increased in the event that any other insurer or other party to this contract who for any reason does not satisfy all or part of its obligations.

M.   **MORTGAGEES (OR TRUSTEES), LENDER'S LOSS PAYEES, AND LOSS PAYEES:**

1.   Loss, or damage, if any, under this **POLICY** shall be payable to:

a.   Any **LENDER'S LOSS PAYEE** or **LOSS PAYEE** as its interest may appear; and

b.   Any **MORTGAGEE (OR TRUSTEE)** as its interest may appear under all present or future mortgages upon the insured property in which the aforesaid may have an interest as **MORTGAGEE (OR TRUSTEE)**, in order of precedence of said mortgages.

2.   As to the interest of the **MORTGAGEE (OR TRUSTEE) OR LENDER'S LOSS PAYEE** only, this insurance shall not be invalidated by any act or neglect of the NAMED INSURED nor by any foreclosure or other proceedings or notice of sale relating to said property nor by any change in the title or ownership of said property, nor by the occupation of the insured **LOCATIONS** for purposes more hazardous than are permitted by this **POLICY**; provided, that in case the **NAMED INSURED** shall neglect to pay any premium due under this **POLICY**, the **MORTGAGEE (OR TRUSTEE) OR LENDER'S LOSS PAYEE** shall, on demand, pay the same.

The **MORTGAGEE (OR TRUSTEE) OR LENDER'S LOSS PAYEE** must notify VRU of any change of ownership or occupancy or increase of hazard which shall come to the knowledge of the **MORTGAGEE (OR TRUSTEE) OR LENDER'S LOSS PAYEE** and, unless such use is permitted by this **POLICY** and the **MORTGAGEE (OR TRUSTEE) OR LENDER'S LOSS PAYEE** shall, on demand, pay the premium for such increased hazard; otherwise, this entire Clause 2. shall be null and void.

3.   **COVERAGE** hereunder may be suspended [which shall include any **COVERAGE** applying to the interest of the **MORTGAGEE (OR TRUSTEE), LENDER'S LOSS PAYEE OR LOSS PAYEE**] on any machine, vessel or part thereof in accordance with the Suspension Clause of **EQUIPMENT BREAKDOWN** (if such coverage is provided by endorsement to this **POLICY**). VRU agrees to furnish the **MORTGAGEE (OR TRUSTEE), LENDER'S LOSS PAYEE, OR LOSS PAYEE** with a copy of the suspension notice to the **MORTGAGEE'S (OR TRUSTEE'S), LENDER'S LOSS PAYEE'S OR LOSS PAYEE'S** address.

4.   Whenever the **MORTGAGEE (OR TRUSTEE), LENDER'S LOSS PAYEE OR LOSS PAYEE**  is paid any sum for loss under this **POLICY** and the **INSURER(S)** shall claim that, as to the **NAMED INSURED**, no liability therefor existed, such **INSURER(S)** shall, to the extent of such payment, be subrogated to all the rights of the party to whom such payment shall be made, under all securities held as collateral to the debt, or may, at their option pay to the **MORTGAGEE (OR TRUSTEE), LENDER'S LOSS PAYEE OR LOSS PAYEE**, the whole principal due or to grow due on the debt with interest, and shall thereupon receive a full assignment and transfer of all rights and securities; but no subrogation shall impair the right of the **MORTGAGEE (OR TRUSTEE), LENDER'S LOSS PAYEE, OR LOSS PAYEE**,  to recover the full amount of the **MORTGAGEE'S (OR TRUSTEE'S), LENDER'S LOSS PAYEE'S, OR LOSS PAYEE'S** claim.

N.   **MISREPRESENTATION AND FRAUD:** This entire **POLICY** shall be void if, whether before or after a loss, the

VRU-017-1220 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

CAMDEN/VELOCITY/4-30-2021 TO 4-30-2022/00045

NAMED INSURED has willfully concealed or misrepresented any material fact or circumstance concerning this insurance or the subject thereof, or the interest of the NAMED INSURED therein, or in case of any fraud, or false swearing by the NAMED INSURED relating thereto.

O.    OTHER INSURANCE/EXCESS INSURANCE/UNDERLYING INSURANCE: In the event there is OTHER INSURANCE covering loss or damage insured under this POLICY, then this POLICY shall apply only as excess and in no event as contributory insurance (unless this POLICY is specifically written to be contributory insurance), and then only after all other insurance has been exhausted, whether or not such insurance is collectible. Permission is granted for the NAMED INSURED to purchase EXCESS INSURANCE over the limits provided by this POLICY, and underlying insurance on all or any part of the DEDUCTIBLES of this POLICY.

P.    PROTECTION AND PRESERVATION OF PROPERTY: In case of actual or imminent direct physical loss or damage by a COVERED CAUSE OF LOSS, the expenses incurred by the NAMED INSURED in taking reasonable and necessary actions for the temporary protection and preservation of COVERED PROPERTY hereunder shall be added to the total physical loss or damage otherwise recoverable under this POLICY and be subject to the applicable DEDUCTIBLE, sublimit of liability and the POLICY LIMIT.

Q.    REINSTATEMENT OF LIMITS: Except for any COVERED CAUSE OF LOSS which is subject to an annual aggregate limit or sublimit of liability, payment of a claim will not reduce the amount payable under this POLICY for any subsequent covered loss.

R.    REQUIREMENTS IN CASE OF LOSS:

1.    The NAMED INSURED shall:

a.    Give immediate written notice of any loss or damage to the INSURER;

b.    Promptly contact the applicable authority having jurisdiction in the event a law has been broken, and promptly file a written report with such authority;

c.    Protect the property from further loss or damage;

d.    Separate the damaged and undamaged personal property;

e.    Maintain such property in the best possible order;

f.    Furnish a complete inventory of the lost, destroyed, damaged and undamaged property, showing in detail quantities, costs, actual cash value and amount of loss claimed to the INSURER;

g.    Furnish all other documents or insurance policies that may be reasonably required by the INSURER;

h.    Allow access and inspection of any of the damaged or undamaged COVERED PROPERTY by the INSURER; and

i.    All claims of loss due to WINDSTORM OR HAIL, including NAMED STORM, must be made within 2 years of the expiration date of this policy regardless of when loss or damage was discovered or the date of the OCCURRENCE.

2.    The NAMED INSURED, ADDITIONAL INSURED(S), and any officers, directors, or employees of the same, or any related members of the household and others shall:

a.    Submit to examination under oath, as often as may be reasonably required, and while not in the presence of any other party or NAMED INSURED or ADDITIONAL INSURED. The INSURER may as often

VRU-017-1220 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

as may be reasonably required, request that you produce for examination all documents, photographs, computer records, writings, books of account, bills, invoices and other vouchers, or certified copies thereof if originals be lost, at such reasonable time and place as may be designated by the **INSURER** or our representatives and shall permit extracts and copies thereof to be made. No such examination under oath or examination of books or documents, nor any other act of ours or any of our employees or representatives in connection with the investigation of any loss hereunder, shall be deemed a waiver of any policy provision, condition or defense we might otherwise have with respect to any loss, but all such examinations and acts shall be deemed to have been made or done without prejudice to our liability.

b.  Within ninety (90) days after the loss, unless such time is extended in writing, the **NAMED INSURED** shall provide to the **INSURER** proof of loss, signed and sworn to by the **NAMED INSURED**, stating the knowledge and belief of the **NAMED INSURED** as to the following:

1.  The time and origin of the loss;

2.  The interest of the **NAMED INSURED** and of all others in the property;

3.  The value of each item thereof determined in accordance with the **VALUATION PROVISIONS** of this **POLICY** and the amount of loss thereto and all encumbrances thereon;

4.  All other contracts of insurance, whether collectible or not, covering any of said property; and

5.  Any changes in the title, use, occupation, **LOCATION**, possession or exposures of said property subsequent to the issuance of this **POLICY**, by whom and for what purpose any **BUILDING** herein described and the several parts thereof were occupied at the time of loss whether or not it then stood on leased ground.

S.  **STATEMENT OF VALUES:** The **NAMED INSURED** shall provide VRU, at **POLICY** inception and each subsequent anniversary date of this **POLICY**, a **STATEMENT OF VALUES** which consists of the current 100% **PROPERTY** and **TIME ELEMENT VALUES** for all insured **LOCATIONS**.

Such values shall be reported separately for each **LOCATION**, with separate figures shown for each type of coverage at each **LOCATION**. The property values shall be shown on a **REPLACEMENT COST BASIS** for property which is covered on a **REPLACEMENT COST BASIS** and on an **ACTUAL CASH VALUE** basis for other property. The value of stock and supplies to be included in the property values shall be in accordance with the **VALUATION** (Section IV) clause contained in this **POLICY** and shall be based on the approximate average of the stock and supplies on hand during the twelve months immediately preceding the annual review of values. **TIME ELEMENT VALUES** (if covered) shall be provided in accordance with the terms of the applicable **TIME ELEMENT COVERAGES** provisions.

Upon inception and at each anniversary date of this **POLICY**, the Annual Premium shall be due and payable to VRU. Receipt of said **STATEMENT OF VALUES** by VRU shall be considered as authorization by the **NAMED INSURED** for premiums under this **POLICY** to be calculated.

The premium for this **POLICY** is based upon the **STATEMENT OF VALUES** on file with VRU or attached to this **POLICY**.

T.  **SALVAGE AND RECOVERIES:** All **TIME ELEMENT VALUES, SALVAGES, RECOVERIES** and payments, excluding proceeds from subrogation and underlying insurance recovered or received prior to a loss settlement under this **POLICY**, shall reduce the loss accordingly.

U.  **SETTLEMENT OF CLAIMS:** The amount of loss under this **POLICY** shall be payable within thirty (30) days after proof of loss, as herein required, is received and accepted by the **INSURER** and ascertainment of the amount of loss is made either by agreement with the **NAMED INSURED** or an amount is determined by binding Arbitration in accordance with

VRU-017-1220 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

Page 38 of 50

the provisions of this **POLICY**.

The **INSURER** shall have the option to take all or any part of the property at the agreed or arbitrated value, or to repair, rebuild or replace the property physically lost or damaged with other of like kind and quality, within a reasonable time, on giving notice of its intention to do so within sixty (60) days after receipt of the proof of loss herein required.

V.    **SUBROGATION:** An assignment of all rights of recovery against any party for loss may be required from the **NAMED INSURED** to the extent that payment has been made. The **INSURER** shall not acquire any rights of recovery which the **NAMED INSURED** has expressly waived in writing prior to loss nor shall such waiver in writing affect the **NAMED INSURED'S** rights under this **POLICY** if the **NAMED INSURED** has prior written consent from the **INSURER** to enter into the written waiver of subrogation.

**INSURER** does waive rights of recovery against any unit-owner of a Condominium Association.

However, notwithstanding the foregoing, **INSURER** shall be subrogated to all the **NAMED INSURED'S** rights of recover against:

1.    any Architect or Engineer, whether named as a **NAMED INSURED** or not, for any loss or damage arising out of the performance of professional services in their capacity as such and caused by an error, omission, deficiency or act of the Architect or Engineer, by any person employed by them or by any others for whose acts they are legally liable, and

2.    any manufacturer or supplier of machinery, equipment or other property, whether named as a **NAMED INSURED** or not, for the cost of making good any loss or damage which said party has agreed to make good under a guarantee or warranty, whether expressed or implied.

Any recovery as a result of subrogation proceedings arising out of an **OCCURRENCE**, after expenses incurred in such subrogation proceedings are deducted, shall accrue to the **NAMED INSURED** in the proportion that the **DEDUCTIBLE** amount and/or any provable uninsured loss amount bears to the entire provable loss amount.

The **NAMED INSURED** will cooperate with the **INSURER** and, upon their request, will:

1.    Attend hearings and trials; and

2.    Assist in effecting settlements, securing and giving evidence, obtaining the attendance of witnesses, and conducting suits.

W.    **TITLES OF PARAGRAPHS:** The titles of the various paragraphs of this **POLICY** (and of endorsements included in this **POLICY**) are solely for reference and shall not in any way affect the provisions to which they relate.

X.    **VACANCY:** The **NAMED INSURED** has permission to cease business operations or to have any insured **BUILDING VACANT** or unoccupied, provided that during this time, fire protection, security and alarm services must be maintained as represented in the submission or, if included with this policy, in compliance with the protective safeguards endorsement. The **NAMED INSURED** must notify **INSURER** no later than sixty (60) days after the cessation of business operations or vacancy. If not so notified within sixty (60) days, the Company will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

1.    Vandalism

2.    Sprinkler Leakage, unless the Insured has protected the system against freezing;

3.    Building Glass Breakage;

VRU-017-1220 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

4.      Water Damage;

5.      Theft; or

6.      Attempted Theft

With respect to Covered Causes of Loss other than those listed in X.(1) through X.(6) above, the Company will reduce the amount that would otherwise be paid for the loss or damage by 15%.


## SECTION VIII - POLICY DEFINITIONS

A.      **ACTUAL CASH VALUE**: means the amount it would cost to repair or replace **COVERED PROPERTY**, at the time of loss or damage, with material of like kind and quality, subject to a deduction for deterioration, depreciation and obsolescence. **ACTUAL CASH VALUE** applies to valuation of **COVERED PROPERTY** regardless of whether that property has sustained partial or total loss or damage.

The **ACTUAL CASH VALUE** of the lost or damaged property may be significantly less than its replacement cost.

B.      **AIRCRAFT OR VEHICLE IMPACT** means only physical contact by or from an aircraft, drone, spacecraft, self-propelled missile or vehicle, including objects falling from same.

C.      **AVERAGE DAILY VALUE (ADV): AVERAGE DAILY VALUE** means the total 100% **TIME ELEMENT VALUE** that would have been projected for the **PERIOD OF INTERRUPTION** for the **LOCATION(S)** where the physical loss or damage occurs, had no physical loss or damage occurred, divided by the number of working days in such **PERIOD OF INTERRUPTION**. The sum shall include all **TIME ELEMENT VALUES** to which the operations of the **LOCATION(S)** directly or indirectly contribute.

D.      **BUILDING** means a fully enclosed permanent structure with walls and a continuous roof.

E.      **BACKUP OF SEWERS AND DRAINS** means Water which backups or discharges from sewers, drains or sumps on the Insured's **LOCATION**. Cause of loss is not considered **FLOOD**, unless such backup or discharge was due to **FLOOD** as defined in this **POLICY**.

F.      **CLOSING DOCUMENTS** means proof of sale and transfer of ownership documentation.

G.      **COLLAPSE** means an abrupt falling down or caving in of a **BUILDING** or any part of a **BUILDING** with the result that the **BUILDING** or part of the **BUILDING** cannot be occupied for its current intended purpose. The **COLLAPSE** must be caused by or resulting from one or more of the following:

1.      **BUILDING** decay that is hidden from view; however, coverage will not be provided if the presence of such decay is known to the insured prior to collapse;

2.      Insect or vermin damage that is hidden from view, however, coverage will not be provided if the presence of such damage is known to the **NAMED INSURED** prior to collapse;

3.      Use of defective material or methods in construction, remodeling or renovation, in the event that the abrupt collapse occurs during the course of construction, remodeling or renovation.

4.      Use of defective material or methods in construction, remodeling or renovation, in the event that the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

VRU-017-1220 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

CAMDEN/VELOCITY/4-30-2021 TO 4-30-2022/00049

a.      A cause of loss listed in I.F. as stated above;

b.      One or more of the **DEFINED CAUSES OF LOSS**;

c.      Breakage of **BUILDING** glass;

d.      Weight of people or personal property; or

e.      Weight of rain that collects on a roof.

H.      **COVERED CAUSE OF LOSS** means all risks of sudden and accidental direct physical loss or damage to **COVERED PROPERTY**, except as excluded.

I.      **COVERED PROPERTY** means the **NAMED INSURED'S COVERED PROPERTY**, as listed in the **STATEMENT OF VALUES**, used on the **NAMED INSURED'S** business operations and provided coverage by this **POLICY**.

J.      **DEDUCTIBLE** means the amount payable by the **NAMED INSURED** on a per **OCCURRENCE** basis or as otherwise described in **SECTION I. H.**

K.      **DEFINED CAUSE OF LOSS** means fire, lightning, **EXPLOSION, WINDSTORM OR HAIL, SMOKE, AIRCRAFT OR VEHICLE IMPACT, RIOT, STRIKE OR CIVIL COMMOTION, VANDALISM AND MALICIOUS MISCHIEF**, or **LEAKAGE FROM FIRE PROTECTION EQUIPMENT.**

L.      **EARTHQUAKE** means:

1.      Quaking, vibratory or undulating movement of a portion of the earth's crust, produced by tectonic or underground volcanic forces or by breaking, shaking, trembling or shifting of rock beneath the earth's crust. The definition of **EARTHQUAKE** does not include subsidence, landslide, rock slide, mudflow, earth rising, earth sinking, earth shifting or settling, unless as a direct result of such **EARTHQUAKE**.

2.      **EARTHQUAKE SHOCK** means the sum total of all the **NAMED INSURED'S** losses attributable directly from the peril of **EARTHQUAKE** sustained during any period of one hundred sixty-eight (168) consecutive hours by reason of one **EARTHQUAKE SHOCK** or a series of **EARTHQUAKE SHOCKS**.

3.      Volcanic eruption, meaning the eruption, **EXPLOSION** or effusion of a volcano, excluding tsunami. All volcanic eruptions that occur within any one hundred sixty-eight (168) hour period will constitute a single occurrence.

4.      Sprinkler Leakage caused by or resulting from **EARTHQUAKE**.

5.      Tsunami flooding, whether caused by **EARTHQUAKE** or not, is not included in the **EARTHQUAKE** peril.

M.      **EARTH MOVEMENT** means:

1.      Any natural or manmade landslide, mudslide, mudflow, rock falls, including any earth sinking, rising or shifting related to such event;

2.      Subsidence of a man-made mine, whether or not mining activity has ceased;

3.      Earth sinking (other than sinkhole loss if covered elsewhere), rising or shifting, including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of

VRU-017-1220 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface;

4.    Volcanic eruption, meaning the eruption, **EXPLOSION** or effusion of a volcano; or

5.    Tsunami flooding is not included in **EARTH MOVEMENT**.

6.    **EARTH MOVEMENT** does include **EARTHQUAKE**.

7.    Coverage for **EARTH MOVEMENT** does not extend to provide coverage for sinkhole loss in Florida, absent an endorsement specifying that coverage for sinkhole loss is provided.

N.    **EARTHQUAKE COUNTIES:** As referenced in this **POLICY**, designated **EARTHQUAKE ZONES** shall be defined as all **LOCATIONS** situated within the States or Counties as specified below:

1.    **ALASKA:** All Counties except Northslope

2.    **CALIFORNIA:** Entire State

3.    **HAWAII: All Counties** other than Honolulu and Kauai

4.    **PACIFIC NORTHWEST STATES:** Oregon and Washington

5.    **New Madrid Earthquake Zone Counties:**

A.    Arkansas: Arkansas, Clay, Cleburne, Conway, Craighead, Crittenden, Cross, Desha, Faulkner, Fulton, Independence, Izard, Greene, Jackson, Jefferson, Lawrence, Lee, Lincoln, Lonoke, Mississippi, Monroe, Phillips, Prairie, Poinsett, Pulaski, Randolph, Sharp, St. Francis, Stone, Van Buren, White, and Woodruff.

B.    Illinois: Alexander, Bond, Calhoun, Christian, Clark, Clay, Clinton, Coles, Crawford, Cumberland, Edwards, Effingham, Fayette, Franklin, Gallatin, Greene, Hamilton, Hardin, Jackson, Jasper, Jefferson, Jersey, Johnson, Lawrence, Macoupin, Madison, Marion, Massac, Monroe, Montgomery, Moultrie, Perry, Pope, Pulaski, Randolph, Richland, Saline, Shelby, St. Clair, Union, Wabash, Washington, Wayne, White, and Williamson.

C.    Indiana: Davies, Dubois, Gibson, Knox, Perry, Pike, Posey, Spencer, Sullivan, Vanderburgh, and Warrick.

D.    Kentucky: Ballard, Caldwell, Calloway, Carlisle, Christian, Crittenden, Daviess, Fulton, Graves, Hancock, Henderson, Hickman, Hopkins, Livingston, Lyon, Marshall, McCracken, McLean, Muhlenberg, Ohio, Todd, Trigg, Union, and Webster.

E.    Mississippi: Alcorn, Benton, Bolivar, Coahoma, De Soto, Lafayette, Marshall, Panola, Quitman, Sunflower, Tallahatchie, Tate, Tippah, Tunica, and Union.

F.    Missouri: Bollinger, Butler, Cape Girardeau, Carter, Crawford, Dent, Dunklin, Franklin, Howell, Iron, Jefferson, Lincoln, Madison, Mississippi, New Madrid, Oregon, Pemiscot, Perry, Reynolds, Ripley, Scott, Shannon, St. Charles, St. Francois, St. Louis City, St. Louis, Ste. Genevieve, Stoddard, Warren, Washington, and Wayne.

G.    Tennessee: Benton, Carroll, Chester, Crockett, Decatur, Dickson, Dyer, Fayette, Gibson, Hardeman, Hardin, Haywood, Henderson, Henry, Hickman, Houston, Humphreys, Lake, Lauderdale, Madison, McNairy, Montgomery, Obion, Perry, Shelby, Stewart, Tipton, and Weakley.

O.    **ELECTRONIC DATA AND MEDIA** means data, messages, information, coding, programs, instructions or any other software stored on electronic, electromechanical, electromagnetic data processing or electronically controlled

VRU-017-1220 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

production equipment and distributed by means of a computer network or produced in a format for use with a computer.

P.    **EQUIPMENT BREAKDOWN** means:

1.    Mechanical breakdown, including rupture or bursting caused by centrifugal force;

2.    Electrical device, appliance or wire(s) disturbance by means of artificially generated electrical current, including electric arcing,

3.    **EXPLOSION** of steam boilers, steam pipes, steam engines or steam turbines owned or leased by the Named Insured, or operated under the control of the **NAMED INSURED;**

4.    Loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment; or

5.    Loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

Q.    **EXPLOSION** means a sudden, accidental and destructive shattering or eruption. **EXPLOSION** does not include loss or damage occasioned by or incident to **EXPLOSION** in or relating to the following equipment owned, operated or controlled by the insured:

1.    Steam boiler, steam turbines, steam engines, and steam pipes interconnecting any of the foregoing;

2.    Moving or rotating machinery or parts thereof when such direct loss or damage is caused by centrifugal force or mechanical breakdown;

3.    Combustion gas turbines;

To the extent of the loss to such products, any products manufactured by the **NAMED INSURED** or other property attached to these products or forming a part thereof, including those products and property undergoing pressure tests. **EXPLOSION** will include loss or damage arising or resulting from:

1.    The **EXPLOSION** of accumulated combustible gases or unconsumed fuel within the furnace of a boiler or pressure vessel, other than combustion gas turbines, or within the flues or passages which conduct the gases of combustion therefrom;

2.    A combustion **EXPLOSION** occurring outside of any equipment excluded above, even though such combustion **EXPLOSION** may have been the direct result of the **EXPLOSION** or such excluded equipment.

The following are not **EXPLOSIONS** within the intent or meaning of this definition:

1.    Electric arcing or any coincident rupture of electrical equipment due to such arcing;

2.    Bursting or rupture caused by freezing;

3.    Sonic shock waves, generally known as Sonic Boom;

4.    Bursting, rupture or collapse of any safety disc, rupture diaphragm or fusible link.

R.    **FINE ARTS** means: paintings, etchings, pictures, tapestries, rare or art glass, art glass windows, valuable rugs, statuary, sculptures, antique furniture, antique jewelry, , porcelains, and similar property of rarity, historical value, or artistic

VRU-017-1220 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

CAMDEN/VELOCITY/4-30-2021 TO 4-30-2022/00052

merit; excluding automobiles, coins, stamps, furs, jewelry, precious stones, precious metal, watercraft, aircraft, money and securities.

S.    **FLOOD** means, whether natural or manmade, **FLOOD** waters, surface water, waves, tide or tidal water, overflow or rupture of a dam, levee, dike, floodgates, or other surface containment structure, storm surge, the rising, overflowing or breaking of boundaries of natural or manmade bodies of water, or the spray from any of the foregoing, all whether driven by wind or not. Tsunami induced flooding is considered a **FLOOD**.

Water which backups or discharges from sewers, drains or sumps on the insured's **LOCATION** is not considered **FLOOD**, unless such backup or discharge was due to **FLOOD** as defined above.

T.    **FUNGUS, MOLD(S), MILDEW, SPORES OR YEAST** means:

1.    **FUNGUS** includes, but is not limited to, any of the plants or organisms belonging to the major group fungi, lacking chlorophyll, and including **MOLD(S)**, rusts, **MILDEW** smuts and mushrooms.

2.    **MOLD and MILDEW** includes, but is not limited to, any superficial growth produced on damp or decaying organic matter or on living organisms, and fungi that produce **MOLD(S)**.

3.    **SPORE OR YEAST** means any dormant or reproductive body produced by or arising or emanating out of any **FUNGUS, MOLD(S), MILDEW**, plants, organisms or microorganisms.

U.    **HARD COSTS** means:

1.    Building(s) or structure(s) as described in the schedule of values including foundations, machinery and fixtures and attachments and similar property that has become or intended to become a permanent part of the building(s) or structure(s); and

2.    Materials, supplies and similar property owned by others for which you are responsible for. This property must be used in the construction operations insured under this policy and be located at the premise(s) described in the schedule of values.

V.    **HURRICANE** means a storm system that has been declared to be a hurricane by the National Hurricane Center of the National Weather Service.

W.    **INSURER** means the company or companies shown on the Allocation Endorsement as their interests appear thereon.

X.    **LAND** means land (except land for which values are reported and premiums are charged hereunder), such as dikes, levees, and other surface containment structures. Surface containment structures are not **LAND** to a depth of six inches below such surface containment structures.

Y.    **LEAKAGE FROM FIRE PROTECTION EQUIPMENT** means direct physical loss or damage from:

1.    Water or other substances discharged from within any part of the **FIRE PROTECTION EQUIPMENT** for the insured **LOCATION** or for any adjoining **LOCATIONS**;

2.    Collapse or fall of tanks forming a part of the **FIRE PROTECTION EQUIPMENT** or the component parts or supports of such tanks.

The term **FIRE PROTECTION EQUIPMENT** includes tanks, water mains, hydrants or valves, and any other equipment whether used solely for fire protection or jointly for fire protection and for other purposes, but does not include:

1.    Branch piping from a joint system where such branches are used entirely for purposes other than fire

VRU-017-1220 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

CAMDEN/VELOCITY/4-30-2021 TO 4-30-2022/00053

protection;

2.  Any underground water mains or appurtenances located outside of the insured **LOCATION** and forming a part of the public water distribution system;

3.  Any pond or reservoir in which the water is impounded by a dam.

Z.  **LOCATION** is defined as specified in the **STATEMENT OF VALUES** on file with VRU; but if not so specified, **LOCATION** means any **BUILDING**, yard, dock, wharf, pier or bulkhead or any group of the foregoing bounded on all sides by public streets, clear **LAND** space or open waterways, each not less than two hundred feet wide. Any bridge or tunnel crossing such street, space or waterway shall render such separation inoperative for the purpose of this definition.

AA.  **MISCELLANEOUS UNNAMED LOCATION(S)** means a **LOCATION** that has not been included in the **STATEMENT OF VALUES** on file with **INSURER** and has not been reported to **INSURER** as required by the **POLICY** provisions.

There is no coverage under this Paragraph for loss or damage which is covered under the **ERRORS OR OMISSIONS** or **NEWLY ACQUIRED PROPERTY** provisions of this **POLICY**.

BB.  **NAMED INSURED** means the **NAMED INSURED(S)** as well as any **ADDITIONAL INSURED(S), MORTGAGEE(S), LENDER'S LOSS PAYEE(S), LOSS PAYEE(S)** set forth in the relevant Certificates of Insurance or contract as specified in Section I.

CC.  **N/A** means Not Applicable.

DD.  **NAMED STORM** a storm that has been declared by the National Weather Service to be a **HURRICANE**, Typhoon, Tropical Cyclone, Tropical Storm, or Tropical Depression.

EE.  **OCCURRENCE** means any one loss, disaster, casualty, incident or series of losses, disasters, casualties or incidents, arising out of a single event, and includes all resultant or concomitant insured losses. The **OCCURRENCE** must occur during the **POLICY** period.

If more than one event for **WINDSTORM & HAIL, NAMED STORM, RIOT, STRIKE OR CIVIL COMMOTION, VANDALISM & MALICIOUS MISCHIEF, EARTH MOVEMENT OR FLOOD** covered by this **POLICY** occurs within any period of seventy-two (72) hours during the term of this **POLICY**, such covered events shall be deemed to be a single **OCCURRENCE**. When filing proof of loss, the **NAMED INSURED** may elect the moment at which the seventy- two (72) hour period shall be deemed to have commenced, which shall not be earlier than the time when the first loss occurs to the **COVERED PROPERTY**.

Each loss by **EARTHQUAKE** occasioned by any one disaster, loss or series of disasters or losses, arising out of any one event will constitute a single loss hereunder, provided, if more than one "**EARTHQUAKE**" shock arising out of any one event occurs within any period of one hundred sixty-eight (168) hours during the **POLICY** period, such "**g**" shocks will be deemed to be a single "**EARTHQUAKE**" within the meaning hereof. We will not be liable for any loss caused by any "**EARTHQUAKE**" shock occurring before the effective date and time of this **POLICY**, nor for any loss occurring after the expiration date and time of this **POLICY**.

FF.  **POLLUTANTS OR CONTAMINANTS** means any solid, liquid, gaseous or thermal irritant or contaminant, including smog, **SMOKE**, vapor, soot, fumes, acids, alkalis, chemicals and waste, which after its release can cause or threaten damage to human health or human welfare or causes or threatens damage, deterioration, loss of value, marketability or loss of use to property insured hereunder, including, but not limited to, bacteria, virus, or hazardous substances as listed in the Federal Water Pollution Control Act, Clean Air Act, Resource Conservation and Recovery Act of 1976, and Toxic Substances Control Act or as designated by the U. S. Environmental Protection Agency. Waste includes materials to be recycled, reconditioned or reclaimed.

VRU-017-1220 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

Page **45 of 50**

GG.    **QUALIFYING PERIOD** means a specified period, as specified in the policy (e.g. 72 hours) that establishes that the **INSURER** is not responsible for loss suffered during the specified period. Coverage begins when the specified period is breached and reach back to the date of loss for coverage application. The applicable policy deductible still applies from the date of loss, once the specified qualifying period is breached.

HH.    **RIOT, STRIKE OR CIVIL COMMOTION** means violent public disturbances including:

   1.    Acts of striking employees while occupying the insured **LOCATION**; and

   2.    Pilferage or looting occurring at the time and place of a **RIOT** or **CIVIL COMMOTION**.

II.    **REBATE** means remuneration, payment, gift, discount, or transfer of any item of value to the **NAMED INSURED** by or on behalf of a person or business performing the repairs as an incentive or inducement to obtain repairs performed by that person or business.

JJ.    **SINKHOLE** means a land form created by subsidence of soil, sediment or rock as underlying strata are dissolved by ground water. A **SINKHOLE** forms by collapse into subterranean voids created by dissolution of limestone or dolostone, or by subsistence as these strata are dissolved.

KK.    **SMOKE** means loss or damage ensuing from a sudden and accidental release of a visible suspension of carbon and other particles. The peril of **SMOKE** does not include loss or damage caused by **SMOKE** from agricultural smudging or industrial operations.

LL.    **SPECIAL FLOOD HAZARD AREAS** means areas of 100-year flooding as defined by the Federal Emergency Management Agency (FEMA) and shall only include those Flood Zones that are prefixed A or V.

MM.    **TIER 1 and TIER 2**: Shall be defined as all **LOCATIONS** situated within Tier 1 or Tier 2 Counties, Parishes or Independent Cities as specified below:

| State | Tier 1 | Tier 2 |
|---|---|---|
| AL | Baldwin<br>Mobile | Covington<br>Escambia<br>Geneva<br>Houston |
| CT | Fairfield<br>Middlesex<br>New Haven<br>New London | |
| DE | Sussex | Kent |
| FL | All FL counties | Not Applicable |

VRU-017-1220 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

Page 46 of 50

CAMDEN/VELOCITY/4-30-2021 TO 4-30-2022/00055

| | | |
|---|---|---|
| GA | Bryan<br>Camden<br>Chatham<br>Glynn<br>Liberty<br>McIntosh | Brantley<br>Charlton<br>Effingham<br>Long<br>Wayne |
| HI | All HI counties | |
| LA | Cameron<br>Iberia<br>Jefferson<br>Lafourche<br>Orleans<br>Plaquemines<br>St. Bernard<br>St. Martin (South)<br>St. Mary<br>St. Tammany<br>Terrebonne<br>Vermilion | Acadia<br>Ascension<br>Assumption<br>Calcasieu<br>East Baton Rouge<br>Iberville<br>Jefferson Davis<br>Lafayette<br>St. Charles<br>St. James<br>St. John The Baptist<br>St. Martin (North)<br>Tangipahoa<br>Washington<br>West Baton Rouge |
| MA | Barnstable<br>Bristol<br>Dukes<br>Essex<br>Nantucket<br>Norfolk<br>Plymouth<br>Suffolk | Middlesex |
| MD | Worcester | Calvert<br>Dorchester<br>St. Mary's<br>Somerset<br>Wicomico |
| ME | Cumberland<br>Hancock<br>Knox<br>Lincoln<br>Sagadahoc<br>Waldo<br>Washington<br>York | |
| MS | Hancock<br>Harrison<br>Jackson | George<br>Pearl River<br>Stone |

VRU-017-1220 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

Page 47 of 50

CAMDEN/VELOCITY/4-30-2021 TO 4-30-2022/00056

| | | |
|---|---|---|
| NC | Beaufort<br>Bertie<br>Brunswick<br>Camden<br>Carteret<br>Chowan<br>Currituck<br>Dare<br>Hyde<br>New Hanover<br>Onslow<br>Pamlico<br>Pasquotank<br>Pender<br>Perquimans<br>Tyrrell<br>Washington | Bladen<br>Columbus<br>Craven<br>Duplin<br>Gates<br>Hertford<br>Jones<br>Lenoir<br>Martin<br>Pitt<br>Sampson |
| NH | Rockingham<br>Strafford | |
| NJ | Atlantic<br>Cape May<br>Monmouth<br>Ocean | Burlington<br>Cumberland<br>Essex<br>Hudson<br>Middlesex<br>Union |
| NY | Kings<br>Nassau<br>Queens<br>Richmond<br>Suffolk | Bronx<br>New York<br>Westchester |
| RI | Newport<br>Washington | Bristol<br>Kent |
| SC | Beaufort<br>Charleston<br>Colleton<br>Georgetown<br>Horry<br>Jasper | Berkeley<br>Dillon<br>Dorchester<br>Florence<br>Hampton<br>Marion<br>Williamsburg |

VRU-017-1220 Comprehensive Form<br>In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

Page 48 of 50

CAMDEN/VELOCITY/4-30-2021 TO 4-30-2022/00057

| | TX | Aransas | Bee |
|---|---|---|---|
| | | Brazoria | Brooks |
| | | Calhoun | Fort Bend |
| | | Cameron | Goliad |
| | | Chambers | Hardin |
| | | Galveston | Hidalgo |
| | | Harris | Jackson |
| | | Jefferson | Jim Wells |
| | | Kennedy | Liberty |
| | | Kleberg | Live Oak |
| | | Matagorda | Orange |
| | | Nueces | Victoria |
| | | Refugio | Wharton |
| | | San Patricio | |
| | | Willacy | |
| | VA | Accomack | |
| | | Chesapeake | |
| | | Gloucester | |
| | | Hampton | |
| | | Isle of Wight | |
| | | James City | |
| | | Lancaster | |
| | | Mathews | |
| | | Middlesex | |
| | | Newport News | |
| | | Norfolk | |
| | | Northampton | |
| | | Northumberland | |
| | | Poquoson | |
| | | Portsmouth | |
| | | Suffolk | |
| | | Surry | |
| | | Virginia Beach City | |
| | | Westmoreland | |
| | | Williamsburg City | |
| | | York | |

NN. **TIME ELEMENT VALUES** means the **GROSS EARNINGS, EXTRA EXPENSE, ROYALTIES, CONTINGENT TIME ELEMENT, RENTAL INCOME, DELAY IN COMPLETION and/or SOFT COSTS** (as applicable) **VALUES**, as reported on the **STATEMENT OF VALUES** on file with **INSURER**, for the **PERIOD OF INTERRUPTION** sustained by the **NAMED INSURED** identified in the **STATEMENT OF VALUES**.

OO. **TOTAL INSURABLE VALUES (TIV)** means all **COVERED PROPERTY** (real & personal property) and **TIME ELEMENT VALUES** reported on the **STATEMENT OF VALUES** on file with **INSURER**.

PP. **UNIT OF INSURANCE** is defined as: In the application of the **DEDUCTIBLES**, each of the following shall be considered a separate unit of insurance:

1. Each separate **BUILDING** or structure

2. Contents in each separate **BUILDING** or structure

3. Property in the yard of each separate **BUILDING** or structure

VRU-017-1220 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

Page 49 of 50

4.    Annual **TIME ELEMENT VALUE** applying to each separate **BUILDING** or structure

QQ.    **VACANT** is defined as: The insured **BUILDING** is considered vacant or unoccupied when 70% or more of its square footage is not rented or does not contain adequate **COVERED PROPERTY** to conduct customary business operations, but this provision shall not apply to any time period when customary business operations are suspended due to circumstances that are usual to such business operations.

RR.    **VALUABLE PAPERS AND RECORDS** means documents that are written, printed or otherwise inscribed. These include:

1.    Books, manuscripts, abstracts, maps and drawings; film and other photographically produced records, such as slides and microfilm;

2.    Legal and financial agreements, such as deeds and mortgages;

3.    Addressograph plates; and

4.    Any electrically produced data, such as printouts, punched cards, tapes or discs.

**VALUABLE PAPERS AND RECORDS** does not mean money and securities and converted data, programs or instructions used in data processing operations, including the materials on which the data is stored.

SS.    **VANDALISM AND MALICIOUS MISCHIEF** means willful and malicious direct physical damage to, or destruction of, real **COVERED PROPERTY** as stated on the SOV. **VANDALISM AND MALICIOUS MISCHIEF** does not include loss or damage caused by or resulting from theft, except for real property loss or damage caused by the breaking or exiting of individuals committing burglary. **VANDALISM AND MALICIOUS MISCHIEF** does not include any loss caused by any cyber or electronic data or media cause or any related ensuing loss.

TT.    **WAITING PERIOD** is a specified period, as specified in the policy (e.g. 72 hours) that establishes that the insurer is not responsible for loss suffered during the specified period immediately following a direct damage loss. Coverage begins only when and after the specified period is breached and does not reach back to the date of loss but begins following the specified period.

UU.    **WARRANTY:**

1.    means any provision of an insurance contract which has the effect of requiring, as a condition precedent of the taking effect of such contract or as a condition precedent of **INSURER'S** liability hereunder, the existence of fact which tends to diminish, or the non-existence of a fact which tends to increase, the risk of the occurrence of loss or damage within the coverage of the contract.

2.    A breach of warranty shall not void an insurance contract or defeat recovery hereunder unless such breach materially increases the risk of loss, damage or injury within the coverage of the contract. If the insurance contract specified two or more distinct kinds of loss, damage or injury which are within its coverage, a breach of warranty shall not void such contract or defeat recovery hereunder with respect to any kind of loss, damage or injury other than the kind or kinds to which such warranty relates and the risk of which is materially increased by the breach of such warranty.

VV.    **WINDSTORM OR HAIL** means direct action of wind or the direct action of hail, accompanied by wind or not, which causes loss or damage. **WINDSTORM OR HAIL** does not mean impacts or gradual changes which cause loss or damage and which are brought about by frost, ice (other than hail), snow or sleet, whether driven by wind or not; or cold weather.

VRU-017-1220 Comprehensive Form
In the states of CA, NV, and NY, Velocity Risk Underwriters, LLC does business as Velocity Risk Insurance Agency, LLC.

Page **50 of 50**

# SERVICE OF SUIT
# STATE OF Louisiana

## THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ IT CAREFULLY

*To the extent a provision of the policy or a previous endorsement is inconsistent with an express provision of this endorsement, this endorsement controls. This endorsement does not change any other provision of the insurance policy to which it is affixed. This endorsement is a part of this insurance policy and takes effect on the effective date of this insurance policy unless another effective date is shown.*

A. In the event of our failure to pay any amount claimed to be due under this Policy, we agree to submit to the jurisdiction of any court of competent jurisdiction within the United States in which a suit for those amounts may be brought. Nothing in this condition constitutes or should be understood to constitute a waiver of our right to commence an action in any court of competent jurisdiction in the United States to remove an action to a United States District Court or to seek a transfer of a case to another court as permitted by the laws of the United States or of any state in the United States.

B. Service of process in such suit may be made upon:

**Interstate Fire & Casualty Company**

Allianz Global Risks US Insurance Company
General Counsel's Office
225 West Washington Street
Chicago, Illinois 60606

**Independent Specialty Insurance Company**

Attn: Terry Ledbetter
1900 L. Don Dodson Drive
Bedford, TX 76021

**Certain Underwriters Lloyds of London – Syndicate 2357**

Lloyd's America, Inc
Attention: Legal Department
280 Park Avenue, East Tower, 25th Floor
New York, NY 10017

**Certain Underwriters at Lloyd's and Other Insurers subscribing to Binding Authority UMR B604510568622021**
McDermott, Will & Emery
340 Madison Avenue
New York, NY 10173-1922

or his or her representative, and that in any suit instituted against us with respect to this Policy, we will abide by the final decision of such court or of any appellate court in the event of an appeal.

C. To the extent required by the express provisions of any statute of any state, territory, or district of the United States, we hereby designate the Superintendent, Commissioner or Director of Insurance, or other officer specified for that purpose in the statute, or his

CAMDEN/VELOCITY/4-30-2021 TO 4-30-2022/00060

# SERVICE OF SUIT
## STATE OF Louisiana

successor or successors in office as our true and lawful attorney upon whom may be served any lawful process in any action, suit, or proceeding instituted by you or on your behalf or any beneficiary hereunder arising out of this Policy, and we hereby designate the above named Counsel as the person to whom the said officer is authorized to mail such process or a true copy thereof.

# NOTICE TO POLICYHOLDERS REGARDING THE
# U.S. TREASURY DEPARTMENT'S
# OFFICE OF FOREIGN ASSETS CONTROL

### THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ IT CAREFULLY

*To the extent a provision of the policy or a previous endorsement is inconsistent with an express provision of this endorsement, this endorsement controls. All other terms and conditions of this insurance policy remain unchanged. This endorsement is a part of your policy and takes effect on the effective date of your policy unless another effective date is shown*

No coverage is provided by this notice. You should read your policy and review your declarations page for complete information on the coverages you are provided.

This notice provides information concerning your rights as a policyholder and payments to, from or with the Insured, additional insured, loss payee, or claimant, for insured loss or damage to covered property under this policy. Such payments may be affected by the administration and enforcement of U.S. economic embargoes, trade sanctions, or other directives issued by the Office of Foreign Assets Control ("OFAC") and/or possibly the U.S. Department of State.

OFAC is an office of the Department of the Treasury that administers and enforces sanctions policy under presidential wartime and national emergency powers, as well as authority granted by specific legislation, in order to impose controls on transactions and freeze foreign assets under U.S. jurisdiction. OFAC has identified and listed numerous foreign countries, foreign organizations, foreign agents, terrorist organizations, terrorists, and international narcotics traffickers and other named individuals, group and entities as "Specially Designated Nationals and Blocked Persons." This list and more in-depth information on OFAC is available at the following website: http://www.treas.gov/ofac.

In accordance with OFAC regulations, or any other applicable regulation promulgated by the U.S. Department of State, if it is determined that the insured, additional insured, loss payee, or claimant has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, we must block or "freeze" property and payment of any funds transfers or transactions and report all blocks to OFAC with ten (10) days. We will not pay a claim, accept premium, or exchange monies or assets of any kind to, from or with individuals or entities, including but not limited to financial institutions, on the Specially Designated National and Blocked Person list. Additionally, we will not defend or provide any other benefits under your policy to, from or with individuals, groups or entities on the Specially Designated National and Blocked Person list. Other limitations on premiums and payments may also apply.

VRU-003-0316 Office of Foreign Assets Control

Page 1 of 1

# MINIMUM EARNED AND SPECIAL
# CATASTROPHE MINIMUM EARNED PREMIUM

### THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ IT CAREFULLY

*To the extent a provision of the policy or a previous endorsement is inconsistent with an express provision of this endorsement, this endorsement controls. This endorsement does not change any other provision of the insurance policy to which it is affixed. This endorsement is a part of this insurance policy and takes effect on the effective date of this insurance policy unless another effective date is shown.*

1. In the event of cancellation of this Policy or reduction of coverage by the Insured, a minimum premium of 35% of the original Policy premium shall become earned; any conditions of the Policy to the contrary notwithstanding.

   Failure of the Insured to make timely payment of premium shall be considered a request by the Insured for the Insurer(s) and/or Company(s) to cancel. In the event of such cancellation by the Insurer(s) and/or Company(s) for non-payment of premium, the minimum premium shall be due and payable; provided, however, such non-payment cancellation shall be rescinded if the Insured remits the full premium due within 10 days of receiving it.

2. In the event of any other cancellation by the Insurer(s) and/or Company(s), the earned premium shall be computed pro rata, subject to the minimum premium.

3. If this Policy is canceled by the Insured or if the amount of insurance on any Tier 1 location is reduced, and no coverage existed from June 1 to November 30, the return premium is 90% of the pro-rata subject to any minimum earned premium stipulations in the Policy.

4. If coverage existed on any Tier 1 location at any time during the period from June 1 to November 30, the amount of premium returned will be a percentage of the total premium determined as follows:

| Days Policy in Force | Unearned Factor |
|---|---|
| 1 – 180 | 20% |
| 181 – 210 | 15% |
| 211 – 240 | 10% |
| 241 – 270 | 7.50% |
| 271 – 300 | 5% |
| 301 – 330 | 2.50% |
| 331 – 365 | 0% |

VRU-006-0316 Minimum Earned and Special Catastrophe Minimum Earned Premium

CAMDEN/VELOCITY/4-30-2021 TO 4-30-2022/00063

5. If Tier 1 locations are added during the term of the Policy, the rate will be calculated as 100% of the annual rate, less the Unearned Factor in Item 4 above.

6. The provisions of this endorsement are in addition to and do not alter any minimum earned premium provisions in the Policy or its attachments.

7. All reference herein to "Tier I", "Tier I Windstorm" or similar "Tier I" references, shall be defined as within the Property Coverage Form.

All other terms and conditions, insured coverage and exclusions of this insurance Policy remain unchanged, including applicable limits, sublimits and deductibles, and apply in full force and effect to the coverage provided by this Policy.

CAMDEN/VELOCITY/4-30-2021 TO 4-30-2022/00064

# CLAIMS REPORTING INFORMATION NOTICE

### THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ IT CAREFULLY

*To the extent a provision of the policy or a previous endorsement is inconsistent with an express provision of this endorsement, this endorsement controls. This endorsement does not change any other provision of the insurance policy to which it is affixed. This endorsement is a part of this insurance policy and takes effect on the effective date of this insurance policy unless another effective date is shown.*

To All Velocity Risk Underwriters, LLC ("VRU") Insured(s):

All claims shall be reported to VRU Claims (email is preferable for quickest response):

(1)     **E-Mail: business.claims@velocityrisk.com**

        Or

(2)     Phone: 1-844-VRU-CLMS (1-844-878-2567)

and/or its adjusters assigned to the respective claim(s). The costs of such adjustments shall be borne by the Insurer(s) and/or Company(s) in proportion to its pro-rata participation in this Policy.

Many occurrences result in damages which require immediate attention in order to prevent further loss. Please contact VRU Claims at the e-mail address listed above as soon as possible to report the claim. Please try to have the following information available:

- Insured name and policy number
- Exact location of the occurrence
- Detailed description of the occurrence
- Type of loss
- A contact number for someone at the location of the occurrence

CAMDEN/VELOCITY/4-30-2021 TO 4-30-2022/00065

# ALLOCATION ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ IT CAREFULLY**

*To the extent a provision of the policy or a previous endorsement is inconsistent with an express provision of this endorsement, this endorsement controls. This endorsement does not change any other provision of the insurance policy to which it is affixed. This endorsement is a part of this insurance policy and takes effect on the effective date of this insurance policy unless another effective date is shown.*

In consideration of the premium charged for this Policy as outlined by the Insurer(s) and/or Company(s) in the declarations, the applicable participation of each Insurer(s) and/or Company(s) as a percentage (% ) of the limit of liability shown in the Policy is as follows:

| Perils (As Per Policy | Insurer | Contract | Policy Number | Participation (as a %) |
|---|---|---|---|---|
| ACC | Certain Underwriters at Lloyd's, London - Syndicate 2357 | B6121VEL2021 | VNB-CN-0000879-04 | 20.00% |
| ACC | Certain Underwriters at Lloyd's and Other Insurers subscribing to Binding Authority B604510568622021 | B604510568622021 | VRN-CN-0000879-04 | 22.50% |
| ACC | Interstate Fire & Casualty Company | IFC2021 | VRX-CN-0000879-04 | 27.00% |
| ACC | Independent Specialty Insurance Company | ISIC2021 | VUX-CN-0000879-04 | 30.50% |

The contracts herein cover mutually exclusive perils. The maximum limit of liability is not to exceed the per occurrence participation stated in the Policy, regardless of whether multiple

VRU-012-0121 Allocation Endorsement (Syndicated)

CAMDEN/VELOCITY/4-30-2021 TO 4-30-2022/00066

perils and multiple contracts are involved. Recognition of liability by either of the contracts reduces the limit of liability of any corresponding contract.

The liability otherwise determined to exist under the terms and conditions of this Policy shall be borne by the contract covering the proximate cause of loss identified in the allocation of security. Covered perils shall be defined by the applicable forms attached to this Policy.

VRU-012-0121 Allocation Endorsement (Syndicated)

CAMDEN/VELOCITY/4-30-2021 TO 4-30-2022/00067

Symbols Used Herein:

| Peril | Symbol | Insurer | Symbol |
|---|---|---|---|
| All Covered Causes of Loss excluding Equipment Breakdown and Cyber Coverage | ACC | Independent Specialty Insurance Company | ISIC |
| Equipment Breakdown | EBD | Interstate Fire & Casualty Company | IFC |
| Cyber Coverage | CC | Certain Underwriters at Lloyd's, London - Syndicate 2357 | 2357 |
| | | Certain Underwriters at Lloyd's and Other Insurers Subscribing to Binding Authority UMRB604510568622021 RenaissanceRe | RNR |

The Insurer's and/or Company's liability under this Policy for covered losses is several and not joint with other insurers party to this contract. The Insurer and/or Company is liable only for the proportion of liability it has underwritten. The Insurer and/or Company is not jointly liable for the proportion of liability underwritten by any other insurer. Nor is the Insurer and/or Company otherwise responsible for any liability of any other insurer that may underwrite this Policy.

The Insurer's and/or Company's liability may not be increased in the event that any other insurer or other party to this contract who for any reason does not satisfy all or part of its obligations.

This contract shall be constructed as a separate contract between the Insured and each of the Insurers. This evidence of coverage consists of separate sections of a composite insurance for all Underwriters at Lloyd's combined and separate policies issued by the insurance company(ies), all as identified above. This evidence of coverage does not constitute in any manner or form a joint certificate of coverage by Underwriters at Lloyd's with any other insurance company(ies).

VRU-012-0121 Allocation Endorsement (Syndicated)

CAMDEN/VELOCITY/4-30-2021 TO 4-30-2022/00068

All other terms and conditions, insured coverage and exclusions of this insurance Policy including applicable limits and deductibles remain unchanged and apply in full force and effect to the coverage provided by this insurance Policy.

VRU-012-0121 Allocation Endorsement (Syndicated)

CAMDEN/VELOCITY/4-30-2021 TO 4-30-2022/00069

## NOTICE TO POLICYHOLDERS REGARDING THE
## U.S. Terrorism Risk Insurance Act of 2002 As Amended
## Not Purchased Clause

### THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ IT CAREFULLY

*To the extent a provision of the policy or a previous endorsement is inconsistent with an express provision of this endorsement, this endorsement controls. This endorsement does not change any other provision of the insurance policy to which it is affixed. This endorsement is a part of this insurance policy and takes effect on the effective date of this insurance policy unless another effective date is shown.*

You are hereby notified that under the Terrorism Risk Insurance Act of 2002, as amended ("TRIA"), that you now have a right to purchase insurance coverage for losses arising out of acts of terrorism, **as defined in Section 102(1) of the Act, as amended:** The term "act of terrorism" means any act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security and the Attorney General of the United States, to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of an air carrier or vessel or the premises of a United States mission; and to have been committed by an individual or individuals, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion. Any coverage you purchase for "acts of terrorism" shall expire at 12:00 midnight December 31, 2027, the date on which the TRIA Program is scheduled to terminate, or the expiry date of the policy whichever occurs first, and shall not cover any losses or events which arise after the earlier of these dates.

YOU SHOULD KNOW THAT COVERAGE PROVIDED BY THIS POLICY FOR LOSSES CAUSED BY CERTIFIED ACTS OF TERRORISM IS PARTIALLY REIMBURSED BY THE UNITED STATES UNDER A FORMULA ESTABLISHED BY FEDERAL LAW. HOWEVER, YOUR POLICY MAY CONTAIN OTHER EXCLUSIONS WHICH MIGHT AFFECT YOUR COVERAGE, SUCH AS AN EXCLUSION FOR NUCLEAR EVENTS. UNDER THIS FORMULA, THE UNITED STATES PAYS 80% OF COVERED TERRORISM LOSSES EXCEEDING THE STATUTORILY ESTABLISHED DEDUCTIBLE PAID BY THE INSURER(S) PROVIDING THE COVERAGE. YOU SHOULD ALSO KNOW THAT THE TERRORISM RISK INSURANCE ACT, AS AMENDED, CONTAINS A USD100 BILLION CAP THAT LIMITS U.S. GOVERNMENT REIMBURSEMENT AS WELL AS INSURERS' LIABILITY FOR LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM WHEN THE AMOUNT OF SUCH LOSSES IN ANY ONE CALENDAR YEAR EXCEEDS USD100 BILLION. IF THE AGGREGATE INSURED LOSSES FOR ALL INSURERS EXCEED USD100 BILLION, YOUR COVERAGE MAY BE REDUCED.

It is hereby noted that the Insurer(s) have made available coverage for "insured losses" directly resulting from an "act of terrorism" as defined in the "U.S. Terrorism Risk Insurance Act of 2002", as amended ("TRIA") and the Insured has declined or not confirmed to purchase this coverage.

This Insurance therefore affords no coverage for losses directly resulting from any "act of terrorism" as defined in TRIA except to the extent, if any, otherwise provided by this policy.

All other terms, conditions, insured coverage and exclusions of this Insurance including applicable limits and deductibles remain unchanged and apply in full force and effect to the coverage provided by this Insurance.

If you have any questions about this or any other insurance matter, please contact your agent or broker representing Interstate Fire & Casualty Company, Independent Specialty Insurance Company, Certain Underwriters at Lloyd's – Syndicate 2357, and Certain Underwriters at Lloyd's and Other Insurers Subscribing to Binding Authority UMR B604510568622021 RenaissanceRe.

VRU-016-0321 TRIA Rejection Notice (Syndicated)

CAMDEN/VELOCITY/4-30-2021 TO 4-30-2022/00070

# SEVERAL LIABILITY CLAUSE

## THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ IT CAREFULLY

*To the extent a provision of the policy or a previous endorsement is inconsistent with an express provision of this endorsement, this endorsement controls. This endorsement does not change any other provision of the insurance policy to which it is affixed. This endorsement is a part of this insurance policy and takes effect on the effective date of this insurance policy unless another effective date is shown.*

The liability of an insurer under this contract is several and not joint with other insurers party to this contract. An insurer is liable only for the proportion of liability it has underwritten. An insurer is not jointly liable for the proportion of liability underwritten by any other insurer. Nor is an insurer otherwise responsible for any liability of any other insurer that may underwrite this contract.

The proportion of liability under this contract underwritten by an insurer (or, in the case of a Lloyd's syndicate, the total of the proportions underwritten by all the members of the syndicate taken together) is shown in this contract.

In the case of a Lloyd's syndicate, each member of the syndicate (rather than the syndicate itself) is an insurer. Each member has underwritten a proportion of the total shown for the syndicate (that total itself being the total of the proportions underwritten by all the members of the syndicate taken together). The liability of each member of the syndicate is several and not joint with other members. A member is liable only for that member's proportion. A member is not jointly liable for any other member's proportion. Nor is any member otherwise responsible for any liability of any other insurer that may underwrite this contract. The business address of each member is Lloyd's, One Lime Street, London EC3M 7HA. The identity of each member of a Lloyd's syndicate and their respective proportion may be obtained by writing to Market Services, Lloyd's, at the above address.

Although reference is made at various points in this clause to "this contract" in the singular, where the circumstances so require this should be read as a reference to contracts in the plural.

All other terms and conditions, insured coverage and exclusions of this insurance Policy remain unchanged, including applicable limits, sublimits and deductibles, and apply in full force and effect to the coverage provided by this Policy.

Page 1 of 1

VRU-067-1219 SEVERAL LIABILITY CLAUSE

LMA 5096 (Combined Certificate)
7 MARCH 2008

# PROTECTIVE SAFEGUARDS ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ IT CAREFULLY**

*To the extent a provision of the policy or a previous endorsement is inconsistent with an express provision of this endorsement, this endorsement controls. This endorsement does not change any other provision of the insurance policy to which it is affixed. This endorsement is a part of this insurance policy and takes effect on the effective date of this insurance policy unless another effective date is shown.*

Schedule

| Symbol(s) | Location(s) Applicable |
|---|---|
| AS<br>AA | As indicated on the Schedule of Values on file with the Insurer/Company |
| OTHER | As indicated on the Schedule of Values on file with the Insurer/Company |
| Describe any "OTHER" (means the protective system described in the Schedule of the Endorsement including) | (a) Heating, Ventilation, and Air Conditioning – maintained and in operation at all times<br>(b) Any aluminum wiring in buildings are properly pigtailed or retrofitted with CO/AL receptacles on all switches, outlets, and circuit break panels in accordance with local electrical codes |

A. In consideration of the premium charged and based on the protection of the premises by the protective safeguard systems described in the Schedule above, it is a condition of this Policy that the Insured shall exercise due diligence in maintaining in complete working order all equipment and services pertaining to the system which are under the control of the Named Insured, including maintenance and service requirements.

The protective safeguards to which this endorsement applies are identified by the following symbols:

1. "AS" Automatic Sprinkler System, including related supervisory services.

    I. Automatic Sprinkler System means any automatic fire protective or extinguishing system, including connected:
        i. Sprinklers and discharge nozzles;
        ii. Ducts, pipes, valves and fittings;

VRU-031-0516 Protective Safeguards Endorsement (Syndicated)

CAMDEN/VELOCITY/4-30-2021 TO 4-30-2022/00072

       iii. Tanks, their component parts and supports; and
       iv. Pumps and private fire protection mains.
   II. When supplied from an automatic fire protective system:
       i. (1) Non-automatic fire protective systems; and
       ii. (2) Hydrants, standpipes and outlets.
   III. If part of an Automatic Sprinkler System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

2. "AA" means Automatic Fire Alarm

   I. Automatic Fire Alarm means an automatic fire alarm protecting the entire building that is:
       a. Connected to a central station, or
       b. Reporting to a public or private fire alarm station.

3. "SS" means Security Service

   I. Security Service means a security service with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

4. "SC" means Service Contract

   I. Service Contract means a written contract with a privately owned fire department providing fire protection service to the described premises.

5. "CS" means Central Station Burglar Alarm

Central Station Burglar Alarm means a central station burglar alarm that is protecting all entryways and windows that is:

   I. Activated and operational
   II. Reporting to a public or private burglar alarm station; and
   III. In the "on" position during all non-working hours or when the insured premises are unoccupied.

6. "CC" means Automatic Commercial Cooking Exhaust And Extinguishing System

VRU-031-0516 Protective Safeguards Endorsement (Syndicated)

CAMDEN/VELOCITY/4-30-2021 TO 4-30-2022/00073

Automatic Commercial Cooking Exhaust And Extinguishing System means automatic commercial cooking exhaust and extinguishing system installed on cooking appliances having the following components:

    I.    Hood;
    II.    Grease removal device;
    III.    Duct system; and
    IV.    Wet or dry chemical fire extinguishing equipment
    V.    If part of an Automatic Commercial Cooking Exhaust And Extinguishing System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

7. Other

    I.    Other means the protective system described in the Schedule.

B.The following is added to the EXCLUSIONS section of the Policy referenced above:
The Insurer(s) and/or Company(s) will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you failed to maintain any protective safeguard listed in the Schedule above, and over which you had control, in complete working order.

It is also a condition of this Policy that the Insured shall give immediate notice to the Insurer(s) and/or Company(s) of any impairment in or suspension of any equipment or service pertaining to the system within the knowledge of the Named Insured.

All other terms and conditions, insured coverage and exclusions of this insurance Policy remain unchanged, including applicable limits, sublimits and deductibles, and apply in full force and effect to the coverage provided by this Policy.

VRU-031-0516 Protective Safeguards Endorsement (Syndicated)

CAMDEN/VELOCITY/4-30-2021 TO 4-30-2022/00074

# TOTAL OR CONSTRUCTIVE LOSS EARNED PREMIUM CONDITION

## THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ IT CAREFULLY

*To the extent a provision of the policy or a previous endorsement is inconsistent with an express provision of this endorsement, this endorsement controls. This endorsement does not change any other provision of the insurance policy to which it is affixed. This endorsement is a part of this insurance policy and takes effect on the effective date of this insurance policy unless another effective date is shown.*

A.) It is hereby understood and agreed that in the event of a covered Actual Total Loss or Constructive Total Loss of any item of property insured during the Period of Insurance specified in the Statement of Values on File with this Company, the total premium for this Policy shall be considered to be fully earned at the time of the loss and no return premium will be due.

B.) This endorsement shall not apply where State Law or any Premium Finance Agreement would be violated.

Definition: "Constructive Total Loss" shall be defined as a property damage loss that is treated as an Actual Total Loss where the cost of repair would exceed the Limit of Liability shown in the Schedule on File with this Company or the actual cash value (whichever is the lesser amount).

"Actual Total Loss" shall mean a loss that occurs when the insured property is totally destroyed or damaged in such a way that it can be neither recovered nor repaired for further use.

CAMDEN/VELOCITY/4-30-2021 TO 4-30-2022/00075

# PROPERTY CYBER AND DATA EXCLUSION

## THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ IT CAREFULLY

*To the extent a provision of the policy or a previous endorsement is inconsistent with an express provision of this endorsement, this endorsement controls. This endorsement does not change any other provision of the insurance policy to which it is affixed. This endorsement is a part of this insurance policy and takes effect on the effective date of this insurance policy unless another effective date is shown.*

1    Notwithstanding any provision to the contrary within this Policy or any endorsement thereto this Policy excludes any:

    1.1    Cyber Loss;

    1.2    loss, damage, liability, claim, cost, expense of whatsoever nature directly or indirectly caused by, contributed to by, resulting from, arising out of or in connection with any loss of use, reduction in functionality, repair, replacement, restoration or reproduction of any Data, including any amount pertaining to the value of such Data;

regardless of any other cause or event contributing concurrently or in any other sequence thereto.

2    In the event any portion of this endorsement is found to be invalid or unenforceable, the remainder shall remain in full force and effect.

3    This endorsement supersedes and, if in conflict with any other wording in the Policy or any endorsement thereto having a bearing on Cyber Loss or Data, replaces that wording.

Definitions

4    Cyber Loss means any loss, damage, liability, claim, cost or expense of whatsoever nature directly or indirectly caused by, contributed to by, resulting from, arising out of or in connection with any Cyber Act or Cyber Incident including, but not limited to, any action taken in controlling, preventing, suppressing or remediating any Cyber Act or Cyber Incident.

5    Cyber Act means an unauthorised, malicious or criminal act or series of related unauthorised, malicious or criminal acts, regardless of time and place, or the threat or hoax thereof involving access to, processing of, use of or operation of any Computer System.

Page 1 of 2

LMA 5401
11 NOVEMBER 2019

CAMDEN/VELOCITY/4-30-2021 TO 4-30-2022/00076

6   Cyber Incident means:

6.1   any error or omission or series of related errors or omissions involving access to, processing of, use of or operation of any Computer System; or

6.2   any partial or total unavailability or failure or series of related partial or total unavailability or failures to access, process, use or operate any Computer System.

7   Computer System means:

7.1   any computer, hardware, software, communications system, electronic device (including, but not limited to, smart phone, laptop, tablet, wearable device), server, cloud or microcontroller including any similar system or any configuration of the aforementioned and including any associated input, output, data storage device, networking equipment or back up facility,

owned or operated by the Insured or any other party.

8   Data means information, facts, concepts, code or any other information of any kind that is recorded or transmitted in a form to be used, accessed, processed, transmitted or stored by a Computer System.

All other terms and conditions, insured coverage and exclusions of this insurance Policy remain unchanged, including applicable limits, sublimits and deductibles, and apply in full force and effect to the coverage provided by this Policy.

Page 2 of 2

VRU-066-1219 PROPERTY CYBER AND DATA EXCLUSION

LMA 5401
11 NOVEMBER 2019

# SANCTION LIMITATION AND EXCLUSION CLAUSE

## THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ IT CAREFULLY

*To the extent a provision of the policy or a previous endorsement is inconsistent with an express provision of this endorsement, this endorsement controls. This endorsement does not change any other provision of the insurance policy to which it is affixed. This endorsement is a part of this insurance policy and takes effect on the effective date of this insurance policy unless another effective date is shown.*

No (re)insurer shall be deemed to provide cover and no (re)insurer shall be liable to pay any claim or provide any benefit hereunder to the extent that the provision of such cover, payment of such claim or provision of such benefit would expose that (re)insurer to any sanction, prohibition or restriction under United Nations resolutions or the trade or economic sanctions, laws or regulations of the European Union, United Kingdom or United States of America.

All other terms and conditions, insured coverage and exclusions of this insurance Policy remain unchanged, including applicable limits, sublimits and deductibles, and apply in full force and effect to the coverage provided by this Policy.

VRU-075-1120 Sanction Limitation and Exclusion Clause

LMA 3100
15 SEPTEMBER 2010

CAMDEN/VELOCITY/4-30-2021 TO 4-30-2022/00078

# CERTAIN UNDERWRITERS AT LLOYD'S AND OTHER INSURERS SUBSCRIBING TO BINDING AUTHORITY UMR B604510568622021 LIST

## THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ IT CAREFULLY

*To the extent a provision of the policy or a previous endorsement is inconsistent with an express provision of this endorsement, this endorsement controls. This endorsement does not change any other provision of the insurance policy to which it is affixed. This endorsement is a part of this insurance policy and takes effect on the effective date of this insurance policy unless another effective date is shown.*

If Certain Underwriters at Lloyd's and Other Insurers Subscribing to Binding Authority UMR B604510568622021 LIST are listed as security on the Allocation Endorsement attached to the policy, the list of participants is shown below:

Account Number:  2018-9000879-04
UMR:        B604510568622021
Policy Number:   VRN-CN-0000879-04

| Syndicate / Carrier | Participation |
|---|---|
| Certain Underwriters at Lloyd's – Syndicate 1458 18th Floor, 125 Old Broad Street, London, EC2N 1AR, United Kingdom | 50% |
| RenaissanceRe Specialty U.S. LTD | 50% |

All other terms and conditions, insured coverage and exclusions of this insurance Policy remain unchanged, including applicable limits, sublimits and deductibles, and apply in full force and effect to the coverage provided by this Policy.

Page 1 of 1

VRU-076-0121 Certain Underwriters at Lloyds and other Insurers Subscribing to Binding Authority UMR B604510568622021 List

EAST BATON ROUGE PARISH
Filed Aug 09, 2023 8:35 AM
Deputy Clerk of Court
E-File Received Aug 09, 2023 5:20 PM

C-735652
30

# SMA

## Initial Report of Professional Architectural Opinions
## Exterior Siding Storm Damage
## Camden Lake Apartments Buildings

05 May 2022

Submitted to:

Camden Lake, LLC
100 Conti Street
New Orleans, Louisiana 70130
Attention:    Michael Pousson, Vice President of Asset Management

Via email to: mpousson@thebergerco.com

Re:        Exterior Siding Storm Damage
           Camden Lake Apartments
           2525 O'Neal Lane
           Baton Rouge, LA 70816

SMA Project No. 2166

This report was prepared at the request of Camden Lake, LLC, the owner of the subject property.    This report summarizes Scairono Martinez Architect's initial professional architectural opinions.

This report was written by Barry Scairono, a licensed Louisiana Architect. I perform design work for various types of projects including single family residential, commercial, educational, multi-family, industrial and retail buildings. I began working in architecture in 1978, qualified for and obtained my Louisiana license in 1983, and I have continuously worked as an Architect performing professional design work through the present. I am a founding partner in my own architectural firm, Scairono Martinez Architects APAC, in business since 1996. I hold Louisiana Architecture License No. 3206, and I hold a Certificate from the National Council of Architectural Registration Boards. I am also a qualifying party since 1993 for a State of Louisiana General Contractor license. I obtained my bachelor's degree in Architecture from Tulane University School of Architecture in 1981, and my master's degree in Architecture from Tulane in 2004. I also completed forty-two (42) of the required forty-five (45) credit hours for a Master of Urban and Regional Planning Degree at the University of New Orleans and have completed thirty-two (32) credit hours for an Associate Degree in Construction Management. I am a member of several professional associations including the Construction Specification Institute (CSI). I am a Certified Document Technician and a Certified Construction Contract Administrator, both certifications by the CSI.

To prepare this report, I reviewed case related documents including:
- Drawings issued for construction titled Camden Lakes Apartments, Project No. 2347 by The Architectural Studio, APAC, last modified 24 April 2007, 81 sheets.
- Report of Findings Camden Lake LLC Property by Envista Forensics LLC, Envista Matter No: MAT-131056-Q8L1, dated 17 November 2021, 22 pages.
- Email communications with Nick Pronesti, Multifamily & Commercial Regional Account Manager, James Hardie Building Products.

SMA performed multiple site visits to the subject property at 2525 O'Neal Lane in Baton Rouge, LA following Hurricane Ida.  My site visit on Friday 25 February 2022 did not include invasive or destructive investigation or testing, however Camden Lake on site

Scairono
Martinez
Architects
900 Camp Street    STE 448
New Orleans, LA  70130
(504) 896-2000

EXHIBIT
F



personnel removed a piece of siding from building 5 (see attached property plan) which I retained. My on-site activities included only visual observations. The property includes eleven buildings total, one office/clubhouse building and ten multi-family residential buildings. While on site I viewed the exterior walls of the office/clubhouse building and all ten residential buildings from the ground level. The ten multi-family residential buildings as well as the office/clubhouse building were in operation and occupied on the date of the visit. The office/clubhouse is a one-story wood framed Type V construction building with a steep sloped architectural composition shingled roof, and exterior wall finishes of fiber cement lap siding, acrylic modified stucco, and field stone veneer. The building has a shallow soil supported reinforced concrete foundation with slab on grade and grade beams. The ten residential buildings are all three stories, and each contains 24 apartment living units and covered exterior breezeways and stairs. The residential buildings are wood framed type V construction buildings with steep sloped architectural composition shingled roofs, and exterior wall finishes of fiber cement lap siding and field stone veneer. The buildings have shallow soil supported reinforced concrete foundations with slab on grade and grade beams. No hurricane Ida damage to the field stone exterior wall finishes was observed on any building. I observed wind damage to the fiber cement lap siding systems on the office/clubhouse building as well as all ten residential buildings at the exterior facade wall surfaces as well as the exterior walls in the breezeways.

It was reported by a Camden Lake ownership representative that the lap siding on all eleven buildings was in good, serviceable condition prior to Hurricane Ida and that any siding issues that may have previously arisen since the construction of the building in 2008 were addressed during normal maintenance. This is consistent with the otherwise good condition of the property and its apparent high occupancy. It was also reported by a Camden Lake ownership representative that the property has to be maintained to the U.S. Department of Housing and Urban Development's (HUD) exacting standards as part of its loan program under Section 221(d)(4) of the National Housing Act. HUD inspects participating multifamily housing properties every 1 to 3 years based on federal inspections standards set by HUD's Real Estate Assessment Center (REAC). Camden Lake also had a third-party inspection by EBI Consulting in September 2020 to ensure compliance with HUD's standards prior to the property's refinance in December 2020. EBI Consulting's assessment noted that the siding was in good condition and shouldn't have to be replaced in over 20 years.

I was asked to render a professional expert opinion relative to hurricane Ida damage to the existing fiber cement lap siding systems on the exterior face of the exterior walls of the office/clubhouse building and the ten residential buildings. Accordingly, this report focuses on the lap siding systems on all eleven buildings. The construction of the subject buildings was in approximately 2008, making them approximately 14 years old at the time of Hurricane Ida.

All professional opinions contained herein are based on and limited to the documentation reviewed, my site visits and my professional experience, education, and training.

This report deals exclusively with architectural and construction related issues and specifically does not express any legal opinions, insurance policy interpretations or any biological; health; or medical opinions.

## Fiber Cement Lap Siding System

The exterior wall system which is the subject of this report consists of:
- Wood stud wall framing system.
- Sheathing.
- Weather resistant barrier.
- Cemplank 9-1/4-inch x 5/16" cedar wood grain textured fiber cement lap siding planks and associated trim.

---



Hurricane Ida struck on 29 August 2021 and moved at a slow pace. As the storm moved inland, eastern parts of Baton Rouge Parish, where the subject property is located, were subjected to hurricane force winds. The wind acting on the lap siding caused fastener pull out, cracks and displacement of the lap siding planks. The siding systems that, pre-Ida, functioned well, were overwhelmed and damaged by the forces of Ida. Pre-Ida, the exterior walls were serviceable, maintained when maintenance was required and performing satisfactorily as reported by the Owner's representative. The distinct pattern of displaced siding planks clearly shows that the damage was caused by a directional horizontal force such as wind, and not from cyclical long-term thermal / moisture related expansion and contraction. The displaced portions of the planks are not a random pattern as is expected from expansion and contraction. Instead, the pattern exhibits displaced plank ends projecting in the same direction.



The above picture is a representative sample of the damage pattern from directional force (all displacement in same direction). There are some sections that exhibit damage in multiple directions; however, those are representative of failure in a primary direction and then subsequent failure as the storm winds shift and act on an already compromised area.

The Cemplank siding material presently on the Camden Lake Apartment buildings was confirmed by the manufacturer to no longer be available, making patches / repairs impossible. Accordingly, full replacement with new fiber cement lap siding planks is required. The process of replacing the lap siding system will damage the existing weather resistant barrier system, requiring an entirely new weather resistant barrier system.

It is my professional opinion that the entire existing lap siding system, all associated trim and the entire weather barrier system be completely removed from all 10 residential buildings as well as the office/clubhouse building and fully replaced with a new pre-primed fiber cement lap siding plank system, all new associated trim (pre-primed), and an all-new weather resistant barrier system with associated flashing transitions around all window openings. The required replacement work shall include sealants, flashings, and painting of the siding and trim.

**Stipulation**

This is my initial report based on information available as of the date of this report. This report may be supplemented at a later date if additional information or crucial facts are discovered that would warrant a supplemental report.



Scairono Martinez Architects reserves the right to supplement, amend, expand, develop, revise, change, alter, add to, subtract from, or modify the contents of this report in the event that additional pertinent information becomes known that would warrant such edits. This is an ongoing effort and further investigation is expected. As of the date of this report it is not possible to know what new pertinent information, if any, may become known in the future, nor can we ascertain what edits and/or actions may become necessary due to the new information. If needed, Scairono Martinez Architects will provide supplements, amendments and/or modification to the conclusions and opinions expressed in this report.

**Stipulations and Conditions relative to this Report**

This report is expressly subject to the following conditions and stipulations:

1. This report is confidential and privileged. This report was prepared for the sole and exclusive use of Camden Lake, LLC and The Berger Company, LLC. Any other use is expressly prohibited. SMA assumes no liability or responsibility to third parties in connection with this report. Only SMA shall interpret the information in this report, and SMA shall not be liable or responsible in any way for misinterpretations by others.

2. This report is not intended to be and shall not be used as a guarantee or warranty, expressed or implied, including any implied warranty of merchantability or fitness for use, regarding the present or future conditions of the subject property.

3. The research and report preparation services were provided consistent with the current ordinary Standard of Care and degree of skill ordinarily exercised by Architects currently practicing under similar circumstances in the New Orleans metropolitan area. SMA makes no warranty, either expressed or implied, as to SMA's findings, recommendations, or professional advice. SMA shall not be required to sign any document, no matter by who requested, that would result in SMA's having to certify, guarantee, or warrant the existence of conditions that SMA cannot fully ascertain. Payment of any amount due to SMA shall not in any way be contingent upon SMA signing any such document.

4. SMA has no responsibility for the discovery, presence, handling, removal, disposal, or exposure of any person to mold, mildew and hazardous materials of any kind. Mold, mildew and hazardous materials discovery/identification was not a part of SMA's services. Should there be any concerns about mold, mildew or any hazardous materials, certification should be requested from professionals specializing in that field. This report does not address mold, mildew, lead paint, asbestos, PCB, toxic chemicals or materials, flammable chemicals or materials, or other potentially harmful substances.

5. SMA has no present or contemplated future interest in the subject property, and neither the assignment to provide services nor the compensation for our services is contingent upon the report conclusions or opinions expressed. SMA has no personal interest in or bias with respect to the report results.

6. The fee for SMA's services is not in any way contingent upon the contents of or opinions expressed in this report, the outcome of the suit, nor contingent upon anything other than the delivery of this report.

If further information is needed or if you have any questions about this report, please call me at 504-896-2000 or contact me via email at barry@scaironomartinez.com.

Respectfully,

**Scairono Martinez Architects**
A Professional Architectural Corporation





Barry Scairono, Architect, Louisiana License No. 3206
Copy: SMA file 2166

---





*YOUR QUALITY ROOFING CONTRACTOR!*

www.colemanroof.com

Camden Lakes Apartments

June 14th, 2022

To Whom it May Concern,

Coleman Roofing and Construction performed a full inspection of the roofs of all buildings at Camden Lakes Apartments following hurricane Ida. All roof slopes at the complex have an abundance of wind damaged shingles throughout the field of the roof. The vast majority of all of the roof slopes are missing a significant amount of granules compromising the integrity of the shingles. Multiple shingle repairs were attempted but are not successful due to the brittleness of the surrounding shingles. All surrounding shingles become damaged when a repair to replace a single shingle is attempted. Coleman Roofing and Construction has determined that given the storm damage, the roofs are now beyond their useful life and are in need of a full replacement in order to prevent any further damage to the complex.

Sincerely,

David Lamonte

*David Lamonte*

Project Manager

2718 Ruby St                    Gonzales, LA 70737                    Phone: (2...

EXHIBIT
G



# Roof Investigation Report

June 27, 2022

**Roof Inspection for**
Camden Lake Apartments
2525 O'Neal Lane
Baton Rouge, LA 70816

SMA Project No. 2166

Parties Present:

| Ron Martinez | Scairono Martinez Architects |
| Megan Mouton | Scairono Martinez Architects |

This report was prepared at the request of the owner, Camden Lake, LLC.

To prepare this report, we investigated the roofs, gutters, and downspouts on November 15,, 2021 to document existing conditions on each building at the Camden Lake Apartments, 2525 O'Neal Lane, Baton Rouge, LA. A lift was provided by Milton J. Womack, Inc. so we could walk on each of the roofs.

The Camden Lake Apartments, constructed in 2008, is comprised of 11 buildings, including 10 three-story apartment buildings and a one-story office/clubhouse building. The roofs are 14 years old and original to the property. It was reported to us by the building management team that the roofs were in good, serviceable condition prior to Hurricane Ida. This is consistent with the age of the shingles and is supported by a third party inspection by EBI Consulting from September 2020 that found all aspects of the roofing system to be in good condition with plenty of remaining life. The roof system on every building now shows signs that it was subjected to the damaging winds and pressures of Hurricane Ida.

The existing gutters and downspouts are prefinished metal and the existing roofs are 30-year architectural shingles over felt on a plywood deck. Many of the gutters were damaged, and torn from the building by hurricane force winds, and all of the roofs on all of the buildings were damaged in Hurricane Ida to the extent that they require replacement.

Typical roof damage noted during our investigation included loose, easily lifted shingles, loss of adhesion, cracked shingles, severe loss of granules, damaged vent boots and attic vents, and damage consistent with debris hitting the roof. Gutters throughout the apartment complex are bent and displaced.

In our professional opinion, the roof system on each of the buildings has failed due to high winds sustained during Hurricane Ida. It is apparent that wind pressure lifted the asphalt shingles and blew off much of the granules. While the shingles will lay flat following a failure of the adhesive, they are now susceptible to being lifted or even blown off during a minor storm. The loss of granules will greatly shorten the life of the asphalt shingles and exacerbate the already brittle condition of the shingles

Any effort to replace individual shingles will result in additional broken shingles. It is our recommendation to remove the entire roof system, including the felt underlayment to expose the existing wood deck and provide a new asphalt shingle roof system. Replacement of the roof will cause damage to the gutters that are still in place and new gutters will no longer match any existing gutters that are left in place. All gutters should be replaced with prefinished sheet metal gutters that match the color and profile of the existing gutters.

## Summary

Our findings indicate that the winds and pressures of Hurricane Ida caused a failure of the asphalt shingle roof system that necessitates the replacement of the roof on every building. Roof damage is distributed over every roof on the property, and the subject property is vulnerable to large loss or catastrophic damage in a future storm if the existing roof system is not replaced.

Respectfully,
**Scairono Martinez Architects**
A Professional Architectural Corporation

Ron Martinez, AIA, Architect
Louisiana License No. 4013
Registered Roof Consultant



scairono
Martinez
Architects
(504) 896-2000
scaironomartinez.com



EXHIBIT
H

Roof Inspection for
Camden Lake Apartments
2525 O'Neal Lane
Baton Rouge, LA 70816

SMA Project No. 2166



Office/ Clubhouse Building
Missing and Damaged Ridge Tiles



Office/ Clubhouse Building
Missing and Damaged Ridge Tiles



Office/ Clubhouse Building
Excessive Granule Loss



Office/ Clubhouse Building
Loss of Adhesion – Cracked and Brittle Shingles



Building 1
Missing and Damaged Ridge Tiles



Building 1
Loss of Adhesion – Easily lifted Shingles

Roof Inspection for
Camden Lake Apartments
2525 O'Neal Lane
Baton Rouge, LA 70816

SMA Project No. 2166



Building 1
Shingles Damaged by Debris



Building 1
Gutter Damaged – Separated from Building



Building 2
Gutter Damaged – Separated from Building



Building 2
Gutter Damaged – Separated from Building



Building 2
Loss of Adhesion – Easily lifted Shingles



Building 2
Excessive Granule Loss

Photos Page 2 of 9

Roof Inspection for
Camden Lake Apartments
2525 O'Neal Lane
Baton Rouge, LA 70816

SMA Project No. 2166



Building 3
Gutter Damaged – Separated from Building



Building 3
Gutter Damaged – On Ground



Building 3
Loss of Adhesion – Easily lifted Shingles



Building 3
Excessive Granule Loss



Building 4
Gutter Damaged – Separated from Building



Building 4
Damage From Debris

Photos Page 3 of 9

Roof Inspection for
Camden Lake Apartments
2525 O'Neal Lane
Baton Rouge, LA 70816

SMA Project No. 2166



Building 4
Loss of Adhesion – Easily lifted Shingles



Building 4
Excessive Granule Loss



Building 5
Loss of Adhesion – Easily lifted Shingles



Building 5
Loss of Adhesion – Easily lifted Shingles



Building 5
Damage From Debris



Building 5
Excessive Granule Loss

Roof Inspection for
Camden Lake Apartments
2525 O'Neal Lane
Baton Rouge, LA 70816

SMA Project No. 2166



Building 6
Gutter Damaged – Separated from Building



Building 6
Gutter Damaged – Separated from Building



Building 6
Loss of Adhesion – Easily lifted Shingles



Building 6
Loss of Adhesion – Easily lifted Shingles



Building 6
Excessive Granule Loss



Building 6
Damage From Debris

Roof Inspection for
Camden Lake Apartments
2525 O'Neal Lane
Baton Rouge, LA 70816

SMA Project No. 2166



Building 7
Gutter Damaged – Separated from Building



Building 7
Loss of Adhesion – Easily lifted Shingles



Building 7
Excessive Granule Loss



Building 7
Damage From Debris



Building 8
Gutter Damaged – Separated from Building



Building 8
Gutter Damaged – Separated from Building

Roof Inspection for
Camden Lake Apartments
2525 O'Neal Lane
Baton Rouge, LA 70816

SMA Project No. 2166



Building 8
Loss of Adhesion – Easily lifted Shingles



Building 8
Excessive Granule Loss



Building 9
Loss of Adhesion – Easily lifted Shingles



Building 9
Excessive Granule Loss



Building 9
Damaged, Lifted Shingles



Building 9
Damage From Debris

Roof Inspection for
Camden Lake Apartments
2525 O'Neal Lane
Baton Rouge, LA 70816

SMA Project No. 2166



Building 10
Gutter Damaged – Separated from Building



Building 10
Gutter Damaged – Separated from Building



Building 10
Loss of Adhesion – Easily lifted Shingles



Building 10
Excessive Granule Loss



Site Plan

Roof Inspection for
Camden Lake Apartments
2525 O'Neal Lane
Baton Rouge, LA 70816

SMA Project No. 2166

## Curtis, Martha

| | |
|---|---|
| **From:** | Curtis, Martha |
| **Sent:** | Monday, March 13, 2023 1:12 PM |
| **To:** | 'Lori D. Barker' |
| **Cc:** | Madeleine Fosberg; Sher, Leopold; Linda Pellecer |
| **Subject:** | RE: [EXTERNAL] RE: Ida/Camden - Additional Documents |
| **Attachments:** | Attachments.html |

---

**Citrix Attachments**                                  Expires September 9, 2023

CAMDEN-P L-00001-00039 (01531232x9DD57).pdf              1.4 MB

CAMDEN-RENT ROLL REPORTS-00001-0052...57).pdf            80.7 MB

[ Download Attachments ]

Martha Curtis uses Citrix Files to share documents securely.

Please see attached additional Rent Roll Reports.

We also realized that some Profit & Loss (P&L) documents were inadvertently Bates-stamped as Rent Roll.

We have reattached them here with the correct P&L prefix.



**MARTHA Y. CURTIS | MEMBER | SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street | Suite 2800 | New Orleans, LA 70112 | mcurtis@shergarner.com | O: 504-299-2111 | C: 504-782-4659 | F: 504-299-2311

The information contained in this electronic message may be attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at 504-299-2100 and return the original message to us at Sher Garner Cahill Richter Klein & Hilbert, L.L.C., Twenty-Eighth Floor, 909 Poydras Street, New Orleans, Louisiana 70112 via the United States Postal Service.

In accordance with 31 C.F.R. Section 10.35(b)(4), this message has not been prepared, and may not be relied upon by any person, for protection against any federal tax penalty.

---

**From:** Lori D. Barker <LBarker@wshblaw.com>
**Sent:** Monday, March 13, 2023 9:01 AM
**To:** Curtis, Martha <MCurtis@SHERGARNER.com>
**Cc:** Madeleine Fosberg <MFosberg@wshblaw.com>; Sher, Leopold <LSher@shergarner.com>; Linda Pellecer <LPellecer@wshblaw.com>
**Subject:** Re: [EXTERNAL] RE: Ida/Camden - BI Calculation, Estimated Budget, Latter & Blum Managem

EXHIBIT I

External (lbarker@wshblaw.com)

<u>Report This Email</u>  <u>FAQ</u>  <u>Restech</u>

Thanks Martha,
We'll get these docs and the others forwarded over for review.
Sent from my iPhone

**Lori D. Barker**
Partner
**WOOD SMITH HENNING & BERMAN LLP**

A 1100 Poydras Street, Suite 2900, New Orleans, LA 70163
D 504.386.9850 M 504.920.0035
E <u>lbarker@wshblaw.com</u> W <u>www.wshblaw.com</u>

<u>Personal Bio</u> · <u>Facebook</u> · <u>LinkedIn</u> · <u>Twitter</u>

On Mar 13, 2023, at 8:00 AM, Curtis, Martha <<u>MCurtis@shergarner.com</u>> wrote:


See attached BI calculation with estimated budget and Management
Agreement as requests.


<image002.jpg>
**MARTHA Y. CURTIS | MEMBER | SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street | Suite 2800 | New Orleans, LA 70112 | <u>mcurtis@shergarner.com</u> | O: 504-299-2111 | C: 504-782-4659 | F: 504-299-2311

The information contained in this electronic message may be attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at 504-299-2100 and return the original message to us at Sher Garner Cahill Richter Klein & Hilbert, L.L.C., Twenty-Eighth Floor, 909 Poydras Street, New Orleans, Louisiana 70112 via the United States Postal Service.

In accordance with 31 C.F.R. Section 10.35(b)(4), this message has not been prepared, and may not be relied upon by any person, for protection against any federal tax penalty.

**From:** Curtis, Martha
**Sent:** Monday, March 13, 2023 7:57 AM
**To:** 'Madeleine Fosberg' <<u>MFosberg@wshblaw.com</u>>; 'Lori D. Barker' <<u>LBarker@wshblaw.com</u>>
**Cc:** Sher, Leopold <<u>LSher@shergarner.com</u>>; 'Linda Pellecer' <<u>LPellecer@wshblaw.com</u>>
**Subject:** RE: Ida/Camden - Payroll

See attached Payroll as requested.

**MARTHA Y. CURTIS | MEMBER | SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street | Suite 2800 | New Orleans, LA 70112 | mcurtis@shergarner.com | O: 504-299-2111 | C: 504-782-4659 | F: 504-299-2311

The information contained in this electronic message may be attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at 504-299-2100 and return the original message to us at Sher Garner Cahill Richter Klein & Hilbert, L.L.C., Twenty-Eighth Floor, 909 Poydras Street, New Orleans, Louisiana 70112 via the United States Postal Service.

In accordance with 31 C.F.R. Section 10.35(b)(4), this message has not been prepared, and may not be relied upon by any person, for protection against any federal tax penalty.

---

**From:** Curtis, Martha
**Sent:** Monday, March 13, 2023 7:55 AM
**To:** 'Madeleine Fosberg' <MFosberg@wshblaw.com>; Lori D. Barker <LBarker@wshblaw.com>
**Cc:** Sher, Leopold <LSher@shergarner.com>; Linda Pellecer <LPellecer@wshblaw.com>
**Subject:** RE: Ida/Camden - Rent Rolls and Tenant Ledgers

## Dear Lori and Madeleine:

See attached rent rolls and tenant ledgers as you requested.

## Martha

<image002.jpg>

**MARTHA Y. CURTIS | MEMBER | SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street | Suite 2800 | New Orleans, LA 70112 | mcurtis@shergarner.com | O: 504-299-2111 | C: 504-782-4659 | F: 504-299-2311

The information contained in this electronic message may be attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at 504-299-2100 and return the original message to us at Sher Garner Cahill Richter Klein & Hilbert, L.L.C., Twenty-Eighth Floor, 909 Poydras Street, New Orleans, Louisiana 70112 via the United States Postal Service.

In accordance with 31 C.F.R. Section 10.35(b)(4), this message has not been prepared, and may not be relied upon by any person, for protection against any federal tax penalty.

---

**From:** Madeleine Fosberg <MFosberg@wshblaw.com>
**Sent:** Wednesday, March 8, 2023 9:05 AM
**To:** Curtis, Martha <MCurtis@SHERGARNER.com>; Lori D. Barker <LBarker@wshblaw.com>
**Cc:** Sher, Leopold <LSher@shergarner.com>; Linda Pellecer <LPellecer@wshblaw.com>
**Subject:** RE: Ida/Camden - Insurers' Position

Hi Martha,

EAST BATON ROUGE PARISH
Filed Aug 09, 2023 8:35 AM
Deputy Clerk of Court
E-File Received Aug 08, 2023 5:20 PM

C-735652
30

**Curtis, Martha**

| | |
|---|---|
| **From:** | Curtis, Martha |
| **Sent:** | Friday, July 7, 2023 11:19 AM |
| **To:** | 'Andree C. Lair'; 'Lori D. Barker' |
| **Cc:** | Sher, Leopold; 'Linda Pellecer'; 'Harold Adkins'; 'Rachel Delorimier' |
| **Subject:** | RE: Ida/Camden -  One Additional Monthly P&L |
| **Attachments:** | CAMDEN-P L-00079-00081 (01566750x9DD57).pdf |

Dear Andree and Lori:

   Please see attached one additional Confidential & Privileged additional monthly P&L (Bates-stamped CAMDEN/P&L/00079-00081) as requested.

Martha

 **MARTHA Y. CURTIS | MEMBER | SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street | Suite 2800 | New Orleans, LA 70112 | mcurtis@shergarner.com | O: 504-299-2111 | C: 504-782-4659 | F: 504-299-2311

The information contained in this electronic message may be attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at 504-299-2100 and return the original message to us at Sher Garner Cahill Richter Klein & Hilbert, L.L.C., Twenty-Eighth Floor, 909 Poydras Street, New Orleans, Louisiana 70112 via the United States Postal Service.

In accordance with 31 C.F.R. Section 10.35(b)(4), this message has not been prepared, and may not be relied upon by any person, for protection against any federal tax penalty.

---

**From:** Curtis, Martha
**Sent:** Friday, July 7, 2023 10:55 AM
**To:** 'Andree C. Lair' <ALair@wshblaw.com>; Lori D. Barker <LBarker@wshblaw.com>
**Cc:** Sher, Leopold <LSher@shergarner.com>; Linda Pellecer <LPellecer@wshblaw.com>; 'Harold Adkins' <hadkins@hamsil.com>; Rachel Delorimier <RDelorimier@wshblaw.com>
**Subject:** Ida/Camden - Additional Monthly P&L's

Dear Andree and Lori:

   Please see Confidential & Privileged additional monthly P&L's (Bates-stamped CAMDEN/P&L/00040-00078) as requested.

Martha

 **MARTHA Y. CURTIS | MEMBER | SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street | Suite 2800 | New Orleans, LA 70112 | mcurtis@shergarner.com | O: 504-299-2111 | C: 504-782-4659 | F: 504-299-2311

The information contained in this electronic message may be attorney privileged and confidential information intended only for the use of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of t


EXHIBIT

## Curtis, Martha

| | |
|---|---|
| **From:** | Lori D. Barker <LBarker@wshblaw.com> |
| **Sent:** | Monday, August 7, 2023 5:39 PM |
| **To:** | Curtis, Martha |
| **Cc:** | Andree C. Lair; Linda Pellecer |
| **Subject:** | ████████████████████████████████ 0/Camden Lake |

 External (lbarker@wshblaw.com)

Report This Email  FAQ  Restech

I'll ask on Camden, we've been working with the BI group and will forward the reports once published.

**Lori D. Barker**
Partner
**WOOD SMITH HENNING & BERMAN LLP**

A 1100 Poydras Street, Suite 2900, New Orleans, LA 70163
D 504.386.9850 M 504.920.0035
E lbarker@wshblaw.com W www.wshblaw.com

Personal Bio • Facebook • LinkedIn • Twitter

---

**From:** Curtis, Martha <MCurtis@SHERGARNER.com>
**Sent:** Monday, August 7, 2023 5:27 PM
**To:** Lori D. Barker <LBarker@wshblaw.com>
**Cc:** Andree C. Lair <ALair@wshblaw.com>; Linda Pellecer <LPellecer@wshblaw.com>
**Subject:** ████████████████████████amden Lake

Lori:

Martha

P.S. ████████████████████████████████████████

Also, could you please provide me with your forensic accounting report for Camden Lake which we previously have asked for?

EXHIBIT
K



GENERAL CONTRACTOR

To:     Michael Pousson

From:   Vic Todd

Date:   05.19.23

RE:     Camden Lake Price Escalation

_____

In regards to our conversation about price escalation over the last year, we have observed the following:

- Material cost is up approximately 8% to 10%
- Labor cost up approximately 4% to 6%

Please call or email if you have any questions.


Thank you,


Vic Todd
Milton J. Womack, Inc.


CONSTRUCT WITH CONFIDENCE

8400 Jefferson Hwy. | Baton Rouge, LA 70809 | P 225.924.8050 | F 225.924.8085 | mjwomack.com





**Velocity Risk Underwriters, LLC**

## Underwriting Survey Report

| Insured Information | |
|---|---|
| Name | Camden Lake, LLC |
| DBA Name | |
| Address 1 | 100 Conti Street |
| Address 2 | |
| City, State, ZIP | New Orleans, LA 70130 |
| Phone / Fax | (504) 581-4082 |
| Cell Phone | |
| Email | criels@thebergerco.com |

| Survey Results | |
|---|---|
| Survey Status | Complete |
| No. of Recs. | 0 |

| Policy Information | |
|---|---|
| Program Name | Property (1-5 Buildings) (Velocity) |
| PA | Velocity Risk Underwriters, LLC |
| Underwriter | Patrick Carey |
| Agency | AmWINS Brokerage of Georgia, LLC |
| Effective Date | 04/30/2018 |
| Total Premium | $1.00 |
| Coverages | PR |
| Policy Number | 2018-9000879-01 |

| Survey Information | | |
|---|---|---|
| Survey Type | Physical | |
| IAE Work Request | 720824 | |
| IAE Assignment | 1180213 | |
| Request Date | 05/14/2018 | Life Cycle Days |
| Survey Date | 05/23/2018 | 16 |
| Closed Date | 05/29/2018 | |
| Vendor | YORK Risk Control Services | |
| Consultant | George Harris | |

| Underwriting Exceptions |
|---|

**Underwriting Exceptions For Camden Lake, LLC, 2525 O'Neal Lane, Baton Rouge, LA 70816**

**Building: Building 4, 2525 O'Neal Lane, Baton Rouge, LA 70816**

VALIDATION DATA DISCREPANCY: Building Square Footage

**Building: Building 5, 2525 O'Neal Lane, Baton Rouge, LA 70816**

VALIDATION DATA DISCREPANCY: Building Square Footage

| Underwriter's Description |
|---|
| None |

| Assignment Locations / Buildings | | |
|---|---|---|
| Location Id: 824931 | Camden Lake, LLC | 2525 O'Neal Lane, Baton Rouge, LA 70816 |
| | Building 1 | 2525 O'Neal Lane, Baton Rouge, LA 70816 |
| | Building 2 | 2525 O'Neal Lane, Baton Rouge, LA 70816 |
| | Building 3 | 2525 O'Neal Lane, Baton Rouge, LA 70816 |
| | Building 4 | 2525 O'Neal Lane, Baton Rouge, LA 70816 |
| | Building 5 | 2525 O'Neal Lane, Baton Rouge, LA 70816 |

| Survey Results |
|---|

| Special Instructions/Rating Basis |
|---|

| General Information | Response | | | |
|---|---|---|---|---|
| Special Instructions: | No | | | |
| Rating Basis | sf 28144 total of 40 units in building, payroll unknown and cost of subs average is 30000 | | | |

**EXHIBIT M**

**Insured:** Camden Lake, LLC

**Policy #:** 2018-9000879-01

## Common Risk Information

| General Information | Response | UW Excep. | Ess. Recs. | RI Rec |
|---|---|---|---|---|
| Contact/Title: | Daniel Graves/Manager | | | |
| Contact E-mail Address: | dgraves@latterblumpm.com | | | |
| Type of Business: | Management company | | | |
| Years at this Location: | 10 | | | |
| Neighborhood Type: | Mixed Commercial Residential | | | |
| Distance to Tidal Water (VRU): | 000 - From 0 feet to 500 feet | | | |
| Distance to Tidal Water: | 006 - From 1 miles to 2 miles | | | |
| Validation Data Discrepancy: | No | | | |
| Prior Losses: | No | | | |

| Tenant / Owner-Occupied / Lessors Risk | Response | UW Excep. | Ess. Recs. | RI Rec |
|---|---|---|---|---|
| Location Being Surveyed: | Tenant | | | |
| Number of Employees: | 5 | | | |
| Hours of Operation: | 8:00 am-5:00 pm | | | |
| Seasonal Operations: | No | | | |
| Description of Operations: | The risk Camden Lake, LLC is in Baton Rouge, La. There is a total of 10 buildings on the property. The apartments were built in 2008. In addition, there is one pool located on the property with a locked entrance. Also, they have a fitness room. There is no life guard but pool rules are posted. The building construction is wood Frame. The rent ranges from 925.00  1175.00 depending on location and number of bedrooms. In addition, the buildings have 24hour surveillance and a full sprinkler system that covers every building. Buquet & Leblanc is the management company that manages the apartments. They have a total of 5 employees that work from 8:00 am- 5:00 pm. | | | |

## Property

| General Information | Response | UW Excep. | Ess. Recs. | RI Rec |
|---|---|---|---|---|
| Exposure(s) on North: | apartments 3 stories 50ft wood frame | | | |
| Exposure(s) on South: | apartments 3 stories 50ft wood frame | | | |
| Exposure(s) on East: | apartments 3 stories 50ft wood frame | | | |
| Exposure(s) on West: | apartments 3 stories 50ft wood frame | | | |

| Fire Protection | Response | UW Excep. | Ess. Recs. | RI Rec |
|---|---|---|---|---|
| Insured within City Limits: | Yes | | | |
| Fire Department: | Paid | | | |
| Fire Department Name: | Baton Rouge Parish | | | |
| Distance to Fire Dept: | > 5 miles | | | |
| Number of Hydrants Less Than 500 Feet: | 5 | | | |
| Number of Hydrants Less Than 1000 Feet: | 0 | | | |
| Adequate Number and Type of Fire Extinguishers: | Yes | | | |
| Properly Tagged and Serviced: | Yes | | | |
| Last Service Date: | 12/11/17 | | | |
| Are smoke detectors present and functional? | Yes | | | |

| Premise - Exterior | Response | UW Excep. | Ess. Recs. | RI Rec |
|---|---|---|---|---|
| Marquis & Entrance: | Satisfactory | | | |
| Temporary/Portable Structures: | N/A | | | |
| Out Buildings/Storage Sheds: | N/A | | | |
| Exterior Housekeeping: | Satisfactory | | | |

**Insured:** Camden Lake, LLC                                                              **Policy #:** 2018-9000879-01

| Trash or Dumpster Area: | Satisfactory | | | |
|---|---|---|---|---|

| Closeout |
|---|

| | | Ess. Recs. | RI Recs. |
|---|---|---|---|
| Additional Comments: | n/a | | |

| LOCATION - Camden Lake, LLC |
|---|

| Building - Building 1 |
|---|

| Building Information | Results | HW Excep. | Ess. Recs. | RI Recs. |
|---|---|---|---|---|
| Building Description: | wood framed, gable roof 3 stories | | | |
| Building Square Footage (VRU): | 28,144 | | | |
| Building Square Footage: | 28,125 | | | |
| Validation Data Discrepancy: | No | | | |
| Number of Stories (VRU): | 3 | | | |
| Number of Stories: | 3 | | | |
| Validation Data Discrepancy: | No | | | |
| Multiple Stories: | Yes | | | |
| Upper Floor Construction: | Wood | | | |
| Year Built (VRU): | 2008 | | | |
| Year Built: | 2008 | | | |
| Validation Data Discrepancy: | No | | | |
| Building Over 25 Years Old: | No | | | |
| Construction Type (VRU): | 101 - Wood Frame | | | |
| Construction Class: | 101 - Wood Frame | | | |
| Validation Data Discrepancy: | No | | | |
| Foundation (VRU): | 011 - Engineering Foundation | | | |
| Foundation: | 011 - Engineering Foundation | | | |
| Validation Data Discrepancy: | No | | | |
| Foundation Material: | Concrete | | | |
| Base Floor: | Concrete | | | |
| Exterior Bearing Wall Construction Type: | Wooden Stud | | | |
| Exterior Cladding Wall Finish Construction Type (VRU): | 000 - Unknown/Default | | | |
| Exterior Cladding Wall Finish Construction Type: | 000 - Unknown/Default | | | |
| Validation Data Discrepancy: | No | | | |
| Roof Type (VRU): | 008 - Gable End with Bracing | | | |
| Roof Type: | 008 - Gable End with Bracing | | | |
| Validation Data Discrepancy: | No | | | |
| Roof Age: | 10 | | | |
| Roof Covering (VRU): | 011 - Hurricane Wind-Rated Roof Coverings | | | |
| Roof Covering: | 011 - Hurricane Wind-Rated Roof Coverings | | | |
| Validation Data Discrepancy: | No | | | |
| Roof Decking Material (VRU): | 000 - Unknown/Default | | | |
| Roof Decking Material: | 000 - Unknown/Default | | | |
| Validation Data Discrepancy: | No | | | |
| Roof Support: | Wood Joists/Trusses | | | |
| Verification of Roof Support (Framing Type) by: | Visual Observation | | | |
| Fire Separation? | No | | | |
| % Vacant: | 0 - 25% | | | |

**Insured:** Camden Lake, LLC                                                        **Policy #:** 2018-9000879-01

| | Response | UW Excep. | Ess. Recs. | RI Recs. |
|---|---|---|---|---|
| Heating/Cooling Type: | Central AC | | | |
| Fuel: | Electric | | | |
| Electrical Type: | Romex | | | |
| Wiring Type: | Could not determine | | | |
| Electrical Protection: | Circuit Breaker | | | |
| Electrical Condition: | Satisfactory | | | |
| Missing Covers on Electrical Equipment: | No | | | |
| Temporary Wiring in Electrical Room: | No | | | |
| Combustible Material in Electrical Room: | No | | | |
| Sprinkler System: | Yes | | | |
| Sprinkler System Coverage: | Full | | | |
| Sprinkler System Type: | Wet | | | |
| Current Annual Service Tag: | Yes | | | |
| Fire Alarm System: | Yes | | | |
| Type: | Smoke/Heat Detection | | | |
| Alarm Type: | Central Station | | | |
| System Type: | Single Station | | | |

| Security | Response | UW Excep. | Ess. Recs. | RI Recs. |
|---|---|---|---|---|
| Burglar Alarm: | Yes | | | |
| Type of Burglar Alarm: | Local | | | |
| Building Protection: | Full | | | |
| Type of Device: | Motion Detectors | | | |
| Adequate Outdoor Lighting: | Yes | | | |
| Windows Barred: | No | | | |

## Building - Building 2

| Building Information | Response | UW Excep. | Ess. Recs. | RI Recs. |
|---|---|---|---|---|
| Building Description: | wood framed, gable roof 3 stories | | | |
| Building Square Footage (VRU): | 28,144 | | | |
| Building Square Footage: | 28,125 | | | |
| Validation Data Discrepancy: | No | | | |
| Number of Stories (VRU): | 3 | | | |
| Number of Stories: | 3 | | | |
| Validation Data Discrepancy: | No | | | |
| Multiple Stories: | Yes | | | |
| Upper Floor Construction: | Wood | | | |
| Year Built (VRU): | 2008 | | | |
| Year Built: | 2008 | | | |
| Validation Data Discrepancy: | No | | | |
| Building Over 25 Years Old: | No | | | |
| Construction Type (VRU): | 101 - Wood Frame | | | |
| Construction Class: | 101 - Wood Frame | | | |
| Validation Data Discrepancy: | No | | | |
| Foundation (VRU): | 011 - Engineering Foundation | | | |
| Foundation: | 011 - Engineering Foundation | | | |
| Validation Data Discrepancy: | No | | | |
| Foundation Material: | Concrete | | | |
| Base Floor: | Concrete | | | |
| Exterior Bearing Wall Construction Type: | Wooden Stud | | | |

| | | | | |
|---|---|---|---|---|
| Exterior Cladding Wall Finish Construction Type (VRU): | 000 - Unknown/Default | | | |
| Exterior Cladding Wall Finish Construction Type: | 000 - Unknown/Default | | | |
| Validation Data Discrepancy: | No | | | |
| Roof Type (VRU): | 008 - Gable End with Bracing | | | |
| Roof Type: | 008 - Gable End with Bracing | | | |
| Validation Data Discrepancy: | No | | | |
| Roof Age: | 10 | | | |
| Roof Covering (VRU): | 011 - Hurricane Wind-Rated Roof Coverings | | | |
| Roof Covering: | 011 - Hurricane Wind-Rated Roof Coverings | | | |
| Validation Data Discrepancy: | No | | | |
| Roof Decking Material (VRU): | 000 - Unknown/Default | | | |
| Roof Decking Material: | 000 - Unknown/Default | | | |
| Validation Data Discrepancy: | No | | | |
| Roof Support: | Wood Joists/Trusses | | | |
| Verification of Roof Support (Framing Type) by: | Visual Observation | | | |
| Fire Separation? | No | | | |
| % Vacant: | 0 - 25% | | | |

| Common Hazards | Response | UW Excep. | Ess. Recs. | RI Recs. |
|---|---|---|---|---|
| Heating/Cooling Type: | Central AC | | | |
| Fuel: | Electric | | | |
| Electrical Type: | Romex | | | |
| Wiring Type: | Could not determine | | | |
| Electrical Protection: | Circuit Breaker | | | |
| Electrical Condition: | Satisfactory | | | |
| Missing Covers on Electrical Equipment: | No | | | |
| Temporary Wiring in Electrical Room: | No | | | |
| Combustible Material in Electrical Room: | No | | | |
| Sprinkler System: | Yes | | | |
| Sprinkler System Coverage: | Full | | | |
| Sprinkler System Type: | Wet | | | |
| Current Annual Service Tag: | Yes | | | |
| Fire Alarm System: | Yes | | | |
| Type: | Smoke/Heat Detection | | | |
| Alarm Type: | Central Station | | | |
| System Type: | Single Station | | | |

| Security | Response | UW Excep. | Ess. Recs. | RI Recs. |
|---|---|---|---|---|
| Burglar Alarm: | Yes | | | |
| Type of Burglar Alarm: | Local | | | |
| Building Protection: | Full | | | |
| Type of Device: | Motion Detectors | | | |
| Adequate Outdoor Lighting: | Yes | | | |
| Windows Barred: | No | | | |

## Building - Building 3

| Building Information | | UW Excep. | Ess. Recs. | RI Recs. |
|---|---|---|---|---|
| Building Description: | wood framed, gable roof 3 stories | | | |
| Building Square Footage (VRU): | 28,144 | | | |
| Building Square Footage: | 28,125 | | | |

**Insured:** Camden Lake, LLC                                      **Policy #:** 2018-9000879-01

| | | | | |
|---|---|---|---|---|
| Validation Data Discrepancy: | No | | | |
| Number of Stories (VRU): | 3 | | | |
| Number of Stories: | 3 | | | |
| Validation Data Discrepancy: | No | | | |
| Multiple Stories: | Yes | | | |
| Upper Floor Construction: | Wood | | | |
| Year Built (VRU): | 2008 | | | |
| Year Built: | 2008 | | | |
| Validation Data Discrepancy: | No | | | |
| Building Over 25 Years Old: | No | | | |
| Construction Type (VRU): | 101 - Wood Frame | | | |
| Construction Class: | 101 - Wood Frame | | | |
| Validation Data Discrepancy: | No | | | |
| Foundation (VRU): | 011 - Engineering Foundation | | | |
| Foundation: | 011 - Engineering Foundation | | | |
| Validation Data Discrepancy: | No | | | |
| Foundation Material: | Concrete | | | |
| Base Floor: | Concrete | | | |
| Exterior Bearing Wall Construction Type: | Wooden Stud | | | |
| Exterior Cladding Wall Finish Construction Type (VRU): | 000 - Unknown/Default | | | |
| Exterior Cladding Wall Finish Construction Type: | 000 - Unknown/Default | | | |
| Validation Data Discrepancy: | No | | | |
| Roof Type (VRU): | 008 - Gable End with Bracing | | | |
| Roof Type: | 008 - Gable End with Bracing | | | |
| Validation Data Discrepancy: | No | | | |
| Roof Age: | 10 | | | |
| Roof Covering (VRU): | 011 - Hurricane Wind-Rated Roof Coverings | | | |
| Roof Covering: | 011 - Hurricane Wind-Rated Roof Coverings | | | |
| Validation Data Discrepancy: | No | | | |
| Roof Decking Material (VRU): | 000 - Unknown/Default | | | |
| Roof Decking Material: | 000 - Unknown/Default | | | |
| Validation Data Discrepancy: | No | | | |
| Roof Support: | Wood Joists/Trusses | | | |
| Verification of Roof Support (Framing Type) by: | Visual Observation | | | |
| Fire Separation? | No | | | |
| % Vacant: | 0 - 25% | | | |

| Common Hazards | Response | UW Excep. | Ess. Recs. | RI Recs. |
|---|---|---|---|---|
| Heating/Cooling Type: | Central AC | | | |
| Fuel: | Electric | | | |
| Electrical Type: | Romex | | | |
| Wiring Type: | Could not determine | | | |
| Electrical Protection: | Circuit Breaker | | | |
| Electrical Condition: | Satisfactory | | | |
| Missing Covers on Electrical Equipment: | No | | | |
| Temporary Wiring in Electrical Room: | No | | | |
| Combustible Material in Electrical Room: | No | | | |
| Sprinkler System: | Yes | | | |
| Sprinkler System Coverage: | Full | | | |
| Sprinkler System Type: | Wet | | | |
| Current Annual Service Tag: | No Access | | | |
| Fire Alarm System: | Yes | | | |

Insured: Camden Lake, LLC                                    Policy #: 2018-9000879-01

| Type: | Smoke/Heat Detection | | | |
|---|---|---|---|---|
| Alarm Type: | Central Station | | | |
| System Type: | Single Station | | | |

| Security | Response | | UW Excep. | Ess. Recs. | RI Recs. |
|---|---|---|---|---|---|
| Burglar Alarm: | Yes | | | | |
| Type of Burglar Alarm: | Local | | | | |
| Building Protection: | Full | | | | |
| Type of Device: | Motion Detectors | | | | |
| Adequate Outdoor Lighting: | Yes | | | | |
| Windows Barred: | No | | | | |

## Building - Building 4

| Building Information | Response | UW Excep. | Ess. Recs. | RI Recs. |
|---|---|---|---|---|
| Building Description: | wood framed, gable roof 3 stories | | | |
| Building Square Footage (VRU): | 28,144 | | | |
| Building Square Footage: | 28,125 | | | |
| Validation Data Discrepancy: | Yes** | ✓ | | |
| Validation Data Discrepancy Explained: | very little difference in measurements | | | |
| Number of Stories (VRU): | 3 | | | |
| Number of Stories: | 3 | | | |
| Validation Data Discrepancy: | No | | | |
| Multiple Stories: | Yes | | | |
| Upper Floor Construction: | Wood | | | |
| Year Built (VRU): | 2008 | | | |
| Year Built: | 2008 | | | |
| Validation Data Discrepancy: | No | | | |
| Building Over 25 Years Old: | No | | | |
| Construction Type (VRU) | 101 - Wood Frame | | | |
| Construction Class: | 101 - Wood Frame | | | |
| Validation Data Discrepancy: | No | | | |
| Foundation (VRU): | 011 - Engineering Foundation | | | |
| Foundation: | 011 - Engineering Foundation | | | |
| Validation Data Discrepancy: | No | | | |
| Foundation Material: | Concrete | | | |
| Base Floor: | Concrete | | | |
| Exterior Bearing Wall Construction Type: | Wooden Stud | | | |
| Exterior Cladding Wall Finish Construction Type (VRU): | 000 - Unknown/Default | | | |
| Exterior Cladding Wall Finish Construction Type: | 000 - Unknown/Default | | | |
| Validation Data Discrepancy: | No | | | |
| Roof Type (VRU): | 008 - Gable End with Bracing | | | |
| Roof Type: | 008 - Gable End with Bracing | | | |
| Validation Data Discrepancy: | No | | | |
| Roof Age: | 10 | | | |
| Roof Covering (VRU): | 011 - Hurricane Wind-Rated Roof Coverings | | | |
| Roof Covering: | 011 - Hurricane Wind-Rated Roof Coverings | | | |
| Validation Data Discrepancy: | No | | | |
| Roof Decking Material (VRU): | 000 - Unknown/Default | | | |
| Roof Decking Material: | 000 - Unknown/Default | | | |
| Validation Data Discrepancy: | No | | | |
| Roof Support: | Wood Joists/Trusses | | | |

**Insured:** Camden Lake, LLC

**Policy #:** 2018-9000879-01

| Verification of Roof Support (Framing Type) by: | Visual Observation | | | |
|---|---|---|---|---|
| Fire Separation? | No | | | |
| % Vacant: | 0 - 25% | | | |

| Common Hazards | Response | UW Excep. | Ess. Recs. | RI Recs. |
|---|---|---|---|---|
| Heating/Cooling Type: | Central AC | | | |
| Fuel: | Electric | | | |
| Electrical Type: | Romex | | | |
| Wiring Type: | Could not determine | | | |
| Electrical Protection: | Circuit Breaker | | | |
| Electrical Condition: | Satisfactory | | | |
| Missing Covers on Electrical Equipment: | No | | | |
| Temporary Wiring in Electrical Room: | No | | | |
| Combustible Material in Electrical Room: | No | | | |
| Sprinkler System: | Yes | | | |
| Sprinkler System Coverage: | Full | | | |
| Sprinkler System Type: | Wet | | | |
| Current Annual Service Tag: | No Access | | | |
| Fire Alarm System: | Yes | | | |
| Type: | Smoke/Heat Detection | | | |
| Alarm Type: | Central Station | | | |
| System Type: | Single Station | | | |

| Security | Response | UW Excep. | Ess. Recs. | RI Recs. |
|---|---|---|---|---|
| Burglar Alarm: | Yes | | | |
| Type of Burglar Alarm: | Local | | | |
| Building Protection: | Full | | | |
| Type of Device: | Motion Detectors | | | |
| Adequate Outdoor Lighting: | Yes | | | |
| Windows Barred: | No | | | |

## Building - Building 5

| Building Information | Response | UW Excep. | Ess. Recs. | RI Recs. |
|---|---|---|---|---|
| Building Description: | wood framed, gable roof 3 stories | | | |
| Building Square Footage (VRU): | 22,048 | | | |
| Building Square Footage: | 22,500 | | | |
| Validation Data Discrepancy: | Yes** | ✓ | | |
| Validation Data Discrepancy Explained: | a little difference in my calculation | | | |
| Number of Stories (VRU): | 3 | | | |
| Number of Stories: | 3 | | | |
| Validation Data Discrepancy: | No | | | |
| Multiple Stories: | Yes | | | |
| Upper Floor Construction: | Wood | | | |
| Year Built (VRU): | 2008 | | | |
| Year Built: | 2008 | | | |
| Validation Data Discrepancy: | No | | | |
| Building Over 25 Years Old: | No | | | |
| Construction Type (VRU): | 101 - Wood Frame | | | |
| Construction Class: | 101 - Wood Frame | | | |
| Validation Data Discrepancy: | No | | | |
| Foundation (VRU): | 011 - Engineering Foundation | | | |

Insured: Camden Lake, LLC                                    Policy #: 2018-9000879-01

| Foundation: | 011 - Engineering Foundation | | | |
|---|---|---|---|---|
| Validation Data Discrepancy: | No | | | |
| Foundation Material: | Concrete | | | |
| Base Floor: | Concrete | | | |
| Exterior Bearing Wall Construction Type: | Wooden Stud | | | |
| Exterior Cladding Wall Finish Construction Type (VRU): | 000 - Unknown/Default | | | |
| Exterior Cladding Wall Finish Construction Type: | 000 - Unknown/Default | | | |
| Validation Data Discrepancy: | No | | | |
| Roof Type (VRU): | 008 - Gable End with Bracing | | | |
| Roof Type: | 000 - Unknown/Default | | | |
| | 008 - Gable End with Bracing | | | |
| Validation Data Discrepancy: | No | | | |
| Roof Age: | 10 | | | |
| Roof Covering (VRU): | 011 - Hurricane Wind-Rated Roof Coverings | | | |
| Roof Covering: | 011 - Hurricane Wind-Rated Roof Coverings | | | |
| Validation Data Discrepancy: | No | | | |
| Roof Decking Material (VRU): | 000 - Unknown/Default | | | |
| Roof Decking Material: | 000 - Unknown/Default | | | |
| Validation Data Discrepancy: | No | | | |
| Roof Support: | Wood Joists/Trusses | | | |
| Verification of Roof Support (Framing Type) by: | Visual Observation | | | |
| Fire Separation? | No | | | |
| % Vacant: | 0 - 25% | | | |

| Common Hazards | Response | UW Excep. | Ess. Recs. | RI Recs. |
|---|---|---|---|---|
| Heating/Cooling Type: | Central AC | | | |
| Fuel: | Electric | | | |
| Electrical Type: | Romex | | | |
| Wiring Type: | Could not determine | | | |
| Electrical Protection: | Circuit Breaker | | | |
| Electrical Condition: | Satisfactory | | | |
| Missing Covers on Electrical Equipment: | No | | | |
| Temporary Wiring in Electrical Room: | No | | | |
| Combustible Material in Electrical Room: | No | | | |
| Sprinkler System: | Yes | | | |
| Sprinkler System Coverage: | Full | | | |
| Sprinkler System Type: | Wet | | | |
| Current Annual Service Tag: | Yes | | | |
| Fire Alarm System: | Yes | | | |
| Type: | Smoke/Heat Detection | | | |
| Alarm Type: | Central Station | | | |
| System Type: | Single Station | | | |

| Security | Response | UW Excep. | Ess. Recs. | RI Recs. |
|---|---|---|---|---|
| Burglar Alarm: | Yes | | | |
| Type of Burglar Alarm: | Local | | | |
| Building Protection: | Full | | | |
| Type of Device: | Motion Detectors | | | |
| Adequate Outdoor Lighting: | Yes | | | |
| Windows Barred: | No | | | |

**Insured:** Camden Lake, LLC                           **Policy #:** 2018-9000879-01



Photos

Interior 4

Electrical panel

ab3

Interior 3

Interior 2

ab6

**Insured:** Camden Lake, LLC                    **Policy #:** 2018-9000879-01

## Photos (Continued)



Exterior 6

Fitness room

Exterior 5

Exterior stairs

Interior 1

Exterior 4

**Insured:** Camden Lake, LLC

**Policy #:** 2018-9000879-01



**Insured:** Camden Lake, LLC                                    **Policy #:** 2018-9000879-01

# Diagram

Assignment #:     1180213
Insured:          Camden Lake, LLC
Location:         . . . . . Building: Building 1
Policy #:         2018-9000879-01

Sketch



**Insured:** Camden Lake, LLC                                             **Policy #:** 2018-9000879-01

# Diagram

Assignment #:    1180213
Insured:         Camden Lake, LLC
Location:        . . . . . Building: Building 2
Policy #:        2018-9000879-01

**Sketch**



**Insured:** Camden Lake, LLC                                    **Policy #:** 2018-9000879-01

# Diagram

Assignment #:      1180213
Insured:           Camden Lake, LLC
Location:          . . . . . Building: Building 4
Policy #:          2018-9000879-01

**Sketch**



**Insured:** Camden Lake, LLC                                                    **Policy #:** 2018-9000879-01

# Diagram

|                     |                                  |
|---------------------|----------------------------------|
| Assignment #:       | 1180213                          |
| Insured:            | Camden Lake, LLC                 |
| Location:           | . . . . . Building: Building 3   |
| Policy #:           | 2018-9000879-01                  |

**Sketch**



22 ft

**Insured:** Camden Lake, LLC                                              **Policy #:** 2018-9000879-01

# Diagram

Assignment #:     1180213
Insured:          Camden Lake, LLC
Location:         . . . . . Building: Building 5
Policy #:         2018-9000879-01

**Sketch**





**Velocity Risk Underwriters, LLC**

## Underwriting Survey Report

| Insured Information | |
|---|---|
| Name | Camden Lake, LLC |
| DBA Name | |
| Address 1 | 100 Conti Street |
| Address 2 | |
| City, State, ZIP | New Orleans, LA 70130 |
| Phone / Fax | (504) 581-4082 |
| Cell Phone | |
| Email | criels@thebergerco.com |

| Survey Results | |
|---|---|
| Survey Status | Complete |
| No. of Recs. | 0 |

| Policy Information | |
|---|---|
| Program Name | Property (1-5 Buildings) (Velocity) |
| PA | Velocity Risk Underwriters, LLC |
| Underwriter | Patrick Carey |
| Agency | AmWINS Brokerage of Georgia, LLC |
| Effective Date | 04/30/2018 |
| Total Premium | $1.00 |
| Coverages | PR |
| Policy Number | 2018-9000879-01 |

| Survey Information | | | |
|---|---|---|---|
| Survey Type | Physical | | |
| iAE Work Request | 720824 | | |
| iAE Assignment | 1180213 | | |
| Request Date | 05/14/2018 | Life Cycle Days | |
| Survey Date | 05/23/2018 | | 16 |
| Closed Date | 05/29/2018 | | |
| Vendor | YORK Risk Control Services | | |
| Consultant | George Harris | | |

| Underwriting Exceptions |
|---|
| Underwriting Exceptions For Camden Lake, LLC, 2525 O'Neal Lane, Baton Rouge, LA 70816 |

**Building: Building 4, 2525 O'Neal Lane, Baton Rouge, LA 70816**

VALIDATION DATA DISCREPANCY: Building Square Footage

**Building: Building 5, 2525 O'Neal Lane, Baton Rouge, LA 70816**

VALIDATION DATA DISCREPANCY: Building Square Footage

| Underwriter's Description |
|---|
| None |

| Assignment Locations / Buildings | | |
|---|---|---|
| Location Id: 824931 | Camden Lake, LLC | 2525 O'Neal Lane, Baton Rouge, LA 70816 |
| | Building 1 | 2525 O'Neal Lane, Baton Rouge, LA 70816 |
| | Building 2 | 2525 O'Neal Lane, Baton Rouge, LA 70816 |
| | Building 3 | 2525 O'Neal Lane, Baton Rouge, LA 70816 |
| | Building 4 | 2525 O'Neal Lane, Baton Rouge, LA 70816 |
| | Building 5 | 2525 O'Neal Lane, Baton Rouge, LA 70816 |

| Survey Results |
|---|

| Special Instructions/Rating Basis |
|---|

| General Information | Response | Exce. | Recs | Res |
|---|---|---|---|---|
| Special Instructions: | No | | | |
| Rating Basis | sf 28144 total of 40 units in building, payroll unknown and cost of subs average is 30000 | | | |

**Insured:** Camden Lake, LLC                                    **Policy #:** 2018-9000879-01

## Common Risk Information

| General Information | Response | UW Excep. | Ess. Recs. | RI Rec |
|---|---|---|---|---|
| Contact/Title: | Daniel Graves/Manager | | | |
| Contact E-mail Address: | dgraves@latterblumpm.com | | | |
| Type of Business: | Management company | | | |
| Years at this Location: | 10 | | | |
| Neighborhood Type: | Mixed Commercial Residential | | | |
| Distance to Tidal Water (VRU): | 000 - From 0 feet to 500 feet | | | |
| Distance to Tidal Water: | 006 - From 1 miles to 2 miles | | | |
| Validation Data Discrepancy: | No | | | |
| Prior Losses: | No | | | |

| Tenant / Owner-Occupied / Lessors Risk | Response | UW Excep. | Ess. Recs. | RI Rec |
|---|---|---|---|---|
| Location Being Surveyed: | Tenant | | | |
| Number of Employees: | 5 | | | |
| Hours of Operation: | 8:00 am-5:00 pm | | | |
| Seasonal Operations: | No | | | |
| Description of Operations: | The risk Camden Lake, LLC is in Baton Rouge, La. There is a total of 10 buildings on the property. The apartments were built in 2008. In addition, there is one pool located on the property with a locked entrance. Also, they have a fitness room. There is no life guard but pool rules are posted. The building construction is wood Frame. The rent ranges from 925.00   1175.00 depending on location and number of bedrooms. In addition, the buildings have 24hour surveillance and a full sprinkler system that covers every building. Buquet & Leblanc is the management company that manages the apartments. They have a total of 5 employees that work from 8:00 am- 5:00 pm. | | | |

## Property

| General Information | Response | UW Excep. | Ess. Recs. | RI Rec |
|---|---|---|---|---|
| Exposure(s) on North: | apartments 3 stories 50ft wood frame | | | |
| Exposure(s) on South: | apartments 3 stories 50ft wood frame | | | |
| Exposure(s) on East: | apartments 3 stories 50ft wood frame | | | |
| Exposure(s) on West: | apartments 3 stories 50ft wood frame | | | |

| Fire Protection | Response | UW Excep. | Ess. Recs. | RI Rec |
|---|---|---|---|---|
| Insured within City Limits: | Yes | | | |
| Fire Department: | Paid | | | |
| Fire Department Name: | Baton Rouge Parish | | | |
| Distance to Fire Dept: | > 5 miles | | | |
| Number of Hydrants Less Than 500 Feet: | 5 | | | |
| Number of Hydrants Less Than 1000 Feet: | 0 | | | |
| Adequate Number and Type of Fire Extinguishers: | Yes | | | |
| Properly Tagged and Serviced: | Yes | | | |
| Last Service Date: | 12/11/17 | | | |
| Are smoke detectors present and functional? | Yes | | | |

| Premise - Exterior | Response | UW Excep. | Ess. Recs. | RI Rec |
|---|---|---|---|---|
| Marquis & Entrance: | Satisfactory | | | |
| Temporary/Portable Structures: | N/A | | | |
| Out Buildings/Storage Sheds: | N/A | | | |
| Exterior Housekeeping: | Satisfactory | | | |

**Insured:** Camden Lake, LLC

**Policy #:** 2018-9000879-01

| Trash or Dumpster Area: | Satisfactory | | | |
|---|---|---|---|---|

## Closeout

| General Information | Response | UW Excep. | Ess. Recs. | RI Rec. |
|---|---|---|---|---|
| Additional Comments: | n/a | | | |

## LOCATION - Camden Lake, LLC

## Building - Building 1

| Building Information | Response | UW Excep. | Ess. Recs. | RI Recs. |
|---|---|---|---|---|
| Building Description: | wood framed, gable roof 3 stories | | | |
| Building Square Footage (VRU): | 28,144 | | | |
| Building Square Footage: | 28,125 | | | |
| Validation Data Discrepancy: | No | | | |
| Number of Stories (VRU): | 3 | | | |
| Number of Stories: | 3 | | | |
| Validation Data Discrepancy: | No | | | |
| Multiple Stories: | Yes | | | |
| Upper Floor Construction: | Wood | | | |
| Year Built (VRU): | 2008 | | | |
| Year Built: | 2008 | | | |
| Validation Data Discrepancy: | No | | | |
| Building Over 25 Years Old: | No | | | |
| Construction Type (VRU) | 101 - Wood Frame | | | |
| Construction Class: | 101 - Wood Frame | | | |
| Validation Data Discrepancy: | No | | | |
| Foundation (VRU): | 011 - Engineering Foundation | | | |
| Foundation: | 011 - Engineering Foundation | | | |
| Validation Data Discrepancy: | No | | | |
| Foundation Material: | Concrete | | | |
| Base Floor: | Concrete | | | |
| Exterior Bearing Wall Construction Type: | Wooden Stud | | | |
| Exterior Cladding Wall Finish Construction Type (VRU): | 000 - Unknown/Default | | | |
| Exterior Cladding Wall Finish Construction Type: | 000 - Unknown/Default | | | |
| Validation Data Discrepancy: | No | | | |
| Roof Type (VRU): | 008 - Gable End with Bracing | | | |
| Roof Type: | 008 - Gable End with Bracing | | | |
| Validation Data Discrepancy: | No | | | |
| Roof Age: | 10 | | | |
| Roof Covering (VRU): | 011 - Hurricane Wind-Rated Roof Coverings | | | |
| Roof Covering: | 011 - Hurricane Wind-Rated Roof Coverings | | | |
| Validation Data Discrepancy: | No | | | |
| Roof Decking Material (VRU): | 000 - Unknown/Default | | | |
| Roof Decking Material: | 000 - Unknown/Default | | | |
| Validation Data Discrepancy: | No | | | |
| Roof Support: | Wood Joists/Trusses | | | |
| Verification of Roof Support (Framing Type) by: | Visual Observation | | | |
| Fire Separation? | No | | | |
| % Vacant: | 0 - 25% | | | |

**Insured:** Camden Lake, LLC

**Policy #:** 2018-9000879-01

| Common Hazards | Response | UW Excep. | Ess. Recs. | RI Recs. |
|---|---|---|---|---|
| Heating/Cooling Type: | Central AC | | | |
| Fuel: | Electric | | | |
| Electrical Type: | Romex | | | |
| Wiring Type: | Could not determine | | | |
| Electrical Protection: | Circuit Breaker | | | |
| Electrical Condition: | Satisfactory | | | |
| Missing Covers on Electrical Equipment: | No | | | |
| Temporary Wiring in Electrical Room: | No | | | |
| Combustible Material in Electrical Room: | No | | | |
| Sprinkler System: | Yes | | | |
| Sprinkler System Coverage: | Full | | | |
| Sprinkler System Type: | Wet | | | |
| Current Annual Service Tag: | Yes | | | |
| Fire Alarm System: | Yes | | | |
| Type: | Smoke/Heat Detection | | | |
| Alarm Type: | Central Station | | | |
| System Type: | Single Station | | | |

| Security | Response | UW Excep. | Ess. Recs. | RI Recs. |
|---|---|---|---|---|
| Burglar Alarm: | Yes | | | |
| Type of Burglar Alarm: | Local | | | |
| Building Protection: | Full | | | |
| Type of Device: | Motion Detectors | | | |
| Adequate Outdoor Lighting: | Yes | | | |
| Windows Barred: | No | | | |

## Building - Building 2

| Building Information | Response | UW Excep. | Ess. Recs. | RI Recs. |
|---|---|---|---|---|
| Building Description: | wood framed, gable roof 3 stories | | | |
| Building Square Footage (VRU): | 28,144 | | | |
| Building Square Footage: | 28,125 | | | |
| Validation Data Discrepancy: | No | | | |
| Number of Stories (VRU): | 3 | | | |
| Number of Stories: | 3 | | | |
| Validation Data Discrepancy: | No | | | |
| Multiple Stories: | Yes | | | |
| Upper Floor Construction: | Wood | | | |
| Year Built (VRU): | 2008 | | | |
| Year Built: | 2008 | | | |
| Validation Data Discrepancy: | No | | | |
| Building Over 25 Years Old: | No | | | |
| Construction Type (VRU): | 101 - Wood Frame | | | |
| Construction Class: | 101 - Wood Frame | | | |
| Validation Data Discrepancy: | No | | | |
| Foundation (VRU): | 011 - Engineering Foundation | | | |
| Foundation: | 011 - Engineering Foundation | | | |
| Validation Data Discrepancy: | No | | | |
| Foundation Material: | Concrete | | | |
| Base Floor: | Concrete | | | |
| Exterior Bearing Wall Construction Type: | Wooden Stud | | | |

**Insured:** Camden Lake, LLC                                          **Policy #:** 2018-9000879-01

| | | | | |
|---|---|---|---|---|
| Exterior Cladding Wall Finish Construction Type (VRU): | 000 - Unknown/Default | | | |
| Exterior Cladding Wall Finish Construction Type: | 000 - Unknown/Default | | | |
| Validation Data Discrepancy: | No | | | |
| Roof Type (VRU): | 008 - Gable End with Bracing | | | |
| Roof Type: | 008 - Gable End with Bracing | | | |
| Validation Data Discrepancy: | No | | | |
| Roof Age: | 10 | | | |
| Roof Covering (VRU): | 011 - Hurricane Wind-Rated Roof Coverings | | | |
| Roof Covering: | 011 - Hurricane Wind-Rated Roof Coverings | | | |
| Validation Data Discrepancy: | No | | | |
| Roof Decking Material (VRU): | 000 - Unknown/Default | | | |
| Roof Decking Material: | 000 - Unknown/Default | | | |
| Validation Data Discrepancy: | No | | | |
| Roof Support: | Wood Joists/Trusses | | | |
| Verification of Roof Support (Framing Type) by: | Visual Observation | | | |
| Fire Separation? | No | | | |
| % Vacant: | 0 - 25% | | | |

| Common Hazards | Response | UW Excep. | Ess. Recs. | RI Recs. |
|---|---|---|---|---|
| Heating/Cooling Type: | Central AC | | | |
| Fuel: | Electric | | | |
| Electrical Type: | Romex | | | |
| Wiring Type: | Could not determine | | | |
| Electrical Protection: | Circuit Breaker | | | |
| Electrical Condition: | Satisfactory | | | |
| Missing Covers on Electrical Equipment: | No | | | |
| Temporary Wiring in Electrical Room: | No | | | |
| Combustible Material in Electrical Room: | No | | | |
| Sprinkler System: | Yes | | | |
| Sprinkler System Coverage: | Full | | | |
| Sprinkler System Type: | Wet | | | |
| Current Annual Service Tag: | Yes | | | |
| Fire Alarm System: | Yes | | | |
| Type: | Smoke/Heat Detection | | | |
| Alarm Type: | Central Station | | | |
| System Type: | Single Station | | | |

| Security | Response | UW Excep. | Ess. Recs. | RI Recs. |
|---|---|---|---|---|
| Burglar Alarm: | Yes | | | |
| Type of Burglar Alarm: | Local | | | |
| Building Protection: | Full | | | |
| Type of Device: | Motion Detectors | | | |
| Adequate Outdoor Lighting: | Yes | | | |
| Windows Barred: | No | | | |

### Building - Building 3

| Building Information | Response | UW Excep. | Ess. Recs. | RI Recs. |
|---|---|---|---|---|
| Building Description: | wood framed, gable roof 3 stories | | | |
| Building Square Footage (VRU): | 28,144 | | | |
| Building Square Footage: | 28,125 | | | |

**Insured:** Camden Lake, LLC                                                     **Policy #:** 2018-9000879-01

| | | UW Excep. | Ess. Recs. | RI Recs. |
|---|---|---|---|---|
| Validation Data Discrepancy: | No | | | |
| Number of Stories (VRU): | 3 | | | |
| Number of Stories: | 3 | | | |
| Validation Data Discrepancy: | No | | | |
| Multiple Stories: | Yes | | | |
| Upper Floor Construction: | Wood | | | |
| Year Built (VRU): | 2008 | | | |
| Year Built: | 2008 | | | |
| Validation Data Discrepancy: | No | | | |
| Building Over 25 Years Old: | No | | | |
| Construction Type (VRU): | 101 - Wood Frame | | | |
| Construction Class: | 101 - Wood Frame | | | |
| Validation Data Discrepancy: | No | | | |
| Foundation (VRU): | 011 - Engineering Foundation | | | |
| Foundation: | 011 - Engineering Foundation | | | |
| Validation Data Discrepancy: | No | | | |
| Foundation Material: | Concrete | | | |
| Base Floor: | Concrete | | | |
| Exterior Bearing Wall Construction Type: | Wooden Stud | | | |
| Exterior Cladding Wall Finish Construction Type (VRU): | 000 - Unknown/Default | | | |
| Exterior Cladding Wall Finish Construction Type: | 000 - Unknown/Default | | | |
| Validation Data Discrepancy: | No | | | |
| Roof Type (VRU): | 008 - Gable End with Bracing | | | |
| Roof Type: | 008 - Gable End with Bracing | | | |
| Validation Data Discrepancy: | No | | | |
| Roof Age: | 10 | | | |
| Roof Covering (VRU): | 011 - Hurricane Wind-Rated Roof Coverings | | | |
| Roof Covering: | 011 - Hurricane Wind-Rated Roof Coverings | | | |
| Validation Data Discrepancy: | No | | | |
| Roof Decking Material (VRU): | 000 - Unknown/Default | | | |
| Roof Decking Material: | 000 - Unknown/Default | | | |
| Validation Data Discrepancy: | No | | | |
| Roof Support: | Wood Joists/Trusses | | | |
| Verification of Roof Support (Framing Type) by: | Visual Observation | | | |
| Fire Separation? | No | | | |
| % Vacant: | 0 - 25% | | | |

| Common Hazards | Response | UW Excep. | Ess. Recs. | RI Recs. |
|---|---|---|---|---|
| Heating/Cooling Type: | Central AC | | | |
| Fuel: | Electric | | | |
| Electrical Type: | Romex | | | |
| Wiring Type: | Could not determine | | | |
| Electrical Protection: | Circuit Breaker | | | |
| Electrical Condition: | Satisfactory | | | |
| Missing Covers on Electrical Equipment: | No | | | |
| Temporary Wiring in Electrical Room: | No | | | |
| Combustible Material in Electrical Room: | No | | | |
| Sprinkler System: | Yes | | | |
| Sprinkler System Coverage: | Full | | | |
| Sprinkler System Type: | Wet | | | |
| Current Annual Service Tag: | No Access | | | |
| Fire Alarm System: | Yes | | | |

**Insured:** Camden Lake, LLC                                                    **Policy #:** 2018-9000879-01

| Type: | Smoke/Heat Detection | | | |
|---|---|---|---|---|
| Alarm Type: | Central Station | | | |
| System Type: | Single Station | | | |

| Security | Response | UW Excep. | Ess. Recs. | RI Recs. |
|---|---|---|---|---|
| Burglar Alarm: | Yes | | | |
| Type of Burglar Alarm: | Local | | | |
| Building Protection: | Full | | | |
| Type of Device: | Motion Detectors | | | |
| Adequate Outdoor Lighting: | Yes | | | |
| Windows Barred: | No | | | |

### Building - Building 4

| Building Information | Response | UW Excep. | Ess. Recs. | RI Recs. |
|---|---|---|---|---|
| Building Description: | wood framed, gable roof 3 stories | | | |
| Building Square Footage (VRU): | 28,144 | | | |
| Building Square Footage: | 28,125 | | | |
| Validation Data Discrepancy: | Yes** | ✓ | | |
| Validation Data Discrepancy Explained: | very little difference in measurements | | | |
| Number of Stories (VRU): | 3 | | | |
| Number of Stories: | 3 | | | |
| Validation Data Discrepancy: | No | | | |
| Multiple Stories: | Yes | | | |
| Upper Floor Construction: | Wood | | | |
| Year Built (VRU): | 2008 | | | |
| Year Built: | 2008 | | | |
| Validation Data Discrepancy: | No | | | |
| Building Over 25 Years Old: | No | | | |
| Construction Type (VRU): | 101 - Wood Frame | | | |
| Construction Class: | 101 - Wood Frame | | | |
| Validation Data Discrepancy: | No | | | |
| Foundation (VRU): | 011 - Engineering Foundation | | | |
| Foundation: | 011 - Engineering Foundation | | | |
| Validation Data Discrepancy: | No | | | |
| Foundation Material: | Concrete | | | |
| Base Floor: | Concrete | | | |
| Exterior Bearing Wall Construction Type: | Wooden Stud | | | |
| Exterior Cladding Wall Finish Construction Type (VRU): | 000 - Unknown/Default | | | |
| Exterior Cladding Wall Finish Construction Type: | 000 - Unknown/Default | | | |
| Validation Data Discrepancy: | No | | | |
| Roof Type (VRU): | 008 - Gable End with Bracing | | | |
| Roof Type: | 008 - Gable End with Bracing | | | |
| Validation Data Discrepancy: | No | | | |
| Roof Age: | 10 | | | |
| Roof Covering (VRU): | 011 - Hurricane Wind-Rated Roof Coverings | | | |
| Roof Covering: | 011 - Hurricane Wind-Rated Roof Coverings | | | |
| Validation Data Discrepancy: | No | | | |
| Roof Decking Material (VRU): | 000 - Unknown/Default | | | |
| Roof Decking Material: | 000 - Unknown/Default | | | |
| Validation Data Discrepancy: | No | | | |
| Roof Support: | Wood Joists/Trusses | | | |

**Insured:** Camden Lake, LLC                                        **Policy #:** 2018-9000879-01

| Verification of Roof Support (Framing Type) by: | Visual Observation | | | |
|---|---|---|---|---|
| Fire Separation? | No | | | |
| % Vacant: | 0 - 25% | | | |

| Common Hazards | Response | UW Excep. | Ess. Recs. | RI Recs. |
|---|---|---|---|---|
| Heating/Cooling Type: | Central AC | | | |
| Fuel: | Electric | | | |
| Electrical Type: | Romex | | | |
| Wiring Type: | Could not determine | | | |
| Electrical Protection: | Circuit Breaker | | | |
| Electrical Condition: | Satisfactory | | | |
| Missing Covers on Electrical Equipment: | No | | | |
| Temporary Wiring in Electrical Room: | No | | | |
| Combustible Material in Electrical Room: | No | | | |
| Sprinkler System: | Yes | | | |
| Sprinkler System Coverage: | Full | | | |
| Sprinkler System Type: | Wet | | | |
| Current Annual Service Tag: | No Access | | | |
| Fire Alarm System: | Yes | | | |
| Type: | Smoke/Heat Detection | | | |
| Alarm Type: | Central Station | | | |
| System Type: | Single Station | | | |

| Security | Response | UW Excep. | Ess. Recs. | RI Recs. |
|---|---|---|---|---|
| Burglar Alarm: | Yes | | | |
| Type of Burglar Alarm: | Local | | | |
| Building Protection: | Full | | | |
| Type of Device: | Motion Detectors | | | |
| Adequate Outdoor Lighting: | Yes | | | |
| Windows Barred: | No | | | |

## Building - Building 5

| Building Information | Response | UW Excep. | Ess. Recs. | RI Recs. |
|---|---|---|---|---|
| Building Description: | wood framed, gable roof 3 stories | | | |
| Building Square Footage (VRU): | 22,048 | | | |
| Building Square Footage: | 22,500 | | | |
| Validation Data Discrepancy: | Yes** | ✓ | | |
| Validation Data Discrepancy Explained: | a little difference in my calculation | | | |
| Number of Stories (VRU): | 3 | | | |
| Number of Stories: | 3 | | | |
| Validation Data Discrepancy: | No | | | |
| Multiple Stories: | Yes | | | |
| Upper Floor Construction: | Wood | | | |
| Year Built (VRU): | 2008 | | | |
| Year Built: | 2008 | | | |
| Validation Data Discrepancy: | No | | | |
| Building Over 25 Years Old: | No | | | |
| Construction Type (VRU) | 101 - Wood Frame | | | |
| Construction Class: | 101 - Wood Frame | | | |
| Validation Data Discrepancy: | No | | | |
| Foundation (VRU): | 011 - Engineering Foundation | | | |

**Insured:** Camden Lake, LLC                                    **Policy #:** 2018-9000879-01

| | | | | |
|---|---|---|---|---|
| Foundation: | **011 - Engineering Foundation** | | | |
| Validation Data Discrepancy: | **No** | | | |
| Foundation Material: | **Concrete** | | | |
| Base Floor: | **Concrete** | | | |
| Exterior Bearing Wall Construction Type: | **Wooden Stud** | | | |
| Exterior Cladding Wall Finish Construction Type (VRU): | **000 - Unknown/Default** | | | |
| Exterior Cladding Wall Finish Construction Type: | **000 - Unknown/Default** | | | |
| Validation Data Discrepancy: | **No** | | | |
| Roof Type (VRU): | **008 - Gable End with Bracing** | | | |
| Roof Type: | **000 - Unknown/Default** | | | |
| | **008 - Gable End with Bracing** | | | |
| Validation Data Discrepancy: | **No** | | | |
| Roof Age: | **10** | | | |
| Roof Covering (VRU): | **011 - Hurricane Wind-Rated Roof Coverings** | | | |
| Roof Covering: | **011 - Hurricane Wind-Rated Roof Coverings** | | | |
| Validation Data Discrepancy: | **No** | | | |
| Roof Decking Material (VRU): | **000 - Unknown/Default** | | | |
| Roof Decking Material: | **000 - Unknown/Default** | | | |
| Validation Data Discrepancy: | **No** | | | |
| Roof Support: | **Wood Joists/Trusses** | | | |
| Verification of Roof Support (Framing Type) by: | **Visual Observation** | | | |
| Fire Separation? | **No** | | | |
| % Vacant: | **0 - 25%** | | | |

| Common Hazards | Response | UW Excep. | Ess. Recs. | RI Recs. |
|---|---|---|---|---|
| Heating/Cooling Type: | **Central AC** | | | |
| Fuel: | **Electric** | | | |
| Electrical Type: | **Romex** | | | |
| Wiring Type: | **Could not determine** | | | |
| Electrical Protection: | **Circuit Breaker** | | | |
| Electrical Condition: | **Satisfactory** | | | |
| Missing Covers on Electrical Equipment: | **No** | | | |
| Temporary Wiring in Electrical Room: | **No** | | | |
| Combustible Material in Electrical Room: | **No** | | | |
| Sprinkler System: | **Yes** | | | |
| Sprinkler System Coverage: | **Full** | | | |
| Sprinkler System Type: | **Wet** | | | |
| Current Annual Service Tag: | **Yes** | | | |
| Fire Alarm System: | **Yes** | | | |
| Type: | **Smoke/Heat Detection** | | | |
| Alarm Type: | **Central Station** | | | |
| System Type: | **Single Station** | | | |

| Security | Response | UW Excep. | Ess. Recs. | RI Recs. |
|---|---|---|---|---|
| Burglar Alarm: | **Yes** | | | |
| Type of Burglar Alarm: | **Local** | | | |
| Building Protection: | **Full** | | | |
| Type of Device: | **Motion Detectors** | | | |
| Adequate Outdoor Lighting: | **Yes** | | | |
| Windows Barred: | **No** | | | |

**Insured:** Camden Lake, LLC

**Policy #:** 2018-9000879-01

## Photos



Interior 4

Electrical panel

ab3

Interior 3

Interior 2

ab6

**Insured:** Camden Lake, LLC                                    **Policy #:** 2018-9000879-01



Photos (Continued)

Exterior 6

Fitness room

Exterior 5

Exterior stairs

Interior 1

Exterior 4

**Insured:** Camden Lake, LLC

**Policy #:** 2018-9000879-01

Photos (Continued)



Exterior 3

Exterior 2

Exterior 1

**Insured:** Camden Lake, LLC                                   **Policy #:** 2018-9000879-01

# Diagram

Assignment #:     1180213
Insured:          Camden Lake, LLC
Location:         . . . . . Building: Building 1
Policy #:         2018-9000879-01

**Sketch**



20 ft

**Insured:** Camden Lake, LLC                                  **Policy #:** 2018-9000879-01

# Diagram

Assignment #:    1180213
Insured:         Camden Lake, LLC
Location:        . . . . . Building: Building 2
Policy #:        2018-9000879-01

Sketch



125ft

apartments

apartments

75ft

New Area
[Area: 28125 sf]

125ft

apartments

apartments

20 ft

# Diagram

Assignment #:       1180213
Insured:             Camden Lake, LLC
Location:            . . . . . Building: Building 4
Policy #:            2018-9000879-01

**Sketch**



22 ft

**Insured:** Camden Lake, LLC                                        **Policy #:** 2018-9000879-01

# Diagram

Assignment #:      1180213
Insured:           Camden Lake, LLC
Location:          . . . . . Building: Building 3
Policy #:          2018-9000879-01

**Sketch**



**Insured:** Camden Lake, LLC

**Policy #:** 2018-9000879-01

# Diagram

Assignment #:    1180213
Insured:    Camden Lake, LLC
Location:    . . . . . Building: Building 5
Policy #:    2018-9000879-01

**Sketch**



EAST BATON ROUGE PARISH
Filed Aug 09, 2023 8:35 AM
Deputy Clerk of Court
E-File Received Aug 08, 2023 5:20 PM

C-735652
30


iAuditExpert.com

# Velocity Risk Underwriters, LLC

## Underwriting Survey Report

| Insured Information | |
|---|---|
| Name | Camden Lake, LLC |
| DBA Name | |
| Address 1 | 100 Conti Street |
| Address 2 | |
| City, State, ZIP | New orleans, LA 70130 |
| Phone / Fax | (225) 752-2525 |
| Cell Phone | |
| Email | |

| Survey Results | |
|---|---|
| Survey Status | Complete |
| No. of Recs. | 0 |

| Policy Information | | |
|---|---|---|
| Program Name | Property (1-5 Buildings) (Velocity) | |
| PA | Velocity Risk Underwriters, LLC | |
| Underwriter | Patrick Carey | |
| Agency | AmWINS - Atlanta | |
| Effective Date | 04/30/2020 | |
| Total Premium | $1.00 | |
| Coverages | PR | |
| Policy Number | 2018-9000879-04 | |

| Survey Information | | |
|---|---|---|
| Survey Type | Physical | |
| IAE Work Request | 954003 | |
| iAE Assignment | 1461489 | |
| Request Date | 05/04/2021 | Life Cycle Days |
| Survey Date | 05/20/2021 | |
| Closed Date | 05/24/2021 | 21 |
| Vendor | York Risk Control Services, LLC, a Sedgwick company | |
| Consultant | George Harris | |

| Underwriting Exceptions |
|---|

Underwriting Exceptions For 2525 O Neal Lane, 2525 O Neal Lane, Baton Rouge, LA 70816

**Building: Building 1, 2525 O Neal Lane, Baton Rouge, LA 70816**

VALIDATION DATA DISCREPANCY: Exterior Cladding Wall Finish Construction Type

**Building: Building 2, 2525 O Neal Lane, Baton Rouge, LA 70816**

VALIDATION DATA DISCREPANCY: Exterior Cladding Wall Finish Construction Type

**Building: Building 4, 2525 O Neal Lane, Baton Rouge, LA 70816**

VALIDATION DATA DISCREPANCY: Exterior Cladding Wall Finish Construction Type

| Underwriter's Description |
|---|
| None |

| Assignment Locations / Buildings | | |
|---|---|---|
| Location Id: 1072915 | 2525 O Neal Lane | 2525 O Neal Lane, Baton Rouge, LA 70816 |
| | Building 1 | 2525 O Neal Lane, Baton Rouge, LA 70816 |
| | Building 2 | 2525 O Neal Lane, Baton Rouge, LA 70816 |
| | Building 3 | 2525 O Neal Lane, Baton Rouge, LA 70816 |
| | Building 4 | 2525 O Neal Lane, Baton Rouge, LA 70816 |

| Survey Results |
|---|

| Special Instructions/Rating Basis |
|---|


EXHIBIT
N

**Insured:** Camden Lake, LLC

**Policy #:** 2018-9000879-04

| General Information | | | | | |
|---|---|---|---|---|---|
| Special Instructions: | No | | | | |
| Rating Basis | Sf 28144 | | | | |

## Common Risk Information

| General Information | Response | | W Excep. | Ess. Recs. | RI Rec |
|---|---|---|---|---|---|
| Contact/Title: | Daniel Graves / Manager | | | | |
| Contact E-mail Address: | None | | | | |
| Type of Business: | Apartments | | | | |
| Years at this Location: | 12 | | | | |
| Neighborhood Type: | City Residential | | | | |
| Distance to Tidal Water (VRU): | 014 - From 25 miles to 50 miles | | | | |
| Distance to Tidal Water: | 004 - From 2000 feet to 2500 feet | | | | |
| Validation Data Discrepancy: | No | | | | |
| Prior Losses: | No | | | | |

| Tenant / Owner-Occupied / Lessors Risk | Response | | W Excep. | Ess. Rec. | RI Rec |
|---|---|---|---|---|---|
| Location Being Surveyed: | Lessors Risk | | | | |
| List of Tenants: | Residential tenants | | | | |
| Tenant is: | Residential | | | | |
| Seasonal Operations: | No | | | | |
| Description of Operations: | The Insured Camden Lake, LLC is the owner of this 10 building 3 story, 420 unit apartment complex ,that is located in Baton Rouge Louisiana. The units lease for an average of $900-$1200 a month depending on the number of bedrooms. The buildings are framed construction with a shingled roof. Each building square footage is 28144.The buildings are maintained in good condition and the housekeeping is satisfactory. In addition, the facility has one pool and one weight room. The contact verified that there have been no recent upgrades apart from regular maintenance and upkeep. Each unit has a sprinkler system, smoke detectors and a fire extinguisher. Each building has 42 units. The fire extinguishers and sprinkler systems have current tags. There are lighted exit signs and emergency lights. The exterior lighting, sidewalks, and parking areas are being maintained well. | | | | |

## Property

| General Information | Response | | W Excep. | Ess. Recs. | RI Rec |
|---|---|---|---|---|---|
| Exposure(s) on North: | 50 ft Non-combustible 1 story building | | | | |
| Exposure(s) on South: | 65 ft framed 1 story building | | | | |

| Fire Protection | Response | | W Excep. | Ess. Recs. | RI Rec |
|---|---|---|---|---|---|
| Insured within City Limits: | Yes | | | | |
| Fire Department: | Paid | | | | |
| Fire Department Name: | St George | | | | |
| Distance to Fire Dept: | < 5 miles | | | | |
| Number of Hydrants Less Than 500 Feet: | 4 | | | | |
| Number of Hydrants Less Than 1000 Feet: | 7 | | | | |
| Adequate Number and Type of Fire Extinguishers: | Yes | | | | |
| Properly Tagged and Serviced: | Yes | | | | |
| Last Service Date: | 5/2021 | | | | |
| Are smoke detectors present and functional? | Yes | | | | |

**Insured:** Camden Lake, LLC                                    **Policy #:** 2018-9000879-04

| | | UW Excep. | Ess. Recs. | RI Rec |
|---|---|---|---|---|
| Marquis & Entrance: | Satisfactory | | | |
| Temporary/Portable Structures: | Satisfactory | | | |
| Out Buildings/Storage Sheds: | Satisfactory | | | |
| Exterior Housekeeping: | Satisfactory | | | |
| Trash or Dumpster Area: | Satisfactory | | | |

## S - Apartment/Condo Supplement (V)

| | Response | UW Excep. | Ess. Recs. | RI Rec |
|---|---|---|---|---|
| Connected Habitational: | Yes | | | |
| Total Number of Units: | 420 | | | |
| Average Occupancy Rate (%): | 95 | | | |
| Number of Buildings: | 10 | | | |
| Number of Units per Buildings: | Individual residential tenants | | | |
| Electrical Wiring: | Copper | | | |
| On-Site Property Manager: | Yes | | | |
| Fireplaces: | No | | | |
| Balconies, Decks, Patios and/or Porches: | Yes | | | |
| Cooking Grills Allowed on Balconies, Decks, Patios and/or Porches: | No | | | |

| Recreational Activities or Facilities | Response | UW Excep. | Ess. Recs. | RI Rec |
|---|---|---|---|---|
| Types of Recreational Activities: | None Listed | | | |

| Swimming Pool/Hot Tub | Response | UW Excep. | Ess. Recs. | RI Rec |
|---|---|---|---|---|
| Swimming Pool/Hot Tub: | Yes | | | |

| Apartment | Response | UW Excep. | Ess. Recs. | RI Rec |
|---|---|---|---|---|
| Location Apartments or Condominiums: | Apartments | | | |
| Rented for Less than 6 Months: | No | | | |
| Government-Subsidized Residents: | No | | | |
| Student Housing: | No | | | |
| Average Monthly Rent Per Unit: | 900-1200 | | | |
| Average Turnover Rate: | 10 | | | |

| Additional Comments | Response | UW Excep. | Ess. Recs. | RI Rec |
|---|---|---|---|---|
| Unusual or Unacceptable Exposures: | No | | | |

## Closeout

| | Response | UW Excep. | Ess. Recs. | RI |
|---|---|---|---|---|
| Additional Comments: | None | | | |

## LOCATION - 2525 O Neal Lane

## Building - Building 1

| Building Information | Response | | | |
|---|---|---|---|---|

**Insured:** Camden Lake, LLC      **Policy #:** 2018-9000879-04

| | | Exc. | Ess. Recs. | RI Recs. |
|---|---|---|---|---|
| Building Description: | **3 story framed building** | | | |
| Building Square Footage (VRU): | **28,144** | | | |
| Building Square Footage: | **28,144** | | | |
| Validation Data Discrepancy: | **No** | | | |
| Number of Stories (VRU): | **3** | | | |
| Number of Stories: | **3** | | | |
| Validation Data Discrepancy: | **No** | | | |
| Multiple Stories: | **Yes** | | | |
| Upper Floor Construction: | **Concrete** | | | |
| Year Built (VRU): | **2008** | | | |
| Year Built: | **2008** | | | |
| Validation Data Discrepancy: | **No** | | | |
| Building Over 25 Years Old: | **No** | | | |
| Construction Type (VRU): | **101 - Wood Frame** | | | |
| Construction Class: | **101 - Wood Frame** | | | |
| Validation Data Discrepancy: | **No** | | | |
| Foundation (VRU): | **011 - Engineering Foundation** | | | |
| Foundation: | **011 - Engineering Foundation** | | | |
| Validation Data Discrepancy: | **No** | | | |
| Foundation Material: | **Concrete** | | | |
| Base Floor: | **Concrete** | | | |
| Exterior Bearing Wall Construction Type: | **Wooden Stud** | | | |
| Exterior Cladding Wall Finish Construction Type (VRU): | **000 - Unknown/Default** | | | |
| Exterior Cladding Wall Finish Construction Type: | **001 - Veneer Brick/Masonry** | | | |
| Validation Data Discrepancy: | **Yes\*\*** | ✓ | | |
| Validation Data Discrepancy Explained: | **Brick veneer** | | | |
| Roof Type (VRU): | **008 - Gable End with Bracing** | | | |
| Roof Type: | **008 - Gable End with Bracing** | | | |
| Validation Data Discrepancy: | **No** | | | |
| Roof Age: | **12** | | | |
| Roof Covering (VRU): | **011 - Hurricane Wind-Rated Roof Coverings** | | | |
| Roof Covering: | **011 - Hurricane Wind-Rated Roof Coverings** | | | |
| Validation Data Discrepancy: | **No** | | | |
| Roof Decking Material (VRU): | **000 - Unknown/Default** | | | |
| Roof Decking Material: | **000 - Unknown/Default** | | | |
| Validation Data Discrepancy: | **No** | | | |
| Roof Support: | **Wood Joists/Trusses** | | | |
| Verification of Roof Support (Framing Type) by: | **Insured Contact** | | | |
| Fire Separation? | **N/A** | | | |
| % Vacant: | **0 - 25%** | | | |

| Common Hazards | | Exc. | Ess. Recs. | RI Recs. |
|---|---|---|---|---|
| Heating/Cooling Type: | **Central AC** | | | |
| Fuel: | **Electric** | | | |
| Electrical Type: | **Conduit** | | | |
| Wiring Type: | **Could not determine** | | | |
| Electrical Protection: | **Circuit Breaker** | | | |
| Electrical Condition: | **Satisfactory** | | | |
| Missing Covers on Electrical Equipment: | **No** | | | |
| Temporary Wiring in Electrical Room: | **No** | | | |

**Insured:** Camden Lake, LLC                                      **Policy #:** 2018-9000879-04

| Combustible Material in Electrical Room: | No | | | |
|---|---|---|---|---|
| Sprinkler System: | Yes | | | |
| Sprinkler System Coverage: | Full | | | |
| Sprinkler System Type: | Wet | | | |
| Current Annual Service Tag: | Yes | | | |
| Fire Alarm System: | Yes | | | |
| Type: | Smoke/Heat Detection | | | |
| Alarm Type: | Central Station | | | |
| System Type: | Interconnected with Control Panel | | | |
| Control Panel Status: | In Service | | | |

| Security | Response | UW Excep. | Ess. Recs. | RI Recs. |
|---|---|---|---|---|
| Burglar Alarm: | Yes | | | |
| Type of Burglar Alarm: | Central | | | |
| Monitoring Company: | Austin fire | | | |
| Building Protection: | Full | | | |
| Type of Device: | Doors | | | |
| | Windows | | | |
| Adequate Outdoor Lighting: | Yes | | | |
| Windows Barred: | N/A (Commercial) | | | |

## Building - Building 2

| Building Information | Response | UW Excep. | Ess. Recs. | RI Recs. |
|---|---|---|---|---|
| Building Description: | Framed construction 3 story | | | |
| Building Square Footage (VRU): | 28,144 | | | |
| Building Square Footage: | 28,144 | | | |
| Validation Data Discrepancy: | No | | | |
| Number of Stories (VRU): | 3 | | | |
| Number of Stories: | 3 | | | |
| Validation Data Discrepancy: | No | | | |
| Multiple Stories: | Yes | | | |
| Upper Floor Construction: | Concrete | | | |
| Year Built (VRU): | 2008 | | | |
| Year Built: | 2008 | | | |
| Validation Data Discrepancy: | No | | | |
| Building Over 25 Years Old: | No | | | |
| Construction Type (VRU): | 101 - Wood Frame | | | |
| Construction Class: | 101 - Wood Frame | | | |
| Validation Data Discrepancy: | No | | | |
| Foundation (VRU): | 011 - Engineering Foundation | | | |
| Foundation: | 011 - Engineering Foundation | | | |
| Validation Data Discrepancy: | No | | | |
| Foundation Material: | Concrete | | | |
| Base Floor: | Concrete | | | |
| Exterior Bearing Wall Construction Type: | Wooden Stud | | | |
| Exterior Cladding Wall Finish Construction Type (VRU): | 000 - Unknown/Default | | | |
| Exterior Cladding Wall Finish Construction Type: | 001 - Veneer Brick/Masonry | | | |
| Validation Data Discrepancy: | Yes** | ✔ | | |
| Validation Data Discrepancy Explained: | Brick veneer | | | |
| Roof Type (VRU): | 008 - Gable End with Bracing | | | |

**Insured:** Camden Lake, LLC                                             **Policy #:** 2018-9000879-04

| | |
|---|---|
| Roof Type: | 008 - Gable End with Bracing |
| Validation Data Discrepancy: | No |
| Roof Age: | 12 |
| Roof Covering (VRU): | 011 - Hurricane Wind-Rated Roof Coverings |
| Roof Covering: | 011 - Hurricane Wind-Rated Roof Coverings |
| Validation Data Discrepancy: | No |
| Roof Decking Material (VRU): | 000 - Unknown/Default |
| Roof Decking Material: | 000 - Unknown/Default |
| Validation Data Discrepancy: | No |
| Roof Support: | Wood Joists/Trusses |
| Verification of Roof Support (Framing Type) by: | Insured Contact |
| Fire Separation? | N/A |
| % Vacant: | 0 - 25% |

| Common Hazards | Response | UW Excep. | Ess. Recs. | RI Recs. |
|---|---|---|---|---|
| Heating/Cooling Type: | Central AC | | | |
| Fuel: | Electric | | | |
| Electrical Type: | Conduit | | | |
| Wiring Type: | Could not determine | | | |
| Electrical Protection: | Circuit Breaker | | | |
| Electrical Condition: | Satisfactory | | | |
| Missing Covers on Electrical Equipment: | No | | | |
| Temporary Wiring in Electrical Room: | No | | | |
| Combustible Material in Electrical Room: | No | | | |
| Sprinkler System: | No | | | |
| Fire Alarm System: | Yes | | | |
| Type: | Smoke/Heat Detection | | | |
| Alarm Type: | Central Station | | | |
| System Type: | Interconnected with Control Panel | | | |
| Control Panel Status: | In Service | | | |

| Security | Response | UW Excep. | Ess. Recs. | RI Recs. |
|---|---|---|---|---|
| Burglar Alarm: | No | | | |
| Break-ins Last 12 Months: | No | | | |
| Adequate Outdoor Lighting: | Yes | | | |
| Windows Barred: | N/A (Commercial) | | | |

## Building - Building 3

| Building Information | Response | UW Excep. | Ess. Recs. | RI Recs. |
|---|---|---|---|---|
| Building Description: | Framed construction 3 story | | | |
| Building Square Footage (VRU): | 28,144 | | | |
| Building Square Footage: | 28,144 | | | |
| Validation Data Discrepancy: | No | | | |
| Number of Stories (VRU): | 3 | | | |
| Number of Stories: | 3 | | | |
| Validation Data Discrepancy: | No | | | |
| Multiple Stories: | Yes | | | |
| Upper Floor Construction: | Concrete | | | |
| Year Built (VRU): | 2008 | | | |
| Year Built: | 2008 | | | |
| Validation Data Discrepancy: | No | | | |

**Insured:** Camden Lake, LLC

**Policy #:** 2018-9000879-04

| | | | | |
|---|---|---|---|---|
| Building Over 25 Years Old: | No | | | |
| Construction Type (VRU): | 101 - Wood Frame | | | |
| Construction Class: | 101 - Wood Frame | | | |
| Validation Data Discrepancy: | No | | | |
| Foundation (VRU): | 011 - Engineering Foundation | | | |
| Foundation: | 011 - Engineering Foundation | | | |
| Validation Data Discrepancy: | No | | | |
| Foundation Material: | Concrete | | | |
| Base Floor: | Concrete | | | |
| Exterior Bearing Wall Construction Type: | Wooden Stud | | | |
| Exterior Cladding Wall Finish Construction Type (VRU): | 000 - Unknown/Default | | | |
| Exterior Cladding Wall Finish Construction Type: | 000 - Unknown/Default | | | |
| Validation Data Discrepancy: | No | | | |
| Roof Type (VRU): | 008 - Gable End with Bracing | | | |
| Roof Type: | 008 - Gable End with Bracing | | | |
| Validation Data Discrepancy: | No | | | |
| Roof Age: | 12 | | | |
| Roof Covering (VRU): | 011 - Hurricane Wind-Rated Roof Coverings | | | |
| Roof Covering: | 011 - Hurricane Wind-Rated Roof Coverings | | | |
| Validation Data Discrepancy: | No | | | |
| Roof Decking Material (VRU): | 000 - Unknown/Default | | | |
| Roof Decking Material: | 000 - Unknown/Default | | | |
| Validation Data Discrepancy: | No | | | |
| Roof Support: | Wood Joists/Trusses | | | |
| Verification of Roof Support (Framing Type) by: | Insured Contact | | | |
| Fire Separation? | N/A | | | |
| % Vacant: | 0 - 25% | | | |

| Common Hazards | Response | UW Excep. | Ess. Recs. | RI Recs. |
|---|---|---|---|---|
| Heating/Cooling Type: | Central AC | | | |
| Fuel: | Electric | | | |
| Electrical Type: | Conduit | | | |
| Wiring Type: | Could not determine | | | |
| Electrical Protection: | Circuit Breaker | | | |
| Electrical Condition: | Satisfactory | | | |
| Missing Covers on Electrical Equipment: | No | | | |
| Temporary Wiring in Electrical Room: | No | | | |
| Combustible Material in Electrical Room: | No | | | |
| Sprinkler System: | Yes | | | |
| Sprinkler System Coverage: | Full | | | |
| Sprinkler System Type: | Wet | | | |
| Current Annual Service Tag: | Yes | | | |
| Fire Alarm System: | Yes | | | |
| Type: | Smoke/Heat Detection | | | |
| Alarm Type: | Central Station | | | |
| System Type: | Interconnected with Control Panel | | | |
| Control Panel Status: | In Service | | | |

| Security | Response | UW Excep. | Ess. Recs. | RI Recs. |
|---|---|---|---|---|
| Burglar Alarm: | No | | | |
| Break-ins Last 12 Months: | No | | | |

**Insured:** Camden Lake, LLC                                    **Policy #:** 2018-9000879-04

| Adequate Outdoor Lighting: | Yes | | | |
|---|---|---|---|---|
| Windows Barred: | N/A (Commercial) | | | |

## Building - Building 4

| Building Information | Response | UW Excep. | Ess. Recs. | RI Recs. |
|---|---|---|---|---|
| Building Description: | Framed construction 3 story | | | |
| Building Square Footage (VRU): | 28,144 | | | |
| Building Square Footage: | 28,144 | | | |
| Validation Data Discrepancy: | No | | | |
| Number of Stories (VRU): | 3 | | | |
| Number of Stories: | 3 | | | |
| Validation Data Discrepancy: | No | | | |
| Multiple Stories: | Yes | | | |
| Upper Floor Construction: | Concrete | | | |
| Year Built (VRU): | 2008 | | | |
| Year Built: | 2008 | | | |
| Validation Data Discrepancy: | No | | | |
| Building Over 25 Years Old: | No | | | |
| Construction Type (VRU): | 101 - Wood Frame | | | |
| Construction Class: | 101 - Wood Frame | | | |
| Validation Data Discrepancy: | No | | | |
| Foundation (VRU): | 011 - Engineering Foundation | | | |
| Foundation: | 011 - Engineering Foundation | | | |
| Validation Data Discrepancy: | No | | | |
| Foundation Material: | Concrete | | | |
| Base Floor: | Concrete | | | |
| Exterior Bearing Wall Construction Type: | Wooden Stud | | | |
| Exterior Cladding Wall Finish Construction Type (VRU): | 000 - Unknown/Default | | | |
| Exterior Cladding Wall Finish Construction Type: | 001 - Veneer Brick/Masonry | | | |
| Validation Data Discrepancy: | Yes** | ✓ | | |
| Validation Data Discrepancy Explained: | Brick veneer | | | |
| Roof Type (VRU): | 008 - Gable End with Bracing | | | |
| Roof Type: | 008 - Gable End with Bracing | | | |
| Validation Data Discrepancy: | No | | | |
| Roof Age: | 12 | | | |
| Roof Covering (VRU): | 011 - Hurricane Wind-Rated Roof Coverings | | | |
| Roof Covering: | 011 - Hurricane Wind-Rated Roof Coverings | | | |
| Validation Data Discrepancy: | No | | | |
| Roof Decking Material (VRU): | 000 - Unknown/Default | | | |
| Roof Decking Material: | 000 - Unknown/Default | | | |
| Validation Data Discrepancy: | No | | | |
| Roof Support: | Wood Joists/Trusses | | | |
| Verification of Roof Support (Framing Type) by: | Insured Contact | | | |
| Fire Separation? | N/A | | | |
| % Vacant: | 0 - 25% | | | |

| Common Hazards | Response | UW Excep. | Ess. Recs. | RI Recs. |
|---|---|---|---|---|
| Heating/Cooling Type: | Central AC | | | |
| Fuel: | Electric | | | |
| Electrical Type: | Conduit | | | |

**Insured:** Camden Lake, LLC                                          **Policy #:** 2018-9000879-04

| | | | | |
|---|---|---|---|---|
| Wiring Type: | Could not determine | | | |
| Electrical Protection: | Circuit Breaker | | | |
| Electrical Condition: | Satisfactory | | | |
| Missing Covers on Electrical Equipment: | No | | | |
| Temporary Wiring in Electrical Room: | No | | | |
| Combustible Material in Electrical Room: | No | | | |
| Sprinkler System: | Yes | | | |
| Sprinkler System Coverage: | Full | | | |
| Sprinkler System Type: | Wet | | | |
| Current Annual Service Tag: | Yes | | | |
| Fire Alarm System: | Yes | | | |
| Type: | Smoke/Heat Detection | | | |
| Alarm Type: | Central Station | | | |
| System Type: | Interconnected with Control Panel | | | |
| Control Panel Status: | In Service | | | |

| Security | Response | UW Excep. | Ess. Recs. | RI Recs. |
|---|---|---|---|---|
| Burglar Alarm: | No | | | |
| Break-ins Last 12 Months: | No | | | |
| Adequate Outdoor Lighting: | Yes | | | |
| Windows Barred: | N/A (Commercial) | | | |

**Insured:** Camden Lake, LLC

**Policy #:** 2018-9000879-04



Photos

Lake ac units

Lake electrical panel

Lake exterior ac units

Lake exterior balcony

Lake exterior front

Lake exterior light

**Insured:** Camden Lake, LLC

**Policy #:** 2018-9000879-04

## Photos (Continued)



Lake exterior meters

Lake exterior stairs

Lake exterior stairs 2

Lake exterior view

Lake fire alarm

Lake interior bathroom

**Insured:** Camden Lake, LLC

**Policy #:** 2018-9000879-04



## Photos (Continued)

Lake interior room

Lake interior smoke detector

Lake interior unit

Lake pool

Lake sprinkler system

**Insured:** Camden Lake, LLC          **Policy #:** 2018-9000879-04

# Diagram

Assignment #:     1461489
Insured:            Camden Lake, LLC
Location:          2525 O Neal Lane, Baton Rouge, LA 70816
Policy #:          2018-9000879-04

**Sketch**



 iAuditExpert.com

# Velocity Risk Underwriters, LLC

## Underwriting Survey Report

| Insured Information | |
|---|---|
| Name | Camden Lake, LLC |
| DBA Name | |
| Address 1 | 100 Conti Street |
| Address 2 | |
| City, State, ZIP | New orleans, LA 70130 |
| Phone / Fax | (225) 752-2525 |
| Cell Phone | |
| Email | |

| Policy Information | |
|---|---|
| Program Name | Property (1-5 Buildings) (Velocity) |
| PA | Velocity Risk Underwriters, LLC |
| Underwriter | Patrick Carey |
| Agency | AmWINS - Atlanta |
| Effective Date | 04/30/2020 |
| Total Premium | $1.00 |
| Coverages | PR |
| Policy Number | 2018-9000879-04 |

| Survey Results | |
|---|---|
| Survey Status | Complete |
| No. of Recs. | 0 |

| Survey Information | | |
|---|---|---|
| Survey Type | Physical | |
| IAE Work Request | 954003 | |
| IAE Assignment | 1461489 | |
| Request Date | 05/04/2021 | Life Cycle Days |
| Survey Date | 05/20/2021 | 21 |
| Closed Date | 05/24/2021 | |
| Vendor | York Risk Control Services, LLC, a Sedgwick company | |
| Consultant | George Harris | |

## Underwriting Exceptions

**Underwriting Exceptions For 2525 O Neal Lane, 2525 O Neal Lane, Baton Rouge, LA 70816**

**Building: Building 1, 2525 O Neal Lane, Baton Rouge, LA 70816**

VALIDATION DATA DISCREPANCY: Exterior Cladding Wall Finish Construction Type

**Building: Building 2, 2525 O Neal Lane, Baton Rouge, LA 70816**

VALIDATION DATA DISCREPANCY: Exterior Cladding Wall Finish Construction Type

**Building: Building 4, 2525 O Neal Lane, Baton Rouge, LA 70816**

VALIDATION DATA DISCREPANCY: Exterior Cladding Wall Finish Construction Type

## Underwriter's Description

None

## Assignment Locations / Buildings

| | | |
|---|---|---|
| Location Id: 1072915 | 2525 O Neal Lane | 2525 O Neal Lane, Baton Rouge, LA 70816 |
| | Building 1 | 2525 O Neal Lane, Baton Rouge, LA 70816 |
| | Building 2 | 2525 O Neal Lane, Baton Rouge, LA 70816 |
| | Building 3 | 2525 O Neal Lane, Baton Rouge, LA 70816 |
| | Building 4 | 2525 O Neal Lane, Baton Rouge, LA 70816 |

## Survey Results



## Special Instructions/Rating Basis

**Insured:** Camden Lake, LLC                                              **Policy #:** 2018-9000879-04

| | | | Rec. | |
|---|---|---|---|---|
| Special Instructions: | No | | | |
| Rating Basis | Sf 28144 | | | |

## Common Risk Information

| General Information | Response | UW Excep. | Ess. Recs. | RI Rec |
|---|---|---|---|---|
| Contact/Title: | Daniel Graves / Manager | | | |
| Contact E-mail Address: | None | | | |
| Type of Business: | Apartments | | | |
| Years at this Location: | 12 | | | |
| Neighborhood Type: | City Residential | | | |
| Distance to Tidal Water (VRU): | 014 - From 25 miles to 50 miles | | | |
| Distance to Tidal Water: | 004 - From 2000 feet to 2500 feet | | | |
| Validation Data Discrepancy: | No | | | |
| Prior Losses: | No | | | |

| Tenant / Owner-Occupied Lessors Risk | Response | UW Excep. | Ess. Recs. | RI Rec |
|---|---|---|---|---|
| Location Being Surveyed: | Lessors Risk | | | |
| List of Tenants: | Residential tenants | | | |
| Tenant is: | Residential | | | |
| Seasonal Operations: | No | | | |
| Description of Operations: | The Insured Camden Lake, LLC is the owner of this 10 building 3 story, 420 unit apartment complex ,that is located in Baton Rouge Louisiana. The units lease for an average of $900-$1200 a month depending on the number of bedrooms. The buildings are framed construction with a shingled roof. Each building square footage is 28144.The buildings are maintained in good condition and the housekeeping is satisfactory. In addition, the facility has one pool and one weight room. The contact verified that there have been no recent upgrades apart from regular maintenance and upkeep. Each unit has a sprinkler system, smoke detectors and a fire extinguisher. Each building has 42 units. The fire extinguishers and sprinkler systems have current tags. There are lighted exit signs and emergency lights. The exterior lighting, sidewalks, and parking areas are being maintained well. | | | |

## Property

| General Information | Response | UW Excep. | Ess. Recs. | RI Rec |
|---|---|---|---|---|
| Exposure(s) on North: | 50 ft Non-combustible 1 story building | | | |
| Exposure(s) on South: | 65 ft framed 1 story building | | | |

| Fire Protection | Response | UW Excep. | Ess. Recs. | RI Rec |
|---|---|---|---|---|
| Insured within City Limits: | Yes | | | |
| Fire Department: | Paid | | | |
| Fire Department Name: | St George | | | |
| Distance to Fire Dept: | < 5 miles | | | |
| Number of Hydrants Less Than 500 Feet: | 4 | | | |
| Number of Hydrants Less Than 1000 Feet: | 7 | | | |
| Adequate Number and Type of Fire Extinguishers: | Yes | | | |
| Properly Tagged and Serviced: | Yes | | | |
| Last Service Date: | 5/2021 | | | |
| Are smoke detectors present and functional? | Yes | | | |

**Insured:** Camden Lake, LLC                                    **Policy #:** 2018-9000879-04

| | | UW Excep. | Ess. Recs. | RI Rec |
|---|---|---|---|---|
| Marquis & Entrance: | Satisfactory | | | |
| Temporary/Portable Structures: | Satisfactory | | | |
| Out Buildings/Storage Sheds: | Satisfactory | | | |
| Exterior Housekeeping: | Satisfactory | | | |
| Trash or Dumpster Area: | Satisfactory | | | |

## S - Apartment/Condo Supplement (V)

| General Information | Response | UW Excep. | Ess. Recs. | RI Rec |
|---|---|---|---|---|
| Connected Habitational: | Yes | | | |
| Total Number of Units: | 420 | | | |
| Average Occupancy Rate (%): | 95 | | | |
| Number of Buildings: | 10 | | | |
| Number of Units per Buildings: | Individual residential tenants | | | |
| Electrical Wiring: | Copper | | | |
| On-Site Property Manager: | Yes | | | |
| Fireplaces: | No | | | |
| Balconies, Decks, Patios and/or Porches: | Yes | | | |
| Cooking Grills Allowed on Balconies, Decks, Patios and/or Porches: | No | | | |

| Recreational Activities or Facilities | Response | UW Excep. | Ess. Recs. | RI Rec |
|---|---|---|---|---|
| Types of Recreational Activities: | None Listed | | | |

| Swimming Pool/Hot Tub | Response | UW Excep. | Ess. Recs. | RI Rec |
|---|---|---|---|---|
| Swimming Pool/Hot Tub: | Yes | | | |

| Apartment | Response | UW Excep. | Ess. Recs. | RI Rec |
|---|---|---|---|---|
| Location Apartments or Condominiums: | Apartments | | | |
| Rented for Less than 6 Months: | No | | | |
| Government-Subsidized Residents: | No | | | |
| Student Housing: | No | | | |
| Average Monthly Rent Per Unit: | 900-1200 | | | |
| Average Turnover Rate: | 10 | | | |

| Additional Comments | Response | UW Excep. | Ess. Recs. | RI Rec |
|---|---|---|---|---|
| Unusual or Unacceptable Exposures: | No | | | |

## Closeout

| General Information | Response | UW Excep. | Ess. Recs. | RI Rec |
|---|---|---|---|---|
| Additional Comments: | None | | | |

## LOCATION - 2525 O Neal Lane

## Building - Building 1

| Building Information | Response | | | |
|---|---|---|---|---|



**Insured:** Camden Lake, LLC                                    **Policy #:** 2018-9000879-04

| | | UW Excep. | Ess Recs. | Bl. Recs. |
|---|---|---|---|---|
| Building Description: | **3 story framed building** | | | |
| Building Square Footage (VRU): | **28,144** | | | |
| Building Square Footage: | **28,144** | | | |
| Validation Data Discrepancy: | **No** | | | |
| Number of Stories (VRU): | **3** | | | |
| Number of Stories: | **3** | | | |
| Validation Data Discrepancy: | **No** | | | |
| Multiple Stories: | **Yes** | | | |
| Upper Floor Construction: | **Concrete** | | | |
| Year Built (VRU): | **2008** | | | |
| Year Built: | **2008** | | | |
| Validation Data Discrepancy: | **No** | | | |
| Building Over 25 Years Old: | **No** | | | |
| Construction Type (VRU): | **101 - Wood Frame** | | | |
| Construction Class: | **101 - Wood Frame** | | | |
| Validation Data Discrepancy: | **No** | | | |
| Foundation (VRU): | **011 - Engineering Foundation** | | | |
| Foundation: | **011 - Engineering Foundation** | | | |
| Validation Data Discrepancy: | **No** | | | |
| Foundation Material: | **Concrete** | | | |
| Base Floor: | **Concrete** | | | |
| Exterior Bearing Wall Construction Type: | **Wooden Stud** | | | |
| Exterior Cladding Wall Finish Construction Type (VRU): | **000 - Unknown/Default** | | | |
| Exterior Cladding Wall Finish Construction Type: | **001 - Veneer Brick/Masonry** | | | |
| Validation Data Discrepancy: | **Yes\*\*** | ✓ | | |
| Validation Data Discrepancy Explained: | **Brick veneer** | | | |
| Roof Type (VRU): | **008 - Gable End with Bracing** | | | |
| Roof Type: | **008 - Gable End with Bracing** | | | |
| Validation Data Discrepancy: | **No** | | | |
| Roof Age: | **12** | | | |
| Roof Covering (VRU): | **011 - Hurricane Wind-Rated Roof Coverings** | | | |
| Roof Covering: | **011 - Hurricane Wind-Rated Roof Coverings** | | | |
| Validation Data Discrepancy: | **No** | | | |
| Roof Decking Material (VRU): | **000 - Unknown/Default** | | | |
| Roof Decking Material: | **000 - Unknown/Default** | | | |
| Validation Data Discrepancy: | **No** | | | |
| Roof Support: | **Wood Joists/Trusses** | | | |
| Verification of Roof Support (Framing Type) by: | **Insured Contact** | | | |
| Fire Separation? | **N/A** | | | |
| % Vacant: | **0 - 25%** | | | |

| Common Hazards | Response | UW Excep. | Ess Recs. | Bl. Recs. |
|---|---|---|---|---|
| Heating/Cooling Type: | **Central AC** | | | |
| Fuel: | **Electric** | | | |
| Electrical Type: | **Conduit** | | | |
| Wiring Type: | **Could not determine** | | | |
| Electrical Protection: | **Circuit Breaker** | | | |
| Electrical Condition: | **Satisfactory** | | | |
| Missing Covers on Electrical Equipment: | **No** | | | |
| Temporary Wiring in Electrical Room: | **No** | | | |

**Insured:** Camden Lake, LLC

**Policy #:** 2018-9000879-04

| | | | | |
|---|---|---|---|---|
| Combustible Material in Electrical Room: | No | | | |
| Sprinkler System: | Yes | | | |
| Sprinkler System Coverage: | Full | | | |
| Sprinkler System Type: | Wet | | | |
| Current Annual Service Tag: | Yes | | | |
| Fire Alarm System: | Yes | | | |
| Type: | Smoke/Heat Detection | | | |
| Alarm Type: | Central Station | | | |
| System Type: | Interconnected with Control Panel | | | |
| Control Panel Status: | In Service | | | |

| Security | Response | UW Excep. | Ess. Recs. | RI Recs. |
|---|---|---|---|---|
| Burglar Alarm: | Yes | | | |
| Type of Burglar Alarm: | Central | | | |
| Monitoring Company: | Austin fire | | | |
| Building Protection: | Full | | | |
| Type of Device: | Doors | | | |
| | Windows | | | |
| Adequate Outdoor Lighting: | Yes | | | |
| Windows Barred: | N/A (Commercial) | | | |

## Building - Building 2

| Building Information | Response | UW Excep. | Ess. Recs. | RI Recs. |
|---|---|---|---|---|
| Building Description: | Framed construction 3 story | | | |
| Building Square Footage (VRU): | 28,144 | | | |
| Building Square Footage: | 28,144 | | | |
| Validation Data Discrepancy: | No | | | |
| Number of Stories (VRU): | 3 | | | |
| Number of Stories: | 3 | | | |
| Validation Data Discrepancy: | No | | | |
| Multiple Stories: | Yes | | | |
| Upper Floor Construction: | Concrete | | | |
| Year Built (VRU): | 2008 | | | |
| Year Built: | 2008 | | | |
| Validation Data Discrepancy: | No | | | |
| Building Over 25 Years Old: | No | | | |
| Construction Type (VRU): | 101 - Wood Frame | | | |
| Construction Class: | 101 - Wood Frame | | | |
| Validation Data Discrepancy: | No | | | |
| Foundation (VRU): | 011 - Engineering Foundation | | | |
| Foundation: | 011 - Engineering Foundation | | | |
| Validation Data Discrepancy: | No | | | |
| Foundation Material: | Concrete | | | |
| Base Floor: | Concrete | | | |
| Exterior Bearing Wall Construction Type: | Wooden Stud | | | |
| Exterior Cladding Wall Finish Construction Type (VRU): | 000 - Unknown/Default | | | |
| Exterior Cladding Wall Finish Construction Type: | 001 - Veneer Brick/Masonry | | | |
| Validation Data Discrepancy: | Yes** | ✓ | | |
| Validation Data Discrepancy Explained: | Brick veneer | | | |
| Roof Type (VRU): | 008 - Gable End with Bracing | | | |

**Insured:** Camden Lake, LLC                                              **Policy #:** 2018-9000879-04

| Roof Type: | 008 - Gable End with Bracing | | | |
|---|---|---|---|---|
| Validation Data Discrepancy: | No | | | |
| Roof Age: | 12 | | | |
| Roof Covering (VRU): | 011 - Hurricane Wind-Rated Roof Coverings | | | |
| Roof Covering: | 011 - Hurricane Wind-Rated Roof Coverings | | | |
| Validation Data Discrepancy: | No | | | |
| Roof Decking Material (VRU): | 000 - Unknown/Default | | | |
| Roof Decking Material: | 000 - Unknown/Default | | | |
| Validation Data Discrepancy: | No | | | |
| Roof Support: | Wood Joists/Trusses | | | |
| Verification of Roof Support (Framing Type) by: | Insured Contact | | | |
| Fire Separation? | N/A | | | |
| % Vacant: | 0 - 25% | | | |

| Common Hazards | Response | UW Excep. | Ess. Recs. | RI Recs. |
|---|---|---|---|---|
| Heating/Cooling Type: | Central AC | | | |
| Fuel: | Electric | | | |
| Electrical Type: | Conduit | | | |
| Wiring Type: | Could not determine | | | |
| Electrical Protection: | Circuit Breaker | | | |
| Electrical Condition: | Satisfactory | | | |
| Missing Covers on Electrical Equipment: | No | | | |
| Temporary Wiring in Electrical Room: | No | | | |
| Combustible Material in Electrical Room: | No | | | |
| Sprinkler System: | No | | | |
| Fire Alarm System: | Yes | | | |
| Type: | Smoke/Heat Detection | | | |
| Alarm Type: | Central Station | | | |
| System Type: | Interconnected with Control Panel | | | |
| Control Panel Status: | In Service | | | |

| Security | Response | UW Excep. | Ess. Recs. | RI Recs. |
|---|---|---|---|---|
| Burglar Alarm: | No | | | |
| Break-ins Last 12 Months: | No | | | |
| Adequate Outdoor Lighting: | Yes | | | |
| Windows Barred: | N/A (Commercial) | | | |

### Building - Building 3

| Building Information | Response | UW Excep. | Ess. Recs. | RI Recs. |
|---|---|---|---|---|
| Building Description: | Framed construction 3 story | | | |
| Building Square Footage (VRU): | 28,144 | | | |
| Building Square Footage: | 28,144 | | | |
| Validation Data Discrepancy: | No | | | |
| Number of Stories (VRU): | 3 | | | |
| Number of Stories: | 3 | | | |
| Validation Data Discrepancy: | No | | | |
| Multiple Stories: | Yes | | | |
| Upper Floor Construction: | Concrete | | | |
| Year Built (VRU): | 2008 | | | |
| Year Built: | 2008 | | | |
| Validation Data Discrepancy: | No | | | |

**Insured:** Camden Lake, LLC

**Policy #:** 2018-9000879-04

| | | | | |
|---|---|---|---|---|
| Building Over 25 Years Old: | No | | | |
| Construction Type (VRU): | 101 - Wood Frame | | | |
| Construction Class: | 101 - Wood Frame | | | |
| Validation Data Discrepancy: | No | | | |
| Foundation (VRU): | 011 - Engineering Foundation | | | |
| Foundation: | 011 - Engineering Foundation | | | |
| Validation Data Discrepancy: | No | | | |
| Foundation Material: | Concrete | | | |
| Base Floor: | Concrete | | | |
| Exterior Bearing Wall Construction Type: | Wooden Stud | | | |
| Exterior Cladding Wall Finish Construction Type (VRU): | 000 - Unknown/Default | | | |
| Exterior Cladding Wall Finish Construction Type: | 000 - Unknown/Default | | | |
| Validation Data Discrepancy: | No | | | |
| Roof Type (VRU): | 008 - Gable End with Bracing | | | |
| Roof Type: | 008 - Gable End with Bracing | | | |
| Validation Data Discrepancy: | No | | | |
| Roof Age: | 12 | | | |
| Roof Covering (VRU): | 011 - Hurricane Wind-Rated Roof Coverings | | | |
| Roof Covering: | 011 - Hurricane Wind-Rated Roof Coverings | | | |
| Validation Data Discrepancy: | No | | | |
| Roof Decking Material (VRU): | 000 - Unknown/Default | | | |
| Roof Decking Material: | 000 - Unknown/Default | | | |
| Validation Data Discrepancy: | No | | | |
| Roof Support: | Wood Joists/Trusses | | | |
| Verification of Roof Support (Framing Type) by: | Insured Contact | | | |
| Fire Separation? | N/A | | | |
| % Vacant: | 0 - 25% | | | |

| Common Hazards | Response | UW Excep. | Ess. Recs. | RI Recs. |
|---|---|---|---|---|
| Heating/Cooling Type: | Central AC | | | |
| Fuel: | Electric | | | |
| Electrical Type: | Conduit | | | |
| Wiring Type: | Could not determine | | | |
| Electrical Protection: | Circuit Breaker | | | |
| Electrical Condition: | Satisfactory | | | |
| Missing Covers on Electrical Equipment: | No | | | |
| Temporary Wiring in Electrical Room: | No | | | |
| Combustible Material in Electrical Room: | No | | | |
| Sprinkler System: | Yes | | | |
| Sprinkler System Coverage: | Full | | | |
| Sprinkler System Type: | Wet | | | |
| Current Annual Service Tag: | Yes | | | |
| Fire Alarm System: | Yes | | | |
| Type: | Smoke/Heat Detection | | | |
| Alarm Type: | Central Station | | | |
| System Type: | Interconnected with Control Panel | | | |
| Control Panel Status: | In Service | | | |

| Security | Response | UW Excep. | Ess. Recs. | RI Recs. |
|---|---|---|---|---|
| Burglar Alarm: | No | | | |
| Break-Ins Last 12 Months: | No | | | |

**Insured:** Camden Lake, LLC

**Policy #:** 2018-9000879-04

| Adequate Outdoor Lighting: | Yes | | | |
|---|---|---|---|---|
| Windows Barred: | N/A (Commercial) | | | |

| Building - Building 4 | | | | | |
|---|---|---|---|---|---|

| Building Information | Response | UW Excep. | Ess. Recs. | RI Recs. |
|---|---|---|---|---|
| Building Description: | Framed construction 3 story | | | |
| Building Square Footage (VRU): | 28,144 | | | |
| Building Square Footage: | 28,144 | | | |
| Validation Data Discrepancy: | No | | | |
| Number of Stories (VRU): | 3 | | | |
| Number of Stories: | 3 | | | |
| Validation Data Discrepancy: | No | | | |
| Multiple Stories: | Yes | | | |
| Upper Floor Construction: | Concrete | | | |
| Year Built (VRU): | 2008 | | | |
| Year Built: | 2008 | | | |
| Validation Data Discrepancy: | No | | | |
| Building Over 25 Years Old: | No | | | |
| Construction Type (VRU): | 101 - Wood Frame | | | |
| Construction Class: | 101 - Wood Frame | | | |
| Validation Data Discrepancy: | No | | | |
| Foundation (VRU): | 011 - Engineering Foundation | | | |
| Foundation: | 011 - Engineering Foundation | | | |
| Validation Data Discrepancy: | No | | | |
| Foundation Material: | Concrete | | | |
| Base Floor: | Concrete | | | |
| Exterior Bearing Wall Construction Type: | Wooden Stud | | | |
| Exterior Cladding Wall Finish Construction Type (VRU): | 000 - Unknown/Default | | | |
| Exterior Cladding Wall Finish Construction Type: | 001 - Veneer Brick/Masonry | | | |
| Validation Data Discrepancy: | Yes** | ✔ | | |
| Validation Data Discrepancy Explained: | Brick veneer | | | |
| Roof Type (VRU): | 008 - Gable End with Bracing | | | |
| Roof Type: | 008 - Gable End with Bracing | | | |
| Validation Data Discrepancy: | No | | | |
| Roof Age: | 12 | | | |
| Roof Covering (VRU): | 011 - Hurricane Wind-Rated Roof Coverings | | | |
| Roof Covering: | 011 - Hurricane Wind-Rated Roof Coverings | | | |
| Validation Data Discrepancy: | No | | | |
| Roof Decking Material (VRU): | 000 - Unknown/Default | | | |
| Roof Decking Material: | 000 - Unknown/Default | | | |
| Validation Data Discrepancy: | No | | | |
| Roof Support: | Wood Joists/Trusses | | | |
| Verification of Roof Support (Framing Type) by: | Insured Contact | | | |
| Fire Separation? | N/A | | | |
| % Vacant: | 0 - 25% | | | |

| Common Hazards | Response | UW Excep. | Ess. Recs. | RI Recs. |
|---|---|---|---|---|
| Heating/Cooling Type: | Central AC | | | |
| Fuel: | Electric | | | |
| Electrical Type: | Conduit | | | |

Insured: Camden Lake, LLC

Policy #: 2018-9000879-04

| | | UW Excep. | Ess. Recs. | RI Recs. |
|---|---|---|---|---|
| Wiring Type: | **Could not determine** | | | |
| Electrical Protection: | **Circuit Breaker** | | | |
| Electrical Condition: | **Satisfactory** | | | |
| Missing Covers on Electrical Equipment: | **No** | | | |
| Temporary Wiring in Electrical Room: | **No** | | | |
| Combustible Material in Electrical Room: | **No** | | | |
| Sprinkler System: | **Yes** | | | |
| Sprinkler System Coverage: | **Full** | | | |
| Sprinkler System Type: | **Wet** | | | |
| Current Annual Service Tag: | **Yes** | | | |
| Fire Alarm System: | **Yes** | | | |
| Type: | **Smoke/Heat Detection** | | | |
| Alarm Type: | **Central Station** | | | |
| System Type: | **Interconnected with Control Panel** | | | |
| Control Panel Status: | **In Service** | | | |

| Security | Response | UW Excep. | Ess. Recs. | RI Recs. |
|---|---|---|---|---|
| Burglar Alarm: | **No** | | | |
| Break-ins Last 12 Months: | **No** | | | |
| Adequate Outdoor Lighting: | **Yes** | | | |
| Windows Barred: | **N/A (Commercial)** | | | |

**Insured:** Camden Lake, LLC

**Policy #:** 2018-9000879-04



Photos

Lake ac units

Lake electrical panel

Lake exterior ac units

Lake exterior balcony

Lake exterior front

Lake exterior light

**Insured:** Camden Lake, LLC                                      **Policy #:** 2018-9000879-04



Photos (Continued)

Lake exterior meters

Lake exterior stairs

Lake exterior stairs 2

Lake exterior view

Lake fire alarm

Lake interior bathroom

Insured: Camden Lake, LLC
Policy #: 2018-9000879-04



Photos (Continued)

Lake interior room

Lake interior smoke detector

Lake interior unit

Lake pool

Lake sprinkler system

**Insured:** Camden Lake, LLC                                    **Policy #:** 2018-9000879-04

# Diagram

Assignment #:    1461489
Insured:         Camden Lake, LLC
Location:        2525 O Neal Lane, Baton Rouge, LA 70816
Policy #:        2018-9000879-04

**Sketch**



EAST BATON ROUGE PARISH
Filed Sep 11, 2023 8:19 AM
Deputy Clerk of Court
E-File Received Sep 07, 2023 3:10 PM

C-735652
30

19TH JDC, FOR THE PARISH OF EAST BATON ROUGE
STATE OF LOUISIANA

NO. C-735652                                             DIVISION "30"

CAMDEN LAKE, LLC

v.

CERTAIN UNDERWRITERS AT LLOYD'S,
LONDON-SYNDICATE 2357, ET AL

FILED:_____          _____
                                          DEPUTY CLERK

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

AFFIDAVIT OF SERVICE

BEFORE ME, the undersigned Notary Public, personally came and appeared:

KAREN WILLIAMS

who, being duly sworn, deposed and stated that:

1.  I am a legal secretary at Sher Garner Cahill Richter Klein & Hilbert, L.L.C. I am of
    the full age of majority and legally competent to testify and to make this Affidavit.

2.  I mailed on August 14, 2023 by certified mail, return receipt requested,  Camden
    Lake, LLC's Petition for Insurance Proceeds, Bad Faith Penalties, Attorneys Fees'
    and Costs, and Consequential Damages, on Independent Speciality Insurance
    Company, THROUGH THE LOUISIANA LONG-ARM STATUTE, ATTN:  Terry
    Ledbetter, 1900 L. Don Dodson Drive, Bedford, Texas  76021, (RRR # 7020 1810
    0000 1239 1584), as evidenced by a copy of that letter attached hereto as Exhibit
    "A."

3.  That same was duly received by Independent Specialty Insurance Company,
    THROUGH THE STATE OF LOUISIANA LONG-ARM STATUTE, on August 19,
    2023 at 10:31 a.m. as evidenced by the online USPS tracking and/or green card,
    attached hereto as Exhibit "B."

4.  I mailed on August 14, 2023 by certified mail, return receipt requested,  Camden
    Lake, LLC's Petition for Insurance Proceeds, Bad Faith Penalties, Attorneys Fees'
    and Costs, and Consequential Damages, on Interstate Fire & Casualty Company,
    THROUGH THE LOUISIANA LONG-ARM STATUTE, Alliance Global Risks US
    Insurance Company, General Counsel's

Office, 225 West Washington Street, Chicago, Illinois  60606, (RRR # 7020 1810

0000 1239 1591), as evidenced by a copy of that letter attached hereto as Exhibit

"C."

5.     That same was duly received by Interstate Fire & Casualty Company THROUGH

THE STATE OF LOUISIANA LONG-ARM STATUTE, on August 28, 2023 at

10:37 a.m. as evidenced by the online USPS tracking and/or green card, attached

hereto as Exhibit "D."

6.     I mailed on August 21, 2023 by certified mail, return receipt requested,  Camden

Lake, LLC's Petition for Insurance Proceeds, Bad Faith Penalties, Attorneys Fees'

and Costs, and Consequential Damages, THROUGH THE LOUISIANA LONG-

ARM STATUTE, on Certain Underwriters at Lloyd's and Other Insurers,

Subscribing to Binding Authority UMR B604510568622021, THROUGH THE

LOUISIANA LONG-ARM STATUTE, McDermott, Will & Emery, 340 Madison

Avenue, New York, New York  10173-1922, (RRR # 7020 1810 0000 1239 1607),

as evidenced by a copy of that letter attached hereto as Exhibit "E."

7.     That same was duly received by Certain Underwriters at Lloyd's and Other Insurers,

Subscribing to Binding Authority UMR B604510568622021, THROUGH THE

STATE OF LOUISIANA LONG-ARM STATUTE, on August 25, 2023 at 9:40 a.m.

as evidenced by the online USPS tracking and/or green card, attached hereto as

Exhibit "F."


        AFFIANT DECLARES UNDER PENALTY OF PERJURY THAT THE FOREGOING IS

TRUE AND CORRECT.

_Karen Williams_

**KAREN WILLIAMS**


**SWORN TO AND SUBSCRIBED**

**BEFORE ME, NOTARY PUBLIC,**

**THIS** _7th_ **DAY OF**

_September_ **, 2023.**

_Martha Z Curtis_

**NOTARY PUBLIC**

**My commission expires:** _at death_

Martha Young Curtis
Bar No. 20446
Parish of Jefferson
State of Louisiana
My Commission is for life

EAST BATON ROUGE PARISH
Filed Sep 11, 2023 8:19 AM
Deputy Clerk of Court
E-File Received Sep 07, 2023 3:10 PM

C-735652
30

LAW OFFICES OF

# SHER GARNER CAHILL RICHTER
# KLEIN & HILBERT, L.L.C.

TWENTY-EIGHTH FLOOR
909 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70112-4046
http://www.shergarner.com

LEOPOLD Z. SHER [1]
JAMES M. GARNER [2]
ELWOOD F. CAHILL, JR.
RICHARD P. RICHTER
STEVEN I. KLEIN [1,9]
PETER L. HILBERT, JR.
MARIE A. MOORE [3]
DEBRA J. FISCHMAN
MARTHA Y. CURTIS [2]
NEAL J. KLING
JOSHUA S. FORCE [2,4]
JOHN T. BALHOFF, II
ALVIN C. MIESTER, III
CHRISTOPHER T. CHOCHELES
RYAN D. ADAMS
THOMAS J. MADIGAN, II [5]
CHAD P. MORROW

JEFFREY D. KESSLER [6]
RYAN O. LUMINAIS [5]
ASHLEY GREMILLION COKER
JONATHAN B. CERISE
AMANDA RUSSO SCHENCK
TRAVIS A. BEATON
KAREN T. HOLZENTHAL
MELISSA ROME HARRIS
JACOB A. AIREY
DAVID A. FREEDMAN
BRANDON W. KEAY
STUART D. KOTTLE [7]
LAURIE A. DEARMAN [2,8]
CURTIS J. CASE
CLAIRE SCHNELL ST. GERMAIN
ALEXIS K. FRIEDMAN-BENTON
STEPHANIE T. WARTELLE

WADE B. HAMMETT
HANNAH L. BREWTON
GRANT G. BUTLER
LAURA A. LARKS [10,11]

SPECIAL COUNSEL:
KHRISTA M. McCARDEN [11]

OF COUNSEL:
TIMOTHY B. FRANCIS
DAVID A. MARCELLO
THOMAS P. McALISTER [2]
DARNELL BLUDWORTH

[1] LAW CORPORATION
[2] MEMBER OF LOUISIANA AND TEXAS BARS
[3] MEMBER OF LOUISIANA AND ALABAMA BARS
[4] MEMBER OF LOUISIANA AND CALIFORNIA BARS
[5] MEMBER OF LOUISIANA AND MISSISSIPPI BARS
[6] MEMBER OF LOUISIANA AND NEW YORK BARS
[7] MEMBER OF LOUISIANA AND ARIZONA BARS
[8] MEMBER OF LOUISIANA AND N. CAROLINA BARS
[9] BOARD CERTIFIED TAX ATTORNEY LOUISIANA
   BOARD OF LEGAL SPECIALIZATION
[10] MEMBER OF NEW YORK BAR
[11] MEMBER OF CALIFORNIA BAR

ALL OTHERS LOUISIANA BAR

mcurtis@shergarner.com
Direct Dial: (504) 299-2111
Direct Fax: (504) 299-2311

(504) 299-2100
FAX (504) 299-2300

August 14, 2023

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**
**7020 1810 0000 1239 1584**

Independent Specialty Insurance Company
THROUGH THE LOUISIANA LONG-ARM STATUTE
ATTN: Terry Ledbetter
1900 L. Don Dodson Drive
Bedford, Texas 76021

> RE: Camden Lake, LLC vs. Certain Underwriters at Lloyds, London, et al.
> 19th JDC, Parish of East Baton Rouge, Docket No. C-735652 "30"
> Our File: 03608.0581

Dear Sir/Madam:

Pursuant to the Louisiana Long-Arm Statute R.S. 13:3204, enclosed please find Camden Lake, LLC's Petition for Insurance Proceeds, Bad Faith Penalties, Attorneys Fees' and Costs, and Consequential Damages which is duly served upon you. This lawsuit has been filed in the 19th JDC for the Parish of East Baton Rouge, State of Louisiana, in the referenced matter. Please file any responsive pleadings within the time allowed by law.

With kindest regards, we remain,

Sincerely,

*[signature]*

James M. Garner
Martha Y. Curtis

MYC/kw
Enclosure

EXHIBIT
A



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

AUG 14 2023

Certified Mail Fee

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $          Postmark
☐ Certified Mail Restricted Delivery $          Here
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postage
$ 10.45

Total Postage and

Sent To    Independent Specialty Insurance Company
Through the Louisiana Long-Arm Statute
Street and Apt. N  ATTN: Terry Ledbetter,
1900 L. Don Dodson Drive
City, State, ZIP+4  Bedford, Texas  76021

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7020 1810 0000 1239 1584

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Independent Specialty Insurance Company
Through the Louisiana Long-Arm Statute
ATTN: Terry Ledbetter,
1900 L. Don Dodson Drive
Bedford, Texas  76021

9590 9402 6400 0303 7245 55

2. Article Number *(Transfer from service label)*
7020 1810 0000 1239 1584

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Thomas Burks*        ☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

8/30/23, 3:01 PM                        USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs >

Tracking Number:                                              Remove ✕

# 70201810000012391584

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 10:31 am on August 19, 2023 in BEDFORD, TX 76021.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

BEDFORD, TX 76021
August 19, 2023, 10:31 am

**See All Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                              ⌄

USPS Tracking Plus®                                              ⌄

Product Information                                              ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

EXHIBIT
B

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

LAW OFFICES OF

# SHER GARNER CAHILL RICHTER
# KLEIN & HILBERT, L.L.C.

TWENTY-EIGHTH FLOOR
909 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70112-4046
http://www.shergarner.com

LEOPOLD Z. SHER [1]
JAMES M. GARNER [2]
ELWOOD F. CAHILL, JR.
RICHARD P. RICHTER
STEVEN I. KLEIN [1,9]
PETER L. HILBERT, JR.
MARIE A. MOORE [3]
DEBRA J. FISCHMAN
MARTHA Y. CURTIS [2]
NEAL J. KLING
JOSHUA S. FORCE [2,4]
JOHN T. BALHOFF, II
ALVIN C. MIESTER, III
CHRISTOPHER T. CHOCHELES
RYAN D. ADAMS
THOMAS J. MADIGAN, II [5]
CHAD P. MORROW

JEFFREY D. KESSLER [8]
RYAN O. LUMINAIS [5]
ASHLEY GREMILLION COKER
JONATHAN B. CERISE
AMANDA RUSSO SCHENCK
TRAVIS A. BEATON
KAREN T. HOLZENTHAL
MELISSA ROME HARRIS
JACOB A. AIREY
DAVID A. FREEDMAN
BRANDON W. KEAY
STUART D. KOTTLE [7]
LAURIE A. DEARMAN [2,8]
CURTIS J. CASE
CLAIRE SCHNELL ST. GERMAIN
ALEXIS K. FRIEDMAN-BENTON
STEPHANIE T. WARTELLE

WADE B. HAMMETT
HANNAH L. BREWTON
GRANT G. BUTLER
LAURA A. LARKS [10,11]



SPECIAL COUNSEL:
KHRISTA M. McCARDEN [11]

OF COUNSEL:
TIMOTHY B. FRANCIS
DAVID A. MARCELLO
THOMAS P. McALISTER [2]
DARNELL BLUDWORTH [2]

[1] LAW CORPORATION
[2] MEMBER OF LOUISIANA AND TEXAS BARS
[3] MEMBER OF LOUISIANA AND ALABAMA BARS
[4] MEMBER OF LOUISIANA AND CALIFORNIA BARS
[5] MEMBER OF LOUISIANA AND MISSISSIPPI BARS
[6] MEMBER OF LOUISIANA AND NEW YORK BARS
[7] MEMBER OF LOUISIANA AND ARIZONA BARS
[8] MEMBER OF LOUISIANA AND N. CAROLINA BARS
[9] BOARD CERTIFIED TAX ATTORNEY LOUISIANA
    BOARD OF LEGAL SPECIALIZATION
[10] MEMBER OF NEW YORK BAR
[11] MEMBER OF CALIFORNIA BAR

ALL OTHERS LOUISIANA BAR

mcurtis@shergarner.com
Direct Dial: (504) 299-2111
Direct Fax: (504) 299-2311

(504) 299-2100
FAX (504) 299-2300

August 14, 2023

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**
**7020 1810 0000 1239 1591**

Interstate Fire & Casualty Company
THROUGH THE LOUISIANA LONG-ARM STATUTE
Alliance Global Risks US Insurance Company
General Counsel's Office
225 West Washington Street
Chicago, Illinois 60606

      RE:    Camden Lake, LLC vs. Certain Underwriters at Lloyds, London, et al.
                19th JDC, Parish of East Baton Rouge, Docket No. C-735652 "30"
                Our File: 03608.0581

Dear Sir/Madam:

      Pursuant to the Louisiana Long-Arm Statute R.S. 13:3204, enclosed please find Camden Lake, LLC's Petition for Insurance Proceeds, Bad Faith Penalties, Attorneys Fees' and Costs, and Consequential Damages which is duly served upon you. This lawsuit has been filed in the 19th JDC for the Parish of East Baton Rouge, State of Louisiana, in the referenced matter. Please file any responsive pleadings within the time allowed by law.

      With kindest regards, we remain,

                Sincerely,

                James M. Garner
                Martha Y. Curtis

MYC/kw
Enclosure





U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)         $
☐ Certified Mail Restricted Delivery   $
☐ Adult Signature Required             $
☐ Adult Signature Restricted Delivery  $

Postage
$

Total Po
$

AUG 14 2023
Postmark
Here

7011 9610 USPS

Sent To   Interstate Fire & Casualty Company
          Through the Louisiana Long-Arm Statute
Street ar  Alliance Global Risks US Insurance Company
          General Counsel's Office
City, Sta  225 West Washington Street
          Chicago, Illinois   60606

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Interstate Fire & Casualty Company
Through the Louisiana Long-Arm Statute
Alliance Global Risks US Insurance Company
General Counsel's Office
225 West Washington Street
Chicago, Illinois   60606

9590 9402 6400 0303 7245 62

2. Article Number (Transfer from service label)
7020 1810 0000 1239 1591

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                      ☐ Agent
                                       ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
JOEY RODRIGUEZ          8-28-23

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ... Mail
☐ ... Mail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return F

PS Form 3811, July 2020 PSN 7530-02-000-9053

USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 7020181000000012391591

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 10:37 am on August 28, 2023 in CHICAGO, IL 60606.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

### Delivered

**Delivered, Left with Individual**

CHICAGO, IL 60606
August 28, 2023, 10:37 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

Track Another Package

Enter tracking or barcode numbers



EXHIBIT

D

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

LAW OFFICES OF

# SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.

TWENTY-EIGHTH FLOOR
909 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70112-4046
http://www.shergarner.com

LEOPOLD Z. SHER [1]
JAMES M. GARNER [2]
ELWOOD F. CAHILL, JR.
RICHARD P. RICHTER
STEVEN I. KLEIN [1, 9]
PETER L. HILBERT, JR.
MARIE A. MOORE [1]
DEBRA J. FISCHMAN
MARTHA Y. CURTIS [2]
NEAL J. KLING
JOSHUA  S. FORCE [2, 4]
JOHN T. BALHOFF, II
ALVIN C. MIESTER, III
CHRISTOPHER T. CHOCHELES
RYAN D. ADAMS
THOMAS J. MADIGAN, II [5]
CHAD P. MORROW

JEFFREY D. KESSLER [6]
RYAN O. LUMINAIS [5]
ASHLEY GREMILLION COKER
JONATHAN B. CERISE
AMANDA RUSSO SCHENCK
TRAVIS A. BEATON
KAREN T. HOLZENTHAL
MELISSA ROME HARRIS
JACOB A. AIREY
DAVID A. FREEDMAN
BRANDON W. KEAY
STUART D. KOTTLE [7]
LAURIE A. DEARMAN [2, 6]
CURTIS J. CASE
CLAIRE SCHNELL ST. GERMAIN
ALEXIS K. FRIEDMAN-BENTON
STEPHANIE T. WARTELLE

WADE B. HAMMETT
HANNAH L. BREWTON
GRANT G. BUTLER
LAURA A. LARKS [10, 11]


SPECIAL COUNSEL:
KHRISTA M. McCARDEN [11]

OF COUNSEL:
TIMOTHY B. FRANCIS
DAVID A. MARCELLO
THOMAS P. McALISTER [2]
DARNELL BLUDWORTH

[1]  LAW  CORPORATION
[2]  MEMBER OF LOUISIANA AND TEXAS BARS
[3]  MEMBER OF LOUISIANA AND ALABAMA BARS
[4]  MEMBER OF LOUISIANA AND CALIFORNIA BARS
[5]  MEMBER OF LOUISIANA AND MISSISSIPPI BARS
[6]  MEMBER OF LOUISIANA AND NEW YORK BARS
[7]  MEMBER OF LOUISIANA AND ARIZONA BARS
[8]  MEMBER OF LOUISIANA AND N. CAROLINA BARS
[9]  BOARD CERTIFIED TAX ATTORNEY LOUISIANA
      BOARD OF LEGAL SPECIALIZATION
[10]  MEMBER OF NEW YORK BAR
[11]  MEMBER OF CALIFORNIA BAR

ALL OTHERS LOUISIANA BAR

mcurtis@shergarner.com
Direct Dial: (504) 299-2111
Direct Fax: (504) 299-2311

(504) 299-2100
FAX (504) 299-2300

August 21, 2023

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**
**7020 1810 0000 1239 1607**
Certain Underwriters at Lloyd's and Other Insurers
Subscribing to Binding Authority UMR B604510568622021
THROUGH THE LOUISIANA LONG-ARM STATUTE
McDermott, Will & Emery
340 Madison Avenue
New York, New York   10173-1922

      RE:    Camden Lake, LLC vs. Certain Underwriters at Lloyds, London, et al.
              19th JDC, Parish of East Baton Rouge, Docket No. C-735652 "30"
              Our File: 03608.0581

Dear Sir/Madam:

      Pursuant to the Louisiana Long-Arm Statute R.S. 13:3204, enclosed please find Camden Lake, LLC's Petition for Insurance Proceeds, Bad Faith Penalties, Attorneys Fees' and Costs, and Consequential Damages which is duly served upon you.  This lawsuit has been filed in the 19th JDC for the Parish of East Baton Rouge, State of Louisiana, in the referenced matter.  Please file any responsive pleadings within the time allowed by law.

      With kindest regards, we remain,

                      Sincerely,

                      James M. Garner
                      Martha Y. Curtis

MYC/kw
Enclosure

**EXHIBIT**
E





USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs >

**Tracking Number:**                                                                 Remove ✕

# 70201810000012391607

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item has been delivered to an agent for final delivery in NEW YORK, NY 10178 on August 25, 2023 at 9:40 am.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered to Agent
**Delivered to Agent for Final Delivery**

NEW YORK, NY 10178
August 25, 2023, 9:40 am

**See All Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                                                ∨

USPS Tracking Plus®                                                                  ∨

Product Information                                                                  ∨

See Less ∧

Track Another Package

Enter tracking or barcode numbers



EXHIBIT

F

Feedback

USPS.com® - USPS Tracking® Results

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs